# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

Media Matters For America; Eric Hananoki
Defendant

4:23-cv-01175-P
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, X Corp.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

No parent or publicly held corporation owns more than 10% of X Corp.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

X Corp., X Corp.'s stockholders

| | |
|---|---|
| Date: | 11/20/2023 |
| Signature: | /s/ John C. Sullivan |
| Print Name: | John C. Sullivan |
| Bar Number: | TX 24083920 |
| Address: | 610 Uptown Blvd, Ste 2000 |
| City, State, Zip: | Cedar Hill, TX 75104 |
| Telephone: | (469) 523-1351 |
| Fax: | (469) 613-0891 |
| E-Mail: | john.sullivan@the-sl-lawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.