**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
501 W. 10TH STREET
FORT WORTH, TX 76102-3673

MARK T. PITTMAN                                                           817.850.6656 Chambers
U.S. District Judge                                                            817.850.6707 Facsimile

November 28, 2023

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
501 W. 10TH Street
Fort Worth, TX 76102-3673

  Re: 4:23-CV-1175-P; X Corp. v Media Matters for America et al

Dear Ms. Mitchell:

  I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

      Sincerely,

      */s/ Mark T. Pittman*

      MARK T. PITTMAN
      UNITED STATES DISTRICT JUDGE