## Exhibit I

Media Matters Post from Twitter on Conservatives they labeled as Conspiracy Theorist.

| | | | |
|---|---|---|---|
| @6142Dave | @shadygrooove | Alex Jones | Alison Hayden |
| Aloise Life | Alpalus Slyman | Andrew Meehan | Andrew Torba |
| Angela Stanton-King | Ann Vandersteel | Anthony Comello | Antoine Tucker |
| Antonio Lamotta | Ari Friedman | Ben Gibson | Bill Mitchell |
| Billy Earley | Billy Prempeh | Blain McElrea | Bobby Jeffries |
| Brandon Cook | Brittany Sellner | Buzz Patterson | C. Wesley Morgan |
| Catherine Carr | Catherine Purcell | Cecilia Fulbright | Champ Parinya |
| Chanel Rion | Charlie Ward | Christian Suprean | Christina Urso |
| Christine Quinn | Christine Scott | Coleman Rogers | Corey Goode |
| Corey Hurren | Cynthia Abcug | Dan Belcher | Dan Severson |
| Daniel Wood | Danielle Stella | Darlene Swaffar | Darren Aquino |

| | | | |
|---|---|---|---|
| David Fegan | David Hayes | David Icke | David Mahoney |
| David Schuster | David Wilcock | David Zublick | DeAnna Lorraine Tesoriero |
| Derrick Grayson | Dion Bergeron | Donald Trump | Douglas Belmore |
| Drake Wuertz | Dustin Nemos | Ed Mullins | Eddie Bravo |
| Edgar Maddison Welch | Eduardo Moreno | Elizabeth Felton | Emily Jolley |
| Eric Bolling | Eric Trump | Erin Cruz | Gary Heyer |
| Gene Ho | George Papadopoulos | Ignacio Cruz | J.T. Wilde |
| Jack Kidd | Jack Posobiec | Jalynn Schroeder | James Dickens |
| James Mitchell | James Woods | Jamie Byers | Jarmo Ekman |
| Jason Bandy | Jason Gelinas | Jason Goodman | Jeffrey Pedersen |
| Jeremy Brown | Jerome Corsi | Jessi Melton | Jessica Prim |

| | | | |
|---|---|---|---|
| Jim Watkins | Jo Rae Perkins | Joanne Wright | Joe Walz |
| JoeM | John Mappin | John Michael Chambers | Johnny Teague |
| Johsie Cruz | Jordan Sather | Joseph Gregory Hallett | Josh Barnett |
| Joshua Macias | Joyce Bentley | Judy "J.Z." Knight | Justine Wadsack |
| K.W. Miller | Karen Bedonie | Kate Buckley | Kate Shemirani |
| Katrina Pierson | Kristen Alamo Rowin | Krystal Tini | L. Lin Wood |
| Larry D Cook | Lauren Boebert | Lauren Witzke | Lavern Spicer |
| Lisa Clapier | Liz Crokin | Manuel Chavez III | Maria Bartiromo |
| Marjorie Taylor Greene | Mark Manicki | Mark Pitrone | Mark Szuszkiewicz |
| Matt Morgan | Matt Patten | Matthew Kunkel | Matthew Lusk |
| Matthew Morris | Matthew Wright | Michael Bluemling | Michael Flynn |

| | | | |
|---|---|---|---|
| Michael Flynn Jr. | Michael Moates | Michael Scheuer | Mike Cargile |
| Mike Cernovich | Mindy Robinson | Mykel Barthelemy | Neely Petrie-Blanchard |
| Nicholas Gladden | Nicholas Vessio | Nichole Williams | Nick Logan |
| Nick Moutos | Nico Roche | Nikka Piterman | Pam Patterson |
| Pastor Shadilay | Patrice Kimbler | Paul Furber | Peter Ellis |
| Peter Evans | Phil Arlinghaus | Philanise White | Piers Corbyn |
| Polly St George | Q Clearance Patriot | Quinn Michaels | Rayla Campbell |
| Reba Sherrill | Rebecca Pfeiffer | Rhonda Furin | Rich Helms |
| Richard Granville | Richard Miller | Rob Chase | Rob Weber |
| Robert David Steele | Ron Curtis | Ron Watkins | Roseanne Barr |
| Sam Peters | Sammy Gindi | Samuel Williams | Sarah Westall |

| | | | |
|---|---|---|---|
| Sean Morgan | Sean Stone | Shemane Nugent | Shiva Ayyadurai |
| Sidney Powell | Stacey Dash | Steve Bannon | Steve Outtrim |
| Steve Pieczenik | Steve Von Loor | Theresa Raborn | Thomas Gilmer |
| Thomas Schoenberger | Tim Ballard | Tim Fazenbaker | Tim Stewart |
| Timothy Larson | Titus Frost | Tracy Diaz, aka "Tracy Beanz" | Tracy Lovvorn |
| Tricia Flanagan | VB Nationalist | Vic DeGrammont | William Craddick |
| | Winnie Heartstrong | Zac Vorhies | |