# Exhibit II

Media Matters targeted posts of Plaintiff. A simple Google search reveals the following which is not limited to the examples below.

https://www.mediamatters.org/qanon-conspiracy-theory/here-are-qanon-supporters-running-congress-2022





