**Exhibit III**

Funding Sources and Intentions of Media Matters

Source: https://www.influencewatch.org/non-profit/media-matters-for-america/

**Funding**

"Although Media Matters (MMfA) spends much of its efforts attacking conservative and libertarian donors, MMfA does not clearly disclose its donors on its website. The following funders of MMfA have been identified using publicly available documents filed with U.S. Government agencies, including the Internal Revenue Service and Department of Labor, as well as media reports.

Media Matters was founded with $2 million in funding from wealthy progressives funneled through the Tides Foundation with additional funding from MoveOn.org and the New Democrat Network.[19] The left-of-center donor group known as Democracy Alliance endorsed the group in 2004, resulting in a flood of donations. In 2010, George Soros gave the group $1 million.[20] MMfA has also received substantial funding from labor unions, most notably the National Education Association (NEA).[21]

The following organizations have made major contributions to MMfA. Unless otherwise noted, the contribution was made in the donor's 2014 tax or fiscal year. Contributors in italics are from donor-advised funds, a philanthropic vehicle that can be used to hide donors' identities which has often been attacked by liberal groups as "dark money." MMfA also receives substantial funding from community foundations.

- *Combined Jewish Philanthropies of Greater Boston:* $400,000
- *Fidelity Investments Charitable Gift Fund:* $500,000
- Bohemian Foundation: $200,000
- Community Foundation of the United Jewish Federation of San Diego: $200,000
- National Education Association: $200,000
- Marin Community Foundation: $150,000

- Glaser Progress Foundation: $100,284
- Joseph and Marie Field Foundation: $100,000
- Orange County Community Foundation: $75,000
- *Vanguard Charitable Endowment Program*: $68,200
- Jewish Communal Fund: $62,000
- New York Community Trust: $54,250
- Rebecca and Nathan Milikowsky Family Foundation: $50,000
- Small Change Foundation: $50,000
- Lizzie and Jonathan Tisch Family Foundation: $50,000
- Fairfield County Community Foundation: $50,000
- Phoebe Snow Foundation: $50,000

Media Matters itself has made some contributions to other progressive groups. In 2014, it provided $930,000 in assistance to the Franklin Education Forum, a progressive media training group that is also part of the Brock network. The American Independent, a Brock-linked investigative outfit, received $150,000.

## SUPPORT FOR CLINTON'S 2016 CAMPAIGN

On August 13, 2020, conservative nonprofit Patriots Foundation filed a lawsuit against the Federal Electoral Commission (FEC) for not acting on complaints it had issued to the FEC in April against political operative David Brock and four of his organizations for illegally assisting Hillary Clinton's 2016 Presidential Campaign. [9] [10] The organizations included Media Matters for America, American Bridge 21st Century PAC, American Bridge 21st Century Foundation, and Correct the Record. [11] The complaint issued on April 8 alleged that the organizations had coordinated with the Clinton Campaign while violating FEC regulations, with the lawsuit coming after 120 days of inaction. The Patriots Foundation further explained that during the 2016 election cycle, Media Matters had acted as an "arm of the Hillary Clinton campaign." [12]

Messages released by WikiLeaks showed that Clinton's 2016 campaign also treated Media Matters as a campaign surrogate while coordinating with the group.

The campaign allegedly wanted Media Matters to "muddy the waters" on certain issues Clinton might be vulnerable on by questioning the media's coverage of how Republicans would handle the same issues and whether they would "do the bidding of their billionaire super-PAC donors and the special interests." [17]"