# Exhibit V

1. **Article on Swiss Billionaire behind Arabella Advisors:**

   https://capitalresearch.org/article/meet-the-swiss-billionaire-behind-arabella-advisors-dark-money-empire/

   The Hub Project

   "The Wyss Foundation has funneled nearly $57 million into the New Venture Fund, Arabella's flagship 501(c)(3), since 2009.

   Little is known about how that money was spent. But a 2015 document created for the Wyss Foundation outlines a plan for a "communications hub"—intended to support the foundation's "core issue areas," "drive measurable change," and achieve "significant wins" "leading to implementation of policy solutions at the local, state, and federal level"—which is strikingly similar to an existing Arabella group, the Hub Project.

   Politico reports the Hub Project aided Democrats on "health care, taxes and the economy" in the 2018 midterm elections. The Atlantic cheerfully credits the Hub Project with doing "remarkable damage" to President Trump's reputation among Wisconsin voters in the lead-up to the 2020 election. In April the group hired a campaign director whose last job was flipping the Senate in 2020 for a top Democratic PAC.

   Yet because it's a project of the Arabella-run Sixteen Thirty Fund, the Hub Project doesn't disclose its funding and budgets or file Form 990 reports with the IRS. Arabella's activism is the very definition of "dark money" that so many liberals claim to dread."

2. **Swiss billionaire behind Dem 'dark money' donations despite not being US citizen**

   https://nypost.com/2022/05/26/inside-swiss-billionaire-hansjorg-wyss-dark-money-dem-donations/

   "A Swiss octogenarian billionaire has donated tens of millions of dollars to Democratic politicians and progressive causes in "dark money" contributions — and Hansjörg Wyss is likely funneling millions more to influence midterm elections in November, sources say.

One Virginia-based think tank estimates that, since 2016, nonprofits linked to Wyss have funneled more than $253 million to Democratic candidates and related causes, such as voter registration initiatives that benefit the party and efforts to impeach former President Donald Trump, through a dizzying array of related nonprofits."

3. **Swiss billionaire, progressive dark-money groups bankrolling opposition to Ohio Issue 1 - August 7, 2023**

    https://cincinnatirighttolife.org/swiss-billionaire-progressive-dark-money-groups-bankrolling-opposition-to-ohio-issue-1/

    **"Out-of-state and dark money-funded opposition to Issue 1**

    Arabella Advisors, a mega dark-money group touted for its massive amount of untraceable political spending, is one of the largest backers of the opposition to Issue 1. Arabella is comprised of Sixteen Thirty Fund, New Venture Fund, Hopewell Fund, Windward Fund and North Fund. The network raked in $1.6 billion in revenue in 2021.

    According to recent disclosures, the Arabella network has poured $3.5 million into opposing Issue 1. Those contributions include $2.5 million from Sixteen Thirty Fund, $650,000 from Hopewell Fund and $500,000 from North Fund. Sixteen Thirty fund helped fuel opposition to Judge Brett Kavanaugh's Supreme Court nomination. The fund has received over $245 million dollars from Swiss billionaire Hansjorg Wyss, who was a significant source of funding toward 2020 efforts to replace then-President Donald Trump with Joe Biden.

    Tides Foundation, a left-wing, dark-money group with close ties to Arabella, has channeled an additional $1.9 million to amplify the effort to vote down Issue 1.

    Tides Foundation is a constellation of entities including Tides Network, Tides Foundation and Tides Center. Tides Center acts as a fiscal sponsor to nonprofits, providing tax and legal status that allows nonprofits to avoid registering with the IRS. Tides has provided financial and other support to groups such as Black Lives Matter Global Network Foundation and Planned Parenthood.

    In all, around $12 million of the $14.8 million raised by Issue 1 opponents came from outside the Buckeye State."