UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

------------------------------------------------------------x
:
X CORP., a Nevada corporation,                               :
:
Plaintiff,                                    :
:
v.                                                           :
:    Case No. 4:23-CV-1175 (RCO)
MEDIA MATTERS FOR AMERICA, a                                 :
Washington, D.C. non-profit corporation, and                 :
ERIC HANANOKI,                                               :
:
Defendants.                                   :
:
:
:
------------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER FOR THE EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**WHEREAS**, Plaintiff X Corp. filed a summons and complaint (collectively, the "Complaint") in the above-captioned matter on November 20, 2023, naming as defendants Media Matters for America and Eric Hananoki (collectively, "Defendants");

**WHEREAS**, Plaintiff has served the Complaint on Defendants;

**WHEREAS**, Defendants' deadline for responding to the Complaint is currently January 2, 2024;

**WHEREAS**, the parties have mutually agreed to an extension of Defendants' deadline to respond to the Complaint to and including February 6, 2024;

**WHEREAS,** this is Defendants' first request to extend the time to move, answer, or otherwise respond to the Complaint; and

**WHEREAS**, Defendants reserve all objections to the Complaint and waive none;

**NOW THEREFORE,** it is hereby stipulated and agreed, subject to the approval of the Court, that Defendants have until and including February 6, 2024 to move, answer, or otherwise respond to the Complaint in the above-captioned matter.

| | |
|---|---|
| S\|L LAW PLLC | GIBSON, DUNN & CRUTCHER LLP |
| By:    */s/ John C. Sullivan*<br>         John C. Sullivan | By:    */s/ Andrew P. LeGrand*<br>         Andrew LeGrand |
| Texas Bar No. 24083920<br>610 Uptown Boulevard, Suite 2000<br>Cedar Hill, TX 75104<br>Telephone:  (469) 523-1351 | Texas Bar No. 24070132<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923<br>Telephone:  (214) 698-3100<br>Email: alegrand@gibsondunn.com |
| Judd E. Stone II*<br>Texas Bar No. 24076720<br>Christopher D. Hilton<br>Texas Bar No. 24087727<br>STONE \| HILTON PLLC<br>1115 W. Slaughter Lane<br>Austin, TX 78748<br>Telephone: (737) 465-7248 | Theodore J. Boutrous, Jr.*<br>Jay P. Srinivasan*<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Email: tboutrous@gibsondunn.com<br>Email: jsrinivasan@gibsondunn.com |
| *Admission pending<br><br>*Attorneys for Plaintiff X Corp.* | Amer S. Ahmed*<br>Anne Champion*<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  (212) 351-4000<br>Email:  aahmed@gibsondunn.com<br>Email:  achampion@gibsondunn.com |
| | ELIAS LAW GROUP LLP<br><br>Abha Khanna*<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>Telephone:  (206) 656-0177<br>Email:  akhanna@elias.law |
| | Aria C. Branch*<br>Christopher D. Dodge*<br>Jacob D. Shelly*<br>Elena A. Rodriguez Armenta*<br>Daniela Lorenzo* |

>Omeed Alerasool*
>250 Massachusetts Ave. NW, Suite 400
>Washington, DC 20001
>T: (202) 968-4652
>abranch@elias.law
>cdodge@elias.law
>jshelly@elias.law
>erodriguezarmenta@elias.law
>dlorenzo@elias.law
>oalerasool@elias.law
>
>**Pro hac vice forthcoming*
>
>*Attorneys for Defendants Media Matters for America & Eric Hananoki*

SO ORDERED:

Dated: _____

                                            The Honorable Reed C. O'Connor
                                            United States District Court Judge