UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA § | |
| and ERIC HANANOKI, § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is the parties' Stipulation and [Proposed] Order for the Extension of Time to Respond to Complaint (ECF No. 10), filed December 18, 2023. The parties have mutually agreed to an extension of Defendants' deadline to file responsive pleading to Plaintiff's Complaint from January 2, 2024 to February 6, 2024.

Accordingly, it is **ORDERED** that Defendants Media Matters for America and Eric Hananoki **SHALL** answer, move, or otherwise plead in response to Plaintiff X Corp.'s Complaint (ECF No. 1) in the above-captioned case **no later than February 6, 2024**. Based on the parties' agreement and stipulation regarding this extension, Defendants have not waived any objections they may have to the Complaint.

**SO ORDERED** on this **18th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1