UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X. Corp. <br> *Plaintiff* <br><br> v. <br><br> Media Matters for America, et al. <br> *Defendant* | § § § § § § § § § § Case No. 4:23-cv-01175-O |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Elias Law Group LLP                                                              , with offices at

250 Massachusetts Ave NW, Suite 400
(Street Address)

Washington                           DC                    20001
(City)                               (State)               (Zip Code)

202-968-4490                         202-968-4498
(Telephone No.)                      (Fax No.)


**II.**  Applicant will sign all filings with the name  Elisabeth C. Frost                              .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Media Matters for America and Eric Hananoki


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of __District of Columbia__, where Applicant regularly practices law.

Bar license number: 1007632        Admission date: 5/11/2012

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Andrew Patrick LeGrand, who has offices at

Gibson Dunn & Crutcher LLP, 2001 Ross Avenue, Suite 2100,
(Street Address)

Dallas          TX          75201
(City)          (State)     (Zip Code)

214-698-3100          213-229-7520
(Telephone No.)       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  26  day of January, 2024.

Elisabeth C. Frost
Printed Name of Applicant

*s/ Elisabeth C. Frost*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## ELISABETH C. FROST

## ADMISSIONS

| Court | Date Admitted | Bar Number | Active Member in Good Standing? |
|---|---|---|---|
| District of Columbia | 5/11/2012 | 1007632 | Yes |
| New York State | 10/22/2008 | 4631073 | Yes |
| U.S. Supreme Court | 3/7/2016 | | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 2/23/2015 | | Yes |
| U.S. Court of Appeals for the 1st Circuit | 12/19/2018 | | Yes |
| U.S. Court of Appeals for the 2nd Circuit | 12/20/2021 | | Yes |
| U.S. Court of Appeals for the 4th Circuit | 4/29/2011 | | Yes |
| U.S. Court of Appeals for the 5th Circuit | 7/30/2020 | | Yes |
| U.S. Court of Appeals for the 6th Circuit | 6/10/2016 | | Yes |
| U.S. Court of Appeals for the 7th Circuit | 8/12/2016 | | Yes |
| U.S. Court of Appeals for the 9th Circuit | 9/27/2012 | | Yes |
| U.S. Court of Appeals for the 10th Circuit | 4/21/2022 | | Yes |
| U.S. Court of Appeals for the 11th Circuit | 4/12/2017 | | Yes |
| U.S. District Court for the District of Colorado | 9/10/2021 | | Yes |

- 2 -

| Court | Date Admitted | Bar Number | Active Member in Good Standing? |
|---|---|---|---|
| U.S. District Court for the District of Columbia | 2/4/2013 | | Yes |
| U.S. District Court for the Eastern District of New York | 12/29/2009 | | Yes |
| U.S. District Court for the Southern District of New York | 12/23/2008 | | Yes |
| U.S. District Court for the Northern District of New York | 6/2016 | | Yes |
| U.S. District Court for the Western District of Wisconsin | 9/3/2015 | | Yes |