## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X. Corp. _____ §<br>　　　　*Plaintiff*　　　　§<br>　　　　　　　　　　　　§<br>　　　　　　　　　　　　§<br>　　　　v.　　　　　　　§<br>　　　　　　　　　　　　§<br>　　　　　　　　　　　　§<br>Media Matters for America, et al. §<br>　　　*Defendant*　　　§ | Case No. 4:23-cv-01175-O _____ |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**　　Applicant is an attorney and a member of the law firm of (or practices under the name of)

Elias Law Group LLP _____, with offices at

1700 Seventh Ave. Suite 2100 _____
(Street Address)

Seattle _____　WA _____　98101 _____
(City)　　　　　　　　　　　(State)　　　　　　(Zip Code)

206-656-0177 _____　N/A _____
(Telephone No.)　　　　　　　　　　(Fax No.)

**II.**　　Applicant will sign all filings with the name Abha Khanna _____ .

**III.**　　Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Media Matters for America and Eric Hananoki

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____Washington_____, where Applicant regularly practices law.

Bar license number: _42612_____          Admission date: _6/16/2010_____

For Court Use Only.
Bar StatusVerified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**


**V.**     Applicant has also been admitted to practice before the following courts:

Court:                              Admission Date:                    Active or Inactive:

_See attached_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____


**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A


**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A


**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

  N/A

_____        _____

_____        _____

_____        _____
(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

 Andrew Patrick LeGrand _____, who has offices at

 Gibson Dunn & Crutcher LLP, 2001 Ross Avenue, Suite 2100, _____
(Street Address)

 Dallas _____       TX _____        75201 _____
(City)                                                    (State)                        (Zip Code)

 214-698-3100 _____       213-229-7520 _____
(Telephone No.)                                       (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___26___ day of January_____, __2024___.

 

 Abha Khanna _____
Printed Name of Applicant

 *s/ Abha Khanna* _____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.