**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 4:23-cv-01175-O** |
| **MEDIA MATTERS FOR AMERICA, et al.,** | |
| **Defendants.** | |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND FAILURE TO STATE A CLAIM**

Defendants Media Matters for America and Eric Hananoki (collectively, "Defendants") respectfully move the Court for an order dismissing the above-captioned case for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. For the reasons stated in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and Appendix thereto, the Complaint should be dismissed entirely and with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6).

WHEREFORE, Defendants respectfully request dismissal of the Complaint.

1

Respectfully submitted,                              Dated:  February 6, 2024.

/s/ Andrew LeGrand
GIBSON, DUNN & CRUTCHER LLP          ELIAS LAW GROUP LLP
Andrew LeGrand (TX 24070132)              Abha Khanna* (WA 42612)
2001 Ross Avenue, Suite 2100               1700 Seventh Avenue, Suite 2100
Dallas, TX 75201                                     Seattle, WA 98101
T: (214) 698-3100                                    T: (206) 656-0177
F: (214) 571-2960                                    F: (206) 656-0180
alegrand@gibsondunn.com                      akhanna@elias.law

Theodore J. Boutrous, Jr.** (CA 132099)   Jacob D. Shelly* (DC 90010127)
333 South Grand Avenue                        Omeed Alerasool* (DC 90006578)
Los Angeles, CA 90071                           250 Massachusetts Avenue NW, Suite 400
T: (213) 229-7000                                    Washington, DC 20001
F: (213) 229-7520                                    T: (202) 968-4490
tboutrous@gibsondunn.com                     F: (202) 986-4498
                                                               jshelly@elias.law
Amer S. Ahmed** (NY 4382040)            oalerasool@elias.law
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035                                    * Admitted *pro hac vice*
aahmed@gibsondunn.com                        ** *Pro hac vice* application forthcoming

*Counsel for Defendants Media Matters for America and Eric Hananoki*

2

**CERTIFICATE OF SERVICE**

On February 6, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrew LeGrand*
Andrew LeGrand
