UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>          **Plaintiff,**<br><br>    v.<br><br>MEDIA MATTERS FOR AMERICA, et al.,<br><br>          **Defendants.** | Civil Action No. 4:23-cv-01175-O |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**

Having reviewed Defendants' Motion to Dismiss, brief in support, and supporting declarations and exhibits, this Court GRANTS the motion.

It is hereby **ORDERED** that Plaintiff X. Corp's Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____          Hon. _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1