UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**MEDIA MATTERS FOR AMERICA, et al.,**<br><br>        **Defendants.** | **Civil Action No. 4:23-cv-01175-O** |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 7.4 of the United States District Court for the Northern District of Texas, Defendants Media Matters for America and Eric Hananoki file this Certificate of Interested Persons.

The following are, to the best information of the Defendants, a complete list of all persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

Plaintiff:

1. X Corp.
2. X Corp.'s stockholders
3. Elon Musk
4. S|L Law PLLC (counsel to Plaintiff)
5. Stone Hilton PLLC (counsel to Plaintiff)

1

Defendants:

1. Media Matters for America

2. Eric Hananoki

3. Elias Law Group LLP (counsel to Defendants)

4. Gibson, Dunn & Crutcher LLP (local counsel to Defendants)

In the event that Defendants become aware of additional interested persons, they will supplement this filing.

Respectfully submitted,                                  Dated: February 6, 2024.

*/s/ Andrew LeGrand*

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Andrew LeGrand (TX 24070132)<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>T: (214) 698-3100<br>F: (214) 571-2960<br>alegrand@gibsondunn.com | ELIAS LAW GROUP LLP<br>Abha Khanna* (WA 42612)<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>T: (206) 656-0177<br>F: (206) 656-0180<br>akhanna@elias.law |
| Theodore J. Boutrous, Jr.** (CA 132099)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>T: (213) 229-7000<br>F: (213) 229-7520<br>tboutrous@gibsondunn.com | Jacob D. Shelly* (DC 90010127)<br>Omeed Alerasool* (DC 90006578)<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001<br>T: (202) 968-4490<br>F: (202) 986-4498<br>jshelly@elias.law<br>oalerasool@elias.law |
| Amer S. Ahmed** (NY 4382040)<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>F: (212) 351-4035<br>aahmed@gibsondunn.com | * Admitted *pro hac vice*<br>** *Pro hac vice* application forthcoming |

*Counsel for Defendants Media Matters for America and Eric Hananoki*

## CERTIFICATE OF SERVICE

On February 6, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Andrew LeGrand*
                                            Andrew LeGrand