UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDIA MATTERS FOR AMERICA, et al.,<br><br>　　　　Defendants. | Civil Action No. 4:23-cv-01175-O |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS**

　　Having reviewed Defendants' Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss, and good cause appearing, this Court GRANTS the motion.

　　It is hereby **ORDERED** that discovery in this matter is **STAYED** pending this Court's resolution of Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　Hon. _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1