UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> MEDIA MATTERS FOR AMERICA, et al., <br><br> Defendants. | Civil Action No. 4:23-cv-01175-O |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**

Having reviewed Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, brief in support, and supporting declarations and exhibits, this Court GRANTS the motion.

It is hereby **ORDERED** that Plaintiff X. Corp's Amended Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____  Hon. _____
 UNITED STATES DISTRICT JUDGE