# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> MEDIA MATTERS FOR AMERICA, et al., <br><br> Defendants. | Civil Action No. 4:23-cv-01175-O |

### [PROPOSED] ORDER ON DEFENDANTS' RENEWED MOTION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS

Having reviewed Defendants' Renewed Motion to Stay Discovery Pending Ruling on Defendants' Motion to Dismiss, and good cause appearing, this Court GRANTS the motion.

It is hereby **ORDERED** that discovery in this matter is **STAYED** pending this Court's resolution of Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____        Hon. _____
         UNITED STATES DISTRICT JUDGE