# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br>      Plaintiff,<br><br>      vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br>      Defendants. | Case No. 4:23-cv-01175-O |

## ORDER ON DEFENDANTS' RENEWED MOTION TO STAY DISCOVERY

Considering Defendants' Renewed Motion to Stay Discovery, Plaintiff's Response thereto, the other briefing of the parties, the facts, and the law,

**IT IS ORDERED** that the motion is **DENIED**.

So ordered this the _____ day of _____, 2024.

_____
UNITED STATES JUDGE