UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

X CORP., a Nevada corporation, §
*Plaintiff* §
§
§
v. § Case No. 4:23-cv-01175-O
§
§
MEDIA MATTERS FOR AMERICA, **et al.** §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Gibson, Dunn & Crutcher LLP, with offices at

200 Park Avenue
(Street Address)

New York          NY          10166-0193
(City)            (State)     (Zip Code)

212.351.4000          212.351.4035
(Telephone No.)       (Fax No.)

**II.** Applicant will sign all filings with the name  Anne Champion .

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendants Media Matters for America, Eric Hananoki

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 4425237     Admission date: 06/20/2006

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N.A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Andrew G. LeGrand, who has offices at

2001 Ross Ave., Suite 2100
(Street Address)

Dallas  TX  75201
(City)  (State)  (Zip Code)

214.698.3100  214.571.2900
(Telephone No.)  (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  8th  day of April , 2024 .

Anne Champion
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**ADDITIONAL BAR INFORMATION**

| COURT OF ADMISSION | ADMISSION DATE | ACTIVE OR INACTIVE |
|---|---|---|
| U.S. District Court, Southern District of New York | 2007 | Active |
| U.S. District Court, Eastern District of New York | 2007 | Active |
| U.S. District Court, Eastern District of Texas | 2009 | Active |
| U.S. Court of Appeals, Federal Circuit | 2013 | Active |
| U.S. District Court Northern District of New York | 2014 | Active |
| U.S. Court of Appeals, District of Columbia Circuit | 2017 | Active |
| U.S. Court of Appeals, Ninth Circuit | 2019 | Active |
| U.S. District Court, Eastern District of Virginia | 2022 | Active |
| U.S. District Court, District of Connecticut | 2021 | Active |
| U.S. District Court, Southern District of Florida | 2021 | Active |
| U.S. District Court, District of Connecticut | 2021 | Active |
| U.S. District Court, Central District of California | 2008 | Active |
| U.S. Court of Appeals, Fourth Circuit | 2018 | Active |
| U.S. District Court, Northern District of California | 2007 | Active |
| U.S. District Court, Southern District of Texas | 2020 | Active |
| U.S. District Court, District of Delaware | 2009 | Active |
| U.S. District Court, District of Nevada | 2014 | Active |
| U.S. District Court, Middle District of Florida | 2013 | Active |
| U.S. District Court, District of New Jersey | 2012 | Active |
| U.S. District Court, Northern District of Ohio | 2011 | Active |