UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>Defendants. | Case No. 4:23-cv-01175-O |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Alexander M. Dvorscak, Attorney at Law, hereby enters his appearance as additional attorney of record for X Corp., Plaintiff, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

April 29, 2024                              Respectfully submitted.


                                               By: */s/ Alexander M. Dvorscak*
                                                   Alexander M. Dvorscak
                                                   Texas Bar No. 24120461
                                                   alex@stonehilton.com

                                                   Judd E. Stone II
                                                   Texas Bar No. 24076720
                                                   Christopher D. Hilton
                                                   Texas Bar No. 24087727
                                                   Ari Cuenin
                                                   Texas Bar No. 24078385

STONE | HILTON PLLC
1115 W. Slaughter Lane
Austin, TX 78748
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

        */s/ Alexander M. Dvorscak*
        Alexander M. Dvorscak