UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

X CORP., a Nevada corporation, §
    *Plaintiff* §
§
§
§
v. § Case No. 4:23-cv-01175-O
§
§
MEDIA MATTERS FOR AMERICA, a Washi §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Gibson, Dunn & Crutcher LLP, with offices at

333 South Grand Avenue
(Street Address)

Los Angeles     CA     90071-3197
(City)     (State)     (Zip Code)

213.229.7000     213.229.7520
(Telephone No.)     (Fax No.)

**II.**    Applicant will sign all filings with the name Theodore J. Boutrous.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendants Media Matters for America, Eric Hananoki

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of ___California___, where Applicant regularly practices law.

Bar license number: 132099    Admission date: 12/15/1987

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N.A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Andrew G. LeGrand                                                                             , who has offices at

2001 Ross Ave., Suite 2100
(Street Address)

Dallas                                              TX                      75201
(City)                                              (State)                 (Zip Code)

214.698.3100                                        214.571.2900
(Telephone No.)                                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   29th   day of April                              , 2024   .

Theodore J. Boutrous
Printed Name of Applicant

*/s/ Theodore J. Boutrous*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# **Attachment**

| Jurisdiction/Court | Admitted | Status |
|---|---|---|
| U.S. Supreme Court | January 14, 1991 | Active/Good Standing |
| **Federal Appellate Courts** | | |
| U.S. Court of Appeals, District of Columbia | October 4, 1989 | Active/Good Standing |
| U.S. Court of Appeals, District of Columbia Circuit | February 28, 1991 | Active/Good Standing |
| U.S. Court of Appeals for the Federal Circuit | June 29, 1999 | Active/Good Standing |
| U.S. Court of Appeals, First Circuit | July 14, 2016<br>Bar No. 1175757 | Active/Good Standing |
| U.S. Court of Appeals, Second Circuit | July 18, 2013 | Active/Good Standing |
| U.S. Court of Appeals, Third Circuit | June 20, 2007 | Active/Good Standing |
| U.S. Court of Appeals, Fourth Circuit | September 11, 1997 | Active/Good Standing |
| U.S. Court of Appeals, Fifth Circuit | May 9, 1991 | Active/Good Standing |
| U.S. Court of Appeals, Sixth Circuit | June 13, 1994 | Active/Good Standing |
| U.S. Court of Appeals, Seventh Circuit | May 28, 2010 | Active/Good Standing |
| U.S. Court of Appeals, Eighth Circuit | December 18, 1992 | Active/Good Standing |
| U.S. Court of Appeals, Ninth Circuit | October 15, 1992 | Active/Good Standing |
| U.S. Court of Appeals, Tenth Circuit | January 29, 1993 | Active/Good Standing |
| U.S. Court of Appeals, Eleventh Circuit | March 23, 2009 | Active/Good Standing |

| Federal District Courts | | |
|---|---|---|
| California – U.S. District Court, Central District | October 5, 2000 | Active/Good Standing |
| California – U.S. District Court, Northern District | December 19, 2005 | Active/Good Standing |
| California – U.S. District Court, Eastern District | July 11, 2011 | Active/Good Standing |
| California – U.S. District Court, Southern District | October 27, 2014 | Active/Good Standing |
| New York – U.S. District Court, Southern District | October 9, 2018 | Active/Good Standing |
| New York – U.S. District Court, Eastern District | November 6, 2020 | Active/Good Standing |
| District of Columbia – U.S. District Court | January 19, 1990 | Active/Good Standing |

| Bar Admissions | Bar No. | Admitted | Status |
|---|---|---|---|
| California State Bar | CA-132099 | December 15, 1987 | Active/Good Standing |
| District of Columbia Bar | DC-420440 | October 4, 1989 | Active/Good Standing |
| New York State Bar | NY-5518550 | July 1, 2017 | Active/Good Standing |
| United Kingdom (England & Wales) Solicitor – Registered Foreign Lawyer | 570766 | August 24, 2012 | Active/Good Standing |