UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, <br><br> Defendants. | Case No. 4:23-cv-01175-O |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Cody Coll, Attorney at Law, hereby enters his appearance as additional attorney of record for Plaintiff X Corp. in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

April 30, 2024                                              Respectfully submitted.

By: _____
Cody C. Coll
Texas Bar No. 24116214
cody@stonehilton.com

>Judd E. Stone II
>Texas Bar No. 24076720
>Christopher D. Hilton
>Texas Bar No. 24087727
>Ari Cuenin
>Texas Bar No. 24078385
>**STONE | HILTON PLLC**
>1115 W. Slaughter Lane
>Austin, TX 78748
>Telephone: (737) 465-3897
>judd@stonehilton.com
>chris@stonehilton.com
>ari@stonehilton.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

_____
Cody C. Coll

2