UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>         Plaintiff,<br><br>   vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>         Defendants. | Case No. 4:23-cv-01175-O |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiff X Corp. ("X") brings this motion to compel against Defendants Media Matters for America, Eric Hanonoki, and Angelo Carusone. For the reasons stated in the accompanying brief in support, X requests that the Court issue an order overruling Defendants' objections to X's requests for production and requiring Defendants to promptly provide responsive documents so that the parties can meet the deadlines set out in the Court's scheduling order.

<table>
<tr><td>Dated: May 24, 2024.</td><td>Respectfully submitted,<br><br>*/s/ Christopher D. Hilton*<br>Judd E. Stone II<br>Texas Bar No. 24076720<br>Christopher D. Hilton<br>Texas Bar No. 24087727<br>Ari Cuenin<br>Texas Bar No. 24078385<br>Alexander M. Dvorscak<br>Texas Bar No. 24120461<br>**STONE | HILTON PLLC**<br>1115 W. Slaughter Lane<br>Austin, TX 78748<br>Telephone: (737) 465-7248<br>judd@stonehilton.com<br>chris@stonehilton.com<br>ari@stonehilton.com<br>alex@stonehilton.com<br><br>John C. Sullivan<br>Texas Bar No. 24083920<br>**S|L LAW PLLC**<br>610 Uptown Boulevard, Suite 2000<br>Cedar Hill, TX 75104<br>Telephone: (469) 523-1351<br>Facsimile: (469) 613-0891<br>john.sullivan@the-sl-lawfirm.com</td></tr>
</table>

**CERTIFICATE OF CONFERENCE**

I certify that the parties have conferred on multiple occasions via email and telephone regarding the issues raised in the motion to compel beginning on April 9, 2024, and continuing through May 24, 2024. Although the parties narrowed some of their disagreements, there remain several intractable grounds of disagreement necessitating this motion.

                                                     */s/ Christopher D. Hilton*
                                                     Christopher D. Hilton

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2024, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                                     */s/ Alexander M. Dvorscak*
                                                     Alexander M. Dvorscak