UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP.**, a Nevada corporation, | § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Case No. 4:23-cv-01175-O |
| **MEDIA MATTERS FOR AMERICA,** a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, | § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Amend the Scheduling Order (the "Motion"). After consideration of the Motion, and because of the good cause shown therein, the Court finds that the Motion should be **GRANTED**. Accordingly, the Court **ORDERS** that the following Schedule shall govern the above captioned matter:

| | |
|---|---|
| Deadline for Motions for Leave to Join Parties or Amend Pleadings | March 20, 2024 |
| ESI Protocol, Protective Order, and Privilege Log Agreement | June 14, 2024 |

| | |
|---|---|
| Deadline for Defendants to Provide First Privilege Log and Associated Documents | June 28, 2024 |
| Mediation | January 13, 2025 |
| Completion of Written Discovery | January 29, 2025 |
| Initial Expert Designation & Report | February 12, 2025 |
| Responsive Expert Designation & Report | March 12, 2025 |
| Rebuttal Expert Reports | March 26, 2025 |
| Completion of All Discovery | April 14, 2025 |
| Dispositive Motions | May 5, 2025 |
| Pretrial Disclosures | June 23, 2025 |
| Objections to Pretrial Disclosures | July 7, 2025 |
| Motions *in Limine*, including Daubert Motions | July 21, 2025 |
| Responses to Motions *in Limine*, including Daubert Motions | August 4, 2025 |
| Pretrial Materials, including Pretrial Order | August 15, 2025 |
| Exchange of Exhibits | August 25, 2025 |
| Pretrial Conference | To be set if necessary |
| Trial Date | September 8, 2025 |

It is **SO ORDERED**.

Dated: _____         _____
                                 Hon. Reed O'Connor
                                 United States District Judge