## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP**., a Nevada corporation, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-01175-O |
| | § | |
| **MEDIA MATTERS FOR AMERICA,** a | § | |
| Washington, D.C. non-profit corporation, **ERIC** | § | |
| **HANANOKI**, and **ANGELO CARUSONE**, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## STIPULATION AND ORDER FOR THE EXCHANGE OF PRIVILEGE LOGS

This Stipulation Regarding the Exchange of Privilege Logs ("Stipulation") shall govern the format and timing for the parties to log documents withheld in full or in part due to an assertion of privilege in the above-captioned case (the "Action") between Plaintiff X Corp., and Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone (each, individually, a "Party" and, collectively, the "Parties").

## I.      PROCESS OF LOGGING PRIVILEGED DOCUMENTS

All documents and files that contain, in whole or in part, privileged information will be logged and produced in accordance with the below:

### A.      Withholding or redacting privileged documents

Where a document is privileged in its entirety, the producing Party will withhold the document but produce a PDF "placeholder" indicating and assigning a Bates number to the file being withheld.

Where a document is partially privileged, the producing Party will redact only those portions of the document that are privileged. The redactions will expressly indicate what kind of privilege the Party is asserting. For example, if the producing Party is redacting a paragraph due to the attorney work product privilege, the redaction applied to the paragraph will read "Attorney Work Product" rather than the word "Redacted" or a black box. The document will be otherwise produced in accordance with the Parties' ESI Protocol and Protective Order.

**B.      Privilege log contents**

For all documents being partially or fully withheld for privilege, the producing Party will log each document in a chart or table that contains the following information:

1) "Status" meaning whether the document is being redacted or withheld.

2) "Bates" meaning the document or "placeholder" PDF Beginning Bates number.

3) "Doc Type" meaning the type of document being redacted or withheld (email, word document, excel spreadsheet, video, etc.)

4) "From/Author" meaning the name of the document author or email/message sender with any names and email addresses redacted if necessary.

5) "To" meaning the name(s) of the email/message recipients with any names and email addresses redacted if necessary.

6) "Cc" meaning the name(s) of the email's Cc recipients with any names and email addresses redacted if necessary.

7) "Bcc" meaning the name(s) of the email's Bcc recipients with any names and email addresses redacted if necessary.

8) "Privilege Designation" meaning the privilege being asserted.

9) "Privilege Description" meaning the reason why the document or redacted text is privileged.

10) "Confidentiality" meaning any confidentiality designation.

## C.    Privilege log exemptions

All documents withheld or redacted due to privilege must be logged except those the Parties agreed not to log in their ESI Protocol or via independent agreement.

## II.    TIMING OF PRIVILEGE LOG EXCHANGE

### A.    Exchange dates

The Parties agree to a mutual exchange of all documents redacted or withheld for privilege and any corresponding privilege logs in the manner outlined above on the following days, contingent on the Court granting the parties' pending joint motion to amend scheduling order:

1) July 29, 2024

2) September 30, 2024

3) November 26, 2024

4) January 3, 2025

The parties agree to confer regarding appropriate dates for a mutual exchange of privilege logs should the Court deny in full or in part the parties' pending joint motion (ECF No. 66).

Nothing in this Stipulation shall prevent the Parties from producing documents that are not privileged, in whole or in part, outside of this privileged document exchange schedule. The Parties agree to ensure documents are being produced in a timely manner without undue delay.

The parties stipulate to allow for the claw back of any inadvertent disclosures of privileged information as laid out in the Parties' ESI Protocol.

## III.    CHALLENGES TO PRIVILEGE LOGS

The Parties will have 14 days after a privilege log is produced to object to the privilege designation of a document on said privilege log in writing to the other Party. The Parties agree to meet and confer in good faith over any challenges to a document's privilege designation and attempt to reach a resolution to any disagreement before seeking Court intervention.

Dated: June 12, 2024                              Respectfully submitted,

Agreed as to form and substance:

Counsel for Plaintiff

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
**STONE | HILTON PLLC**
1115 W. Slaughter Lane
Austin, TX 78748
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L Law PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com
Counsel for Defendants:

*/s/ Andrew LeGrand*
Andrew LeGrand Texas Bar No. 24070132

**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX
75201-2923
Telephone: (214) 698-3100
Email: alegrand@gibsondunn.com

Theodore J. Boutrous, Jr.*
Jay P. Srinivasan*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: jsrinivasan@gibsondunn.com

Amer S. Ahmed*
Anne Champion*
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com
Email: achampion@gibsondunn.com

**ELIAS LAW GROUP LLP**
Abha Khanna*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
Email: akhanna@elias.law
Aria C. Branch*
Christopher D. Dodge*
Jacob D. Shelly*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Omeed Alerasool
250 Massachusetts Ave. NW,
Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
jshelly@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
oalerasool@elias.law