IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 4:23-cv-01175-O |
| § § | |
| MEDIA MATTERS FOR AMERICA, et al., § § § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order (the "Motion") (ECF No. 66), filed June 10, 2024. The parties request an extension of all remaining deadlines, including the trial date. ECF No. 66 at 3. Recognizing the volume and complexity of ongoing document discovery, as well as the anticipated depositions and expert discovery, the Court finds good cause to **GRANT in part** the Motion to the extent possible based on the Court's calendar. However, the Court **DENIES** the request to extend deadlines in this case, including the trial date, by a full eight months absent a sufficient showing of good cause for such an extension.[1] Accordingly, the Court **MODIFIES** the schedule in this matter as follows:

| | |
|---|---|
| ESI Protocol, Protective Order, and Privilege Log Agreement | **June 14, 2024** |
| Deadline for Defendants to Provide First Privilege Log and Associated Documents | **June 28, 2024** |
| Initial Expert Designation & Report | ~~June 24, 2024~~ **January 14, 2025** |

---

[1] As previously explained, this Court's docket—which is one of the busiest in the entire country—cannot presently accommodate for a change of the requested trial date. *See* ECF No. 54. Such a postponement would be at odds with the Court's obligation to ensure this case moves at a diligent pace toward final resolution. *See* FED. R. CIV. P. 1 (identifying the duty to "secure the just, *speedy*, and inexpensive determination of every action and proceeding" (emphasis added)).

| Responsive Expert Designation & Report | ~~July 22, 2024~~ **January 28, 2025** |
|---|---|
| Rebuttal Expert Designation | **February 7, 2025** |
| Expert Objections | ~~October 14, 2024~~ **March 3, 2025** |
| Dispositive Motions | ~~August 5, 2024~~ **December 9, 2024** |
| Mediation | ~~July 10, 2024~~ **November 27, 2024** |
| Completion of Discovery | ~~July 29, 2024~~ **December 31, 2024** |
| Pretrial Disclosures and Objections | ~~November 27, 2024~~ **February 26, 2025** Objections due 7 days thereafter |
| Pretrial Materials (pretrial order, witness lists, and exhibit lists) | ~~December 12, 2024~~ **March 13, 2025** |
| Jury Charge[2] | ~~December 9, 2024~~ **March 3, 2025** |
| Motions in Limine[3] | ~~December 9, 2024~~ **March 10, 2025** |
| Exchange of Exhibits | ~~December 23, 2024~~ **March 24, 2025** |
| Settlement Conference | ~~December 23, 2024~~ **March 24, 2025**[4] |
| Pretrial Conference | To be set if necessary. |
| Trial Date | ~~January 6, 2025~~ **April 7, 2025** |

**SO ORDERED** on this **13th day** of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[2] All deadlines surrounding the jury charge (as described in the January 22, 2024 Scheduling Order) are adjusted accordingly based on the revised deadline for filing the Agreed Charge with Court on March 3, 2025.

[3] Responses to motions in limine (as limited by the January 22, 2024 Scheduling Order) are due within fourteen days of the filing of such a motion.

[4] The Joint Settlement Report (as described in the January 22, 2024 Scheduling Order) **SHALL** be jointly filed no later than **two** days after the settlement conference.