# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.,**  Plaintiff,  v.  **MEDIA MATTERS FOR AMERICA, et al.,**  Defendants. | **Civil Action No. 4:23-cv-01175-O** |

## MOTION TO COMPEL CORRECTED CERTIFICATE OF INTERESTED PERSONS

For the reasons stated in the accompanying memorandum in support, Defendants move the Court to compel Plaintiff X Corp. to file a corrected Rule 3.1(c) certificate of interested persons listing Tesla, Inc., its shareholders, and any other persons or entities having a financial interest in this matter that X Corp. has not previously disclosed.

Dated: June 17, 2024.

Respectfully submitted,
*/s/ Andrew LeGrand*

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Andrew LeGrand (TX 24070132)<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>T: (214) 698-3100<br>F: (214) 571-2960<br>alegrand@gibsondunn.com | ELIAS LAW GROUP LLP<br>Abha Khanna* (WA 42612)<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>T: (206) 656-0177<br>F: (206) 656-0180<br>akhanna@elias.law |
| Theodore J. Boutrous, Jr.* (CA 132099)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>T: (213) 229-7000<br>F: (213) 229-7520<br>tboutrous@gibsondunn.com | Aria C. Branch* (DC 1014541)<br>Christopher D. Dodge* (DC 90011587)<br>Jacob D. Shelly* (DC 90010127)<br>Samuel T. Ward-Packard** (DC 9005484)<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001<br>T: (202) 968-4490<br>F: (202) 986-4498<br>abranch@elias.law<br>cdodge@elias.law<br>jshelly@elias.law<br>swardpackard@elias.law |
| Amer S. Ahmed* (NY 4382040)<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>F: (212) 351-4035<br>aahmed@gibsondunn.com | * Admitted *pro hac vice*<br>** *Pro hac vice* application forthcoming |

*Counsel for Defendants Media Matters for America, Angelo Carusone, and Eric Hananoki*

**CERTIFICATE OF CONFERRAL**

Defendants' counsel requested that X amend its deficient certificate during a telephonic conference on June 13, 2024. Counsel for X indicated that X would evaluate the issue. Counsel for X then indicated by email on June 17 that X opposes this motion, and that while it may amend its certificate to provide slightly more detail, it would not list Tesla as an interested party.

*/s/ Andrew LeGrand*
Andrew LeGrand

**CERTIFICATE OF SERVICE**

On June 17, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrew LeGrand*
Andrew LeGrand