**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**MEDIA MATTERS FOR AMERICA, et al.,**<br>　　　　**Defendants.** | **Civil Action No. 4:23-cv-01175-O** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL CORRECTED CERTIFICATE OF INTERESTED PERSONS**

　　Having reviewed Defendants' Motion to Compel Corrected Certificate of Interested Persons and brief in support, this Court **GRANTS** the motion.

　　It is hereby **ORDERED** that Plaintiff X. Corp. shall file a corrected certificate of interested persons forthwith.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　Hon. _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE