# Exhibit C

459th District Court

# Case Summary
## Case No. D-1-GN-23-006883

| | | |
|---|---|---|
| **BENJAMIN BRODY vs. ELON MUSK** § § § | Location: | **459th District Court** |
| | Judicial Officer: | **459TH, DISTRICT COURT** |
| | Filed on: | **10/02/2023** |

## Case Information

Case Type: **Defamation**
Case Status: **10/02/2023   Open**

## Assignment Information

**Current Case Assignment**
Case Number       D-1-GN-23-006883
Court             459th District Court
Date Assigned     10/02/2023
Judicial Officer  459TH, DISTRICT COURT

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **BRODY, BENJAMIN** | **Bankston, Mark DuQuesnay**<br>*Retained*<br><br>**STRUBLE, CORY D.**<br>*Retained*<br>**SPIRO, ALEX**<br>*Retained* |
| **Defendant** | **MUSK, ELON** | **DELGADO, EMILIANO**<br>*Retained*<br><br>**BASH, JOHN FRANKLIN**<br>*Retained* |

## Case Events

10/02/2023   ORIGINAL PETITION/APPLICATION (OCA)
  *PLAINTIFF S ORIGINAL PETITION*
  Party:   Plaintiff BRODY, BENJAMIN

10/25/2023   OTHER/NOTICE
  *CIVIL PROCESS REQUEST FORM-ELON MUSK*

11/16/2023   OTHER/NOTICE
  *NOTICE OF RULE 11 AGREEMENT*

01/05/2024
MOTION
  *DEFENDANT ELON MUSK S MOTION TO DISMISS PLAINTIFF S ORIGINAL PETITION UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:   Defendant MUSK, ELON

01/05/2024
MOTION
  *DEFENDANT ELON MUSK S MOTION TO DISMISS PLAINTIFF S ORIGINAL PETITION UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:   Defendant MUSK, ELON

| | | |
|---|---|---|
| 01/10/2024 | MOTION | |
| | *PLAINTIFF S MOTION FOR DISCOVERY* | |
| | Party:  Plaintiff BRODY, BENJAMIN | |
| 01/11/2024 | OTHER/NOTICE | |
| | *NOTICE OF APPEARANCE OF EMILIANO DELGADO ON BEHALF OF DEFENDANT ELON MUSK* | |
| | Party:  Defendant MUSK, ELON | |
| 01/11/2024 | MOTION | |
| | *SWORN MOTION OF ALEX SPIRO FOR ADMISSION PRO HAC VICE* | |

01/11/2024
OTHER/NOTICE
  *NOTICE OF HEARING ON DEFENDANT ELON MUSK S MOTION TO DISMISS PLAINTIFF S ORIGINAL PETITION UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:  Defendant MUSK, ELON

| | | |
|---|---|---|
| 01/17/2024 | OTHER/NOTICE | |
| | *PLAINTIFF S NOTICE OF ORAL HEARING* | |
| 01/23/2024 | OTHER/NOTICE | |
| | *PLAINTIFF S 1ST AMENDED NOTICE OF ORAL HEARING* | |
| 01/25/2024 | OTHER/NOTICE | |
| | *RULE 11 AGREEMENT* | |

01/29/2024
OTHER/NOTICE
  *AMENDED NOTICE OF HEARING ON DEFENDANT ELON MUSK S MOTION TO DISMISS PLAINTIFF S ORIGINAL PETITION UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:  Defendant MUSK, ELON

| | | |
|---|---|---|
| 02/12/2024 | OTHER/NOTICE | |
| | *NOTICE OF APPEARANCE OF JOHN BASH ON BEHALF OF DEFENDANT ELON MUSK* | |
| | Party:  Defendant MUSK, ELON | |
| 02/12/2024 | RESPONSE | |
| | *DEFENDANT ELON MUSK S OPPOSITION TO PLAINTIFF S MOTION FOR DISCOVERY* | |
| | Party:  Defendant MUSK, ELON | |
| 02/21/2024 | ORDER   (Judicial Officer: HEXSEL, MARIA CANTU) | |
| | *ORDER ON PLAINTIFF S MOTION FOR DISCOVERY* | |
| 03/28/2024 | MOTION | |
| | *DEFENDANT ELON MUSK S EMERGENCY MOTION FOR ENTRY OF A PROTECTIVE ORDER* | |
| | Party:  Defendant MUSK, ELON | |
| 03/29/2024 | MOTION | |
| | *DEFENDANT ELON MUSK S EMERGENCY MOTION FOR ENTRY OF A PROTECTIVE ORDER* | |
| | Party:  Defendant MUSK, ELON | |
| 04/04/2024 | MOTION | |
| | *DEFENDANT ELON MUSK S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PROTECTIVE ORDER* | |
| | Party:  Defendant MUSK, ELON | |

