UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

X. Corp.
§
*Plaintiff*
§
§
§
§
v. § Case No. 4:23-cv-01175-O
§
§
§
Media Matters for America, et al. §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Elias Law Group LLP , with offices at

250 Massachusetts Ave NW, Suite 400
(Street Address)

Washington                    DC              20001
(City)                        (State)         (Zip Code)

202-968-4490                  202-968-4498
(Telephone No.)               (Fax No.)

II. Applicant will sign all filings with the name  Samuel Ward-Packard              .

III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Media Matters for America, Eric Hananoki and Angelo Carusone

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 90005484   Admission date: 11/24/2022

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

_____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Andrew Patrick LeGrand_____, who has offices at

Gibson Dunn & Crutcher LLP, 2001 Ross Avenue, Suite 2100,_____
(Street Address)

Dallas_____  TX_____  75201_____
(City)                                (State)         (Zip Code)

214-698-3100_____  213-229-7520_____
(Telephone No.)                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __17__ day of June_____, 2024____.

Samuel Ward-Packard_____
Printed Name of Applicant

/s/ *Samuel Ward-Packard*_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## SAMUEL WARD-PACKARD
## ADMISSIONS LIST

| Court Admission | Date | Active or Inactive |
|---|---|---|
| District of Columbia | 11/24/2022 | Active |
| Wisconsin | 4/12/2022 | Active |
| U.S. District Court for the District of Columbia | 3/4/2024 | Active |
| U.S. District Court for the Western District of Wisconsin | 10/03/2023 | Active |
| U.S. District Court for the Western District of Michigan | 10/12/2023 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 10/05/2023 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 5/29/2024 | Active |