UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> *Defendants*. | Civil Action No. 4:23-cv-01175-O |

**DEFENDANTS' NOTICE OF SERVICE OF PRIVILEGE LOG**

Pursuant to this Court's June 6 and June 13 orders, ECF Nos. 65 & 69, Defendants hereby certify that they delivered to Plaintiff on June 28, 2024, a privilege log of withheld and redacted documents. After the parties confer, Defendants will notify the Court of any remaining disputes regarding the assertion of First Amendment privileges. *See* ECF No. 65 at 3.

Dated June 28, 2024

*/s/ Andrew LeGrand*

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>Andrew LeGrand (TX 24070132)<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>T: (214) 698-3100<br>F: (214) 571-2960<br>alegrand@gibsondunn.com<br><br>Theodore J. Boutrous, Jr.* (CA 132099)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>T: (213) 229-7000<br>F: (213) 229-7520<br>tboutrous@gibsondunn.com<br><br>Amer S. Ahmed* (NY 4382040)<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>F: (212) 351-4035<br>aahmed@gibsondunn.com | **ELIAS LAW GROUP LLP**<br>Abha Khanna* (WA 42612)<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>T: (206) 656-0177<br>F: (206) 656-0180<br>akhanna@elias.law<br><br>Aria C. Branch* (DC 1014541)<br>Jacob D. Shelly* (DC 90010127)<br>Daniela Lorenzo* (DC 90022335)<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>T: (202) 968-4490<br>F: (202) 986-4498<br>abranch@elias.law<br>jshelly@elias.law<br>dlorenzo@elias.law<br><br>* Admitted *pro hac vice* |

*Counsel for Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone*