# Exhibit C

Mark A. Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and Does*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DEFENDANTS' SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

i        Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant X Corp., by and through its counsel, certifies that it is wholly owned by X Holdings Corp., a privately held corporation. No publicly held corporation owns 10% or more of X Corp.'s or X Holdings Corp.'s stock.

Pursuant to the Court's Order Granting Administrative Motion for Order Requiring Defendants to File a Certification of Conflicts and Interested Entities or Persons in Compliance with Local Rule 3-15 (Dkt. No. 90), Defendants disclose the following persons and entities who are owners/shareholders of X Holdings Corp.:

- ███████████████
- ███████
- ███████
- ██████████
- ███████
- █████████████████
- ████████████
- ████████████████
- █████
- ████████
- ██████████
- █████████
- ████████████████
- ██████████
- ████████████
- █████████████
- ███████
- █████
- ██████████████
- ██████████████

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1                Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION



1 • ███████████████████████████████████████████
2   ███████████
3 • ████████████████████████████████████████████
4   █
5 • ████████████████████████████████
6 • █████████████████████████████████
7 • ██████████████████████████████████
8 • ███████████████████████████████████████████
9   █
10 • ██████████████████████████████
11 • ███████████████████████████
12 • ███████████████████████████
13 • ██████████████████████████████
14 • ██████████████████████
15 • █████████████████████
16 • ██████████████████████████████████████
17 • ███████████
18 • ████████████
19 • ██████
20 • ████████████
21 • ████████████
22 • ███████
23 • █████████████████████
24 • █████████████████████
25 • ████████
26 • ███████████████
27 • ██████████████████████████
28 • ██████████████

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION



1. • ███████████████████████████████████████
2. • ████████████
3. • ███████████████████████

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties and the above-listed owners/shareholders of X Holdings Corp.) to report.

Dated: June 26, 2024                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Melissa Hill*
    Melissa Hill (pro hac vice)
    Sean McMahan (pro hac vice)
    Jared R. Killeen (pro hac vice)
    Mark A. Feller

Attorneys for Defendants