UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, <br><br> Defendants. | Case No. 4:23-cv-01175-O |

**MOTION TO COMPEL PRODUCTION OF DONOR-RELATED DOCUMENTS**

Plaintiff X Corp. ("X") brings this motion to compel the production of donor-related documents against Defendants Media Matters for America, Eric Hanonoki, and Angelo Carusone. For the reasons stated in the accompanying brief in support, X requests that the Court issue an order overruling Defendants' objections to X's Requests for Production Nos. 17, 18, 21 and 35, which seek documents and communications concerning Defendants' donors, and requiring Defendants to promptly provide responsive documents to those requests for production.

Dated: August 30, 2024                                     Respectfully submitted,

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Michael R. Abrams
Texas Bar No. 24087072
Alexander M. Dvorscak
Texas Bar No. 24120461
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
michael@stonehilton.com
alex@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

**CERTIFICATE OF CONFERENCE**

I certify that the parties have conferred on multiple occasions, most recently on July 29, 2024, and August 2, 2024, regarding the issues raised in this motion to compel. Notwithstanding those conferrals, there remain intractable grounds of disagreement necessitating this motion. Defendants oppose this motion but agree with Plaintiff that this dispute is ripe for judicial intervention.

                                               */s/ Christopher D. Hilton*
                                               Christopher D. Hilton

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                               */s/ Alexander M. Dvorscak*
                                               Alexander M. Dvorscak