UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP.**, a Nevada corporation, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Case No. 4:23-cv-01175-O |
| **MEDIA MATTERS FOR AMERICA,** a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, | § § § § § § | |
| *Defendants.* | § § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DONOR-RELATED DOCUMENTS

Before the Court is Plaintiff X Corp.'s motion to compel production of donor-related documents from Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone. After consideration of the motion, the parties' briefing, and the applicable law, the Court finds that the motion has merit and should be, and hereby is, **GRANTED**. Accordingly, Defendants' objections to the production of information related to Defendants' donors are **OVERRULED**. Defendants **SHALL** make a complete production of all documents responsive to Plaintiff's Request for Production Nos. 17, 18, 21 and 35 within fourteen (14) days from the date of this order.

It is so **ORDERED**.

Dated: _____           _____
                                    Hon. Reed O'Connor
                                    United States District Judge