**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **X CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01175-O |
| | § | |
| **MEDIA MATTERS FOR AMERICA,** | § | |
| **ERIC HANANOKI, and ANGELO** | § | |
| **CARUSONE,** | § | |
| | § | |
| **Defendants.** | | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to Compel (ECF No. 83). To permit the Court to expeditiously resolve this dispute, Defendants are directed to respond no later than September 6, 2024. Plaintiff shall reply no later than September 11, 2024.

**SO ORDERED** on this **30th day** of **August, 2024**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

- 1 -