UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>        **Plaintiff,**<br><br>   v.<br><br>MEDIA MATTERS FOR AMERICA,<br>et al.,<br><br>        **Defendants.** | **Civil Action No. 4:23-cv-01175-O** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DONOR-RELATED DOCUMENTS**

Having reviewed Plaintiff's Motion to Compel Production of Donor-Related Documents, Defendants' brief in opposition, and all relevant evidence and legal authorities, this Court **DENIES** the motion.

It is hereby **ORDERED** that Defendants' objections to Plaintiff's Request for Production Nos. 17, 18, 21, and 35 are **SUSTAINED**, and Defendants shall have no obligation to produce documents responsive to those requests.

**IT IS SO ORDERED.**

Dated: _____

                                            Hon. _____
                                            UNITED STATES DISTRICT JUDGE