# Exhibit A



# CERTIFICATION OF AUTHENTICITY

Date: August 8, 2024

**Client:** Michelle DePass

**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:**
316988_threat_GIGLIO GEOFFREY 19498995080

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this August 8, 2024.

Sincerely,

*[signature]*

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

316988_threat_giglio geoffrey 19498995080
Male Speaker

1

Oh, you guys pissed off the wrong people this time. See when you lie, and you ruin people's lives, cause people to die with what you do. I don't know if you're so stupid you don't realize that. I think you're probably just total fucking assholes or you're brainwashed fucking stupid negros, fucking faggots, you know dipshits of color and of sexual orientation not the majority of the good Black people, good Brown people. And I only use these terms because you assholes do all the time. You're the fucking racists, but you're too fucking chickenshit to sit down to prove that you're not the racist because you hide in the shadows. Fuck, I think there's some bad people that want to hold you accountable. Hopefully it's just the lawsuit, but you should all be really careful. I don't know this for sure. I just hear a lot of shit.

And some people that are pretty tough funded and like a lot of guys who fought wars for 20 years and did a lot, they don't seem – I think you pushed it too hard, and I think you should just shut the fuck up. That would be a smart thing to do. But you're pretty fucking stupid. You're unethical. You're a bunch of lying scum pigs. That's obvious. Now a lawsuit is great, and I think that's the way they should hit lying, sick bastards like you and in some nice red states not your fucking scumbag judicially fucking inbred, disgusting fucking DC court system. I hope nothing happens to you and your employees, but I hope you get sued from here to yesterday you lying, filthy scumbags. You're disgusting. It's disgusting what you do to make your money, clearly morally bankrupt hypocritical fucking losers. Probably a bunch of geeks and freaks who fucking think you're something.

No, you're still a fucking dork, a dork with money, a bunch of fucking – feeding off a bunch of poor Black people, and mentally ill people, homeless people, freaking people who should be protected. You're using them. "Bring in the gays. Brain in the Black people. Pretend we care about them while we fuck them over like we have for decades." You are the worst fucking friend, the worst, the worst to Black people, minorities. Every democrat city's a shithole, shithole because of people like you, you dipshits. And we're gonna make sure everybody knows. And I can't wait till you're serving dinner to a Black man that has your job because you lazy fucking assholes will have eat. So, you'll have to work. And guess what? You're fucking not worth anything. You don't make anything. You don't produce anything.

You do nothing but fucking try to take down shit, you fucking filthy scumbags, whores. Have a good weekend. And I would be careful if I were you. That's all I'm saying. I think if you keep pushing it things will get to a point where there will be violence. And I think you're right near the top of the list for the baddest fucking motherfuckers on this continent. And I don't know; I'm hoping this is all a big fucking game for you rich fucks and we just suck on it. But if you think we're gonna just take it, go fuck yourself you fucking inbred fucking generational idiots, braindead fucking morons. I'd love for some stupid fuck to call me back and try to have a conversation. You're too dumb. All you do is call the police. "Oh, someone was mean to me. We're defunding you, defunding you but we still want you to go get anybody that's mean to us because we're little dorks."

**316988_threat_giglio geoffrey 19498995080**
**Male Speaker**

2

I mean boy, God I wish, fuck, you guys had the balls. I wish you'd just go in the boxing rink, in the octagon. Fucking rip you apart, make you cry like a little bitch, people like you, so you understand that this is real and you're hurting people. Every time you do the shit you do you fucking tear down the fabric of this country, the best country in the world, you idiots. You clearly don't go anyplace outside of fucking Western Europe you morons, you thick fucking morally bankrupt hypocrites. Go fuck yourself.

**[End of Audio]**

**Duration: 6 minutes**