# Exhibit B



# CERTIFICATION OF AUTHENTICITY

Date: August 8, 2024

**Client:** Michelle DePass

**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:**
316988_threat-voicemail-visit-office

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this August 8, 2024.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

**316988_threat-voicemail-visit-office**
**Male Speaker**

1

You folks up there in Washington at Media Matters, you do know what goes around comes around. The stuff you're trying to feed Americans like myself is really, really gonna come back and bite you in the ass. And I may be one of the people that you really don't want to come up and visit your offices. So, remember what goes around comes around. And there's more intelligent Americans that don't believe your crap then there are young people that have their head up their butts.

**[End of Audio]**

**Duration: 1 minute**