# Exhibit C

Native Audio File - 316988_threat_GIGLIO GEOFFREY 19498995080