# Exhibit D

Native Audio File - 16988_threat-voicemail-visit-office