# GIBSON DUNN

Lauren Womack
Paralegal
T: +1 214.698.3213
lwomack@gibsondunn.com

September 9, 2024



**VIA HAND DELIVERY**

Clerk of Court
Northern District of Texas
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Re:   *X Corp. v. Media Matters for America*, No. 4:23-cv-1175-O

Dear Clerk:

Enclosed please find an encrypted flash drive containing the native audio files for Exhibits C and D to Defendants' Notice of Exhibits [Dkt. 89] filed on September 6, 2024 in the above-referenced case. The password to access the files is below in red. Please let us know if there is anything further needed.

**SAsLduki!?oCHU**

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

*Lauren Womack*

Lauren Womack

LEW

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100  |  Dallas, TX 75201-2923  |  T: 214.698.3100  |  F: 214.571.2900  |  gibsondunn.com





| HERE | GIVE BOTTOM TWO COPIES TO DRIVER | HERE | |
|---|---|---|---|
| **SPECIAL DELIVERY** | REFERENCE NUMBER<br>65831-00001 | ACCOUNT NO.<br>2146983100 | |
| | COMMENTS | ORDER NO.<br>2530298 | |
| | CALL (214) 866-3200 FOR INFORMATION | AVAILABLE DATE<br>09/09/24 | PACKAGE LABEL |
| PICK UP FROM: | DELIVER TO: | AVAILABLE TIME<br>01:30 PM | |
| LASONYA SHELVIN<br>GIBSON DUNN & CRUTCHER<br>2001 ROSS AVE, SUITE 2100<br>DALLAS, TX 75201 | NORTHERN DISTRICT OF TEXAS<br>501 WEST 10TH STREET, ROOM 310<br>FORT WORTH, TX 76102 | DRIVER<br><br>TOTAL CHARGE | |
| NOTE | | | |

The Liability of Special Delivery Service, Inc. is limited to the sum of $1,000.00. Claims must be made within 72 hours.

