# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>                Plaintiff,<br><br>    v.<br><br>MEDIA MATTERS FOR AMERICA, et al.,<br><br>                Defendants. | Civil Action No. 4:23-cv-1175-O |

**DECLARATION OF ERIC HANANOKI IN SUPPORT OF
DEFENDANTS' MOTION TO CERTIFY AN IMMEDIATE APPEAL**

I, Eric Hananoki, under 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Senior Investigative Reporter at Media Matters for America ("Media Matters"). I have worked at Media Matters since November 2007 and have had the role of Senior Investigative Reporter since August 2022. Prior to that, I held numerous other positions at Media Matters including Researcher, Senior Researcher, Research Fellow, and Investigative Reporter.

3. This is my second declaration in this case. I previously filed a declaration describing my reporting's complete lack of ties to Texas. *See* Decl. of Eric Hananoki in Supp. of Defs.' Mot. to Dismiss ¶¶ 3, 8–13, ECF No. 42.

4. As I testified in my first declaration, "I primarily work remotely from my home in Maryland," *id.* ¶ 3, and "conducted all activities related to preparing, researching, writing, and editing the November 16 and November 17 articles from my home in Maryland," *id.* ¶ 9.

1

5. As I testified in my first declaration, "I have never visited Texas for any aspect of my work at Media Matters over the past sixteen years, including for any work related to the November 16 and November 17 articles," *id.* ¶ 8; "[n]o element of any of my work over the past year covering the X platform or Musk has involved speaking with any Texas residents or Texas-based businesses," *id.*; "in preparing, researching, writing, and editing the November 16 and November 17 articles, I was not aware of any connection . . . to Texas, Texas residents, Texas users of X, or X's alleged operations in Texas," *id.* ¶ 10; "Texas is not a subject of—and is not mentioned in—the November 16 or November 17 article," *id.* ¶ 11, "I did not use any sources in Texas for either the November 16 or November 17 article," *id.* ¶ 12; "I also have never contacted any of the companies or advertisers mentioned in these articles in any way related to their advertising decisions," *id.*; and "I did nothing specifically to encourage Texas-based readers to read either the November 16 or November 17 article, nor have I solicited Texas subscribers or donors for Media Matters in connection with the articles," *id.* ¶ 13.

6. I make this second declaration to describe how this lawsuit has substantially chilled my reporting on extremism on social media, particularly as such reporting relates to the X platform and its owner, Elon Musk.

7. For at least the past decade, my work at Media Matters has focused on documenting extremism—including white nationalism, antisemitism, and Islamophobia—in the public square, including from public figures and officials.

8. My research has been cited to or relied upon by government agencies and Democratic and Republican public officials and entities. For example, under former President Trump, the United States Department of Justice cited my research regarding a commentator who

promoted and sold a bogus COVID-19 cure.[1] My work researching Roger Stone was cited in both Robert Mueller's report and in a bipartisan U.S. Senate Select Committee on Intelligence report on Russian interference in the 2016 presidential election.[2]

9. My investigation into political extremism has exposed prominent individuals promoting racist, hateful, or conspiratorial content. For example, the National Republican Congressional Committee withdrew support for a congressional candidate in New Jersey after my reporting that the candidate had promoted white supremacist views online.[3] Likewise, Republican leaders in California distanced themselves from a candidate for Congress after I reported on his endorsement of 9/11 conspiracy theories.[4]

10. Prior to this litigation, I routinely covered the platform now known as X, and formerly known as Twitter. I have reported on politically extreme rhetoric on Twitter (and now X) for the better part of a decade.

---

[1] *United States v. My Dr. Suggests LLC*, No. 2:20-CV-00279-DBB (D. Utah Apr. 27, 2020), Plaintiffs' Ex Parte Mot. and Mem. of Law for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, Dkt. 2, at 13; *id.*, Decl. of Virginia Keys, Dkt. 2-1, ¶¶ 7, 28–29.

[2] Both reports cited a Media Matters article that included a video which my research had uncovered. *See* Report on the Investigation into Russian Interference in the 2016 Presidential Election, Volume I of II, Special Counsel Robert S. Mueller, III, March 2019, at 57 n.233, available at https://www.justice.gov/storage/report_volume1.pdf; Select Committee on Intelligence, Russian Active Measures Campaigns and Interference in the 2016 U.S. Election, Volume 5: Counterintelligence Threats and Vulnerabilities, at 246 n.1638, available at https://www.intelligence.senate.gov/sites/default/files/documents/report_volume5.pdf.

