UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>            **Plaintiff,**<br><br>    v.<br><br>MEDIA MATTERS FOR AMERICA, et al.,<br><br>            **Defendants.** | **Civil Action No. 4:23-cv-01175-O** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY AN IMMEDIATE APPEAL**

Having reviewed Defendants' Motion to Certify an Immediate Appeal, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that the Court's order denying Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 82, is amended *nunc pro tunc* to add that it is certified for appellate review.

**IT IS SO ORDERED.**

Dated: _____

                                            Hon. _____
                                            UNITED STATES DISTRICT JUDGE