UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>      Defendants. | Case No. 4:23-cv-01175-O |

## MOTION TO COMPEL PRODUCTION OF
## DOCUMENTS WITHHELD UNDER TEXAS PRESS SHIELD LAW

Plaintiff X Corp. ("X") brings this motion to compel the production of documents withheld on the basis of the Texas Press Shield Law, Tex. Civ. Prac. & Rem. Code §§22.021-.027, by Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone. For the reasons stated in the accompanying brief in support, X requests that the Court issue an order overruling any privilege objection asserted by Defendants on the basis of the Texas Press Shield Law, and requiring Defendants to promptly provide responsive documents withheld based on an assertion of privilege under the Texas Press Shield Law. Alternatively, X requests that the Court order Defendants to promptly produce any documents withheld thereunder to the Court for an *in camera* review to determine the applicability of Defendants' assertions of privilege under the Texas Press Shield Law.

Dated: September 24, 2024  Respectfully submitted,

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Michael R. Abrams
Texas Bar No. 24087072
Alexander M. Dvorscak
Texas Bar No. 24120461
**STONE | HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
michael@stonehilton.com
alex@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

2

## CERTIFICATE OF CONFERENCE

I certify that the parties have conferred on multiple occasions, including on July 29, 2024, and August 2, 2024, regarding the issues raised in this motion to compel. Notwithstanding those conferrals, including Plaintiff's provision of its brief in support of this motion to Defendants prior to this filing, there remain intractable grounds of disagreement necessitating this motion.

                                                     */s/ Christopher D. Hilton*
                                                     Christopher D. Hilton

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                                     */s/ Christopher D. Hilton*
                                                     Christopher D. Hilton