# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation, § § § *Plaintiff,* § § vs. § § **MEDIA MATTERS FOR AMERICA,** a § Washington, D.C. non-profit corporation, § **ERIC HANANOKI**, and **ANGELO** § **CARUSONE**, § § *Defendants.* § § | Case No. 4:23-cv-01175-O |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD UNDER TEXAS PRESS SHIELD LAW

Before the Court is Plaintiff X Corp.'s motion to compel production of documents from Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone under the Texas Press Shield Law, Tex. Civ. Prac. & Rem. Code §§22.021-.027. After consideration of the motion, the parties' briefing, and the applicable law, the Court finds that the motion has merit and should be, and hereby is, **GRANTED**. Accordingly, it is hereby further **ORDERED** that Defendants' objections to the production of documents under the Texas Press Shield Law, Tex. Civ. Prac. & Rem. Code §§22.021-.027, are **OVERRULED**. Defendants **SHALL** make a complete production of all documents withheld on that basis within fourteen (14) days from the date of this order.

It is so **ORDERED**.

Dated: _____                    _____
                                            Hon. Reed O'Connor
                                            United States District Judge