UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>   Plaintiff,<br><br> v.<br><br>MEDIA MATTERS FOR AMERICA, et al.,<br><br>   Defendants. | Civil Action No. 4:23-cv-01175-O |

**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STAY ORDER COMPELLING PRODUCTION OF DONOR-RELATED DOCUMENTS PENDING APPEAL**

Having reviewed Defendants' Emergency Motion to Stay Order Compelling Production of Donor-Related Documents Pending Appeal and brief in support, this Court **GRANTS** the motion.

It is hereby **ORDERED** that this Court's Order, ECF No. 98, is hereby **STAYED** until Defendants' appeal of the Order is resolved by the U.S. Court of Appeals for the Fifth Circuit.

**IT IS SO ORDERED.**

Dated: _____

                 Hon. _____
                 UNITED STATES DISTRICT JUDGE