UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., <br>               Plaintiff, <br><br>     v. <br><br> MEDIA MATTERS FOR AMERICA, et al., <br>               Defendants. | Civil Action No. 4:23-cv-01175-O |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone appeal to the U.S. Court of Appeals for the Fifth Circuit from this Court's September 27, 2024 order compelling the production and disclosure of documents Defendants contend are privileged under the First Amendment, *see* Doc. 98.

Dated: October 1, 2024.

Respectfully submitted,
*/s/ Andrew LeGrand*

1

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Andrew LeGrand (TX 24070132)<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>T: (214) 698-3100<br>F: (214) 571-2960<br>alegrand@gibsondunn.com<br><br>Theodore J. Boutrous, Jr.* (CA 132099)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>T: (213) 229-7000<br>F: (213) 229-7520<br>tboutrous@gibsondunn.com<br><br>Amer S. Ahmed* (NY 4382040)<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>F: (212) 351-4035<br>aahmed@gibsondunn.com | ELIAS LAW GROUP LLP<br>Abha Khanna* (WA 42612)<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>T: (206) 656-0177<br>F: (206) 656-0180<br>akhanna@elias.law<br><br>Aria C. Branch* (DC 1014541)<br>Christopher D. Dodge* (DC 90011587)<br>Jacob D. Shelly* (DC 90010127)<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001<br>T: (202) 968-4490<br>F: (202) 986-4498<br>abranch@elias.law<br>cdodge@elias.law<br>jshelly@elias.law<br>swardpackard@elias.law<br><br>* Admitted *pro hac vice* |

*Counsel for Defendants Media Matters for America, Angelo Carusone, and Eric Hananoki*

## CERTIFICATE OF SERVICE

On October 1, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrew LeGrand*
Andrew LeGrand
