UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., <br>     Plaintiff, <br><br>   v. <br><br> MEDIA MATTERS FOR AMERICA, et al., <br>     Defendants. | Civil Action No. 4:23-cv-01175-O |

**NOTICE TO COURT OF DEFENDANTS' FILING OF APPELLATE MOTION FOR ADMINISTRATIVE STAY AND MOTION TO STAY PENDING APPEAL**

Defendants hereby notify the Court that yesterday, October 2, they filed the attached motion in the United States Court of Appeals for the Fifth Circuit, seeking an administrative stay and stay pending appeal of this Court's September 27, 2024 order compelling disclosure of Defendants' donor-related documents (ECF No. 98). *See* **Exhibit A.** As noted in the motion, "[g]iven both the impending Monday, October 7 production deadline and the briefing schedule set by [this] [C]ourt, it would be 'impracticable' to wait for th[is] [C]ourt's ruling before moving for a stay pending appeal" in the Court of Appeals. Ex. A at 9–10 (quoting Fed. R. App. P. 8(a)(2)(A)(i)). Today, the Court of Appeals requested that Plaintiff respond to the motion to stay pending appeal by 6:00 p.m. today, October 3. *See* **Exhibit B.**

This Court retains jurisdiction over Defendants' motion to stay pending appeal in this Court (ECF No. 99), notwithstanding their subsequent filing of a motion to stay before the Court of Appeals. *See, e.g.*, *Farmhand, Inc. v. Anel Eng'g Indus., Inc.*, 693 F.2d 1140, 1145–46 (5th Cir. 1982) (noting that a district court "maintains jurisdiction as to matters not involved in the appeal," which specifically include "***ordering stays*** or modifying injunctive relief") (emphasis added); *United States v. Tellez*, No. EP-08-CV-303-KC, 2012 WL 12951152, at *1 (W.D. Tex. Feb. 22,

2012) (citing *In re Miranne*, 852 F.2d 805, 806 (5th Cir. 1988)) (district courts "retain jurisdiction to issue a stay" of the order or judgment being appealed "while an appeal is pending, even where a notice of appeal has been filed prior to the request for a stay"); *see also Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) ("The district court retains jurisdiction during the pendency of an appeal to act to preserve the status quo."). Defendants will promptly notify the Fifth Circuit of any action this Court may take before the Fifth Circuit rules on their stay motion in that court.

Dated: October 3, 2024

Respectfully submitted,
*/s/ Andrew LeGrand*

GIBSON, DUNN & CRUTCHER LLP
Andrew LeGrand (TX 24070132)
John T. Cox III (TX 24003722)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T: (214) 698-3100
F: (214) 571-2960
alegrand@gibsondunn.com
tcox@gibsondunn.com

Theodore J. Boutrous, Jr.* (CA 132099)
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000
F: (213) 229-7520
tboutrous@gibsondunn.com

Amer S. Ahmed* (NY 4382040)
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035
aahmed@gibsondunn.com

ELIAS LAW GROUP LLP
Abha Khanna* (WA 42612)
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
akhanna@elias.law

Aria C. Branch* (DC 1014541)
Christopher D. Dodge* (DC 90011587)
Jacob D. Shelly* (DC 90010127)
250 Massachusetts Avenue NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 986-4498
abranch@elias.law
cdodge@elias.law
jshelly@elias.law

* Admitted *pro hac vice*

Counsel for Defendants Media Matters for America, Angelo Carusone, and Eric Hananoki

## CERTIFICATE OF SERVICE

On October 3, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrew LeGrand*
Andrew LeGrand