Brian Rebecek, Div Mgr            Reed O'Connor                    Oct 3 24
501=310 W 10th
Ft Worth TX 76102
817 850 6601 FAX 6633

Please mail me the <u>docket</u> <u>sheet</u> for your case X Corp v Media Matters
Filed Nov 20 23 for interference with contract etc.  4:23cv1175-O

Ptf asserts Defs portrayed X as a social media platform dominated by
neo-Nazism & anti-Semitism and alienate major adverisers to harm X.

Many of these facts are disputed. While Defs again point to other
explanations, the court will not decide between inferences at this time.

Because court has personal jurisdiction...Defs motion to Dismiss is
DENIED.  Reed O'Conner Aug 29 24

I got 2024 US Dist LEXIS 157217* 2024 WL 4001803 and other info
at the BGRRC library and expect more info from it.

Please mail me a date-stsmprfzzzzz
                           ed copy.      Robert M Allensworth B14522
  SASE Enclosed.                         251 N IL 37    Ina IL 6286


I suggest a centimillionaire wealth tax of 1 percent on wealth
beyond 100 million. I expect to bring in about 100 billion/year --
about $1 million average from about 100k centimillionaite

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 8 2024
CLERK, U.S. DISTRICT COURT
By_____

Case 4:23-cv-01175-O   Document 109   Filed 10/08/24   Page 2 of 3   PageID 2313

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: B14522 ALLENSWORTH,ROBERT         Medium        A      None         BMR:BMR:01:B:15:L1

PRIMARY: UNASSIGNED , PARTICIPANT-BMR710010009


DESTINATION: Law Library            DAY: 10/2/2024    AT: 9:00:00 AM
  PASS TYPE: LIBRARY
   COMMENTS:
 AUTHORIZED: Jame Humphreys


     CELL HOUSE SIGNATURE: _____           TIME: ____:____
   DESTINATION SIGNATURE: _____           TIME: ____:____
          EXIT SIGNATURE: _____           TIME: ____:____
        RETURN SIGNATURE: _____           TIME: ____:____

THIS CORRESPONDENCE IS FROM AN INMATE OF IDOC

US POSTAGE PITNEY BOWES
ZIP 62846 $ 000.69
02 4W
0000379096 OCT 03 2024

RECEIVED
OCT - 8 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

R Allensworth B14522
251 N IL 37
Ina IL 62846

X-RAY

Brian Rebecek
501-310 W 10th
Ft Worth Tx 76102

76102-364185