**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 4:23-cv-01175-O** |
| **MEDIA MATTERS FOR AMERICA, et al.,** | |
| **Defendants.** | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

Before the Court is Defendants' motion to compel discovery responses from Plaintiff X Corp. After consideration of the motion, the parties' briefing, and the applicable law, the Court finds that the motion has merit and should be, and hereby is, **GRANTED**. Accordingly, it is hereby **ORDERED** that Plaintiff's objections to Defendants' Requests for Production Nos. 7, 9, 13, 17, 25, 26, 28, and 33; Requests for Admission Nos. 5, 9(A)–73(B), 82, and 83; and Interrogatory Nos. 6 and 8 are **OVERRULED**.

It is **ORDERED** that, within seven (7) days from the date of this order, Plaintiff must serve complete amended written responses to the foregoing Requests for Admission and Interrogatories. It is further **ORDERED** that, within ten (10) days from the date of this order, Plaintiff must produce supplemental document productions to the foregoing Requests for Production. Additionally, it is **ORDERED** that, within fourteen (14) days of this order, Defendants shall file an accounting and explanation of their relevant attorneys' fees and costs corresponding to Plaintiff's insufficient response to Request for Admission No. 5.

It is so **ORDERED**.

2

Dated: _____                          _____
                                                    Hon. Reed O'Connor
                                                    United States District Judge