UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01175-O |
| | § | |
| MEDIA MATTERS FOR AMERICA, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Defendants' Motion to Compel (ECF No. 113), filed October 18, 2024. Plaintiff shall respond no later than October 25, 2024, and Defendants are to reply no later than October 30, 2024.

**SO ORDERED** on this **19th day** of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE