# United States District Court
## Northern District of Texas

*Fort Worth Division*

October 7, 2024

Robert M. Allensworth B14522
251 N IL 37
Ina, IL 62846

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> FILED
> OCT 22 2024
> CLERK, U.S. DISTRICT COURT
> By_____
>      Deputy

Re: Your correspondence received in the U.S. District Clerk's Office on October 7, 2024.
Case No./Style: N/A

Robert M. Allensworth,

The Clerk's Office has no record of any case filed by you. The court's authority is limited to civil and criminal cases that are pending before it. Please provide us with a case number so that we may best assist you with your request.

Please mail me your price for the docket sheet for your case:

X Corp v Media Matters 4: 23cv1175-O filed Nov 20 23.

*Robert M Allensworth*
Robert M Allensworth B14522
251 N IL 37     Ina IL 62846

Sincerely,

Deputy Clerk - SAW

```
Brian                                                       and  Oct 17 24
501-201 W 10th
Ft Worth TX 76102   817 850 6601 6788 FAX 6633
```

This is the page I wrote you about Sep 17 Please mail me a date-stamped
copy. I like limited voting with 3 & 4-mem dists, for TX Isuggest
2 4 & 10 3 mem MC districts - 1 dem  1 rep & 1 or 2 indep!
For IL & PA 2 4 & 3 3-mem    For LA & KY 2 3-mem dists!

X Corp v Media Matters 4:23cv1175-O    *(signature)*
       Filed Nov 20 23.              Robert M Allensworth B14522
                                     251 N IL 37      Ina IL, 62846

For GA & NC 2 4 & 2 3-mem   For WI MN & MO 2 4-mem!
For TX 2 4 & 10 3-mem dists!

# Elon Musk Sues Well-Heeled Group Dedicated to Crushing Free Speech

By José Niño



On Nov. 20, 2023, X, the social media platform formerly known as Twitter, sued lavishly funded leftist advocacy organization Media Matters for America, charging that the left-wing organization faked a report that showed advertisers' posts next to hard-right and other identitarian posts to allegedly "drive advertisers from the platform and destroy X Corp."

With seed money from George Soros and related organizations, political activist David Brock founded Media Matters in 2004 as a "watchdog" journalism group that sought to expose "conservative misinformation" in U.S. media. Ironically, Brock cut his teeth as a conservative investigative reporter during the 1990s, but later became an operative for the Democratic Party towards the late 1990s.

Since its founding, Media Matters has sought to harass right-wing outlets and personalities in any way possible. Their campaigns against the right have only magnified during the Trump era, when many liberal organizations firmly believed that former President Donald Trump's victory in 2016 constituted an existential threat to the American political system.

Tesla founder Elon Musk's purchase of Twitter in October 2022 has further galvanized many liberal or-

Musk's X platform serves as a hotbed for right-wing nationalist thought. Media Matters, staying true to its mission statement, thus led the charge to bankrupt Musk's company.

The latest drama in this legal ordeal involves a federal judge who purchased over $15,000 worth of Tesla stock. The judge recently rejected a motion that could have compelled him to recuse himself from a lawsuit that X filed against Media Matters.

U.S. District Judge Reed O'Connor of the Northern District of Texas purchased Electronics Tesla stock valued between $15,001 and $50,000 in 2022, per findings from a financial disclosure. Media Matters contended in a July court filing that X should disclose Tesla as an "interested party" in the case due to the connection between Musk and the Tesla brand. O'Connor threw out the Media Matters motion in a ruling issued on Aug. 16, 2024.

In his ruling, O'Connor argued that financial interest "means ownership of a legal or equitable interest, however small, or a relationship as director, adviser, or other active participant in the affairs of a party." O'Connor stressed in his ruling that the standard has not been met in this case and accused Media Matters of engaging in gamesmanship.

O'Connor described assertions that the value of Tesla and X are connected due to Musk's ownership as "speculative." He added that there's no sign

outcome will have an impact on Tesla's share price.

On top of that, O'Connor's ruling announced that the court "will award attorney's fees on this matter" due to how Media Matters' motion "is not substantially justified." X was subsequently instructed to file a motion for attorney's fees.

Some free speech protections remain strong in the United States. They prevent outright attacks from the government on free speech, for the most part. This function of attacking free speech has been largely outsourced to the private sector, Big Tech companies, and the NGO networks. In tandem, they try to find underhanded ways to infringe on the freedom of expression, mostly of conservatives.

The very fact that a social media platform like X is under the control of an entrepreneur who wants to nominally protect free speech is simply too much for a ruling class that is obsessed with maintaining total domination over its subjects. These despots are using conventional political and non-political means to ensure that X cannot survive as a profitable company.

With Musk at the helm of X, the nationalist right has been able to survive and thrive on the social media platform like never before. Such a reality of free speech beginning to blossom on one of the premier social media

### ELON MUSK
Battling for freedom of speech.

ply a prospect the D.C. regime cannot tolerate whatsoever. In turn, they're going to great lengths to suppress free speech online with every tool at their disposal.

X's legal scuffle with Media Matters should be a reminder that U.S. politics has long departed from the realm of normality. Additionally, politics in this country grows more brutish by the day. Whatever flaws X may have under Musk's stewardship, it's still an oasis of freedom compared to the rest of the anarcho-tyrannical wasteland that is Clown World USA.

For the time being, X merits the financial and moral support of all those who see the real threat to genuine free speech and expression is coming from the left, not conservatives. ★

*José Niño is a freelance writer based in Austin, Texas. You can contact him via Facebook and Twitter. Get this e-book, The 10 Myths of Gun Control at josealbertonino.mm.*

American Free Press Issue 35/36 Sep 2 & 9 24 AMERICANFREEPRESS.NET
117 La Grange Ave La Plata MD 20646  $59/yr  $99/2 yrs  1-888-699-6597

R Allensworth B14522
251 N JL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC



US Dist Ct NDTX
501-310 W 10
Ft Worth TX 76102

RECEIVED
OCT 22 2024
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



7610289759 C024