UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP.**, a Nevada corporation, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-01175-O |
| | § | |
| **MEDIA MATTERS FOR AMERICA**, a | § | |
| Washington, D.C. non-profit corporation, | § | |
| **ERIC HANANOKI**, and **ANGELO** | § | |
| **CARUSONE**, | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Elizabeth Brown Fore, Attorney at Law, hereby enters her appearance as additional attorney of record for X Corp., Plaintiff, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

October 22, 2024                                     Respectfully submitted.

By: */s/ Elizabeth Brown Fore*
Elizabeth Brown Fore
Texas Bar No. 24001795

**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
elizabeth@stonehilton.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 22, 2024, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

_____
Cody C. Coll