# United States District Court
## Northern District of Texas

*Fort Worth Division*

November 5, 2024

Robert M. Allensworth IDOC#B14522
Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, IL 62846

Re: Your correspondence received in the U.S. District Clerk's Office on November 5, 2024.
Case No./Style: 4:23-cv-01175-O

Robert M. Allensworth,

Please find enclosed a copy of your receipt and your requested copy of the following document:

Docket Sheet

Sincerely,

Deputy Clerk -  JNP