# United States District Court
## Northern District of Texas

*Fort Worth Division*

October 9, 2024

Robert M. Allensworth IDOC#B14522
Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, IL 62846

**FILED**

**November 5, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Re: Your correspondence received in the U.S. District Clerk's Office on October 8, 2024.
Case No./Style: 4:23-cv-01175-O

Robert Allensworth,

Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $12.00 per document. If you wish to receive a copy of the docket sheet, please send a money order made payable to the United States District Court in the correct amount along with your request to our office.

Docket sheet: 18 Pages X $0.50 = $9.00

```
I like limited Noting for US Congmen.
I suggest TX elect its 38 MCs from 2 4 & 10 3-mem dists.
```

*Robert M Allensworth*

Sincerely,

Deputy Clerk - cc






R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE AT MENARD C.C.

SAINT LOUIS, MO 630
US POSTAGE $000.69
ZIP 62846
OCT 31 2024

US District Clerk TXND
501-310 W 10th
Ft Worth TX 76102

RECEIVED
NOV - 5 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

76102-364185