IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MEDIA MATTERS FOR AMERICA, et al., § <br> § <br> Defendants. § | Civil Action No. 4:23-cv-01175-O |

# ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend the Scheduling Order (the "Motion") (ECF No . 128), filed November 14, 2024. After consideration of the Motion, and because of the good cause shown therein, the Court finds that the Motion should be **GRANTED**. Accordingly, the Court **ORDERS** that the following Schedule shall govern the above captioned matter:

| | |
|---|---|
| Completion of Fact Discovery | ~~December 31, 2024~~ **June 30, 2025** |
| Initial Expert Designation & Report | ~~January 14, 2025~~ **July 11, 2025** |
| Responsive Expert Designation & Report | ~~January 28, 2025~~ **July 25, 2025** |
| Rebuttal Expert Designation | ~~February 7, 2025~~ **August 4, 2025** |
| Dispositive Motions | ~~December 9, 2024~~ **June 9, 2025** |
| Mediation | ~~November 27, 2024~~ **May 26, 2025** |
| Pretrial Disclosures and Objections | ~~February 26, 2025~~ **August 25, 2025** <br> Objections due 7 days thereafter |
| Expert Objections | ~~March 3, 2025~~ **September 2, 2025** |

| Pretrial Materials (pretrial order, witness lists, and exhibit lists) | ~~March 13, 2025~~ **September 9, 2025** |
|---|---|
| Jury Charge[1] | ~~March 3, 2025~~ **August 29, 2025** |
| Motions in Limine[2] | ~~March 10, 2025~~ **September 8, 2025** |
| Exchange of Exhibits | ~~March 24, 2025~~ **September 22, 2025** |
| Settlement Conference[3] | ~~March 24, 2025~~ **September 22, 2025** |
| Pretrial Conference | To be set if necessary. |
| Trial Date | ~~April 7, 2025~~ **October 6, 2025**, or the Court's convenience |

**SO ORDERED** on this **18th day** of **November, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] All deadlines surrounding the jury charge (as described in the January 22, 2024 Scheduling Order) are adjusted accordingly based on the revised deadline for filing the Agreed Charge with Court on **August 29, 2025**.

[2] Responses to motions in limine (as limited by the January 22, 2024 Scheduling Order) are due within fourteen days of the filing of such a motion.

[3] The Joint Settlement Report (as described in the January 22, 2024 Scheduling Order) **SHALL** be jointly filed no later than **two** days after the settlement conference.