US District Court TXND           Reed O'Connor Judge           Nov 25 24
501-310 W 10th St
Fort Worth TX 76102              X Corp v Media Matters
                                 4:23cv1175-O
                                                                       mail.
I got a copy of the docket sheet mailed Nov 5 Nov 21, Please stampLegal

I got entries thru Oct 30. Please mail me (your price) for later entries &
                              specific entries:

124 10/30 REPLY re 113 Mtn LeGrand
123 10/29 REPLY re  95 Mtn to Compel
121 10/28 RESPONSE re 113 Mtn to Compel Hilton
120 10/25 REPLY re 93 Mtn to Compel
118 10/22 Request Docket Sheet me (Attachments Main Doc replaced 10/23 (jn)
116 10/19 ORDER re 113 Mtn to Compel. See order for details.
113 10/18 Mtn to Compel LeGrand
111 10/15 RESPOnse Media Matters re 95 Mtn to Compel
110 10/11 RESPONSE X Corp re 93 Mtn to Compel LeGrand    10/10 jnp.
109 10/08 Request Docket sheet me (Attachm # Addl Page(s) Main docreplced
108 10/07 ORDER  Case Stayed (while Defs seek relief 5th Circuit.
107 10/04 REPLY MM re 99 Mtn to stay 98 ORDER LeGrand
106 10/03 ORDER re 99 Mtn to Stay (See Order)
105 10/03 RESPONSE re 99 Mtn to Stay 98 ORDER Hilton
104 10/03 NOTICE Filing Appellate Mtn LeGrand
103 10/03 USCA Case # 24-10900 (tle)
 95  9/24 Mtn to Compel Hilton
 93  9/20 Mtn to Certify Immediate Appeal
 92  9/13 ANSWER Amended Complaint LeGrand
 91  9/11 REPLY X Corp 83 Mtn to Compel

                                         Robert M All  d
Please mail me a date-stamped copy.      Robert M Allensworth B14522
SASE Enclosed.                           251 N IL 37    Ina IL 62846



R Allensworth B14522

251 N IL 37    Ina IL 62846

R Allensworth B14522
251 N IL 37
Ina IL, 62846

R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE IS FROM AN INMATE OF IDOC

US District Ct txnd
501-310-W 10th St
Ft Worth TX 76102

US POSTAGE PITNEY BOWES
ZIP 62846
02 4W
0000379096 NOV. 25 2024
$ 000.69⁰

RECEIVED
DEC - 3 2024
CLERK U.S. DIST.
NORTHERN DIST.

7610289759 C024