# United States District Court
## Northern District of Texas

*Fort Worth Division*

December 3, 2024

Robert M. Allensworth IDOC#B14522
Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, IL 62846

Re: Your correspondence received in the U.S. District Clerk's Office on December 3, 2024.
Case No./Style: 4:23-cv-01175-O

Robert M. Allensworth,

Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $12.00 per document. If you wish to receive the following documents, please send a money order made payable to the United States District Court in the correct amount along with your request to our office.

Doc. 91- 16 Pages X $0.50 = $8.00
Doc. 92- 19 Pages X $0.50 = $9.50
Doc. 93- 19 Pages X $0.50 = $9.50
Doc. 95- 4 Pages X $0.50 = $2.00
Doc. 103- 4 Pages X $0.50 = $2.00
Doc. 104- 47 Pages X $0.50 = $23.50
Doc. 105- 19 Pages X $0.50 = $9.50
Doc. 106- 1 Page X $0.50 = $0.50
Doc. 107- 16 Pages X $0.50 = $8.00
Doc. 108- 14 Pages X $0.50 = $7.00
Doc. 109- 4 Pages X $0.50 = $2.00
Doc. 110- 22 Pages X $0.50 = $11.00

Doc. 111- 27 Pages X $0.50 = $13.50
Doc. 113- 5 Pages X $0.50 = $2.50
Doc. 116- 1 Page X $0.50 = $0.50
Doc. 118- 5 Pages X $0.50 = $2.50
Doc. 120- 16 Pages X $0.50 = $8.00
Doc. 121- 27 Pages X $0.50 = $13.50
Doc. 123- 13 Pages X $0.50 = $6.50
Doc. 124- 15 Pages X $0.50 = $7.50

Total: $147.00

Sincerely,

Deputy Clerk - JNP