~~to mail room, trust fund & I B Couselor~~   Nov 18 24
US District Court TXND                        Oct 31 24
Brian Rebecek, Division Mgr          I want trust fund stmt Oct 30 24
501-310 W 10th St                    for last 3 months.
Ft Worth TX 76102

re: My correspondence received Oct 22 24

Case 4:23cv1175-O   X Corp v Media Matters

~~Enclosed is a $9.50 inma~~te trust fund check to be used if needed
for the docket sheet.  I asked for $9 to be send to you about
Oct 23 for this docket sheet - ~~but lack~~ info ~~on whether~~ it was sent.


Letter to Keith Ellison, MN Atty Gen, 445-1400 Minn St
St Paul MN 55101   651 296 3393  www.ag.state.mn.us,

                              Robert M Allensworth B14522
                              251 N IL 37    Ina IL 62846

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 3 2024
CLERK, U.S. DISTRICT COURT
By_____ Dep

```
Keith Ellison, Aty Gen              Case 4:23cv1175-O X Corp v      Oct 30 24
445-1400 Minn St                    Media Matters TXND Ft Worth
St Paul MN 55101
651 296 3393 www.ag.state.mn.us.
```

I like limited voting.
I suggest MN MO & WI elect their 8 US MCs from 2 4-mem dists &
36 State Senators from 12 3-mem dists &
108 House members from 36 3-mem dists nested 3 each in these 12.

I read about <u>you</u> in the American Prospect Bonus Issue 2024 Vol 35 #6.
1225-600 Eye St NW  Wash DC 20005. Keith Ellison: Seeing Red
The former 6-term cong-man talked about his strategies for
    countering the right's ambitions at the state level.

*Robert M Allensworth*
Robert M Allensworth B14522
251 N IL 37    Ina IL 62846

---

# Keith Ellison: Seeing Red
### Minnesota's attorney general on how to fight back against conservative aggression at the state level

as four states on its borders: were Republican legislatures, one a Republican governing. Its state policy divergence and light on its doorstep. But Minn- also been a blue oasis among …, passing progressive policies leverage to resist the conserva- …. As state attorney general, … is at the forefront of that push- mer six-term congressmember his strategies for countering ambitions at the state level.

…mber 2023, you took the lead a letter signed by other Demo- attorneys general to push back npaign by right-wing state offi- it intimidating states and finan- ies that embraced ESG criteria in ments. What other actions can inst these far-right campaigns?
n: We reacted to another com- isive action by right-wing AGs ing to get the EPA to abandon protect communities of color ronmental injustices. They term ngineering." This is led by Flori- general, Ashley Moody. She got publican AGs to go on her letter. want the EPA to use civil rights stigate actions and policies that ronmental harm to Black people norities.
e to the EPA as well. We said, you ing this. It's your legal respon- nforce the law, to protect com- om additional pollution burdens.

ond these dueling letters, is e way you can take the fight to ide?
ctly what we need to be doing. gues in the Democratic Attor- ral Association are looking to just that. This is really about America to a period before the ourt decision of *Brown v. Board* on in 1954, and before the great acts of the 1960s. They want to

tear down all that we have built. We need to go on the offensive.

**When you were in Congress, you saw the partisan gridlock. Do you think that explains why the far right is using the states to try to make headway with right-wing policies?**
I think they are trying to roll back poli- cies of equal justice on all fronts. And not just the federal government and the states—school boards, too. They have a comprehensive strategy to return America to pre-1954 on all fronts.

**In Minnesota, you border a lot of red states with extreme policies. Is being an island of blue an asset? Or is it more of a challenge?**
It's a tremendous asset. Because Minne- sota is the envy of every single state around it. They all wish they could be Minnesota. I'm not just being provincial. Not only is



our economy bigger. Not only is there more economic opportunity here, but you can live your life and have more freedom.
You can participate in a better school. You can have more housing options. A lot of things are just flat-out better. If the Dakotas and Iowa don't want the LGBTQ commu- nity, fine. Come here, open a business here.

If they don't want women to be able to be CEOs or to succeed in the professions, we are looking for talent, and talent comes in all kinds of packages.
So I think it gives us an advantage, because what they're essentially doing is shutting their doors on people who can help their state. And that means that we're going to benefit. I guarantee you, if they keep this up, Minnesota will be known as the place that is freer, fairer, and more prosperous.

**People like Ken Paxton, the Texas attorney general, are trying to export their policies to more progressive states. Paxton wants to track down and punish women who travel out of state to get abortions, and he wants other states to cooperate with Texas, as in the Fugitive Slave Act. How can Minnesota resist that?**
Paxton has two constititional problems.

One is the freedom to travel. The other is the provision on the Minnesota Con- stitution guaranteeing women the right to choose. So if he tries to get records on someone who arguably travels to Minne- sota and tries to get Minnesota to cooper- ate, we will block that and I will be in a Texas court.
—**Prospect Staff**

14 AMERICAN FREE PRESS • ISSUE 35/36 • SEPTEMBER 2 & 9, 2024 • AMERICANFREEPRESS.NET
117 La Grange Ave   La Plata MD 20646   1-888-699-6397

# Elon Musk Sues Well-Heeled Group Dedicated to Crushing Free Speech

$59 / 1 yr   $99 / 2 yrs. X Corp v Media Matters

**By José Niño**
4:23cv1175-O



**AFP ON FREEDOM OF SPEECH**

**ELON MUSK**
Battling for freedom of speech.

On Nov. 20, 2023, X, the social media platform formerly known as Twitter, sued lavishly funded leftist advocacy organization Media Matters for America, charging that the left-wing organization faked a report that showed advertisers' posts next to hard-right and other identitarian posts to allegedly "drive advertisers from the platform and destroy X Corp."

