US District Court txnd                                          Dec 11 24
501-310 W 10th
Ft Worth TX 76102

RE: My letter you received Dec 3 25/ Case 4:23-cv-1175-O

Please mail me a copy of pages from Doc pages:
                                                                JNP

```
 91   16   $  8            111   27   $ 13.5
 92   19      9.50          13    5      2.5
 93   19      9.5           16    1      0.5
 95    4      4             18    5      2.5
103    4      2             20   16      8
  4   47     23.5           21   27     13.5
  5   19      9.5           23   13      6.5
  6    1      0.5           24   15      7.5
  7   16      8                          ____
  8   14      7
  9    4      2
 10   22     11       Check enclosed   $147.50
```

Robert M Allensworth B14522

251 N IL 37    Ina IL 62846



```
OERCP101            ILLINOIS DEPARTMENT OF CORRECTIONS            PAGE:  38
                              Offender 360
                         PRINTED SCHED. CALL PASS                 RUN DATE: 12/9/2024
                                                                  RUN TIME: 6:03:26 PM
```



ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: B14522 ALLENSWORTH,ROBERT         Medium         A       None         BMR:BMR:01:B:15:L1

PRIMARY: UNASSIGNED , PARTICIPANT-BMR710010009


DESTINATION: Law Library             DAY: 12/10/2024    AT: 12:00:00 PM
  PASS TYPE: LIBRARY
  COMMENTS:
  AUTHORIZED: Jame Humphreys


       CELL HOUSE SIGNATURE: _____         TIME: ____:____
     DESTINATION SIGNATURE: _____         TIME: ____:____
             EXIT SIGNATURE: _____         TIME: ____:____
           RETURN SIGNATURE: _____         TIME: ____:____

P Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

US Dist Court txnd
501-310 W 10th
Ft Worth TX 76102

RECEIVED
DEC 17 2024
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7610289759 C024



