UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>            **Plaintiff,**<br><br>    v.<br><br>MEDIA MATTERS FOR AMERICA,<br>et al.,<br><br>            **Defendants.** | Civil Action No. 4:23-cv-01175-O |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MEDIA MATTERS FOR AMERICA, ERIC HANANOKI, AND ANGELO CARUSONE**

Attorney Daniela Lorenzo of the Elias Law Group, counsel for Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone ("Defendants") in the above styled and numbered case, files this Motion pursuant to Local Rule 83.12 requesting that the Court enter an order granting her leave to withdraw as counsel for Defendants. Ms. Lorenzo will be departing Elias Law Group on January 10, 2025. Defendants will continue to be represented by Abha Khanna, Elisabeth Frost, Aria Branch, Jacob Shelly, Christopher Dodge, Elena Rodriguez Armenta, Omeed Alerasool, and Samuel Ward-Packard of Elias Law Group and Andrew LeGrand, Theodore Boutrous, Jr, and Amer Ahmed at Gibson Dunn. The address and contact information for the aforementioned counsel is listed below. Counsel for Plaintiff and Defendants conferred and this motion is unopposed.

                                  Respectfully submitted,

                                  */s/ Daniela Lorenzo*

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>Andrew LeGrand (TX 24070132)<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>T: (214) 698-3100<br>F: (214) 571-2960<br>alegrand@gibsondunn.com<br><br>Theodore J. Boutrous, Jr.* (CA 132099)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>T: (213) 229-7000<br>F: (213) 229-7520<br>tboutrous@gibsondunn.com<br><br>Amer S. Ahmed* (NY 4382040)<br>200 Park Avenue<br>New York, NY 10166<br>T: (212) 351-4000<br>F: (212) 351-4035<br>aahmed@gibsondunn.com | **ELIAS LAW GROUP LLP**<br>Abha Khanna* (WA 42612)<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>T: (206) 656-0177<br>F: (206) 656-0180<br>akhanna@elias.law<br><br>Aria Branch (DC 1014541)<br>Elisabeth Frost (DC 1007632)<br>Jacob D. Shelly* (DC 90010127)<br>Christopher D. Dodge (DC 90011587)<br>Elena Rodriguez Armenta* (DC 90018798)<br>Daniela Lorenzo* (NY 5780457)<br>Samuel T. Ward-Packard* (DC 90005484)<br>Omeed Alerasool (DC 90006578)<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, DC 20001<br>T: (202) 968-4490<br>F: (202) 986-4498<br>abranch@elias.law<br>efrost@elias.law<br>jshelly@elias.law<br>cdodge@elias.law<br>erodriguezarmenta@elias.law<br>dlorenzo@elias.law<br>swardpackard@elias.law<br>oalerasool@elias.law<br><br>*Admitted pro hac vice* |

*Counsel for Defendants Media Matters for America, Angelo Carusone, and Eric Hananoki*

## CERTIFICATE OF CONFERRAL

On January 7, 2025, I conferred with counsel for Plaintiff. Plaintiff does not oppose this motion.

*/s/ Daniela Lorenzo*

Daniela Lorenzo

**CERTIFICATE OF SERVICE**

On January 9, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniela Lorenzo*

Daniela Lorenzo