# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **X CORP** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| **MEDIA MATTERS FOR AMERICA,** § | |
| **ET AL.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants Unopposed Motion for Withdrawal of Counsel ("Motion"). After consideration of the Motion, the Court **GRANTS** Defendants' Motion.

Accordingly, the Court **ORDERS** that Attorney Daniela Lorenzo of the Elias Law Group is withdrawn from this matter due to her departure from Elias Law Group. Defendants will continue to be represented by Abha Khanna, Elisabeth Frost, Aria Branch, Jacob Shelly, Christopher Dodge, Elena Rodriguez Armenta, Omeed Alerasool, and Samuel Ward-Packard of Elias Law Group and Andrew LeGrand, Theodore Boutrous, Jr, and Amer Ahmed at Gibson Dunn.

Accordingly, the Court **ORDERS** that Ms. Lorenzo is withdrawn as counsel of record in this matter. The Clerk is **DIRECTED** to remove Ms. Lorenzo from the electronic service list in this case.

**SO ORDERED** on this **10th** day of **January, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**