# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, <br>     Plaintiff, <br><br> vs. <br><br> **MEDIA MATTERS FOR AMERICA**, et al., <br>     Defendants. | Case No. 4:23-cv-01175-O |

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY RESPONSES

Pursuant to the Court's January 3, 2025 Order (ECF No. 135), Plaintiff hereby certifies that on January 31, 2025, it delivered to Defendants supplemental responses to: (1) Interrogatory No. 8, (2) Requests for Admission Nos. 9(A)-73(B), 82, and 83, and (3) written supplemental responses to Requests for Production Nos. 7, 13, 17, 25, 28, and 33 with responsive document production to follow in accordance with the parties' document production schedule.

1

Dated: January 31, 2025

Respectfully submitted.

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
**STONE | HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Christopher D. Hilton*
Christopher D. Hilton