# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants Unopposed Motion for Withdrawal of Counsel ("Motion"). After consideration of the Motion, the Court **GRANTS** Defendants' Motion.

Accordingly, the Court **ORDERS** that Attorney Elena Rodriguez Armenta of the Elias Law Group is withdrawn from this matter due to her departure from Elias Law Group. Defendants will continue to be represented by Abha Khanna, Elisabeth Frost, Aria Branch, Jacob Shelly, Christopher Dodge, Omeed Alerasool, and Samuel Ward-Packard of Elias Law Group and Andrew LeGrand, Theodore Boutrous, Jr, and Amer Ahmed at Gibson Dunn.

Accordingly, the Court **ORDERS** that Ms. Rodriguez Armenta is withdrawn as counsel on this matter. The Clerk is **DIRECTED** to remove Ms. Rodriguez Armenta from the electronic service list in this case.

**SO ORDERED** on this **28th** day of **February, 2025**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE