UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>Defendants. | Case No. 4:23-CV-01175-O |

**ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ANTISUIT INJUNCTION UNDER THE FIRST-TO-FILE RULE**

Before the Court is Plaintiff's Motion to a Temporary Restraining Order and Antisuit Injunction Under the First-to-File Rule. The Court concludes that the motion has merit and should be, and hereby is, **GRANTED**.

For substantially the reasons stated in Plaintiff's brief in support of its Motion, Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone are hereby **ENJOINED** from prosecuting any claims or motions for relief in *Media Matters et al. v. X Corp. et al.*, No. 3:25-cv-02397 (N.D. Cal. Mar. 10, 2025) pending further order of this Court. Defendants are also hereby **ORDERED** to withdraw their pending motion for preliminary injunction (ECF No. 16) in the Northern District of California proceedings.

It is **SO ORDERED**.

Dated: _____     _____
                                                          Hon. Reed O'Connor
                                                          United States District Judge