IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Anti-Suit Injunction, filed March 17, 2025. ECF No. 156. In order to expeditiously resolve the issues presented, the Court **ORDERS** Defendants to file any response in opposition **no later than March 19, 2025.** Plaintiff may reply **no later than March 20, 2025**.

**SO ORDERED** on this **17th** day of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1