**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>Defendants. | **Case No. 4:23-cv-01175-O** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Alithea Z. Sullivan, Attorney at Law, hereby enters her appearance as additional attorney of record for X Corp., Plaintiff, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

April 3, 2025

Respectfully submitted.

By: *<u>/s/ Alithea Z. Sullivan</u>*

Alithea Z. Sullivan
Texas Bar No. 24072376
alithea@stonehilton.com

Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727

Ari Cuenin
Texas Bar No. 24078385
Alexander M. Dvorscak
Texas Bar No. 24120461
Cody Coll
Texas Bar No. 24116214
**STONE | HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 3, 2025, the foregoing document was electronically filed with the CM/ECF system, thereby effectuating service on counsel for all parties.

*/s/ Alithea Z. Sullivan*
Alithea Z. Sullivan