UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br>    Plaintiff,<br><br>    v.<br><br>MEDIA MATTERS FOR AMERICA, et al.,<br>    Defendants. | Civil Action No. 4:23-cv-01175-O |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF ANNE CHAMPION

Pursuant to Local Rule 83.12 of the Northern District of Texas, Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone ("Media Matters") request leave to withdraw the appearance of attorney Anne Champion in this matter. Ms. Champion is no longer affiliated with the law firm of Gibson, Dunn & Crutcher LLP. Other counsel with Gibson, Dunn & Crutcher and Susman Godfrey L.L.P. will continue to represent Media Matters in this action. Ms. Champion's withdrawal will not cause any delay.

Media Matters respectfully requests that the Court grant leave to withdraw the appearance of Anne Champion from this action.

1

DATED:  April 10, 2025               Respectfully submitted,

/s/    Andrew P. LeGrand
Andrew P. LeGrand (TX 24070132)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile:  214.571.2960
ALegrand@gibsondunn.com

Gregg J. Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002
Telephone: 346.718.6649
Facsimile:  214.571.2960
GCosta@gibsondunn.com

Theodore J. Boutrous, Jr.* (CA 132099)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520
TBoutrous@gibsondunn.com

Amer S. Ahmed* (NY 4382040)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile:  212.351.4035
AAhmed@gibsondunn.com

Justin Nelson (TX 24034766)
Matthew C. Behncke (TX 24069355)
SUSMAN GODFREY L.L.P
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile:  713.654.6666
JNelson@susmangodfrey.com
MBehncke@susmangodfrey.com

>Katherine Peaslee (CA 310298)
>SUSMAN GODFREY L.L.P
>1900 Avenue of the Stars, Suite 1400
>Los Angeles, CA 90067
>Telephone:  310.789.3100
>Facsimile:  310.789.3150
>kpeaslee@susmangodfrey.com
>
>*Attorneys for Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone*

## **CERTIFICATE OF CONFERENCE**

I certify that on April 10, 2025, counsel for Media Matters conferred with counsel for Plaintiff.  Plaintiff is not opposed to the relief sought in this action.

>*/s/   Amer S. Ahmed*
>Amer S. Ahmed

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2025, a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

>*/s/   Andrew P. LeGrand*
>Andrew P. LeGrand