UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>Defendants. | Case No. 4:23-cv-01175-O |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiff X Corp. ("X") brings this motion to compel against Defendants Media Matters for America, Eric Hanonoki, and Angelo Carusone. For the reasons stated in the accompanying brief in support, X requests that the Court issue an order overruling Defendants' objections to X's Request for Production Nos. 108, 113, and 114, and requiring Defendants to promptly provide all responsive documents.

Dated: April 14, 2025                                    Respectfully submitted,

*/s/ Christopher D. Hilton*
Judd E. Stone II
 Texas Bar No. 24076720
Christopher D. Hilton
 Texas Bar No. 24087727
Ari Cuenin
 Texas Bar No. 24078385
Michael R. Abrams
 Texas Bar No. 24087072
Alexander M. Dvorscak
 Texas Bar No. 24120461
Cody C. Coll
 Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
michael@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com

John C. Sullivan
  Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm

2

## CERTIFICATE OF CONFERENCE

I certify that counsel for the parties met and conferred over these Requests for Production multiple times via both email and phone conference beginning on January 8, 2025. Counsel most recently conferred via video conference on April 7 and confirmed that they were at an impasse on RFPs 113 and 114. Defendants' counsel, for the first time, stated that they might reconsider their position with respect to RFP 108, despite having steadfastly maintained their objections for months. Nevertheless, a full week elapsed without a response from Defendants and Plaintiff sent a follow up email on April 14, 2025. Although Defendants ambiguously replied that they would amend their response to RFP 108, Defendants did not agree to withdraw their objections and produce all responsive documents, necessitating this motion.

*/s Alexander M. Dvorscak*
Alexander M. Dvorscak

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s Alexander M. Dvorscak*
Alexander M. Dvorscak