UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA,** a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>*Defendants.* | Case No. 4:23-cv-01175-O |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

Before the Court is Plaintiff X Corp.'s ("X") motion to compel production of documents responsive to X's Request Numbers 108, 113, and 114, from Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone. After consideration of the motion, response, reply, and arguments of counsel, if any, the Court finds that the Motion should be **GRANTED**. Accordingly, the Court **ORDERS** that:

**ORDERED** that Defendants' objections to Plaintiff's Request for Production No. 108, 113 and 114 are **OVERRULED** and Defendants must produce all responsive documents to those requests.

It is **SO ORDERED**.

Dated: _____                    _____
                                             Hon. Reed O'Connor
                                             United States District Judge