IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are three Motions to Seal. ECF Nos. 153, 168, 172. Having considered the Motions, they are **GRANTED**.

It is **ORDERED** that Defendants are directed to publicly file redacted copies of their Brief in Support of Defendants' 28 U.S.C. § 1404(a) and 1406(6) Motion to Transfer Venue and accompanying Appendix. Those documents are deemed filed as of March 6, 2025.

It is **ORDERED** that the form of the redactions to Defendants' Motions Exhibits 11, 12, 13, and 15 will take the form as proposed in Plaintiff's Appendix in support of Plaintiff's Response to Defendants' Motion to Seal. Defendants' Motion Exhibit 14 will be redacted in its entirety.

It is **ORDERED** that Plaintiff is directed to publicly file redacted copies of its Opposition to Defendants' 28 U.S.C. § 1404(a) and 1406(a) Motion to Transfer Venue. That document is deemed filed as of March 27, 2025.

It is **ORDERED** that Defendants are directed to publicly file redacted copies of their Reply Brief in Support of Defendants' 28 U.S.C. § 1404(a) and 1406(6) Motion to Transfer Venue and accompanying Appendix. Those documents are deemed filed as of April 10, 2025.

**SO ORDERED** on this **15th** day of **April, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE