IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Parties' Joint Motion to Amend Scheduling Order (the "Motion"). ECF No. 193. After consideration of the Motion, and because of the good cause shown therein, the Court finds that the Motion should be **GRANTED**. Accordingly, the Court **ORDERS** that the following Schedule shall govern the above captioned matter:

| | |
|---|---|
| Mediation | ~~May 26, 2025~~ **September 26, 2025** |
| Dispositive Motions | ~~June 9, 2025~~ **October 27, 2025** |
| Completion of Fact Discovery | ~~June 30, 2025~~ **October 24, 2025** |
| Initial Expert Designation & Report | ~~July 11, 2025~~ **November 7, 2025** |
| Responsive Expert Designation & Report | ~~July 25, 2025~~ **November 21, 2025** |
| Rebuttal Expert Designation | ~~August 4, 2025~~ **30 days after disclosure made by other party** |
| Pretrial Disclosures and Objections | ~~August 25, 2025~~ **December 19, 2025** Objections due 14 days thereafter |
| Jury Charge[1] | ~~August 29, 2025~~ **January 14, 2026** |
| Expert Objections | ~~September 2, 2025~~ **January 16, 2026** |

---

[1] All deadlines surrounding the jury charge (as described in the January 22, 2024 Scheduling Order) are adjusted accordingly based on the revised deadline for filing the Agreed Charge with Court on **January 14, 2026**.

1

| | |
|---|---|
| Motions in Limine[2] | ~~September 8, 2025~~ **January 22, 2026** |
| Pretrial Materials (pretrial order, witness lists, and exhibit lists) | ~~September 9, 2025~~ **January 23, 2026** |
| Exchange of Exhibits | ~~September 22, 2025~~ **February 5, 2026** |
| Settlement Conference[3] | ~~September 22, 2025~~ **February 6, 2026** |
| Pretrial Conference | To be set if necessary. |
| Trial Date | ~~October 6, 2025~~ **February 23, 2026** |

**SO ORDERED** on this **9th** day of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[2] Responses to motions in limine (as limited by the January 22, 2024 Scheduling Order) are due within fourteen days of the filing of such a motion.

[3] The Joint Settlement Report (as described in the January 22, 2024 Scheduling Order) **SHALL** be jointly filed no later than **two** days after the settlement conference.

2