IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are Motions to Seal. ECF Nos. 183, 185, 195, 199. Having considered the Motions, they are **GRANTED**.

Regarding Defendants Motion to Seal (ECF No. 183), it is **ORDERED** that Defendants are directed to publicly file redacted copies of their Brief and Appendix in Support of their Motion to Compel Discovery. Those documents are deemed filed as of April 21, 2025.

It is **FURTHER ORDERED** that the redactions to Defendants' Brief in Support of their Motion to Compel Discovery shall take the form as proposed by Plaintiff in its Response.

It is **FURTHER ORDERED** that Defendants' Motion Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 24, 25, 26, 27, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 47, 52, 53, 54, 55, 56, 57, 58, and 59 will be redacted in their entirety.

Regarding Defendant Motion to Seal (ECF No. 185), it is **ORDERED** that Defendants are directed to publicly file redacted copies of their Brief and Appendix in Support of their Motion for Leave to Increase Depositions and to Amend the Schedule. Those documents are deemed filed as of April 22, 2025.

It is **FURTHER ORDERED** that the redactions to Defendants' Brief in Support of their Motion for Leave to Increase Depositions and to Amend the Schedule shall take the form as

proposed by Plaintiff in its Response.

It is **FURTHER ORDERED** that Defendants' Exhibits 9-45 included in their Appendix in Support will be redacted in their entirety.

**SO ORDERED** on this **14th** day of **May, 2025**.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**

2