IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-01175-O |
| | § | |
| MEDIA MATTERS FOR AMERICA, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Antisuit Injunction. ECF No. 156. Having considered the Motion, Plaintiff's request is **DENIED**. This action was filed before *Media Matters et al. v. X Corp. et al.*, No. 3:25-cv-02397 (N.D. Cal. Mar. 10, 2025) ("California Action"). Usually, under the first-to-file rule, a court in which an action was first filed considers whether a second-filed action "substantially overlaps," such that a ruling in the second court would "trench upon the authority" of the first. *In re Amerijet Intern., Inc.*, 785 F.3d 967, 976 (5th Cir. 2015) (citation omitted). In this circuit, the second filed judge transfers or stays its case pending a determination by the first filed judge as to how the cases should proceed. *Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 606 (5th Cir. 1999) ("the proper course of action was for the court to transfer the case" or stay it pending a determination by the first filed judge.). The California Action has not been transferred or stayed for the undersigned to make this determination. Accordingly, the Court **DENIES** Plaintiff's Motion.

**SO ORDERED** on this **14th** day of **May, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE