UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP.**, a Nevada corporation, § § § § § § § § § § § § § | | |
| *Plaintiff,* | | |
| vs. | | Case No. 4:23-cv-01175-O |
| **MEDIA MATTERS FOR AMERICA,** a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, | | |
| *Defendants.* | | |

**JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF REQUEST FOR SANCTIONS (ECF 209)**

Plaintiff, X Corp. and Defendants, Media Matters for America, Angelo Carusone, and Eric Hananoki, have fully resolved all issues raised in Plaintiff's Brief Regarding Sanctions for Media Matters's Litigation Conduct (ECF 209). To avoid the need for further briefing, Defendants have compensated Plaintiff for its costs in responding to their motion to transfer.

Accordingly, because of the parties' agreement, Plaintiff withdraws its Brief requesting sanctions.

Respectfully submitted,

**On behalf of X Corp.:**

*/s/ Christopher D. Hilton*  (with permission)
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Michael R. Abrams
Texas Bar No. 24087072

                Alexander M. Dvorscak
                Texas Bar No. 24120461
                **STONE | HILTON PLLC**
                600 Congress Ave., Ste. 2350
                Austin, TX 78701
                Telephone: (737) 465-3897
                judd@stonehilton.com
                chris@stonehilton.com
                ari@stonehilton.com
                michael@stonehilton.com
                alex@stonehilton.com

                John C. Sullivan
                Texas Bar No. 24083920
                S|L Law PLLC
                610 Uptown Boulevard, Suite 2000
                Cedar Hill, TX 75104
                Telephone: (469) 523-1351
                Facsimile: (469) 613-0891
                john.sullivan@the-sl-lawfirm.com

                *Counsel for Plaintiff*

**On behalf of Defendants:**

SUSMAN GODFREY L.L.P.

*/s/ Justin A. Nelson*
Justin A. Nelson (TX 24034766)
Matthew C. Behncke (TX 24069355)
Alexandra Foulkes Grafton (TX 24116448)
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine Peaslee (CA 310298)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
kpeaslee@susmangodfrey.com

GIBSON, DUNN & CRUTCHER LLP
Andrew LeGrand (TX 24070132)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T: (214) 698-3100
F: (214) 571-2960
alegrand@gibsondunn.com

Gregg Costa
811 Main Street Suite 3000
Houston, TX 77002
T: (346) 718-6649
F: (214) 571-2960
gcosta@gibsondunn.com
Theodore J. Boutrous, Jr.* (CA 132099)
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000
F: (213) 229-7520
tboutrous@gibsondunn.com

Amer S. Ahmed* (NY 4382040)
200 Park Avenue
New York, New York 10166

T: (212) 351-4000
F: (212) 351-4035
aahmed@gibsondunn.com

*Attorneys for Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Justin A. Nelson*
Justin A. Nelson

4