# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, <br>       Plaintiff, <br><br>       vs. <br><br> **MEDIA MATTERS FOR AMERICA**, et al. <br>       Defendants. | Case No. 4:23-cv-01175-O |

## JOINT STIPULATION REGARDING DISCOVERY LIMITS

Pursuant to Federal Rule of Civil Procedure 29, Plaintiff X Corp. and Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone, by and through their respective counsel, hereby stipulate and agree to the following deposition limits:

1. Each side is allowed ten (10) fact depositions of party witnesses. The parties agree that a properly noticed Federal Rule of Civil Procedure 30(b)(6) deposition of an opposing party will count as one of each side's 10 party depositions regardless of the number of deponents designated.

2. Each side will be allowed 50 deposition hours on the record of subpoenaed third parties. Subpoenaed third parties include former employees of a party.

3. Each party has the right to depose before trial any witnesses the opposing party identifies as trial witnesses who have not already been deposed, even if doing so would result in that party deposing more than 10 total party witnesses.

Unless modified by agreement of the Parties or by the Court, the seven (7) hour time limit per deposition as provided by Federal Rule of Civil Procedure 30(d)(2) will apply. No single deponent can be deposed for more than seven hours as a fact witness, except by subsequent agreement or by leave of Court. If either party designates someone who was deposed as a fact witness as a 30(b)(6) corporate representative, that person may be deposed for more than 7 hours over the two separate depositions.

Nothing in this Stipulation should be construed as preventing either party from making a future petition to the Court for further deposition time, for either individuals or in general, or for other modifications to these limits. Likewise, nothing herein should be construed as preventing either party from moving to quash the deposition of any specific individual or entity, from moving to compel the deposition of a specific individual or entity, or from otherwise seeking appropriate protection or relief from the Court.

Dated: July 7, 2025                                                                 Respectfully submitted.

**STONE HILTON PLLC**

*/s/ Chris Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Elizabeth Brown Fore
Texas Bar No. 24001795
Michael R. Abrams
Texas Bar No. 24087072
Alithea Z. Sullivan
Texas Bar No. 24072376
Alexander M. Dvorscak
Texas Bar No. 24120461
Cody C. Coll
Texas Bar No. 24116214
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone:(737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
elizabeth@stonehilton.com
michael@stonehilton.com
alithea@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000 Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

*Attorneys for Plaintiff X Corp.*

**SUSMAN GODFREY L.L.P.**

/s/ *Justin Nelson*
Justin Nelson (TX 24034766)
Matthew C. Behncke (TX 24069355)
Alexandra Foulkes Grafton (TX 24116448)
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine Peaslee (CA 310298)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
kpeaslee@susmangodfrey.com

**GIBSON, DUNN & CRUTCHER LLP**
Andrew LeGrand (TX 24070132)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T: (214) 698-3100
F: (214) 571-2960
alegrand@gibsondunn.com

Gregg Costa
811 Main Street Suite 3000
Houston, TX 77002
T: (346) 718-6649
F: (214) 571-2960
gcosta@gibsondunn.com

        Theodore J. Boutrous, Jr.* (CA 132099)
        333 South Grand Avenue
        Los Angeles, CA 90071
        T: (213) 229-7000
        F: (213) 229-7520
        tboutrous@gibsondunn.com

        Amer S. Ahmed* (NY 4382040)
        200 Park Avenue
        New York, New York 10166
        T: (212) 351-4000
        F: (212) 351-4035
        aahmed@gibsondunn.com

        ***Attorneys for Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7. 2025, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

        */s/ Justin Nelson*
        Justin Nelson