IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are three Joint Stipulations. ECF Nos. 214, 216, 217. The parties have come to agreements without the need for the Court's resolution. Accordingly, Plaintiff's Motion for Sanctions and Defendants' Motion for Leave to Increase Deposition and Amend the Schedule are **DENIED as moot**. ECF Nos. 209 and 185. Additionally, Defendant's Unopposed Motions to Seal are **GRANTED**. ECF Nos. 211–212.

Defendants are **ORDERED** to inform the Court if, after the joint stipulations, a status conference is still needed. *See* ECF No. 186.

**SO ORDERED** on this **10th** day of **July, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE