IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-CV-01175-O |
| § | |
| MEDIA MATTERS FOR AMERICA, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

### ORDER

Pursuant to the Fifth Circuit's recent ruling, the parties are **ORDERED** to meet and confer to provide the Court with an updated briefing schedule for Defendants' Motion to Transfer Venue. The parties shall provide the Court with a briefing schedule **no later than July 21, 2025**.

**SO ORDERED** on this **16th** day of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1