IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**,<br><br>   *Plaintiff*,<br><br> v.<br><br>**MEDIA MATTERS FOR AMERICA**, *et al.*,<br><br>   *Defendants*. | **Case No. 4:23-cv-01175-O** |

## **NOTICE**

Defendants notify the Court that they do not believe a status conference is needed at this time, in response to the Court's Order directing Defendants "to inform the Court if, after the joint stipulations, a status conference is still needed." ECF 218.

Dated: July 21, 2025.            Respectfully submitted,

                */s/ Justin A. Nelson*
                Justin A. Nelson
                State Bar No. 24034766
                Matthew Behncke
                State Bar No. 24069355
                Alexandra Foulkes Grafton
                State Bar No. 24116448
                SUSMAN GODFREY L.L.P.
                1000 Louisiana Street, Suite 5100
                Houston, Texas 77002-5096
                Telephone:  (713) 651-9366
                Fax:  (713) 654-6666
                jnelson@susmangodfrey.com

mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 505-3811
kpeaslee@susmangodfrey.com

Gregg Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6649
Facsimile: (346) 718-6979
GCosta@gibsondunn.com

Dwight P. Bostwick
Shawn P. Naunton
Zuckerman Spaeder LLP
485 Madison Ave., 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

*Attorneys for Defendants Media Matters for America, Angelo Carusone, and Eric Hananoki*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025 a true and correct copy of the foregoing was properly served on counsel of record via electronic filing in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing.

　　*/s/ Alexandra Foulkes Grafton*
　　Alexandra Foulkes Grafton