# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MEDIA MATTERS FOR AMERICA, a Washington, D.C. non-profit corporation, ERIC HANANOKI, and ANGELO CARUSONE,<br><br>　　Defendants. | Civil Action No. 4:23-cv-01175-O |

## NOTICE OF SUPPLEMENTAL BRIEFING IN SUPPORT OF DEFENDANTS' 28 U.S.C § 1404(a) AND 1406(a) MOTION TO TRANFSER VENUE

Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone file this Notice of Supplemental Briefing in Support of Defendants' 28 U.S.C. § 1404(a) and 1406(a) Motion to Transfer Venue.

Defendants are filing contemporaneously with this Notice a Motion to Seal Supplemental Briefing in Support of Defendants' 28 U.S.C. § 1404(a) and 1406(a) Motion to Transfer Venue. For the reasons stated in the accompanying briefing, Defendants request that the Court enter an Order transferring this case.

Dated: August 11, 2025.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Justin A. Nelson*
　　　　　　　　　　　　　　　　　　　　Justin A. Nelson
　　　　　　　　　　　　　　　　　　　　State Bar No. 24034766
　　　　　　　　　　　　　　　　　　　　Matthew Behncke
　　　　　　　　　　　　　　　　　　　　State Bar No. 24069355
　　　　　　　　　　　　　　　　　　　　Alexandra Foulkes Grafton *(admitted PHV)*
　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.

13613942v1/018455

1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone:  (206) 516-3880
Facsimile:  (206) 505-3811
kpeaslee@susmangodfrey.com

Gregg Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6649
Facsimile: (346) 718-6979
GCosta@gibsondunn.com
Theodore J. Boutrous, Jr.*
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000
F: (213) 229-7520
tboutrous@gibsondunn.com

Andrew LeGrand
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T: (214) 698-3100
F: (214) 571-2960
alegrand@gibsondunn.com

Amer S. Ahmed*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035
aahmed@gibsondunn.com

>Dwight P. Bostwick
>Shawn P. Naunton
>ZUCKERMAN SPAEDER LLP
>485 Madison Ave., 19th Floor
>New York, NY 10022
>Telephone: (212) 704-9600
>Facsimile: (202) 822-8106
>dbostwick@zuckerman.com
>snaunton@zuckerman.com
>
>Richard B. Roper, III
>301 Commerce St., Suite 2200
>Fort Worth, Texas 76102
>Telephone: (817) 309-9092
>richard.roper@vhh.law
>
>*Attorneys for Defendants*
>*Media Matters for America,*
>*Angelo Carusone, and*
>*Eric Hananoki*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2025, a true and correct copy of this pleading was properly served on counsel of record via electronic filing in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing.

>  s/ *Matthew C Behncke*
>  Matthew C Behncke

3