UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEDIA MATTERS FOR AMERICA, a Washington, D.C. non-profit corporation, ERIC HANANOKI, and ANGELO CARUSONE,<br><br>Defendants. | Civil Action No. 4:23-cv-01175-O |

### NOTICE OF DEFENDANTS' MOTION TO COMPEL DISCOVERY

Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone file this Notice of Defendants' Motion to Compel Discovery.

Defendants are filing contemporaneously with this Notice a Motion to Seal Defendants' Brief and Appendix in Support of their Motion to Compel Discovery. For the reasons stated in the accompanying Brief, Defendants request that the Court enter an order compelling X to (1) produce documents responsive to Requests for Production 79, 80, 81, 86, and 98, (2) state whether X still has the October 2023 Google document memo related to the keyword adjacency issue identified in Appendix 208, (3), respond to Interrogatory 16 by identifying the documents that set forth the content filters X claims Defendants evaded, and (4) respond to interrogatory 21.

Dated: September 12, 2025.                         Respectfully submitted,

*/s/ Justin A. Nelson*
Richard B. Roper, III
301 Commerce St., Suite 2200
Fort Worth, Texas 76102

1

Telephone: (817) 309-9092
richard.roper@vhh.law

Justin A. Nelson
State Bar No. 24034766
Matthew Behncke
State Bar No. 24069355
Alexandra Foulkes Grafton *(admitted PHV)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 505-3811
kpeaslee@susmangodfrey.com

Gregg Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6649
Facsimile: (346) 718-6979
GCosta@gibsondunn.com

Andrew LeGrand
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T: (214) 698-3100
F: (214) 571-2960
alegrand@gibsondunn.com

Amer S. Ahmed*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000

F: (212) 351-4035
aahmed@gibsondunn.com

Dwight P. Bostwick
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

*Attorneys for Defendants*
*Media Matters for America,*
*Angelo Carusone, and*
*Eric Hananoki*

## CERTIFICATE OF CONFERENCE

Counsel for Defendants has conferred with counsel for Plaintiff multiple times by email and phone, including by phone on August 8, 2025, and by email on September 11, 2025 and counsel for Plaintiff is opposed as to the disposition of the matters raised in the Motion to Compel Discovery.

s/ Matthew C Behncke
Matthew C Behncke

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, a true and correct copy of this pleading was properly served on counsel of record via electronic filing in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing.

s/ Matthew C Behncke
Matthew C Behncke