IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-01175-O |
| | § | |
| MEDIA MATTERS FOR AMERICA, ET AL., | § | |
| | § | |
|    Defendants. | § | |

# ORDER

Before the Court is the Parties' Joint Motion to Amend Scheduling Order (the "Motion"). ECF No. 238. After consideration of the Motion, and because of the good cause shown therein, the Court finds that the Motion should be **GRANTED**. Accordingly, the Court **ORDERS** that the following Schedule shall govern the above captioned matter:

| | |
|---|---|
| Substantial Completion of Document Production [1] | **March 9, 2026** |
| Mediation | ~~September 26, 2025~~ **May 8, 2026** |
| Dispositive Motions | ~~October 27, 2025~~ **June 29, 2026** |
| Completion of Fact Discovery | ~~October 24, 2025~~ **June 12, 2026** |
| Initial Expert Designation & Report | ~~November 7, 2025~~ **July 13, 2026** |
| Responsive Expert Designation & Report | ~~November 21, 2025~~ **July 27, 2026** |
| Rebuttal Expert Designation | **30 days after disclosure made by other party** |
| Pretrial Disclosures and Objections | ~~December 19, 2025~~ **August 27, 2026** Objections due 14 days thereafter |

---

[1] "Substantial Completion of Document Production" means the date by which Plaintiff and Defendants must produce substantially all non-privileged documents in each party's possession, custody or control that are responsive to document requests served on or before September 15, 2025 and document disclosures required by Federal Rule of Civil Procedure 26(a)(1), except for documents that are the subject of a pending motion to compel or appeal.

|  |  |
|---|---|
| Jury Charge[2] | ~~January 14, 2026~~ **August 31, 2026** |
| Expert Objections | ~~January 16, 2026~~ **August 31, 2026** |
| Motions in Limine[3] | ~~January 22, 2026~~ **September 11, 2026** |
| Pretrial Materials (pretrial order, witness lists, and exhibit lists) | ~~January 23, 2026~~ **September 25, 2026** |
| Exchange of Exhibits | ~~February 5, 2026~~ **October 9, 2026** |
| Settlement Conference[4] | ~~February 6, 2026~~ **October 12, 2026** |
| Pretrial Conference | To be set if necessary. |
| Trial Date | **October 26, 2026** |

**SO ORDERED** on this **16th** day of **September, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] All deadlines surrounding the jury charge (as described in the January 22, 2024 Scheduling Order) are adjusted accordingly based on the revised deadline for filing the Agreed Charge with Court on **August 31, 2026**.

[3] Responses to motions in limine (as limited by the January 22, 2024 Scheduling Order) are due within fourteen days of the filing of such a motion.

[4] The Joint Settlement Report (as described in the January 22, 2024 Scheduling Order) **SHALL** be jointly filed no later than **two** days after the settlement conference.