UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br>  Plaintiff,<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA,** a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br>  Defendants. | Case No. 4:23-cv-01175-O |

## UNOPPOSED MOTION FOR ATTORNEYS' FEES

Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone previously filed a Motion to Compel Corrected Certificate of Interested Persons (ECF No. 73) (the "Motion to Compel"). In Plaintiff's Opposition to the Motion to Compel (ECF No. 78), it sought an award of the attorneys' fees it incurred in responding. Finding the Motion to Compel was not "substantially justified," the Court denied Defendants' Motion, found that an award of attorneys' fees was appropriate, and ordered X Corp. to submit a motion for attorneys' fees (ECF No. 81).

To avoid the additional time and expense of litigating the issue of Plaintiff's attorneys' fees, and to avoid burdening the Court with the lodestar analysis and other determinations necessary to adjudicate a contested fee motion, *cf. Serna v. Law Off. of Joseph Onwuteaka, P.C.*, 614 F. App'x 146, 157 (5th Cir. 2016), the parties have reached a compromise regarding this issue. Plaintiff applied a discount to the actual amount of attorneys' fees that Plaintiff incurred, and Defendants agree that this amount reflects a reasonable rate for the work performed and agreed not to contest Plaintiff's motion. Accordingly, pursuant to the parties' agreement, Plaintiff respectfully moves

the Court to award it $50,000.00 pursuant to the Court's finding in its Order denying the Motion to Compel.

Dated: October 22, 2025                    Respectfully submitted,

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Elizabeth Brown Fore
Texas Bar No. 24001795
Michael R. Abrams
Texas Bar No. 24087072
Alexander M. Dvorscak
Texas Bar No. 24120461
Cody C. Coll
Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
elizabeth@stonehilton.com
michael@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

2

## CERTIFICATE OF CONFERENCE

I certify that the parties have conferred over the reasonableness of attorneys' fees sought by this motion and the parties have agreed to a compromise as stated herein.

                                                  */s/ Christopher D. Hilton*
                                                  Christopher D. Hilton

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, a copy of this document was served on all counsel of record through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                                  */s/ Christopher D. Hilton*
                                                  Christopher D. Hilton