IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP.**, a Nevada corporation, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:23-cv-01175-O |
| **MEDIA MATTERS FOR AMERICA,** a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, | § § § § § § | |
| *Defendants.* | § § | |

**NOTICE OF PLAINTIFF X CORP.'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS WITHHELD ON PRIVILEGE GROUNDS**

Plaintiff X Corp. file this notice of its motion to compel the production of documents improperly withheld on privilege grounds. In connection with this notice, X is filing a motion to seal its brief and appendix in support of its motion to compel. For the reasons stated in the accompanying brief in support, X requests that the Court issue an order overruling Defendants' privilege assertions and ordering Defendants to re-review their prior First Amendment and Texas Press Shield Law privilege assertions, produce any wrongly withheld documents or portions of documents, and issue new privilege logs that adequately and accurately describe any withheld material. Finally, because Defendants' redactions lack any basis in law, X requests its expenses under Rule 37 both for drafting and researching the issues underlying the motion.

Dated: December 29, 2025.                    Respectfully submitted.

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Elizabeth Brown Fore
Texas Bar No. 24001795
Michael R. Abrams
Texas Bar No. 24087072
Alithea Z. Sullivan
Texas Bar No. 24072376
Alexander M. Dvorscak
Texas Bar No. 24120461
Cody C. Coll
Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone:(737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
elizabeth@stonehilton.com
michael@stonehilton.com
alithea@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

*Attorneys for Plaintiff X Corp.*

2

**CERTIFICATE OF CONFERENCE**

I certify that the parties have conferred regarding the issues raised in the motion to compel by written correspondence dated September 29, November 7, December 8 and December 29 and by videoconference on June 13 and October 1. Defendants are opposed to the relief requested herein.

*/s/ Michael R. Abrams*
Michael R. Abrams

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served on all counsel of record for Defendants via email and the Court's CM/ECF system on December 29, 2025.

*/s/ Michael R. Abrams*
Michael R. Abrams