UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **X CORP.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**MEDIA MATTERS FOR AMERICA**, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:23-cv-01175-O |

### NOTICE OF DEFENDANTS' MOTION TO COMPEL DISCOVERY

Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone file this Notice of Defendants' Motion to Compel Discovery. Defendants are filing contemporaneously with this Notice a Motion to Seal Defendants' Brief and Appendix in Support of their Motion to Compel Discovery.

For the reasons stated in the accompanying Brief, Defendants request that the Court enter an order compelling X to re-produce, without redactions, documents X has redacted allegedly pursuant to the Stored Communications Act.

Dated: March 2, 2026.                                    Respectfully submitted,

*/s/ Justin A. Nelson*
Richard B. Roper, III
VARTABEDIAN HESTER & HAYNES LLP
301 Commerce St., Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 309-9092

richard.roper@vhh.law

Justin A. Nelson
State Bar No. 24034766
Matthew Behncke
State Bar No. 24069355
Alexandra Foulkes Grafton *(admitted PHV)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone:  (206) 516-3880
Facsimile:  (206) 505-3811
kpeaslee@susmangodfrey.com

Gregg Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6649
Facsimile: (346) 718-6979
GCosta@gibsondunn.com


Amer S. Ahmed*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035
aahmed@gibsondunn.com

Dwight P. Bostwick
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 19th Floor
New York, NY 10022

Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

*Attorneys for Defendants
Media Matters for America,
Angelo Carusone, and
Eric Hananoki*

**CERTIFICATE OF CONFERENCE**

Counsel for Defendants have conferred with counsel for Plaintiff multiple times by phone and email, including on January 23, 2026 and January 30, 2026 and the parties were unable to reach an agreement. Counsel for Plaintiff are opposed as to the disposition of the matters raised in this motion.

/s/ *Alexandra Foulkes Grafton*
Alexandra Foulkes Grafton

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2026, a true and correct copy of this pleading was properly served on counsel of record via electronic filing in accordance with the applicable rules.

/s/ *Alexandra Foulkes Grafton*
Alexandra Foulkes Grafton

4