**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, <br><br> *Plaintiff*, <br><br> **v.** <br><br> **MEDIA MATTERS FOR AMERICA,** *et al.*, <br><br> *Defendants.* | **Civil Action No. 4:23-cv-01175-O** |

**[Proposed] ORDER GRANTING MOTION TO COMPEL**

Before the Court is Defendants' Motion to Compel X to Remove Improper Redactions Allegedly Made Under The Stored Communications Act (ECF No. [___]). Having considered the motion, response, reply, and applicable law, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff X Corp. shall, within fourteen (14) days of the date of this Order, produce unredacted versions of all documents from which X Corp. has redacted information on the basis of the Stored Communications Act, 18 U.S.C. §§ 2701–2713.

SO ORDERED.

SIGNED this ___ day of _____, 2026.