# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| X CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>MEDIA MATTERS FOR AMERICA, ET AL.,<br><br>    Defendants. | Civil Action No. 4:23-CV-01175(O) |

## NOTICE OF SPECIAL APPEARANCE OF ALLYSON N. HO

PLEASE TAKE NOTICE that Gibson, Dunn & Crutcher LLP hereby provides notice that attorney Allyson N. Ho is specially appearing as counsel for Gibson Dunn regarding its motion to withdraw.

Dated: March 3, 2026

Respectfully submitted,

 */s/ Allyson N. Ho*

Allyson N. Ho
   Texas Bar No. 24033667
   AHo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2026, I caused a true and correct copy of the foregoing to be properly served on counsel of record via electronic filing in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing. In addition, a true and correct copy of the foregoing was served via email on Roberta Kaplan, at RKaplan@kaplanmartin.com, and D. Brandon Trice, at btrice@kaplanmartin.com, of Kaplan Martin LLP.

                                                                         */s/ Allyson N. Ho*
                                                                         Allyson N. Ho