IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| X CORP  <br><br>  Plaintiff,  <br><br>v.  <br><br>MEDIA MATTERS FOR AMERICA, ET AL.,  <br><br>  Defendants. | § § § § § § § § § § § §  Civil Action No. 4:23-CV-01175-O |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Attorneys' Fees (ECF No. 251). Having reviewed the Motion, and noting it is unopposed, the Court **GRANTS** the Motion. To the extent Defendants have not already tendered payment to Plaintiff, Defendants are **ORDERED** to pay Plaintiff the agreed upon amount of $50,000.00 by no later than April 3, 2026.

**SO ORDERED** on this **4th** day of **March, 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**

1