## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| X CORP | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:23-CV-01175-O** |
| | § | |
| MEDIA MATTERS FOR AMERICA, | § | |
| ET AL., | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Before the Court are Defendants' Motions to Seal (ECF Nos. 240, 250, 256, 261, 263) and Plaintiff's Motions to Seal (ECF No. 247, 255, 257). Having considered the Motions, and noting there are all unopposed, the Motions are **GRANTED**.

It is **ORDERED** that Plaintiff and Defendants are directed to publicly file redacted copies of the Motions except for ECF No. 263. The publicly filed documents are deemed filed as of the date of the corresponding original Motion.

**SO ORDERED** on this **4th** day of **March, 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**