**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**X CORP.**, a Nevada corporation,
      Plaintiff,

    vs.

Case No. 4:23-CV-01175-O

**MEDIA MATTERS FOR AMERICA**, a
Washington, D.C. non-profit corporation,
**ERIC HANANOKI**, and **ANGELO
CARUSONE**,
      Defendants.

**PLAINTIFF'S NOTICE OF FILING OF REDACTED DOCUMENTS**

The Court's March 4, 2026 order (ECF No. 266) granted Plaintiff X Corp.'s motions to seal (ECF Nos. 247, 255, 257) and accordingly directed Plaintiff to file redacted copies of the following on the docket: (1) Plaintiff's Appendix to Plaintiff's Response and Brief in Opposition to Defendants' Brief in Support of Motion to Compel Discovery (ECF No. 247-4); (2) Plaintiff's Brief in Support of Motion to Compel Production of Documents Withheld on Privilege Grounds (ECF No. 255-1); (3) Plaintiff's Appendix to Plaintiff's Brief in Support of Motion to Compel Production of Documents Withheld on Privilege Grounds (ECF No. 255-2); and (4) Plaintiff's Reply in Support of Motion to Compel Production of Documents Withheld on Privilege Grounds (ECF No. 257-1). Attached to this notice are redacted copies of the above-referenced documents.

.

1

Dated: March 10, 2026.                    Respectfully submitted.

                                          /s/ Christopher D. Hilton
                                          Judd E. Stone II
                                          Texas Bar No. 24076720
                                          Christopher D. Hilton
                                          Texas Bar No. 24087727
                                          Ari Cuenin
                                          Texas Bar No. 24078385
                                          Elizabeth Brown Fore
                                          Texas Bar No. 24001795
                                          Michael R. Abrams
                                          Texas Bar No. 24087072
                                          Alithea Z. Sullivan
                                          Texas Bar No. 24072376
                                          Alexander M. Dvorscak
                                          Texas Bar No. 24120461
                                          Cody C. Coll
                                          Texas Bar No. 24116214
                                          **STONE HILTON PLLC**
                                          600 Congress Ave., Ste. 2350
                                          Austin, TX 78701
                                          Telephone:(737) 465-3897
                                          judd@stonehilton.com
                                          chris@stonehilton.com
                                          ari@stonehilton.com
                                          elizabeth@stonehilton.com
                                          michael@stonehilton.com
                                          alithea@stonehilton.com
                                          alex@stonehilton.com
                                          cody@stonehilton.com

                                          John C. Sullivan
                                          Texas Bar No. 24083920
                                          **S|L LAW PLLC**
                                          610 Uptown Boulevard, Suite 2000
                                          Cedar Hill, TX 75104
                                          Telephone: (469) 523-1351
                                          Facsimile: (469) 613-0891
                                          john.sullivan@the-sl-lawfirm.com

                                          *Attorneys for Plaintiff X Corp.*

2

## CERTIFICATE OF SERVICE

I certify that this document was served on all counsel of record via the Court's CM/ECF system on March 10, 2026.

/s/ *Michael R. Abrams*
Michael R. Abrams