04/04/2024
RESPONSE
  *PLAINTIFF S RESPONSE TO ELON MUSK S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PROTECTIVE ORDER*
  Party:  Plaintiff BRODY, BENJAMIN

| | | |
|---|---|---|
| 04/05/2024 | MOTION | |
| | *SWORN MOTION OF CORY D. STRUBLE FOR ADMISSION PRO HAC VICE* | |
| | Party:  Defendant MUSK, ELON | |
| 04/08/2024 | RESPONSE | |
| | *PLAINTIFF S RESPONSE IN OPPOSITION TO MOTION FOR PRO HAC VICE ADMISSION OF ALEX SPIRO* | |
| | Party:  Plaintiff BRODY, BENJAMIN | |
| 04/08/2024 | MOTION | |
| | *PLAINTIFF S MOTION FOR SANCTIONS* | |
| | Party:  Plaintiff BRODY, BENJAMIN | |

| | | |
|---|---|---|
| 04/08/2024 | OTHER/NOTICE | |
| | *PLAINTIFF S NOTICE OF ORAL HEARING* | |
| | Party:   Plaintiff BRODY, BENJAMIN | |

04/12/2024
OTHER/NOTICE
*NOTICE BY DEFENDANT ELON MUSK PURSUANT TO RULES 8 AND 13 OF THE TEXAS RULES OF CIVIL PROCEDURE*
  Party:   Defendant MUSK, ELON

04/15/2024
RESPONSE
*PLAINTIFF BEN BRODY'S RESPONSE TO DEFENDANT ELON MUSK'S MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:   Plaintiff BRODY, BENJAMIN

04/18/2024
RESPONSE
*DEFENDANT ELON MUSK S OPPOSITION TO MOTION FOR SANCTIONS AND CROSS-MOTION FOR SANCTIONS*
  Party:   Defendant MUSK, ELON

04/19/2024
OTHER/NOTICE
*LETTER- REGARDING FLASH DRIVE EXHIBIT L TO DECLARATION OF JOHN BASH IN SUPPORT OF DEFENDANT'S OPERATION TO PLAINTIFF'S MOTION FOR SANCTIONS AND CROSS MOTION TO STRIKE*

04/19/2024
OTHER/NOTICE
*DECLARATION OF JOHN BASH IN SUPPORT OF DEFENDANT ELON MUSK S OPPOSITION TO MOTION FOR SANCTIONS AND CROSS-MOTION FOR SANCTIONS*

| | | |
|---|---|---|
| 04/19/2024 | OTHER/NOTICE | |
| | *EXHIBIT E* | |
| 04/19/2024 | OTHER/NOTICE | |
| | *LETTER REGARDING EXHIBIT F-O TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION SANCTIONS* | |
| 04/19/2024 | OTHER/NOTICE | |
| | *DEFENDANT'S EXHIBIT E TO OPPOSITON AND CROSS MOTION FOR SANCTIONS* | |

04/22/2024
RESPONSE
*DEFENDANT ELON MUSK S REPLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFF S ORIGINAL PETITION UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:   Defendant MUSK, ELON

04/22/2024
MOTION
*DEFENDANT S OBJECTIONS TO AND MOTION TO STRIKE DECLARATIONS ATTACHED TO PLAINTIFF S RESPONSE TO MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
  Party:   Defendant MUSK, ELON

| | | |
|---|---|---|
| 04/26/2024 | OTHER/NOTICE | |
| | *DEFENDANT ELON MUSK S NOTICE OF SUPPLEMENTAL AUTHORITY* | |
| 04/30/2024 | RESPONSE | |
| | *PLAINTIFF S RESPONSE TO DEFENDANT S OBJECTIONS TO AND MOTION TO STRIKE DECLARATIONS* | |
| | Party:   Plaintiff BRODY, BENJAMIN | |

05/29/2024
ORDER   (Judicial Officer: HEXSEL, MARIA CANTU)
  *ORDER DENYING DEFENDANT S MOTION TO DISMISS, GRANTING ALEX SPIRO S MOTION FOR ADMISSION PRO HAC VICE, GRANTING CORY D. STRUBLE S MOTION FOR ADMISSION PRO HAC VICE*

06/07/2024   ORIGINAL ANSWER/WAIVER
  *DEFENDANT ELON MUSK S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF S ORIGINAL PETITION*
    Party:   Defendant MUSK, ELON

**Hearings**

**459th District Court**
**Case Summary**
Case No. D-1-GN-23-006883

02/20/2024   *CANCELED* **Setting Date**   (9:01 AM)
  *Passed by Agreement*

---
## Service Events
---

10/26/2023   **Citation**
  MUSK, ELON
  Unserved