[3] Jonathan D. Salant, *House Republicans withdraw support of N.J. candidate after report says he shared racist screed*, NJ.com (July 10, 2018), https://www.nj.com/politics/2018/07/house_republicans_withdraw_support_of_nj_candidate.html (noting that NRCC chair "Stivers reacted to a report by the liberal watchdog group Media Matters about [the candidate] linking to the article that ran on a white supremacist website.").

[4] Eric Hananoki, *California GOP committees distance themselves from 'Bush staged 9/11' congressional candidate*, Media Matters for America (Oct. 2, 2018), https://www.mediamatters.org/george-w-bush/california-gop-committees-distance-themselves-bush-staged-911-congressional-candidate.

11. Elon Musk purchased Twitter in late 2022 (and soon changed its name to X). He has called the platform a "digital town square" or "de facto town square."

12. Continuing my long-running coverage of political extremism online, I wrote numerous articles about X Corp., Musk, and the X platform in late 2022 and throughout 2023.

13. These articles included reporting about corporate advertisements appearing alongside hateful content posted by white nationalist, antisemitic, and extremist users on X.

14. My reporting was consistent with the findings of dozens of articles published by a range of other publications. For instance:

- Reuters, *Advertisers react to Twitter's new ownership* (Nov. 18, 2022) ("Advertisers are grappling with Twitter's new ownership under Tesla boss Elon Musk, who once tweeted 'I hate advertising.'").[5]

- Faiz Siddiqui, *Amazon, Uber, Snap ads appear on Twitter pages of white nationalists restored by Musk*, Washington Post (updated Dec. 7, 2022) ("Ads for more than three dozen brands including major corporations appeared on the Twitter pages of white nationalist accounts in recent days after Twitter owner Elon Musk restored hordes of banned users to the social media platform."). [6]

- Ashley Belander, *Twitter running major brands' ads with extremist tweets—until they get flagged*, ARS Technica (Dec. 7, 2022) ("[T]he US Department of Health and Human Services realized its promoted tweet about updated COVID vaccines was

---

[5] https://www.reuters.com/technology/advertisers-react-twitters-new-ownership-2022-11-03/ [https://perma.cc/LFT5-R8UG].

[6] https://www.washingtonpost.com/technology/2022/12/06/twitter-ads-elon-musk/ [https://perma.cc/LP3R-32H7].

appearing on Twitter pages of white nationalist accounts.").[7]

- Jon Porter, *Twitter advertisers aren't happy with ads appearing on pages of white nationalists*, The Verge (Dec. 7, 2022) ("The ads were spotted on the profiles of Andrew Anglin and Patrick Casey. Anglin is the editor of neo-Nazi website *The Daily Stormer*, while Casey previously led white nationalist group Identity Evropa[.]").[8]

- Center for Countering Digital Hate, *Toxic Twitter: How Twitter Generates Millions in Ad Revenue by Bringing Back Banned Accounts*" (Feb. 2023) ("[J]ust ten reinstated accounts renowned for publishing hateful content and dangerous conspiracies will generate up to $19 million a year in advertising revenue for Twitter.").[9]

- Taylor Lorenz, *Extremist influencers are generating millions for Twitter, report says*, Washington Post (Feb. 9, 2023) ("In another example, an ad for the streaming service Peacock appeared next to a tweet from Anthime Gionet, an influencer known as Baked Alaska . . . where [he] asked his followers whether he should 'say the n-word.'").[10]

- Jonathan Shorman, *Mizzou ad appears on racist X page as social media site faces concerned advertisers*, Kansas City Star (Mar. 15, 2023) ("CNN reported on Thursday that in the past 24 hours it had spotted ads on X, formerly called Twitter, for the University of Missouri and major brands, such as Amazon, Samsung, Cox

---

[7] https://arstechnica.com/tech-policy/2022/12/amazon-among-brands-whose-ads-appeared-in-white-nationalist-twitter-feeds/ [https://perma.cc/V3EU-BB92].