With seed money from George Soros and related organizations, political activist David Brock founded Media Matters in 2004 as a "watchdog" journalism group that sought to expose "conservative misinformation" in U.S. media. Ironically, Brock cut his teeth as a conservative investigative reporter during the 1990s, but later became an operative for the Democratic Party towards the late 1990s.

Since its founding, Media Matters has sought to harass right-wing outlets and personalities in any way possible. Their campaigns against the right have only magnified during the Trump era, when many liberal organizations firmly believed that former President Donald Trump's victory in 2016 constituted an existential threat to the American political system.

Tesla founder Elon Musk's purchase of Twitter in October 2022 has further galvanized many liberal organizations. They are convinced Musk's X platform serves as a hotbed for right-wing nationalist thought. Media Matters, staying true to its mission statement, thus led the charge to bankrupt Musk's company.

The latest drama in this legal ordeal involves a federal judge who purchased over $15,000 worth of Tesla stock. The judge recently rejected a motion that could have compelled him to recuse himself from a lawsuit that X filed against Media Matters.

U.S. District Judge Reed O'Connor of the Northern District of Texas purchased Electronics Tesla stock valued between $15,001 and $50,000 in 2022, per findings from a financial disclosure. Media Matters contended in a July court filing that X should disclose Tesla as an "interested party" in the case due to the connection between Musk and the Tesla brand. O'Connor threw out the Media Matters motion in a ruling issued on Aug. 16, 2024.

In his ruling, O'Connor argued that financial interest "means ownership of a legal or equitable interest, however small, or a relationship as director, adviser, or other active participant in the affairs of a party." O'Connor stressed in his ruling that the standard has not been met in this case and accused Media Matters of engaging in gamesmanship.

O'Connor described assertions that the value of Tesla and X are connected due to Musk's ownership as "speculative." He added that there's no sign that Musk's involvement or the case's outcome will have an impact on Tesla's share price.

On top of that, O'Connor's ruling announced that the court "will award attorney's fees on this matter" due to how Media Matters' motion "is not substantially justified." X was subsequently instructed to file a motion for attorney's fees.

Some free speech protections remain strong in the United States. They prevent outright attacks from the government on free speech, for the most part. This function of attacking free speech has been largely outsourced to the private sector, Big Tech companies, and the NGO networks. In tandem, they try to find underhanded ways to infringe on the freedom of expression, mostly of conservatives.

The very fact that a social media platform like X is under the control of an entrepreneur who wants to nominally protect free speech is simply too much for a ruling class that is obsessed with maintaining total domination over its subjects. These despots are using conventional political and non-political means to ensure that X cannot survive as a profitable company.

With Musk at the helm of X, the nationalist right has been able to survive and thrive on the social media platform like never before. Such a reality of free speech beginning to blossom on one of the premier social media platforms in the United States is simply a prospect the D.C. regime cannot tolerate whatsoever. In turn, they're going to great lengths to suppress free speech online with every tool at their disposal.

X's legal scuffle with Media Matters should be a reminder that U.S. politics has long departed from the realm of normality. Additionally, politics in this country grows more brutish by the day. Whatever flaws X may have under Musk's stewardship, it's still an oasis of freedom compared to the rest of the anarcho-tyrannical wasteland that is Clown World USA.

For the time being, X merits the financial and moral support of all those who see the real threat to genuine free speech and expression is coming from the left, not conservatives. ★

---

*José Niño is a freelance writer based in Austin, Texas. You can contact him via Facebook and Twitter. Get his e-book, The 10 Myths of Gun Control at josealbertonino.gumroad.com. Subscribe to his "Substack" newsletter by visiting "Jose Nino Unfiltered" on Substack.com.*

---



## New from TBR: *Dixieland Deceived: The Grand Conspiracy Behind the U.S. Civil War*

The true story of the U.S. Civil War, aka the War Between the States, aka the War of Northern Aggression, does not "lie in the middle" somewhere but, rather, is something altogether different from either the contemporary Northern establishment account or the Southern Revisionist version. In reality, the brotherly bloodbath of 1861-1865 wasn't really, in its true essence, a "civil war" as much as it was an attack launched upon the United States from an invisible foreign power with traitorous agents and sincere dupes operating in both the North and South. It was "the usual suspects" based in Rothschild's Europe and aligned with the empire-seeking Plantation Aristocracy based in the South. It was this elite who long-range-planned and, under one false pretext after another, finally executed America's greatest disaster. And, it was the determined leadership of President Abraham Lincoln that thwarted the elaborate scheme of this deadly cabal in the end. Acclaimed "Correctionist historian" and investigative journalist Mike King will take you on an exciting "you are there" illusion-shattering suspense ride through this important era of U.S. history which still holds modern-day implications. *Dixieland Deceived: The Grand Conspiracy Behind the U.S. Civil War* (softcover, 8.5 x 11, 300 pages, #1026, **$45** minus 10% for THE BARNES REVIEW subscribers plus $5 S&H inside the U.S.) is available from TBR, P.O. Box 550, White Plains, Md 20695. Charge toll free by calling 1-877-773-9077, Mon.-Thu. 8-4 ET.

R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC
SAINT LOUIS MO 630
27 NOV 2024 PM 2 L

US Dist Court TXND
Brian Rebecek, Division Mgr
501-310 W 10th
Ft Worth TX 76102

RECEIVED
DEC - 3 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