[8] https://www.theverge.com/2022/12/7/23497928/twitter-advertisers-brand-safety-unbanned-accounts-white-nationalists [https://perma.cc/P3C7-ZBKD].

[9] https://counterhate.com/research/toxic-twitter/ [https://perma.cc/JJ65-HPAK].

[10] https://www.washingtonpost.com/technology/2023/02/09/twitter-ads-revenue-suspended-account/ [https://perma.cc/M6EB-7Z2Q].

Communications and others, on the profile page of VDARE, a racist outlet.").[11]

- Katherine Tangalakis-Lippert, *Disney, Microsoft, the NBA Had Twitter Ads Next to Neo-Nazi Propaganda*, Business Insider (June 18, 2023) ("Ads for Disney, ESPN, the NBA, Adobe, and Microsoft appeared . . . next to vitriolic white supremacist content.").[12]

- Shannon Thaler, *Disney, Microsoft ads on Twitter show up next to neo-Nazi propaganda as advertisers return: report*, New York Post (June 19, 2023) ("Neo-Nazi propaganda continues to find a home on Twitter and is adjacent to ads from major companies.").[13]

15. My November 16 article also reported on Musk's endorsement of an antisemitic conspiracy theory that Jewish people are seeking to promote "hatred against whites" and are seeking to "flood[] the[] country" with "hordes of minorities."[14] Musk's endorsement of this antisemitic theory drew widespread condemnation, including by President Joe Biden, and was extensively covered in the media.[15]

---

[11] https://www.kansascity.com/news/politics-government/article280309284.html [https://perma.cc/5D2M-SFRM].

[12] https://www.businessinsider.com/disney-microsoft-nba-twitter-ads-next-to-neo-nazi-propaganda-2023-6 [https://perma.cc/L8BS-MKFW].

[13] https://nypost.com/2023/06/19/disney-microsoft-ads-on-twitter-show-up-next-to-neo-nazi-propaganda-report/ [https://perma.cc/Q2GF-AUU4].

[14] *Supra* n.17; *see also* Blake Montgomery, *Elon Musk agrees with accusing Jewish people of 'hatred against whites,'* The Guardian (Nov. 16, 2023), https://www.theguardian.com/technology/2023/nov/16/elon-musk-antisemitic-tweet-adl [https://perma.cc/SA7L-QWN7].

[15] Blake Montgomery, *White House condemns Elon Musk's 'abhorrent' antisemitic tweets*, The Guardian (Nov. 17, 2023), https://www.theguardian.com/technology/2023/nov/17/white-house-

16. On November 18, 2023, in the wake of this coverage and condemnation, Musk threatened to "fil[e] a thermonuclear lawsuit" against Media Matters.[16]

17. On November 20, 2023, X filed suit in the Northern District of Texas against me and my employer, citing the November 16 and November 17 articles authored by me and published on Media Matters's website.

18. X's lawsuit, which seeks millions of dollars of damages from me and my employer, and an injunction against one or more of my articles, has severely chilled my long-running reporting about X and Musk.

19. In the ten months preceding the lawsuit, I authored at least 16 articles critiquing Musk and/or X's approach to moderating hateful content on the platform.

20. In the ten months since the lawsuit was filed, I have authored no articles critiquing Musk and/or X's approach to moderating hateful content on the platform. Indeed, I have written no articles critical of X's policies or business decisions at all since November 17, 2023, and I have not written the word "Musk" in a single article since November 17, 2023.

21. This lawsuit has chilled my reporting in this area in several ways.

22. First, X makes a variety of false and misleading allegations about me and my reporting in its Amended Complaint. My November 16 and November 17 articles truthfully and

---

biden-elon-musk-antisemitic-tweet-hate [https://perma.cc/DNL8-ELZP]; Aimee Picchi, *Elon Musk faces growing backlash over his endorsement of antisemitic X post*, CBS News (Nov. 17, 2023), https://www.cbsnews.com/news/elon-musk-actual-truth-antisemitic-post-backlash-advertisers/ [https://perma.cc/UQE8-6XUU]; Allison Morrow, *With antisemitic tweet, Elon Musk reveals his 'actual truth,'* CNN (Nov. 17, 2023), https://www.cnn.com/2023/11/17/business/elon-musk-reveals-his-actual-truth/index.html [https://perma.cc/E5WN-VPWZ]; Mike Wendling, *White House criticizes Elon Musk over 'hideous' antisemitic lie*, BBC (Nov. 17, 2023), https://www.bbc.com/news/world-us-canada-67446800 [https://perma.cc/GN5M-Y5HZ].

[16] *See* @elonmusk, X.com (Nov. 18, 2023, 2:01 AM ET), https://twitter.com/elonmusk/status/1725771191644758037 [https://perma.cc/X4HN-PLJ4].

accurately reported what I observed on X. And those articles were consistent with the observations of many other journalists. *See supra* ¶ 14; *infra* ¶ 30. X nonetheless filed this lawsuit. I thus anticipate that further reporting about X or Musk, though truthful, would lead to additional and more expansive allegations, potentially increasing the scope of X's claims. In short, I believe that any reporting by me critical of Musk or X is likely to be used against me by X in this litigation, regardless of the merits of their accusations.

23. Second, X's lawsuit seeks millions of dollars in damages against me personally. Such damages would bankrupt me and my family many times over. While I wholeheartedly stand behind my November articles that prompted this lawsuit, the looming threat of catastrophic financial damages has chilled me from reporting further about X and Musk.

24. Third, X's lawsuit has made me the target of threats and hate speech. Public messages have included profanity, racism, and, in one instance, an image of a noose alongside a message stating: "I hope Elon sues the absolute ass out of you shameless hacks for this and it looks like he will be. Hope it was worth it."[17] Private messages have included sentiments such as "PEDOPHILE FUCK WE HAVE ALL THE DOCUMENTS ON YOUR SORRY ASS" and "You're so fucked Eric! Elon is coming for you." Because of these threats, I have installed security measures at my home. These threats and harassing messages have chilled me from reporting further about X and Musk.

25. Fourth, X has sought to obtain through discovery all of my notes, drafts, source records, communications, and other documents that so much as mention X or Musk. Such discovery could entail discovery into source information provided to me in confidence, which

---

[17] @PotatoForeskins, X.com (Nov. 19, 2023, 12:23 PM ET), https://x.com/PotatoForeskins/status/1726290138312155338 [https://perma.cc/K3T4-JCYR].

journalistic ethics compel me to protect.[18] The only way to avoid continuing to generate potentially discoverable information, including confidential source information, is to refrain from reporting about X and Musk. X's demands have also caused me to actively avoid communicating with or seeking out sources out of fear that they may be targeted as well.

26. Fifth, the knowledge that my reporting may subject me to a lawsuit in a state about which I did not write and with which I have no ties has compounded my chill considerably. X has advertisers all over the country—indeed, all over the world. I am concerned that if I report about Musk or X further, X will sue me in yet another distant and unanticipated forum.

27. Finally, the scope of Musk's attack on my work has expanded beyond this lawsuit. In direct response to Musk's allegations, two separate state attorneys general have launched retaliatory investigations into me, my reporting, and my employer. Both attorneys general served sweeping civil investigative demands on my employer that sought my private notes, source records, and drafts. Musk also posted a tweet in which he appeared to encourage such investigations,[19] and later thanked one of the attorneys general in question for filing a lawsuit against my employer.[20] Thankfully, a federal court in D.C. has now enjoined both investigations after finding that they were launched in retaliation for my First Amendment–protected reporting. Still, Musk's encouragement of law enforcement to investigate me has compounded and expanded

---

[18] That said, as previously indicated in discovery responses, I did not rely on any confidential sources for my work on the November 16 and 17 articles.

[19] @elonmusk, X.com (Nov. 19, 2023, 2:19 PM ET), https://twitter.com/elonmusk/status/1726319293267407107 [https://perma.cc/T8M8-6XWH].

[20] @elonmusk, X.com (Mar. 25, 2024, 3:06 PM ET), https://twitter.com/elonmusk/status/1772339333673972131 [https://perma.cc/2VUV-STLD]; *see also* @AndrewBaileyMO, X.com (Mar. 26, 2024, 12:34 PM ET), https://twitter.com/AndrewBaileyMO/status/1772663364390416635 [https://perma.cc/FS2F-Z6VP] ("I appreciate @elonmusk standing with me against Media Matters' assault on free speech.").

9

the chill caused by this lawsuit.

       28.      The chill resulting from the above factors is not for lack of story ideas related to topics about which I have frequently reported in the past. These topics include (but are not limited to) the following:

- advertising for 2024 political campaigns appearing adjacent to pro-Nazi content on X;
- investigating posts on X that call for or suggest political violence against candidates and whether advertising appears adjacent to them;
- investigating whether advertising is appearing adjacent to memes featuring anti-Black racial slurs on X;
- investigating whether advertising is appearing adjacent to content that criticizes interracial relationships on X;
- investigating whether X is accepting advertising from pro-white nationalist accounts;
- investigating whether X is sending money to pro-Hitler accounts through its revenue-sharing program.

But for X's lawsuit, I would likely have reported about most or all of the above Musk- or X-related topics.

       29.      Even when I mention content that is on X, I refrain from discussing Musk and/or X's moderation of hateful content on the platform because of the chilling effect of this litigation. For instance, I have reported about hateful speech from extremist commentator Laura Loomer,

including remarks that she has posted on X.[21] Because of this litigation, however, I have refrained from discussing relevant aspects of the story, such as Loomer's reinstatement on the X platform after Musk took over, her apparent eligibility for X's advertising revenue sharing program, and the apparent monetization of her account based on advertising appearing on her posts.

30. But for this lawsuit, I also would have continued to report about major brand advertisements appearing alongside extremist, antisemitic, violent, and other hateful content on X. Other journalists and outlets have routinely reported on such instances throughout 2024:

- David Ingram, *Verified pro-Nazi X accounts flourish under Elon Musk*, NBC News (Apr. 16, 2024) ("By failing to act against many pro-Nazi accounts, X continues to earn income from their activity in at least two ways: by collecting monthly subscription fees from those posting pro-Nazi content and by running advertisements on those accounts or adjacent to the pro-Nazi content. NBC News found ads running on 74 of the 150 premium accounts, either on their profile pages or in the replies below their posts. The advertisers included SiriusXM, The Hollywood Reporter and Cisco subsidiary Splunk.").[22]

- David Ingram, *Hyundai pauses X ads over pro-Nazi content on the platform*, NBC News (Apr. 18, 2024).[23]

---

[21] Eric Hananoki, *Trump attends 9/11 anniversary with Laura Loomer, who shared video claiming "9/11 was an Inside Job!"*, Media Matters for Am. (Sept. 11, 2024), https://www.mediamatters.org/laura-loomer/trump-attends-911-anniversary-laura-loomer-who-shared-video-claiming-911-was-inside; Eric Hananoki, *Trump, Heritage, and numerous other prominent conservatives have sponsored Laura Loomer's newsletter*, Media Matters for Am. (Sept. 13, 2024), https://www.mediamatters.org/laura-loomer/trump-heritage-and-numerous-other-prominent-conservatives-have-sponsored-laura-loomers.

[22] https://www.nbcnews.com/tech/social-media/x-twitter-elon-musk-nazi-extremist-white-nationalist-accounts-rcna145020 [https://perma.cc/X2FX-EAHE].

[23] https://www.nbcnews.com/news/amp/rcna148414 [https://perma.cc/8T9H-ZDRD].

- David Ingram, *Elon Musk's X app ran ads on #whitepower and other hateful hashtags*, NBC News (June 6, 2024).[24]

- Sanya Burgess, *Musk's X using far-right hate to promote ads for Daily Telegraph and Saudi Arabia*, i (Aug. 13, 2024).[25]

- Ali Mitib, *X puts adverts for Olympics and GSK next to hard-right posts*, The Times (Aug. 18, 2024) ("A spokesman for Manchester Central said: 'We have been extremely concerned to learn that advertising has appeared alongside hate speech on the X platform. We do not tolerate discrimination of any kind and we were unaware of this placement. We have immediately suspended all advertising on X in light of the findings.'").[26]

- Emmet Lyons & Joanne Stocker, *World Bank halts paid advertising on X after CBS News finds its promoted ad under racist content*, CBS News (Sept. 3, 2024).[27]

- Emmet Lyons, Frank Andrews, & Joanne Stocker, *Ads for Republican and Democratic groups appear under pro-Nazi, racist posts on X*, CBS News (Sept. 4, 2024).[28]

Although this reporting confirms the accuracy of my original reporting, the chill caused by the

---

[24] https://www.nbcnews.com/tech/social-media/elon-musk-x-twitter-antisemitism-hashtags-trending-hate-rcna151945 [https://perma.cc/C53W-WLTE].

[25] https://inews.co.uk/news/musk-x-twitter-far-right-advertising-saudi-arabia-daily-telegraph-3224883 [https://perma.cc/V434-N8EJ].

[26] https://www.thetimes.com/uk/technology-uk/article/x-puts-hard-right-posts-next-to-adverts-for-olympics-and-gsk-6tl69cs65 [https://perma.cc/2GRR-6JJW].

[27] https://www.cbsnews.com/news/world-bank-advertising-elon-musk-x-racism-pro-nazi-accounts/ [https://perma.cc/N94H-RD59].

[28] https://www.cbsnews.com/news/ads-republican-democratic-groups-appear-under-pro-nazi-racist-posts-x/ [https://perma.cc/2KQA-577R].

lawsuit nonetheless precludes me from engaging in such coverage myself.

31. And but for this lawsuit, I would have continued to report about how Musk's own controversial remarks on X and elsewhere have driven major brands away from advertising on the platform—another subject of the November articles on which X's lawsuit is based. For instance, in just the past two weeks, Musk tweeted a remark about pop star Taylor Swift—suggesting that he would "give [her] a child"[29]—that was decried by others in the media as "creepy,"[30] "sexual harassment,"[31] and a "rape threat."[32] A few days after that, Musk tweeted, "And no one is even trying to assassinate Biden/Kamala"[33]—a tweet which he quickly deleted, but which is reported to have triggered a Secret Service investigation.[34] Prior to this litigation, I would have covered these

---

[29] @elonmusk, X.com (Sept. 11, 2024, 12:46 AM ET), https://x.com/elonmusk/status/1833728804579111268 [https://perma.cc/5KYC-P9WB].

[30] *E.g.*, Ryan Coogan, *With his comments on Taylor Swift, Elon Musk has reached a weird new low*, The Independent (Sept. 13, 2024), https://www.independent.co.uk/voices/elon-musk-taylor-swift-tweet-baby-daughter-b2612095.html; Rex Huppke, *Trump surrogate Elon Musk sends creepy tweet to Taylor Swift as campaign goes beyond weird*, USA Today (Sept. 11, 2024), https://www.usatoday.com/story/opinion/columnist/2024/09/11/taylor-swift-harris-endorsement-trump-supporter-elon-musk-tweet/75176894007/.

[31] *E.g.*, Margaret Hartmann, *Elon Musk's Taylor Swift Response Is Worse Than You Think*, Intelligencer (Sept. 11, 2024), https://nymag.com/intelligencer/article/elon-musk-taylor-swift-response-worse-than-you-think.html; Todd Spangler, *Elon Musk's Offer to Father a Child With Taylor Swift Elicits Disgust: 'You're Creepy. Full Stop'*, Variety (Sept. 11, 2024), https://variety.com/2024/digital/news/elon-musk-father-child-taylor-swift-disgust-creepy-1236140915/.

[32] *E.g.*, Kylie Cheung, *Elon Musk Weirdly Silent After Hillary Clinton Likens His Taylor Swift Tweet to Rape Threat*, Jezebel (Sept. 17, 2024), https://www.jezebel.com/elon-musk-weirdly-silent-after-hillary-clinton-likens-his-taylor-swift-comments-to-rape-threat; @jamellebouie.net, Bluesky (Sept. 11, 2024, 1:36 PM ET), https://bsky.app/profile/jamellebouie.net/post/3l3vhqfuh6e2n.

[33] @elonmusk, X.com (Sept. 15, 2024, 8:41 PM ET), https://perma.cc/TR79-L2HG [https://x.com/elonmusk/status/1835478980830572884].

[34] Jason Leopold & Dana Hull, *Secret Service Probing Musk's Post About Threats to Biden and Harris*, Bloomberg (Sept. 19, 2024), https://www.bloomberg.com/news/newsletters/2024-09-19/musk-x-post-about-biden-harris-threats-leads-to-secret-service-investigation.

tweets, the media reaction, and how advertisers responded. But because X has sued me—ironically, on the theory that *my reporting*, not Musk's conduct, has driven advertisers away from X—I am unable to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/20/2024

Eric Hananoki

14