# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **X CORP**., a Nevada corporation, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | **Case No. 4:23-cv-01175-O** |
| | § | |
| **MEDIA MATTERS FOR AMERICA,** a | § | |
| Washington, D.C. non-profit corporation, **ERIC** | § | |
| **HANANOKI**, and **ANGELO CARUSONE**, | § | |
| | § | |
| *Defendants.* | § | |

---

## APPENDIX TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON PRIVILEGE GROUNDS

---

1.  Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories ................................................................................Appx. 0007

2.  Defendant Media Matters for America's Responses and Objections to Plaintiff's First Interrogatories...............................................................Appx. 0030

3.  MMFA_112855.......................................................................................Appx. 0064

4.  MMFA_394626.......................................................................................Appx. 0241

5.  MMFA_394094.......................................................................................Appx. 0247

6.  MMFA_394536.......................................................................................Appx. 0253

7.  Plaintiff's Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories ....................................................................Appx. 0260

8.  Plaintiff's Letter Regarding Objections to Defendants' Sixth Privilege Log, May 30, 2024 .........................................................................................Appx. 0267

**Appx. 0001**

9.   Plaintiff's Letter Regarding Objections to Defendants' Tenth Privilege Log, September 29, 2025 ................................................................................Appx. 0280

10.   Plaintiff's Letter Regarding Defendants' Privilege Claims, November 7, 2025...................................................................................................Appx. 0283

11.   Defendants' Response Letter to Michael Abrams, December 8, 2025 ..................Appx. 0286

12.   Defendants' Eighth Privilege Log.............................................................Appx. 0289

13.   Defendants' Ninth Privilege Log .............................................................Appx. 0445

14.   Defendants' Tenth Privilege Log .............................................................Appx. 0667

15.   MMFA_298401.....................................................................................Appx. 0817

16.   MMFA_299351.....................................................................................Appx. 0850

17.   MMFA_300455.....................................................................................Appx. 0853

18.   MMFA_301122.....................................................................................Appx. 0859

19.   MMFA_302118.....................................................................................Appx. 0864

20.   MMFA_302236.....................................................................................Appx. 0868

21.   MMFA_302256.....................................................................................Appx. 0872

22.   MMFA_302295.....................................................................................Appx. 0880

23.   MMFA_303061.....................................................................................Appx. 0924

24.   MMFA_394543................................................................................................Appx. 0946

25.   MMFA_394747................................................................................................Appx. 0952

26.   MMFA_408432................................................................................................Appx. 0983

27.   MMFA_304021 (Original)................................................................................Appx. 0985

28.   MMFA_304021................................................................................................Appx. 1003

29.   MMFA_394558 (Original)................................................................................Appx. 1021

30.   MMFA_394558................................................................................................Appx. 1025

31.   MMFA_394743 (Original)................................................................................Appx. 1029

32.   MMFA_394743................................................................................................Appx. 1034

33.   MMFA_394808 (Original)................................................................................Appx. 1039

34.   MMFA_394808................................................................................................Appx. 1053

35.   MMFA_396369 (Original)................................................................................Appx. 1067

36.   MMFA_396369................................................................................................Appx. 1078

Dated: December 29, 2025.

Respectfully submitted.

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Elizabeth Brown Fore
Texas Bar No. 24001795
Michael R. Abrams
Texas Bar No. 24087072
Alithea Z. Sullivan
Texas Bar No. 24072376
Alexander M. Dvorscak
Texas Bar No. 24120461
Cody C. Coll
Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone:(737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
elizabeth@stonehilton.com
michael@stonehilton.com
alithea@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com

John C. Sullivan
Texas Bar No. 24083920
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

*Attorneys for Plaintiff X Corp.*

**Appx. 0004**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, a copy of this document was served on all counsel of record via email and through the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

/s/ Michael R. Abrams
Michael R. Abrams

**Appx. 0005**

TAB 1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

X CORP.,

> *Plaintiff,*

v.

MEDIA MATTERS FOR AMERICA,
*et al.,*

> *Defendants.*

Civil Action No. 4:23-cv-01175-O

**DEFENDANTS MEDIA MATTERS FOR AMERICA, ERIC HANANOKI, AND
ANGELO CARUSONE'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Defendant Media Matters for America ("Media Matters"), Mr. Eric Hananoki, and Mr. Angelo Carusone, through their undersigned counsel, submit these responses and objections to Plaintiff X Corp.'s Second of Set of Interrogatories.

**PRELIMINARY STATEMENT**

The responses and objections set forth herein are based on the information and documents reasonably available to Defendants at this time, but discovery in this matter, including Defendants' investigation into the issues raised in this lawsuit, is still ongoing. Defendants reserve their right to alter, supplement, amend, correct, clarify, or otherwise modify these responses and objections, to assert additional objections or privileges in any subsequent supplemental response(s), and to modify their responses if and when they learn additional information.

1

**Appx. 0007**

By making the accompanying responses and objections, Defendants do not waive, and hereby expressly reserve, their right to assert all objections as to the admissibility of such responses and documents into evidence in this action, or in any other proceedings.

Moreover, Defendants maintain that this Court has no personal jurisdiction over Media Matters, Eric Hananoki, or Angelo Carusone and that the Northern District of Texas is not the proper venue for this dispute. *See*, *e.g.*, Defendants' Brief in Support of Motion to Certify an Immediate Appeal, ECF No. 94 at Sections I and II; Defendants' Reply in Support of Motion to Certify an Immediate Appeal, ECF No. 120 at Sections I and II; Defendants' Brief in Support of their Motion to Dismiss, ECF No. 41 at Sections I and II; Defendants' Reply in Support of their Motion to Dismiss, ECF No. 51 at Sections I and II. Defendants provide these responses and objections subject to and without waiving any of its arguments for dismissal.

<u>**RESPONSES TO INDIVIDUAL INTERROGATORIES**</u>

**<u>INTERROGATORY NO. 11</u>:**  Describe all support or evidence that you had for the statements made in the November 16, 2023 Article.

**OBJECTIONS:**  Defendants object to Interrogatory No. 11 because its request for "all support or evidence" for *every* statement made in the November 16, 2023 article is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. For example, by its terms, the Interrogatory seeks "all support or evidence" for the statement that X CEO Linda Yaccarino was "claiming [X is] safe for business," and the statement that the November 16, 2023 article was "[w]ritten by Eric Hananoki." As written, this Interrogatory requires Defendants to *either* provide "all evidence or support" for "statements" that are plainly irrelevant or not proportional to the needs of the case, *or* speculate as to which statements in the November 16, 2023 article Plaintiff considers important. Either scenario is unduly burdensome to Defendants,

2

**Appx. 0008**

especially where Plaintiff has demonstrated its ability to craft more focused requests. *See* Interrogatory No. 18.

Defendants further object to Interrogatory No. 11 to the extent it calls for information duplicative of the information requested in Interrogatory No. 18.

**RESPONSE:** Based on the foregoing objections, Defendants will not provide a response to Interrogatory No. 11 at this time, but will meet and confer with Plaintiff regarding this Interrogatory.

**INTERROGATORY NO. 12:** Describe all support or evidence that you had for the statements made in the November 17, 2023 Article.

**OBJECTIONS:** Defendants object to Interrogatory No. 12 because its request for "all support or evidence" for *every* statement made in the November 17, 2023 article is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. For example, by its terms, the Interrogatory seeks "all support or evidence" for the statement that "hateful rhetoric flourishes on X," and that the November 17, 2023 article was "[w]ritten by Eric Hananoki." As written, this Interrogatory requires Defendants to *either* provide "all evidence or support" for "statements" that are plainly irrelevant or not proportional to the needs of the case, *or* speculate as to which statements in the November 17, 2023 article Plaintiff considers important. Either scenario is unduly burdensome to Defendants, especially where Plaintiff has demonstrated its ability to craft more focused requests. *See* Interrogatory Nos. 14, 19, 20.

Defendants further object to Interrogatory No. 12 to the extent it calls for information duplicative of the information requested in Interrogatory Nos. 14, 19, and 20.

**Appx. 0009**

**RESPONSE:** Based on the foregoing objections, Defendants will not provide a response to Interrogatory No. 12 at this time, but will meet and confer with Plaintiff regarding this Interrogatory.

**INTERROGATORY NO. 13:** Describe all support or evidence that you had for the statements made in the Carusone Interview.

**OBJECTIONS:** Defendants object to Interrogatory No. 13 because its request for "all support or evidence" for *every* statement "made in the Carusone Interview" is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. The Carusone Interview, to which Plaintiff links in the Definitions section of these Interrogatories, is six-and-a-half minutes long and features "statements made" by both Mr. Carusone and the MSNBC host who conducted the interview. For example, one of the "statements made" in the Carusone Interview is: "Joining me now, Angelo Carusone, president and CEO of Media Matters." As written, the Interrogatory requires Defendants to *either* provide "all evidence or support" for "statements" that are plainly irrelevant or not proportional to the needs of the case, *or* speculate as to which statements in the Carusone Interview Plaintiff considers important. Either scenario is unduly burdensome to Defendants, especially where Plaintiff has demonstrated its ability to craft more focused requests. *See* Interrogatory No. 22.

**RESPONSE:** Based on the foregoing objections, Defendants will not provide a response to Interrogatory No. 13 at this time, but will meet and confer with Plaintiff regarding this Interrogatory.

**INTERROGATORY NO. 14:** Describe all support or evidence for the statement "His company has also financially rewarded extremists" from the November 17, 2023 Article that Defendants had before publishing this statement.

4

**Appx. 0010**

**OBJECTIONS:** Defendants object to Interrogatory No. 14 because its request for "all support or evidence" is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. Defendants also object to Interrogatory No. 14 because it seeks information about a partial and incomplete sentence from the November 17, 2023 Article. The full sentence reads, "His company has also financially rewarded extremists, *including apparently paying $3,000 to a pro-Hitler and Holocaust denial account through X's ad revenue sharing program*." (Emphasis added; hyperlinks omitted).

**RESPONSE:** Support for the statement, "His company has also financially rewarded extremists, including apparently paying $3,000 to a pro-Hitler and Holocaust denial account through X's ad revenue sharing program[,]" includes what appears in the November 17, 2023 article itself, in the sources to which the article cites, and in sources cited by those sources. As the full statement makes clear, the reference to "financial[] reward[]" relates to "X's ad revenue sharing program." The word "paying" as it appears in the full statement from the November 17, 2023 article is hyperlinked to another Media Matters article from November 13, 2023, titled, "Pro-Hitler and Holocaust denier account: X has paid me $3,000 in ad revenue sharing." (Available at: https://www.mediamatters.org/twitter/pro-hitler-and-holocaust-denier-account-x-has-paid-me-3000-ad-revenue-sharing). The November 13, 2023 article explains how X pays verified subscribers "if their posts meet certain metrics," and describes payments purportedly made to "a pro-Hitler and verified account[.]" The November 13, 2023 article also hyperlinks to additional sources, including but not limited to prior Media Matters reporting, describing X's compensation of extremist accounts through its ad sharing program.

5

**Appx. 0011**

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 15:** For each screenshot that appears in the November Articles identify the date and time that the screenshot was taken as well as the account and user.

**OBJECTIONS:** Defendants object to Interrogatory No. 15 on the grounds that it constitutes at least three discrete interrogatories seeking the following information: (1) the date and time relevant screenshots were taken; (2) the account being used at the time the screenshots were taken; and (3) the identity of the person using the account. *See, e.g., Garza v. Altaire Pharmaceuticals, Inc*., No. 3:20-CV-1524-B-BK, 2021 WL 3809102, at *4 (N.D. Tex. May 28, 2021) (finding interrogatories were multiplicative where "each subpart of these interrogatories can be answered without answering either of its other subparts").

**RESPONSE:**

Screenshots appearing in the November 16, 2023 article:

- **Description**: Pro-Hitler tweet appearing directly above an advertisement for Apple.
    - **Date & time taken**: 11/15/2023; 2:01 PM.
    - **Account:** @rwemails
    - **User:** Eric Hananoki

- **Description:** Two pro-Nazi tweets appearing directly below an advertisement for the Bravo television program Watch What Happens Live!
    - **Date & time taken**: 11/15/2023; 8:11 PM.
    - **Account:** @rwemails
    - **User:** Eric Hananoki

**Appx. 0012**

- o **Description:** Pro-Hitler tweet appearing directly above an advertisement for Oracle.

  - ▪ **Date & time taken**: 11/16/2023; 7:37 AM.

  - ▪ **Account:** @rwemails

  - ▪ **User:** Eric Hananoki

- o **Description:** Three pro-Nazi tweets appearing directly above an advertisement for Xfinity.

  - ▪ **Date & time taken**: 11/15/2023; 2:00 PM.

  - ▪ **Account:** @rwemails

  - ▪ **User:** Eric Hananoki

- o **Description:** Pro-Hitler tweet appearing directly below an advertisement for IBM.

  - ▪ **Date & time taken**: 11/14/2023. 10:43 AM.

  - ▪ **Account:** @rwemails

  - ▪ **User:** Eric Hananoki

- o **Description:** Pro-Hitler tweet appearing directly above an advertisement for IBM.

  - ▪ **Date & time taken**: 11/14/2023. 10:49 AM.

  - ▪ **Account:** @rwemails

  - ▪ **User:** Eric Hananoki

Screenshots appearing in the November 17, 2023 article:

- o **Description:** Amazon Music advertisement appearing directly between tweets containing the hashtags #WPWW and #WhitePRIDEWorldWide.

  - ▪ **Date & time taken**: 11/17/2023; 7:10 AM.

  - ▪ **Account:** @rwemails

  - ▪ **User:** Eric Hananoki

- o **Description:** NBA México advertisement appearing directly below a tweet containing the phrase "White Lives Matter" and the hashtag #WLM.

7

**Appx. 0013**

- **Date & time taken**: 11/17/2023; 7:02 AM.

- **Account:** @ehananoki

- **User:** Eric Hananoki

o **Description:** NBA México advertisement appearing directly below a tweet containing the hashtag #WhitePride.

- **Date & time taken**: 11/17/2023; 9:05 AM.

- **Account:** @ehananoki

- **User:** Eric Hananoki

o **Description:** NBCUniversal Catalyst advertisement appearing directly below a tweet containing the phrase "White Lives Matter" and the hashtag #WLM.

- **Date & time taken**: 11/17/2023; 6:56 AM.

- **Account:** @rwemails

- **User:** Eric Hananoki

o **Description:** NBCUniversal Catalyst advertisement appearing directly between tweets containing the hashtags #KeepEuropeWhite and #WhiteIsRight.

- **Date & time taken**: 11/17/2023; 9:01 AM.

- **Account:** @ehananoki

- **User:** Eric Hananoki

o **Description:** NBCUniversal Catalyst advertisement appearing directly below a tweet containing the hashtag #WhitePride.

- **Date & time taken**: 11/17/2023; 10:30 AM.

- **Account:** @ehananoki

- **User:** Eric Hananoki

o **Description:** Action Network advertisement referencing "bonus bets" appearing directly below a tweet containing the phrase "White Lives Matter" and the hashtag #WLM.

- **Date & time taken**: 11/17/2023; 7:20 AM

8

**Appx. 0014**

- Account: @ehananoki

- User: Eric Hananoki

o **Description:** Action Network advertisement referencing Fanatics Sportsbook appearing directly below a tweet containing the hashtag #WhitePride.

  - **Date & time taken**: 11/17/2023; 9:27 AM.

  - **Account:** @rwemails

  - **User:** Eric Hananoki

o **Description:** Action Network advertisement referencing "bonus bets" appearing directly below a tweet containing a Confederate flag and the hashtag #whitepride.

  - **Date & time taken**: 11/17/23; 10:24 AM.

  - **Account:** @ehananoki

  - **User:** Eric Hananoki

o **Description:** Action Network advertisement referencing Fanatics Sportsbook appearing directly below a tweet containing the phrase "Preserve our People" and the hashtag #KeepEuropeWhite.

  - **Date & time taken**: 11/17/2023; 10:40 AM.

  - **Account:** @rwemails

  - **User:** Eric Hananoki

o **Description:** Club for Growth advertisement appearing directly below a tweet containing the phrase "Europe for Europeans" and the hashtag #KeepEuropeWhite.

  - **Date & time taken**: 11/17/2023; 8:43 AM.

  - **Account:** @ehananoki

  - **User:** Eric Hananoki

o **Description:** Club for Growth advertisement appearing directly between tweets with the hashtags #KeepEuropeWhite and #WhiteIsRight.

  - **Date & time taken**: 11/17/2023; 9:14 AM.

9

**Appx. 0015**

- **Account:** @ehananoki
- **User:** Eric Hananoki

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 16:** Describe all evidence supporting Defendants' contention that "Plaintiff has caused, contributed to, and/or failed to mitigate any of the advertising losses it claims."

**OBJECTIONS:** Defendants object to Interrogatory No. 16 as being overly broad, unduly burdensome, and disproportionate to the needs of this case because it requests "all evidence" in support of the statement that "Plaintiff has caused, contributed to, and/or failed to mitigate any of the advertising losses it claims," which, by its plain terms, encompasses evidence not only in Defendants' possession but also in Plaintiff's or third-parties' possession. Defendants object to Interrogatory No. 16 to the extent it calls for information that can be obtained from other sources that are more convenient, less burdensome, or less expensive, including from Plaintiff or from the advertisers whose decisions Plaintiff claims contributed to its advertising losses. Defendants object to Interrogatory No. 16 as premature because discovery, including third-party discovery, is ongoing. Defendants also object to Interrogatory No. 16—which calls for "all evidence supporting" one of Defendants' affirmative defenses, *see* ECF No. 92, p. 16—as an impermissible "blockbuster interrogatory." *See Lopez v. Don Herring Ltd.*, 327 F.R.D. 567, 576 (N.D. Tex. 2018) (citing *Nieman v. Hale*, No. 3:12-CV-2433-L-BN, 2013 WL 6814789, at *11 (N.D. Tex. Dec. 26, 2013) ("[A] party cannot ordinarily be forced to prepare its opponent's case.")).

10

**Appx. 0016**

**RESPONSE:** Evidence supporting Defendants' contention that "Plaintiff has caused, contributed to, and/or failed to mitigate any of the advertising losses it claims" includes the following:

- As reported by the *Wall Street Journal*, an "advertising exodus" began shortly after Elon Musk purchased Twitter. *See* "Twitter's Advertising Exodus Accelerates, Despite Outreach From Elon Musk," *The Wall Street Journal* (Nov. 12, 2022), https://www.wsj.com/articles/twitters-advertising-exodus-accelerates-despite-outreach-from-elon-musk-11668262920?mod=article_inline. According to the article, "[a]dvertisers [were] concerned about instability at Twitter, with the loss of top leadership after layoffs and resignations, and the risk that their brands could wind up to next to objectionable posts, given Mr. Musk's stated desire to scale back content moderation."

- Shortly after Elon Musk's purchase of Twitter and during his tenure as the company's Chief Executive Officer, Mr. Musk announced an "amnesty" policy to allow for the reinstatement of accounts that had been suspended for violations of Twitter's policies, including rules against threats, harassment, and misinformation. *See, e.g.,* "'Opening the gates of hell': Musk says he will revive banned accounts," *Washington Post* (updated Nov. 24, 2022), https://www.washingtonpost.com/technology/2022/11/24/twitter-musk-reverses-suspensions/. As Media Matters and other outlets reported, Twitter subsequently began reinstating previously banned or suspended accounts. *See, e.g.*, "Elon Musk is unilaterally reinstating banned Twitter accounts, despite assuring civil rights groups and advertisers that he wouldn't," *Media Matters for America* (Nov. 22, 2022), https://www.mediamatters.org/twitter/elon-musk-unilaterally-reinstating-banned-twitter-accounts-despite-assuring-civil-rights; "The mass unbanning of suspended Twitter users is underway," *CNN* (Dec. 8, 2022), https://www.cnn.com/2022/12/08/tech/twitter-unbanned-users-returning.

- In late 2022 and early 2023, Twitter laid off workers who focused on content moderation. *See, e.g.*, "Musk fires outsourced content moderators who track abuse on Twitter," *CBS News* (Nov. 14, 2022), https://www.cbsnews.com/news/elon-musk-twitter-layoffs-outsourced-content-moderators/; "Twitter Cuts More Staff Overseeing Global Content Moderation," *Bloomberg* (Jan. 7, 2023), https://www.bloomberg.com/news/articles/2023-01-07/elon-musk-cuts-more-twitter-staff-overseeing-content-moderation.

- On November 15, 2023, Elon Musk replied, "You have said the actual truth," to a post on X that stated:

  > Okay.
  >
  > Jewish communities have been pushing the exact kind of dialectical hatred against whites that they claim to want people to stop using against them.

11

> I'm deeply disinterested in giving the tiniest shit now about western Jewish populations coming to the disturbing realization that those hordes of minorities that support flooding their country don't exactly like them too much.
>
> You want truth said to your face, there it is.

(Screenshot available at: https://www.mediamatters.org/media/4013728).

In an article for *The Atlantic*, journalist Yair Rosenberg explained that the post to which Mr. Musk replied, "You have said the actual truth," espoused the anti-Semitic conspiracy theory known as the "Great Replacement Theory." *See* "Elon Musk's Disturbing 'Truth,'" *The Atlantic* (Nov. 15, 2023), https://www.theatlantic.com/ideas/archive/2023/11/elon-musks-disturbing-truth/676019/. Other media outlets, including but not limited to Media Matters, reported on widespread condemnation—including from advertisers—of Mr. Musk's comments. *See, e.g.*, "Elon Musk praises antisemitic replacement theory that motivated a mass shooting as 'the actual truth,'" *Media Matters for America* (Nov. 15, 2023), https://www.mediamatters.org/elon-musk/elon-musk-praises-antisemitic-replacement-theory-motivated-mass-shooting-actual-truth; "White House Condemns Elon Musk for Spreading 'Antisemitic and Racist Hate,'" *New York Times* (Nov. 17, 2023), https://www.nytimes.com/2023/11/17/us/politics/elon-musk-antisemitism-white-house.html.

- On November 16, 2023, in reaction to IBM's decision to pause advertising on X, Elon Musk replied, "Precisely," to an X post critical of IBM. (Available at: https://x.com/elonmusk/status/1725427016541905113).

- On November 29, 2023, Elon Musk appeared for an interview at the *New York Times*' DealBook Summit. In response to questions about advertisers leaving X, Mr. Musk replied: "I hope they stop. Don't advertise. … If somebody is going to try to blackmail me with advertising, blackmail me with money, go fuck yourself. Go fuck yourself. Is that clear? I hope it is." (Video available at: https://www.youtube.com/watch?v=U_M_uvDChJQ). Mr. Musk went on to say, while waving, "Hey Bob, if you're in the audience," apparently referring to Disney CEO Bob Iger. *See* "Elon Musk tells advertisers: 'Go fuck yourself,'" *The Verge* (Nov. 29, 2023), https://www.theverge.com/2023/11/29/23981928/elon-musk-ad-boycott-go-fuck-yourself-destroy-x; *see also* "Elon Musk Says Bob Iger, the Disney CEO He Publicly Told to 'Fuck Yourself,' Should Be 'Fired Immediately,'" *Vanity Fair* (Dec. 8, 2023), https://www.vanityfair.com/news/elon-musk-bob-iger-should-be-fired-immediately?srsltid=AfmBOopgisS5roRtd_SOjDrlAdBuxLKPucz6UY9r2zeN930QfKJ-Fd9l.

- Following Elon Musk's November 29, 2023 interview in which he told departing X advertisers to "go fuck yoursel[ves]," Linda Yaccarino re-tweeted a video of the interview and posted, in relevant part: "X is enabling an information independence that's uncomfortable for some people. We're a platform that allows people to make their own decisions." (Available at: https://x.com/i/web/status/1730088124615631060).

12

**Appx. 0018**

Additionally, evidence in support of the contention, "Plaintiff has caused, contributed to, and/or failed to mitigate any of the advertising losses it claims," appears in Plaintiff's document productions.

Defendants further state that party and third-party discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 17:**  State the current net worth of each Defendant including any current or expected revenue or income.

**OBJECTIONS:** Defendants object to Interrogatory No. 17 as unduly burdensome, harassing, disproportionate to the needs of this case, and cumulative of prior discovery requests seeking Defendants' financial information.

Defendants also object to Interrogatory No. 17 as premature. Information about each Defendant's net worth is relevant only to Plaintiff's claim for punitive damages. Each Defendant's *current* net worth is not the relevant figure—the relevant figure will be the "most recent calculation of net worth" at the time of trial. *See, e.g., Sullivan v. Schlumberger Ltd.*, No. 4:20-CV-00662, 2021 WL 3206778, at *4 (E.D. Tex. July 29, 2021) (limiting discovery of relevant financial information for punitive damages claim to only the "most recent calculation of net worth" and not to cumulative requests for the defendant's net worth in prior years). Trial in this matter is scheduled for February 23, 2026; accordingly, each Defendant's *current* net worth is irrelevant.

**RESPONSE:**  Based on the foregoing objections, Defendants will not provide a response to Interrogatory No. 17 at this time, but will meet and confer with Plaintiff regarding the appropriate time at which to respond to this Interrogatory.

**Appx. 0019**

**INTERROGATORY NO. 18:** Describe all support or evidence that you had for the following statement made in the November 16 Article "...that certainly isn't the case for at least five major brands...."

**OBJECTIONS:** Defendants object to Interrogatory No. 18 because its request for "all support or evidence" is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. Defendants also object to Interrogatory No. 18 because it seeks information about a partial and incomplete sentence from the November 16, 2023 Article. The full sentence reads, "But that certainly isn't the case for at least five major brands: *We recently found ads for Apple, Bravo, Oracle, Xfinity, and IBM next to posts that tout Hitler and his Nazi Party on X*." (Emphasis added; hyperlinks omitted).

**RESPONSE:** Support for the statement, "But that certainly isn't the case for at least five major brands: We recently found ads for Apple, Bravo, Oracle, Xfinity, and IBM next to posts that tout Hitler and his Nazi Party on X[,]" includes what appears in the November 16, 2023 article itself, in the sources to which the article cites, and in sources cited by those sources. The three paragraphs immediately preceding the statement that is the subject of this Interrogatory provide the context for the statement. Those paragraphs read:

> But [Linda Yaccarino's] boss last night endorsed the pernicious antisemitic conspiracy theory that Jewish people are supporting "hordes of minorities" who are "flooding" into the country to replace white people. That conspiracy theory was the same one that motivated the deadly 2018 Tree of Life synagogue shooting.
>
> X has also reinstated numerous accounts of bigots and paid far-right extremists, apparently including a pro-Hitler and Holocaust denier account, as part of its creator ad revenue sharing program.
>
> During all of this Musk-induced chaos, corporate advertisements have also been appearing on pro-Hitler, Holocaust denial, white nationalist, pro-violence, and neo-Nazi accounts. Yaccarino has attempted to placate companies by claiming that "brands are now 'protected from the risk of being next to' potentially toxic content."

14

**Appx. 0020**

As they appear in the November 16, 2023 article, these paragraphs contain numerous hyperlinks to various sources, including tweets from Ms. Yaccarino, prior Media Matters reporting, and an article from *The Atlantic* titled, "Elon Musk's Disturbing 'Truth': The billionaire affirmed the deadliest anti-Semitic conspiracy theory in recent American history."

The statement that immediately follows these three paragraphs, "But that certainly isn't the case for at least five major brands: We recently found ads for Apple, Bravo, Oracle, Xfinity, and IBM next to posts that tout Hitler and his Nazi Party on X[,]" itself contains hyperlinks. These hyperlinks support the proposition that contrary to Linda Yaccarino's statement that "brands are now 'protected from the risk of being next to' potentially toxic content," the foregoing "isn't the case for at least five major brands." The word "Apple" links to a screenshot of a pro-Hitler tweet appearing directly above an advertisement for Apple. The word "Bravo" links to a screenshot of a two pro-Nazi tweets appearing directly below an advertisement for the Bravo television program Watch What Happens Live!. The word "Xfinity" links to a screenshot of three pro-Nazi tweets appearing directly above an advertisement for Xfinity. The word "Oracle" links to a screenshot of a pro-Hitler tweet appearing directly above an advertisement for Oracle. The word "and" links to a screenshot of a pro-Hitler tweet appearing directly below an advertisement for IBM, and the word "IBM" links to a screenshot of a pro-Hitler tweet appearing directly above an advertisement for IBM.

Additionally, evidence in support of the statement, "But that certainly isn't the case for at least five major brands: We recently found ads for Apple, Bravo, Oracle, Xfinity, and IBM next to posts that tout Hitler and his Nazi Party on X[,]" appears in Plaintiff's document productions.

**Appx. 0021**

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 19**:  Describe all support or evidence that you had for the following statement made in the November 17 article "Musk has opened the floodgates to hateful content...."

**OBJECTIONS:**  Defendants object to Interrogatory No. 19 because its request for "all support or evidence" is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. Defendants also object to Interrogatory No. 19 because it seeks information about a partial and incomplete sentence from the November 17, 2023 Article. The full sentence reads: "*Aside from his own rhetoric*, Musk has opened the floodgates to hateful content *by reversing bans on anti-Muslim bigots, white nationalists, and antisemites*." (Emphasis added; hyperlinks omitted).

**RESPONSE:**  Support for the statement, "Aside from his own rhetoric, Musk has opened the floodgates to hateful content by reversing bans on anti-Muslim bigots, white nationalists, and antisemites[,]" includes what appears in the November 17, 2023 article itself, in the sources to which the article cites, and in sources cited by those sources. The phrase "own rhetoric" as it appears in the November 17, 2023 article is hyperlinked to another *Media Matters* article from November 17, 2023, titled, "It's the antisemitism, stupid." (Available at: https://www.mediamatters.org/elon-musk/its-antisemitism-stupid). That article describes "Musk's personal endorsement of a post that accused Jewish communities in the U.S. of 'dialectical hatred against whites' and blamed them for 'flooding their country' with 'hordes of minorities[.]'" (Hyperlink omitted).

16

**Appx. 0022**

As they appear in the full statement that is the subject of this Interrogatory, the phrases "anti-Muslim bigots" and "white nationalists, and antisemites" are hyperlinked. The phrase "anti-Muslim bigots" links to a November 6, 2023 *Media Matters* article titled, "Elon Musk reinstates two anti-Muslim extremists as X CEO Linda Yaccarino attempts to woo back UK advertisers to the platform." The phrase "white nationalists, and antisemites" links to a September 8, 2023 *Media Matters* article titled, "X has an antisemitism problem." Both articles contain numerous hyperlinks to source material, including reporting by other news outlets.

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 20:**   Describe all support or evidence that you had for the following statement made in the November 17 article "as hateful rhetoric flourishes on X, the platform's remaining advertisers are especially affected."

**OBJECTIONS:**  Defendants object to Interrogatory No. 20 because its request for "all support or evidence" is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. Defendants also object to Interrogatory No. 20 because it seeks information about a partial and incomplete sentence from the November 17, 2023 Article. The full sentence reads: "*But* as hateful rhetoric flourishes on X, the platform's remaining advertisers are especially affected." (Emphasis added). The word "[b]ut" connects this sentence to the preceding sentence, which reads: "CEO Linda Yaccarino has attempted to stem the advertiser exodus by claiming that brands are 'protected from the risk of being next to' toxic posts and repeatedly writing that the platform stands against antisemitism." (Hyperlinks omitted).

17

**Appx. 0023**

**RESPONSE:** Support for the statement, "But as hateful rhetoric flourishes on X, the platform's remaining advertisers are especially affected[,]" includes what appears in the November 17, 2023 article itself, in the sources to which the article cites, and in sources cited by those sources.

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 21:** Describe all evidence supporting your contention, if any, that brand safety on the X platform has gotten worse since Twitter was acquired by Musk.

**OBJECTIONS:** Defendants object to Interrogatory No. 21 because its request for "all evidence" is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case. Defendants object to Interrogatory No. 21 as premature, as discovery remains ongoing. Defendants also object to this Interrogatory on the ground that it is impermissibly vague insofar as it does not identify a specific time period since Elon Musk acquired Twitter in October 2022 for which it seeks evidence. Defendants also object to this Interrogatory because it calls for information subject to expert analysis.

**RESPONSE:** The factual basis for the contention that brand safety on the X platform has gotten worse since Twitter was acquired by Musk is set forth in Defendants' response to X's Interrogatory No. 16. Additional evidence includes the following:

- Shortly after Elon Musk's purchase of Twitter, several high-ranking Twitter employees tasked with brand safety or content moderation left the company. *See* "I Was the Head of Trust and Safety at Twitter. This Is What Could Become of It," *New York Times* (Nov. 18, 2022), https://www.nytimes.com/2022/11/18/opinion/twitter-yoel-roth-elon-musk.html; "Elon Musk and Twitter face growing brand-safety concerns after execs depart," *CNBC* (Jun. 2, 2023), https://www.cnbc.com/2023/06/02/elon-musk-twitter-face-brand-safety-concerns-after-executives-depart.html.

18

**Appx. 0024**

- A survey by Kantar revealed that only four percent of marketers believed that X was "brand safe." *See* "Marketers threaten to cut spending on Elon Musk's X in record numbers," *Financial Times* (Sep. 4, 2024), https://www.ft.com/content/cf023e18-a6c7-4d78-bcb5-f295b5bcb928.

Additionally, evidence in support of the contention that brand safety on the X platform has gotten worse since Twitter was acquired by Musk appears in Plaintiff's document productions.

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 22:** Describe the basis for your contention that Hananoki's usage of the X platform was "normal" or in the manner of a typical user.

**OBJECTIONS:** Defendants object to Interrogatory No. 22 as premature, as discovery remains ongoing. Defendants also object to this Interrogatory because it calls for information subject to expert analysis.

**RESPONSE:** The basis for Defendants' contention that Hananoki's usage of the X platform was "normal" or in the manner of a typical user is set forth in Defendants' response to X's Interrogatory No. 7. Defendants also state that Plaintiff does not allege that any Defendant violated X's terms of service. *See generally* Amended Complaint.

Defendants further state that discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

**INTERROGATORY NO. 23:** For all Relevant Advertisers, describe the factual basis for your contention that their decision to pause or cease spending on advertising on the X platform was not caused by the November Articles.

19

**Appx. 0025**

**OBJECTIONS:** Defendants object to Interrogatory No. 23 to the extent it calls for information that can be obtained from sources other than Defendants that are more convenient, less burdensome, or less expensive, including from the Relevant Advertisers themselves. Defendants also object to Interrogatory No. 23 as premature because discovery, including third-party discovery, is ongoing.

**RESPONSE:** The factual basis for Defendants' contention that advertisers, including the Relevant Advertisers, decided to pause or cease spending on advertising on the X platform for reasons other than the November Articles includes the reasons set forth in Defendants' response to X's Interrogatory No. 16.

Defendants further state that contemporaneous reporting on Relevant Advertisers' decisions to pause or cease spending tied those decisions principally to Elon Musk's endorsement of an anti-Semitic post on X. *See, e.g.*, "X Races to Contain Damage After Elon Musk Endorses Antisemitic Post," *New York Times* (Nov. 16, 2023), https://www.nytimes.com/2023/11/16/technology/elon-musk-endorses-antisemitic-post-ibm.html; "Advertisers Flee X as Outcry Over Musk's Endorsement of Antisemitic Post Grows," *New York Times* (Nov. 17, 2023), https://www.nytimes.com/2023/11/17/technology/elon-musk-twitter-x-advertisers.html; "Apple and Disney Among Companies Stopping Ads on X," *Wall Street Journal* (Nov. 18, 2023), https://www.wsj.com/business/media/disney-lions-gate-pause-ads-on-x-after-musk-agrees-with-antisemitic-tweet-641c3ea4.

Defendants further state that party and third-party discovery—and their investigation into the matters raised by this litigation—is ongoing, and Defendants reserve their right to supplement these responses as additional information is received.

Appx. 0026

Dated: May 27, 2025

**ZUCKERMAN SPAEDER LLP**
Dwight P. Bostwick*
Shawn P. Naunton*
485 Madison Avenue, 19th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

**SUSMAN GODFREY L.L.P.**
Justin Nelson (TX 24034766)
Matthew Behncke (TX 24069355)
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com

Katherine M. Peaslee*
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
Fax: (206) 505-3811
kpeaslee@susmangodfrey.com

*Admitted *pro hac vice*

*Counsel for Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone*

**GIBSON, DUNN & CRUTCHER LLP**
Andrew LeGrand (TX 24070132)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2960
alegrand@gibsondunn.com

Amer S. Ahmed*
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
aahmed@gibsondunn.com

Gregg Costa
811 Main Street, Suite 3000
Houston, TX 77002
Tel: (346) 718-6649
Fax: (346) 718-6979
gcosta@gibsondunn.com

21

**Appx. 0027**

Docusign Envelope ID: 40496846-45EC-49E7-83C0-868CEF5E0513

<u>Verification of Interrogatory Responses</u>

I, Cynthia Padera, believe based on reasonable inquiry that Defendants' responses to Plaintiff X Corp.'s Second Set of Interrogatories in *X Corp. v. Media Matters for America, et al.*, No. 4:23-cv-01175, served on April 18, 2025, are true and correct to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2025

DocuSigned by:

*Cynthia Padera*

A56EA35AEC87412...

Cynthia Padera
Chief Operating Officer
Media Matters for America

**Appx. 0028**

TAB 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| X CORP., <br><br> *Plaintiff*, <br><br>    v. <br><br> MEDIA MATTERS FOR AMERICA, *et al.*, <br><br>    *Defendants*. | Civil Action No. 4:23-cv-01175-O |

**DEFENDANT MEDIA MATTERS FOR AMERICA'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES**

Defendant Media Matters for America ("Media Matters") hereby serves its responses and objections to Plaintiff X Corp.'s First Interrogatories through its undersigned counsel.

1

**Appx. 0030**

Dated: July 19, 2024

Respectfully submitted,

*/s/ Abha Khanna*
**ELIAS LAW GROUP LLP**
Abha Khanna* (WA 42612)
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
akhanna@elias.law

Aria C. Branch (DC 1014541)
Jacob D. Shelly* (DC 90010127)
Elena Rodriguez Armenta* (DC 90018798)
Daniela Lorenzo* (DC 90022335)
250 Massachusetts Ave, NW Suite 400
Washington, D.C. 20001
T: (202) 968-4490
F: (202) 986-4498
abranch@elias.law
jshelly@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Andrew LeGrand (TX 24070132)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
T: (214) 698-3100
F: (214) 571-2960
alegrand@gibsondunn.com

Theodore J. Boutrous, Jr.* (CA 132099)
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000
F: (213) 229-7520
tboutrous@gibsondunn.com

Amer S. Ahmed* (NY 4382040)
200 Park Avenue
New York, New York 10166
T: (212) 351-4000

2

**Appx. 0031**

F: (212) 351-4035
aahmed@gibsondunn.com

\* Admitted *pro hac vice*

*Counsel for Defendant Media Matters for America*

3

**Appx. 0032**

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served on all counsel of record for Plaintiff via email on July 19, 2024, pursuant to counsel's agreement to accept service via electronic means.

*/s/ Abha Khanna*
Abha Khanna

**Appx. 0033**

## PRELIMINARY STATEMENT

The responses set forth herein are based on the information and documents reasonably available to Defendants at this time, but discovery in this matter, including Defendants' investigation into the issues raised in this lawsuit, is still ongoing. Defendants reserve their right to alter, supplement, amend, correct, clarify, or otherwise modify these responses and objections, to assert additional objections or privileges in any subsequent supplemental response(s), and to modify their responses if and when they learn additional information.

By making the accompanying responses and objections Defendants do not waive, and hereby expressly reserve, their right to assert all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings.

Moreover, Defendants maintain that this Court has no personal jurisdiction over Media Matters, Eric Hananoki, or Angelo Carusone, and that the Northern District of Texas is not the proper venue for this dispute. *See* Defendants' Brief in Support of their Motion to Dismiss, ECF 41 at Sections I and II; Defendants' Reply in Support of their Motion to Dismiss, ECF 51 at Sections I and II. Defendants provide these responses and objections subject to and without waiving any of their arguments for dismissal.

## RESPONSES TO INDIVIDUAL INTERROGATORIES

**INTERROGATORY NO. 1:** Identify and list with particularity all of Your owners, principals, directors, officers, employees, contractors, freelancers, authors, and agents who were affiliated with You at any point in time between April 2021 and the present. For avoidance of doubt, particularity requires You to, at a minimum, for each person identified, (1) to provide current and all former job titles and job descriptions; (2) a start and, if applicable, end date; (3) current or last

5

**Appx. 0034**

known contact information; (4) the reason for separation, if applicable; and (5) all compensation information (*e.g.*, salary, bonuses, commissions, benefits, etc.) by year.

**OBJECTIONS**: Defendants object to this interrogatory on the grounds that it constitutes at least three discrete interrogatories—(1) the name, title, contact information, occupational status, and job description of relevant individuals; (2) the reason for separation, where applicable; and (3) compensation information. *See, e.g.*, *Garza v. Altaire Pharmaceuticals, Inc.*, No. 3:20-CV-1524-B-BK, 2021 WL 3809102, at *4 (N.D. Tex. May 28, 2021) (finding interrogatories were multiplicative where "each subpart of these interrogatories can be answered without answering either of its other subparts").

Defendants also object to Interrogatory No. 1 for seeking information that is overbroad and not relevant and proportional to the needs of the case and on the grounds that collecting all responsive information would be unduly burdensome. Collecting information for all individuals (including contractors and agents) affiliated with Defendants—even where the individuals had nothing to do with researching, writing, editing, designing, publishing, or promoting the statements at issue in this case—would impose severe burdens on Defendants. Consistent with other decisions in this Circuit, Defendants will identify individuals responsible for work related to the November 16 and 17, 2023 Articles. *See, e.g.*, *Abraham v. Alpha Chi Omega*, 271 F.R.D. 556, 561 (N.D. Tex. 2010) (finding that identifying all employees "involved in" the licensing program was overbroad and limiting response to those "responsible for" the licensing program would sufficiently respond to the request); *Am. Airlines, Inc. v. Delta Air Lines, Inc.*, No. 4:19-CV-01053-O, 2020 WL 8115870, at *3 (N.D. Tex. July 14, 2020) (similar). Defendants further object that compensation information bears no connection to the allegations at issue in this litigation.

6

**Appx. 0035**

**RESPONSE**: Plaintiffs attach Exhibit A, which includes names, job titles, role summaries, and employment dates for individuals who have been responsible for work related to the November 16 and 17, 2023 Articles. All individuals are current MMFA employees and may be contacted through counsel.

**INTERROGATORY NO. 2:** Identify and list with particularity Your top 20 funding sources (whether from an individual or entity) by cumulative dollar amount received from 2021 to present. For avoidance of doubt, particularity requires You to, at a minimum, (1) identify the funding source; (2) identify the location of the funding source; (3) state the amount of money received by You from that funding source on a quarterly basis; (4) state whether the funding had any conditions, earmarks, or other restrictions from general use by Media Matters; and (5) a description of the conditions, earmarks, or other restrictions, if any.

**OBJECTIONS**: Defendants object to Interrogatory No. 2 as being harassing and irrelevant to any claim or defense asserted in this litigation, and as calling for First Amendment privileged information. The identities of Defendants' funders are not relevant to any element of any of Plaintiff's three claims, nor are they relevant to a potential calculation of damages. Instead, this Interrogatory represents a fishing expedition for highly sensitive and privileged information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. *See, e.g.*, *Americans for Prosperity Found. v. Bonta*, 594 U.S. 595, 610–11, 616–17 (2021); *Nat'l Ass'n for Advancement of Colored People v. State of Ala. ex rel. Patterson*, 357 U.S. 449, 460 (1958); *see also Whole Woman's Health v. Smith*, 896 F.3d 362, 372 (5th Cir. 2018), *as revised* (July 17, 2018); *Perry v. Schwarzenegger*, 591 F.3d 1147, 1160 (9th Cir. 2010). Disclosure of donor identifying information can also lead to donors being harassed for and deterred

7

**Appx. 0036**

Appx. 0037

from affiliating with organizations they support. Indeed, Elon Musk himself has called Media Matters "an evil propaganda machine that can go to hell" and vowed that X "will pursue not just the organization but anyone funding that organization. I want to be clear about that. Anyone funding that organization, will be, we will pursue them."[1]

**RESPONSE**: Based on the foregoing objections, Defendants will not provide a response to Interrogatory No. 2.

**INTERROGATORY NO. 3:** Describe with particularity all of your policies, procedures, rules, guidelines, and guides that are and/or were in place to ensure You write and publish accurate and non-misleading reporting. For avoidance of doubt, particularity requires You to, at a minimum, (1) identify the policy; (2) identify how the policy was conveyed, for example through document (including emails), presentation, or handbook; (3) identify how employees, freelancers, contractors, and other individuals who write or investigate pieces published to the Media Matters website or that were otherwise distributed by Media Matters are trained in the policy; (4) identify any reporting required by the policy; (5) identify any documentation related to or required by the policy to ensure compliance with the policy; and (6) identify the stated consequence or punishment for noncompliance with the policy.

**OBJECTIONS**: Defendants object to Interrogatory No. 3 because its request for descriptions of documents—without any limitation as to when those documents were created or

---

[1] *@TheChiefNerd*, X.com (Dec. 10, 2023, 4:24 PM), (https://x.com/TheChiefNerd/status/1733960832571122115) (last accessed July 15, 2024).

8

implemented or whether those documents have anything to do with the reporting at issue in this case—is overbroad, unduly burdensome, and not relevant or proportional to the needs of this case.

Defendants further object to Interrogatory No. 3 on the grounds that it constitutes at least two separate interrogatories labeled as one: (1) what policies Media Matters has, and (2) how they are enforced. *See, e.g.*, *Garza*, 2021 WL 3809102, at *4 (finding interrogatories were multiplicative where "each subpart of these interrogatories can be answered without answering either of its other subparts").

**RESPONSE**: Defendants respond to Interrogatory No. 3 for policies in place in the 2023-2024 period as follows:

Media Matters has a rigorous publication process supervised by dedicated editors to ensure articles published on its website are accurate. When onboarded, employees with content creation responsibilities are trained in Media Matters's editorial practices using both written guides and hands-on training with editors and/or managers. For each piece of written content published on the website, that process typically includes:

- An initial pitch or outline approved by a relevant manager or member of senior staff;
- a thorough line-edit, including meticulous fact-checking, from one of Media Matters's dedicated editors; and
- a final review from a relevant manager, editor, or member of senior staff prior to publication.

Depending on the article, a piece may also receive several other layers of review, including a first edit by a relevant manager prior to review by a dedicated editor, a thorough second edit by a different editor if deemed necessary, and additional review from members of senior management or Media Matters's legal counsel prior to publication.

**Appx. 0038**

Training materials related to the publication process are accessible to staff on an ongoing basis through the organization's internal systems, and the materials are regularly referenced and reshared in skills training sessions. After pieces are published, potential corrections are governed by Media Matters's corrections policy and with the guidance and input of Media Matters's senior and executive staff. Media Matters also has a corrections section on its website where anyone may request a correction. All corrections are documented. Errors—both from writers and editors—are considered as part of the performance management process for employees.

Defendants have produced documents responsive to Interrogatory No. 3 at Bates range MMFA_016999 – MMFA_017331.

**INTERROGATORY NO. 4:** For each policy identified in response to Interrogatory No. 3, please state with particularity whether the policy has ever been violated, identifying at a minimum the violation, the violator, the time when the violation occurred, and what disciplinary or corrective action, if any, was taken in response.

**OBJECTIONS**: Defendants object to Interrogatory No. 4 as unduly burdensome and disproportionate to the needs of the case because it requests the identification of any violation "ever" committed, without any limitation as to when the purported violation may have occurred.

**RESPONSE**: Defendants are not aware that any of the policies summarized and produced related to writing and publishing accurate and non-misleading reporting in response to Interrogatory No. 3 were violated from 2023 to 2024. While published articles have occasionally contained inaccuracies—as anticipated by the Media Matters's correction policy, beginning Bates MMFA_017087—corrections have been addressed consistently with Media Matters's policies, procedures, rules, guidelines, and guides.

Appx. 0039

**INTERROGATORY NO. 5:** Identify with particularity all X accounts created by You or any individual affiliated with You, including but not limited to all employees, freelancers, contractors, and other individuals who write or investigate pieces published to the Media Matters website or that were otherwise distributed by Media Matters. For avoidance of doubt, particularity requires You to, at a minimum, (1) identify the account handle; (2) the email and/or phone number associated with the account, (3) the name of the account's primary user; (4) the name of the individual who created the account; (5) the names of any other individuals who have access to the account; and (6) the date when the account was created.

**OBJECTIONS**: Defendants object to Interrogatory No. 5 as being overly broad, burdensome, harassing, and disproportionate to the needs of this case because it requests information about "all X accounts," created not only by Media Matters but also "any individual affiliated" with it, "including but not limited to all employees, freelancers, contractors, and other individuals who write or investigate pieces published to the Media Matters website or that were otherwise distributed by Media Matters," with no limitations as to whether the accounts were used in connection with the Articles that are the subject of this litigation and to include even any and all of those individuals' personal accounts. The interrogatory is also without any limitation on when the accounts were operational or being used. As a result, it seeks information that is not only overbroad, burdensome, harassing and disproportionate to the needs of the case but also not relevant to any claim or defense asserted in this litigation.

**RESPONSE**: The following accounts have been used for research and/or reporting on X Corp. in 2023 and/or 2024:

11

**Appx. 0040**

**Account Handle**: @rwemails
**Email:** rwemailsehhmmfa@gmail.com
**Name of user**: Eric Hananoki
**Other individuals with access**: None
**Date created**: July 2020

**Account Handle**: @ehananoki
**Email:** ehananoki@mediamatters.org
**Name of user**: Eric Hananoki
**Other individuals with access**: None
**Date created**: February 2009

**Account Handle**: @krgogarty
**Email:** kgogarty@mediamatters.org
**Name of user**: Kayla Gogarty
**Other individuals with access**: None
**Date created**: September 2018

**Account Handle**: @Danapatriot
**Email:** kgogarty@mediamatters.org
**Name of user**: Kayla Gogarty
**Other individuals with access**: None
**Date created**: May 2023

**Account Handle**: @ohhkaygo
**Email:** kaylagogartyy@gmail.com
**Name of user**: Kayla Gogarty
**Other individuals with access**: None
**Date created**: November 2011

**Account Handle:** @beasherman42
**Email:** beasherman42@gmail.com
**Users/Access:** All MMFA staff
**Date when created:** November 2021

**Account Handle:** @anettemichaels4
**Email:** anettemichaelson06@gmail.com
**Users/Access:** All MMFA staff
**Date when created:** January 2022

**Account Handle:** @AlKapDC
**Email:** akaplan@mediamatters.org
**Name of user**: Alex Kaplan
**Other individuals with access**: None
**Date created**: November 2015

12

**Appx. 0041**

**Account Handle**: @RubySeavey
**Email**: rseavey@mediamatters.org
**Name of user**: Ruby Seavey*
**Other individuals with access**: None
**Date created**: September 2014
*No longer with MMFA as of June 30, 2023*

**Account Handle**: @CamKC_17
**Email**: camc177@gmail.com
**Name of user**: Camden Carter*
**Other individuals with access**: None
**Date created**: July 2011
*No longer with MMFA as of May 28, 2024*

**Account Handle**: @_nataliemathes_
**Email**: nmathes@mediamatters.org
**Name of user**: Natalie Mathes*
**Other individuals with access**: None
**Date created**: July 2019
*No longer with MMFA as of March 29, 2024*

**Account Handle**: @justinhorowitz_
**Email**: jhorowitz@mediamatters.org
**Name of user**: Justin Horowitz
**Other individuals with access**: None
**Date created**: May 2009

**Account Handle**: @JackWinstan
**Email**: jwinstanley@mediamatters.org
**Name of user**: Jack Winstanley
**Other individuals with access**: None
**Date created**: May 2020

**Account Handle**: @ethancollier_
**Email**: ecollier@mediamatters.org
**Name of user**: Ethan Collier*
**Other individuals with access**: None
**Date created**: April 2021

*No longer with MMFA as of May 28, 2024*

**Account Handle**: @CarlysHandle
**Email**: cevans@mediamatters.org
**Name of user**: Carly Evans*
**Other individuals with access**: None
**Date created**: November 2020

13

**Appx. 0042**

| |
|---|
| *No longer with MMFA as of June 30, 2024* |
| **Account Handle**: @JasmineGeonzon<br>**Email**: jgeonzon@mediamatters.org<br>**Name of user**: Jasmine Geonzon*<br>**Other individuals with access**: None<br>**Date created**: July 2019<br><br>*No longer with MMFA as of April 19, 2024* |
| **Account Handle**: @Payarm18<br>**Email**: parmstrong@mediamatters.org<br>**Name of user**: Payton Armstrong<br>**Other individuals with access**: None<br>**Date created**: December 2012 |
| **Account Handle**: @Aud_McCabe<br>**Email**: amccabe@mediamatters.org<br>**Name of user**: Audrey McCabe*<br>**Other individuals with access**: None<br>**Date created**: August 2022<br><br>*No longer with MMFA as of June 14, 2024* |
| **Account Handle**: @EricKleefeld<br>**Email**: ekleefeld@mediamatters.org<br>**Name of user**: Eric Kleefeld*<br>**Other individuals with access**: None<br>**Date created**: May 2009<br><br>*No longer with MMFA as of May 28, 2024* |
| **Account Handle**: @wordsmithsilva<br>**Email**: ssilva@mediamatters.org<br>**Name of user**: Spencer Smith-Silva*<br>**Other individuals with access**: None<br>**Date created**: March 2011<br><br>*No longer with MMFA as of May 28, 2024* |
| **Account Handle**: @Gidraaffe<br>**Email**: gtaaffe@mediamatters.org<br>**Name of user**: Gideon Taaffe<br>**Other individuals with access**: None<br>**Date created**: February 2019 |
| **Account Handle**: @npr_matrix<br>**Email**: csimon@mediamatters.org<br>**Name of user**: Chloe Simon |

14

**Appx. 0043**

| |
|---|
| **Other individuals with access**: None<br>**Date created**: August 2018 |
| **Account Handle**: @zpleat<br>**Email**: zpleat@mediamatters.org<br>**Name of user**: Zach Pleat<br>**Other individuals with access**: None<br>**Date created**: February 2009 |
| **Account Handle**: @charishoard<br>**Email**: choard@mediamatters.org<br>**Name of user**: Charis Hoard<br>**Other individuals with access**: None<br>**Date created**: May 2021 |
| **Account Handle**: @AlexPattyy<br>**Email**: apatterson@mediamatters.org<br>**Name of user**: Alex Paterson*<br>**Other individuals with access**: None<br>**Date created**: August 2019<br>*No longer with MMFA as of May 28, 2024* |

**INTERROGATORY NO. 6:** For each account identified in Interrogatory 5, please provide an explanation of whether and how that account was used in connection with the November 16, 2023 Article or the November 17, 2023 Article including but not limited to the research, drafting, and editing and the publication, distribution, or sharing of the Articles in any way.

**RESPONSE**: The accounts @rwemails and @ehananoki were used by Eric Hananoki for the purpose of conducting research on X, Musk, and Twitter advertisers as detailed in the November 16, 2023 and November 17, 2023 Articles. For an explanation of how these accounts were used, see Defendants' responses to Interrogatories Nos. 7 and 8. No other accounts listed in Interrogatory No. 5 were used in connection with the November 16, 2023 and November 17, 2023 Articles.

**Appx. 0044**

**INTERROGATORY NO. 7:** Describe with particularity Your investigation, research, writing, review, and editing process prior to publishing and distributing the November 16, 2023 Article. For the avoidance of doubt, please specify at a minimum, (1) each individual who participated in the drafting of the November 16, 2023 Article or reviewed it prior to publication; (2) the job title of each individual; (3) the specific role played by each individual in drafting or reviewing the November 16, 2023 Article; and (4) any comments, revisions, feedback, or approval provided by the individual.

**OBJECTIONS**: Defendants object to subpart 4 of this Interrogatory because it seeks information that Plaintiff has already requested in Requests for Production ("RFP") Nos. 1 and 3. Translating the same information to an interrogatory is not required. *See Cottonham v. Allen*, No. CV 14-729-JJB-RLB, 2016 WL 4035331, at *5 n.3 (M.D. La. July 25, 2016) (denying motion to compel interrogatory because "there are more efficient, less burdensome ways to obtain this same information," including through an RFP that covers the same subject matter).

**RESPONSE**: Eric Hananoki, a senior investigative reporter at Media Matters, authored the November 16, 2023 Article. For years, Mr. Hananoki has been conducting research and reporting on extremism on social media platforms, including X (and its predecessor, Twitter). Following Elon Musk's purchase of X, Mr. Hananoki and reporters from other news organizations observed and reported on what appeared to be an increase in the presence of pro-Nazi accounts and pro-Nazi content on the platform.

Prior to writing the November 16, 2023 Article, Mr. Hananoki became aware of a pro-Hitler and Holocaust denier account (@bambkb) that had written viral pro-Nazi posts and said it had received approximately $3,000 from X's Ad Revenue Sharing Program. Mr. Hananoki published an article describing this account and its collection of advertising revenue from X on

16

**Appx. 0045**

November 13, 2023. The November 13, 2023 Article also identified several advertisers whose advertisements were placed next to content published by @bambkb.

Prior to writing the November 16, 2023 Article, Mr. Hananoki was also aware that Linda Yaccarino, CEO of X Corp., had claimed that advertisers were "protected from the risk of being next to" potentially toxic content on the platform. *See* CNBC, *X CEO Linda Yaccarino Explains Reason for Getting Rid of Twitter Name*, https://www.cnbc.com/2023/08/10/x-corp-ceo-linda-yaccarino-says-she-has-autonomy-under-elon-musk.html (Aug. 10, 2023). In light of his findings from the November 13, 2023 Article and his prior research about the rise of extremist content on X, Mr. Hananoki sought to further fact-check Ms. Yaccarino's claim.

To test whether advertisers were "protected" from having their ads placed next to toxic content, Mr. Hananoki used an existing private X account (@rwemails) that he had created in 2020 and used it to follow both a number of pro-Nazi accounts, including but not limited to @bambkb, and several non-ideological corporate accounts. The non-ideological corporate accounts that Mr. Hananoki followed included: @StateFarm, @TGIFridays, @hardmountaindew, @Ritzcrackers, and @TheRealTriscuit.

From November 14 to 16, 2023, the time period in which Mr. Hananoki drafted the November 16, 2023 Article, Mr. Hananoki refreshed the home feed of @rwemails to see what content appeared. There, as documented in his November 16, 2023 Article, Mr. Hananoki found numerous advertisements that appeared next to pro-Nazi content. Mr. Hananoki took screenshots from the @rwemails account demonstrating toxic content appearing alongside advertisements. Mr. Hananoki did not alter those screenshots in any way. In drafting the November 16, 2023 Article, Mr. Hananoki also did not contact any advertisers at all, including those whose accounts he followed in researching the article and those that he identified in the November 16, 2023 Article.

17

**Appx. 0046**

On November 15, 2023, while Mr. Hananoki was in the midst of researching the November 16, 2023 Article, Mr. Musk publicly endorsed what appeared to Mr. Hananoki, Media Matters, and many other news organizations to be an antisemitic conspiracy theory. Mr. Musk's comments received widespread media attention. Mr. Hananoki reported on Mr. Musk's apparent endorsement of this theory as part of his November 16, 2023 Article.

The following individuals from Media Matters reviewed a draft of the November 16, 2023 Article prior to publication:

- Beth Cope, Senior Editor

- Ben Dimiero, Editor-in-Chief

- Kayla Gogarty, Research Director

Without waiving any protections provided by Texas shield law, *see* Tex. Civ. Prac. & Rem. Code § 22.021, *et seq.*, Mr. Hananoki directs Plaintiff to Defendants' forthcoming responses to requests for production for further information about specific feedback Mr. Hananoki received about the November 16, 2023 Article prior to publication.

Prior to publication, Mr. Hananoki also provided the proposed headline of the November 16, 2023 Article to Ben Dimiero, Editor-in-Chief, and John Whitehouse, Senior Director, News, for their approval. Both approved the headline.

Other than the information requested by subpart 4, which Defendants object to on the grounds provided above, Defendants are not presently withholding information responsive to this Interrogatory. Defendants will supplement this response if they identify and withhold responsive information.

18

**Appx. 0047**

**INTERROGATORY NO. 8:** Describe with particularity Your investigation, research, writing, review, and editing process prior to publishing and distributing the November 17, 2023 Article. For the avoidance of doubt, please specify at a minimum, (1) each individual who participated in the drafting of the November 17, 2023 Article or reviewed it prior to publication; (2) the job title of each individual; (3) the specific role played by each individual in drafting or reviewing the November 17, 2023 Article; and (4) any comments, revisions, feedback, or approval provided by the individual.

**OBJECTIONS**: Defendants object to subpart 4 of this Interrogatory because it seeks information that Plaintiff has already requested in RFP Nos. 30 and 32. Translating the same information to an interrogatory is not required. *See Cottonham*, 2016 WL 4035331, at *5 n.3 (denying motion to compel interrogatory because "there are more efficient, less burdensome ways to obtain this same information," including through an RFP that covers the same subject matter).

**RESPONSE**: Eric Hananoki, a senior investigative reporter at Media Matters, authored the November 17, 2023 Article. For years, Mr. Hananoki has been conducting research and reporting on extremism on social media platforms, including X (and its predecessor, Twitter). Following Elon Musk's purchase of X, Mr. Hananoki and reporters from other news organizations observed and reported on what appeared to be an increase in the presence of pro-Nazi accounts and pro-Nazi content on the platform.

Prior to writing the November 17, 2023 Article, Mr. Hananoki became aware of a pro-Hitler and Holocaust denier account (@bambkb) that had written viral pro-Nazi posts and said it had received approximately $3,000 from X's Ad Revenue Sharing Program. Mr. Hananoki published an article describing this account and its collection of advertising revenue from X on November 13, 2023. The November 13, 2023 Article also identified several advertisers whose

19

**Appx. 0048**

advertisements were placed next to content published by @bambkb. On November 16, 2023, Mr. Hananoki also published the article described in Response to Interrogatory No. 7.

Prior to writing the November 17, 2023 Article, Mr. Hananoki was also aware that Linda Yaccarino, CEO of X Corp., had claimed that advertisers were "protected from the risk of being next to" potentially toxic content on the platform. *See* CNBC, *X CEO Linda Yaccarino Explains Reason for Getting Rid of Twitter Name*, https://www.cnbc.com/2023/08/10/x-corp-ceo-linda-yaccarino-says-she-has-autonomy-under-elon-musk.html (Aug. 10, 2023). Despite this claim, Mr. Hananoki observed that search results for neo-Nazi and white nationalist hashtags on X appeared to be monetized, meaning that search results for that content produced that content along with advertisements. In light of his findings from the November 13 and 16, 2023 Articles and his prior research about the rise of extremist content on X, Mr. Hananoki sought to further fact-check Ms. Yaccarino's claim.

Prior to publishing the November 17, 2023 Article, Mr. Hananoki used X's search function to search for white nationalist content. As Mr. Hananoki describes in his November 17, 2023 Article, the searches included: "WLM" (White Lives Matter), "KeepEuropeWhite," "14 Words" (a reference to the leading white nationalist slogan), "white pride," and "WPWW" ("white pride world wide"). Mr. Hananoki used two X accounts to conduct these searches: @rwemails and @ehananoki. From there, Mr. Hananoki refreshed results to determine whether advertisements would appear next to the white nationalist content. Just as with the November 16, 2023 Article, Mr. Hananoki found that advertisements appeared next to the white nationalist content and he took screenshots of them from both X accounts. Mr. Hananoki did not alter those screenshots in any way. In drafting the November 17, 2023 Article, Mr. Hananoki also did not contact any of the advertisers identified in the November 17, 2023 Article.

20

**Appx. 0049**

The November 17, 2023 Article was drafted over the course of November 16 and 17, 2023. In drafting the November 17, 2023 Article, Mr. Hananoki consulted with Sharon Kann, Senior Director of Innovation and Impact at Media Matters, who is credited with a research byline. Mr. Hananoki and Ms. Kann considered adding research to the article about how much advertisers had spent on X, but ultimately chose not to include that information in the article when they were not able to confirm the data before publication.

The following additional individuals from Media Matters reviewed a draft of the November 17, 2023 Article prior to publication:

- Michael Eberhart, Editor

- Ben Dimiero, Editor-in-Chief

- Kayla Gogarty, Research Director

Additionally, Mr. Hananoki provided a draft of the November 17, 2023 Article to the digital design team for Media Matters so members of that team could create an image for the piece. Andrea Austria, Digital Design Coordinator at Media Matters, created the image at the top of the article displaying Mr. Musk and Ms. Yaccarino.

Without waiving any protections provided by Texas shield law, *see* Tex. Civ. Prac. & Rem. Code § 22.021, *et seq.*, Mr. Hananoki directs Plaintiff to Defendants' forthcoming responses to requests for production for further information about specific feedback Mr. Hananoki received about the November 17, 2023 Article prior to publication.

Other than the information requested by subpart 4, which Defendants object to on the grounds provided above, Defendants are not presently withholding information responsive to this Interrogatory. Defendants will supplement this response if they identify and withhold responsive information.

21

**Appx. 0050**

**INTERROGATORY NO. 9:** Identify each time You contacted an individual living within the confines of the Northern District of Texas, from January 1, 2020 to present, including, but not limited to, (1) for email distribution of the November 16, 2023 Article; (2) for email distribution of the November 17, 2023 Article; (3) for email distribution of any other article published by Media Matters; (4) to solicit donations or for fundraising purposes; (5) to contact any company who had the potential to advertise with X, regardless of whether the company had ever previously advertised on the platform; or (6) general promotion of Media Matters.

**OBJECTIONS**: Defendants object to this Interrogatory as overly broad and disproportionate to the needs of the case in seeking "each time" since January 1, 2020 Defendants contacted an individual residing in the Northern District of Texas, without any limitation as to whether those contacts related to the claims at issue in this litigation, particularly where "X does not invoke general personal jurisdiction over Defendants." Pls.' Resp. to Defs.' Mot. to Dismiss at 4, ECF No. 45. The request for every instance since January 1, 2020 that an individual living within the Northern District of Texas received an email or other message from Defendants would unjustly impose enormous burdens and expenses.

Defendants further object to subpart 5 of Interrogatory No. 9 as vague and ambiguous because any company in existence has the potential to advertise on X.

To the extent this Interrogatory requests the specific identities of donors to Media Matters, or the specific identities of subscribers to Media Matters, Defendants further object to Interrogatory No. 9 because it seeks information that is not relevant to any claims or defenses, and that is further protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. *See, e.g.*,

22

**Appx. 0051**

*Americans for Prosperity Found.*, 594 U.S. at 610–11, 616–17; *Nat'l Ass'n for Advancement of Colored People*, 357 U.S. at 460; *see also Whole Woman's Health*, 896 F.3d at 372; *Perry*, 591 F.3d at 1160. Disclosure of donor identifying information can also lead to donors being harassed for and deterred from affiliating with organizations they support. Indeed, Elon Musk himself has called Media Matters "an evil propaganda machine that can go to hell" and vowed that X "will pursue not just the organization but anyone funding that organization. I want to be clear about that anyone funding that organization, will be, we will pursue them."[2]

**RESPONSE**: Subject to the limitations explained below, Defendants will attempt to estimate the number of individuals who provided a zip code associated with the Northern District of Texas who may have received an email communication in the form of a "weekly update" from Media Matters containing the November 16, 2023 Article or November 17, 2023 Article at issue. Specifically, Media Matters sent a weekly update containing the November 16, 2023 Article on November 17, 2023, and Media Matters sent a weekly update containing both the November 16, 2023 and November 17, 2023 Articles on November 22, 2023, two days after this suit was filed.

Media Matters typically contacts by email only those individuals who have affirmatively signed up to receive email updates. As a general matter, Defendants do not specifically verify the location information of individuals who sign up to receive email updates, nor do they ask subscribers who provide this information to update this information once subscribed. Defendants nonetheless attempted, in good faith, to identify individuals who may have received emails

---

[2] *@TheChiefNerd*, X.com (Dec. 10, 2023, 4:24 PM), (https://x.com/TheChiefNerd/status/1733960832571122115) (last accessed July 15, 2024).

containing the November 16, 2023 or November 17, 2023 Articles and who provided a zip code associated with the Northern District of Texas. This inquiry and its results, however, have the following inherent limitations:

(1)     Defendants possess, via the software Salesforce, the ability to search for individuals who *currently* subscribe to weekly updates from Media Matters and have relevant zip codes associated with their records. But to Defendants' knowledge, their configuration of Salesforce does not permit Defendants to report whether a current subscriber with a relevant zip code was a subscriber at the time this lawsuit was filed or which subscribers with relevant zip codes would have received an email update containing the November 16, 2023 Article or November 17, 2023 Article.

(2)     Defendants cannot and do not guarantee the accuracy of the location information in Salesforce. The Salesforce data that Defendants used to respond to this Interrogatory is not updated on any regular basis, nor do Defendants require individuals to provide location information to receive communications updates from them. Much of this location data is several years old, if not decades old. Because of the likelihood that at least some of these individuals have moved out of the Northern District of Texas since they provided this information to Media Matters, the numbers provided below likely overestimate the number of individuals who were associated with or resided in the district at the time the articles at issue in this litigation were published.

(3)     Defendants include individuals in this response who have at some point indicated a mailing, billing, shipping, or other address in the Northern District of Texas. Because an individual may have had, at the time the information was provided to

24

**Appx. 0053**

Media Matters, any one of these addresses in the district but not actually resided in the district, the numbers provided below likely overestimate the number of individuals who truly resided in the district at the time they provided this information to Media Matters.

With these inherent limitations, Defendants searched for individuals who are subscribed to receive weekly updates from Media Matters as of July 2, 2024, and are recorded in Salesforce as possessing a zip code associated with the Northern District of Texas. Defendants obtained the following results: 987 individuals who are recorded in Salesforce as having a zip code in the Northern District of Texas currently receive "weekly update" emails from Media Matters. In total, 166,154 individuals currently receive weekly update emails from Media Matters, meaning these individuals account for 0.59% of those who currently receive weekly updates from Defendants per their Salesforce search.

**INTERROGATORY NO. 10:** Identify and list with particularity each company, corporate entity, or nonprofit with whom You had any contact where You discussed, mentioned, or referenced X Corp. from April 2021 to present. For the avoidance of doubt, please specify at a minimum, (1) the name of the contacted entity; (2) a description of the entity; (3) a description of the manner in which the contact occurred; (4) the location where the contact occurred; (5) a summary of the substance of the contact and communication between You and the entity; (6) the purpose of Your contact with the entity; (7) any advice, recommendation, or suggested course of action made by You to the entity; and (8) any actual or planned follow-up communication with that entity.

**OBJECTIONS**: Defendants object to this Interrogatory as improperly containing multiple subparts that go beyond the Interrogatory's first request for information, which seeks only the

25

**Appx. 0054**

identity of the entities with whom Defendants discussed, mentioned, or referenced X. Defendants interpret this Interrogatory as seeking at least four separate categories of information: (1) the identity of these organizations, (2) the manner and means by which Defendants communicated with these entities, (3) the substance of Defendants' conversations with these entities, (4) and Defendants' internal discussions or planning related to their conversations with these entities. *See, e.g.*, *Garza*, 2021 WL 3809102, at *4 (finding interrogatories were multiplicative where "each subpart of these interrogatories can be answered without answering either of its other subparts").

Defendants further object to Interrogatory No. 10 because it seeks privileged information with strategic partners, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. *See, e.g.*, *Americans for Prosperity Found.*, 594 U.S. at 610–11, 616–17; *Nat'l Ass'n for Advancement of Colored People*, 357 U.S. at 460; *see also Whole Woman's Health*, 896 F.3d at 372; *Perry*, 591 F.3d at 1160.

Defendants further object to Interrogatory No. 10 as overly broad and disproportionate to the needs of the case in seeking each time Defendants spoke with an organization and mentioned or referenced X, regardless of when those communications occurred or whether they had anything to do with the claims at issue in this case. Because this interrogatory does not seek information specifically related to this lawsuit and instead seeks information regarding instances in which Defendants simply referred to X, it is facially overbroad. *See, e.g.*, *Lee v. Aramark Facility Servs., LLC*, No. CV 20-2049, 2021 WL 6070448, at *7 (E.D. La. July 15, 2021) ("[A] request is facially overbroad insofar as it not limited to the issues in this lawsuit and would purport to require Defendant to identify and describe every document or thing transmitted or provided to any third party relating to Plaintiff.").

26

**Appx. 0055**

Defendants further object to Interrogatory No. 10 because it seeks information that Plaintiff has already requested in RFP No. 5. Translating the same information to an interrogatory is not required. *See Cottonham*, 2016 WL 4035331, at *5 n.3 (denying motion to compel interrogatory because "there are more efficient, less burdensome ways to obtain this same information," including an RFP which covers the same subject matter).

Defendants further object to Interrogatory No. 10 to the extent it seeks descriptions of the entities with whom Defendants had conversations regarding X, information that is equally obtainable to Plaintiff.

Responding to this interrogatory with the level of granularity requested would be virtually impossible for the following reasons: Over the past several years, Defendant Media Matters, a leader in platform accountability work, has worked with hundreds of groups in a variety of formal and informal fashions. Media Matters's activities range from public partnerships and campaign sign-on letters to more private and informal conversations and passive updates about platform accountability research, which includes research on the platform X. Due to the number of partner organizations in the Stop Toxic Twitter coalition (described below), the frequency of these communications, and the informal nature of many these conversations, it would be virtually impossible to account for all possible mentions or discussion of X without undue burden or expense. To quantify this burden, for example, a search for Defendants' communications with external parties that mention X Corp. or Twitter from April 2021 to the present resulted in over 730,000 results. Subject to the objections Defendants have invoked in response to Plaintiffs' requests for production, Defendants are in the process of reviewing and producing responsive, nonprivileged documents.

**Appx. 0056**

**RESPONSE**: Because the burden and expense of responding to Interrogatory No. 10 in full and with the granularity requested outweighs its likely benefit, Defendants will provide a general overview of the organizations with which Defendants discussed X in the context of platform accountability in 2023 and 2024, along with the broad substance of those conversations.

In 2023 and 2024 broadly, Defendants engaged in high-level conversations that would have mentioned X with members of the Stop Toxic Twitter coalition. This coalition was launched in late 2022 following news that Elon Musk intended to limit content enforcement and other protections on the Platform. Stop Toxic Twitter describes itself as "a coalition of 60+ civil rights and civil society groups calling on Twitter advertisers to demand a safer Twitter for their brands and for users." Stop Toxic Twitter, https://www.stoptoxictwitter.com/ (last accessed July 4, 2024).

As of July 4, 2024, the following organizations in addition to Media Matters, are listed as members of the Stop Toxic Twitter coalition:

1. #VOTEPROCHOICE

2. Access Now

3. Accountable Tech

4. Anti-Defamation League

5. Advocates for Youth

6. AI for the People Inc.

7. Asian Americans Advancing Justice | AAJC

8. Azerbaijan Internet Watch

9. Benton Institute for Broadband & Society

10. Center for Countering Digital Hate

11. Center on Race and Digital Justice

**Appx. 0057**

12. Change the Terms Coalition

13. Check My Ads

14. Coding Rights

15. Color Of Change

16. Common Cause

17. Dangerous Speech Project

18. DemCast USA

19. Digital Africa Research Lab

20. Distributed Artificial Intelligence Research Institute (DAIR)

21. Doctors In Politics

22. Equality Labs

23. Fair Vote UK

24. Freedom Forward

25. Free Press

26. Friends of the Earth

27. GLAAD

28. Global Indigenous Data Alliance

29. Global Project Against Hate and Extremism

30. Indivisible

31. International Women's Media Foundation

32. Jewish Women International

33. JustLeadershipUSA

34. Latino Anti-Disinformation Lab

Appx. 0058

35. Majal.org

36. Maria Ressa

37. MoveOn

38. Muslim Advocates

39. NAACP

40. National Center for Transgender Equality

41. National Hispanic Media Coalition

42. National LGBTQ Task Force

43. NEVER AGAIN Association

44. Numun Fund

45. PFLAG National

46. ProgressNow NM

47. Public Citizen

48. Public Knowledge

49. Ranking Digital Rights

50. Right To Be (formerly Hollaback!)

51. Roger McNamee, Author of Zucked: Waking Up to the Facebook Catastrophe

52. Stop Hate for Profit Coalition

53. Stop Online Violence Against Women

54. SumOfUs

55. Superbloom Design

56. The Center for American Progress

57. The Real Facebook Oversight Board

30

**Appx. 0059**

58. The Sparrow Project

59. The Tech Oversight Project

60. The TransLatin@ Coalition

61. Ujima Inc., The National Center on Violence Against Women in the Black Community

62. UltraViolet

63. Union of Concerned Scientists

64. United Church of Christ Media Justice Ministry

65. United We Dream

66. Valor US

67. Voto Latino

68. Whose Knowledge?

Communications with these organizations occurred primarily via the Stop Toxic Twitter email list, although Defendants also sometimes communicated with these organizations through other means, including by phone, Zoom, and messaging applications. For the reasons described in Defendants' objections to this Interrogatory, Defendants are unable to respond to the Interrogatory with the level of granularity requested given the significant number of communications and member organizations.

From June 2023 to November 2023, Defendants engaged in high level conversations about the general topic underlying the November 16, 2023 and November 17, 2023 Articles—X's ability (or inability) to prevent advertisements from appearing next to extremist content—with some of the members of the Stop Toxic Twitter coalition listed above.

On November 15, 2023, Elon Musk endorsed what appeared to Defendants and many others to be an antisemitic conspiracy theory, which drew significant public attention. *See* Aimee

31

**Appx. 0060**

Picchi, *Elon Musk Expresses Support for Antisemitic Post on X, Calling it "The Actual Truth*,"

CBS News (updated Nov. 16, 2023), https://www.cbsnews.com/news/elon-musk-antisemitic-

comments-x-post-actual-truth/. In light of this post, Defendants discussed their general plan to

publish information about X's apparent monetization of extremist content with some members of

the Stop Toxic Twitter coalition listed above.

After the publication of the November 16, 2023 and November 17, 2023 Articles,

Defendants circulated those articles to the Stop Toxic Twitter Coalition email list and may have

provided a link to the articles via other informal communications. The communications described

in this paragraph occurred between November 16, 2023 and the announcement of Plaintiff's

lawsuit on November 20, 2023.

Defendants are not presently withholding responsive information that they have identified

subject to their objections. Defendants will supplement this response if they identify and withhold

responsive information.

32

**Appx. 0061**

## Verification of Interrogatory Responses

I, Cynthia Padera, believe based on reasonable inquiry that Defendant's answers to X's First Interrogatories in *X Corp. v. Media Matters for America et al.*, Case No. 4:23-cv-01175, served on July 19, 2024, are true and correct to the best of my knowledge, information, and belief.

Pursuant to 28 U.S. Code § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024

*Cynthia Padera*
_____

Cynthia Padera
Chief Operating Officer
Media Matters for America

33

**Appx. 0062**

TAB 3

Appx. 0064



Confidential Information Subject to
Protective Order

MMFA_112855



Appx. 0065

Confidential Information Subject to
Protective Order

MMFA_112856



Confidential Information Subject to
Protective Order

**Appx. 0066**

MMFA_112857



Appx. 0067

Confidential Information Subject to
Protective Order

MMFA_112858



Appx. 0068

Confidential Information Subject to
Protective Order

MMFA_112859



Confidential Information Subject to
Protective Order

**Appx. 0069**

MMFA_112860



MMFA_112861

Confidential Information Subject to
Protective Order

**Appx. 0070**

Appx. 0071



Confidential Information Subject to
Protective Order

MMFA_112862



Confidential Information Subject to
Protective Order

**Appx. 0072**

MMFA_112863



Confidential Information Subject to
Protective Order

Appx. 0073

MMFA_112864



Confidential Information Subject to
Protective Order

Appx. 0074

MMFA_112865



Confidential Information Subject to
Protective Order

**Appx. 0075**

MMFA_112866



Appx. 0076

Confidential Information Subject to
Protective Order

MMFA_112867



Confidential Information Subject to
Protective Order

**Appx. 0077**

MMFA_112868



Confidential Information Subject to
Protective Order

**Appx. 0078**

MMFA_112869



Confidential Information Subject to
Protective Order

Appx. 0079

MMFA_112870



Confidential Information Subject to
Protective Order

**Appx. 0080**

MMFA_112871



Confidential Information Subject to
Protective Order

**Appx. 0081**

MMFA_112872



Confidential Information Subject to
Protective Order

**Appx. 0082**

MMFA_112873



Confidential Information Subject to
Protective Order

**Appx. 0083**

MMFA_112874



Confidential Information Subject to
Protective Order

MMFA_112875



Confidential Information Subject to
Protective Order

Appx. 0085

MMFA_112876



Confidential Information Subject to
Protective Order

**Appx. 0086**

MMFA_112877



Confidential Information Subject to
Protective Order

**Appx. 0087**

MMFA_112878

Appx. 0088



Confidential Information Subject to
Protective Order

Appx. 0088

MMFA_112879



Confidential Information Subject to
Protective Order

**Appx. 0089**

MMFA_112880



Confidential Information Subject to
Protective Order

**Appx. 0090**

MMFA_112881



Confidential Information Subject to
Protective Order

**Appx. 0091**

MMFA_112882



Confidential Information Subject to
Protective Order

Appx. 0092

MMFA_112883



Appx. 0093

Confidential Information Subject to
Protective Order

MMFA_112884



Confidential Information Subject to
Protective Order

Appx. 0094

MMFA_112885



Confidential Information Subject to
Protective Order

**Appx. 0095**

MMFA_112886



Confidential Information Subject to
Protective Order

Appx. 0096

MMFA_112887



Appx. 0097

Confidential Information Subject to
Protective Order

MMFA_112888

**Appx. 0098**



Confidential Information Subject to
Protective Order

MMFA_112889



Appx. 0099

Confidential Information Subject to
Protective Order

MMFA_112890



Confidential Information Subject to
Protective Order

**Appx. 0100**

MMFA_112891



**Appx. 0101**

Confidential Information Subject to
Protective Order

MMFA_112892



Confidential Information Subject to
Protective Order

**Appx. 0102**

MMFA_112893



Confidential Information Subject to
Protective Order

**Appx. 0103**

MMFA_112894



Appx. 0104

Confidential Information Subject to
Protective Order

MMFA_112895



Confidential Information Subject to
Protective Order

**Appx. 0105**

MMFA_112896



Confidential Information Subject to
Protective Order

**Appx. 0106**

MMFA_112897



Confidential Information Subject to
Protective Order

**Appx. 0107**



Confidential Information Subject to
Protective Order

Appx. 0108

MMFA_112899



Confidential Information Subject to
Protective Order

**Appx. 0109**

MMFA_112900



Confidential Information Subject to
Protective Order

Appx. 0110

MMFA_112901



Confidential Information Subject to
Protective Order

**Appx. 0111**

MMFA_112902



Confidential Information Subject to
Protective Order

Appx. 0112

MMFA_112903

Appx. 0113



Confidential Information Subject to
Protective Order

MMFA_112904



Confidential Information Subject to
Protective Order

**Appx. 0114**

MMFA_112905

Appx. 0115



Confidential Information Subject to
Protective Order

MMFA_112906



Confidential Information Subject to
Protective Order

**Appx. 0116**

MMFA_112907



Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

**Appx. 0118**

MMFA_112909



Confidential Information Subject to
Protective Order

**Appx. 0119**

MMFA_112910



Confidential Information Subject to
Protective Order

**Appx. 0120**

MMFA_112911



Confidential Information Subject to
Protective Order

Appx. 0121

MMFA_112912



Confidential Information Subject to
Protective Order

**Appx. 0122**

MMFA_112913



Confidential Information Subject to
Protective Order

**Appx. 0123**

MMFA_112914



Confidential Information Subject to
Protective Order

**Appx. 0124**

MMFA_112915



Confidential Information Subject to
Protective Order

**Appx. 0125**

MMFA_112916



Confidential Information Subject to
Protective Order

**Appx. 0126**

MMFA_112917



Confidential Information Subject to
Protective Order

**Appx. 0127**

MMFA_112918



Confidential Information Subject to
Protective Order

**Appx. 0128**

MMFA_112919



Confidential Information Subject to
Protective Order

**Appx. 0129**



Appx. 0130

Confidential Information Subject to
Protective Order

MMFA_112921



Confidential Information Subject to
Protective Order

**Appx. 0131**

MMFA_112922



Confidential Information Subject to
Protective Order

**Appx. 0132**

MMFA_112923



Confidential Information Subject to
Protective Order

**Appx. 0133**

MMFA_112924



Confidential Information Subject to
Protective Order

Appx. 0134

MMFA_112925



Confidential Information Subject to
Protective Order

**Appx. 0135**

MMFA_112926



Confidential Information Subject to
Protective Order

**Appx. 0136**

MMFA_112927



Confidential Information Subject to
Protective Order

**Appx. 0137**

MMFA_112928



Confidential Information Subject to
Protective Order

**Appx. 0138**

MMFA_112929



Confidential Information Subject to
Protective Order

**Appx. 0139**

MMFA_112930



Confidential Information Subject to
Protective Order

**Appx. 0140**

MMFA_112931



Confidential Information Subject to
Protective Order

Appx. 0141

MMFA_112932



Confidential Information Subject to
Protective Order

**Appx. 0142**

MMFA_112933



Confidential Information Subject to
Protective Order

**Appx. 0143**

MMFA_112934



Confidential Information Subject to
Protective Order

**Appx. 0144**

MMFA_112935



Confidential Information Subject to
Protective Order

**Appx. 0145**

MMFA_112936



Confidential Information Subject to
Protective Order

Appx. 0146



Confidential Information Subject to
Protective Order

Appx. 0147

MMFA_112938



Confidential Information Subject to
Protective Order

**Appx. 0148**

MMFA_112939

Appx. 0149



Confidential Information Subject to
Protective Order

MMFA_112940



MMFA_112941

Appx. 0150

Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

**Appx. 0151**

MMFA_112942



Confidential Information Subject to
Protective Order

**Appx. 0152**

MMFA_112943



Confidential Information Subject to
Protective Order

**Appx. 0153**

MMFA_112944



**Appx. 0154**

Confidential Information Subject to
Protective Order

MMFA_112945



Appx. 0155

Confidential Information Subject to
Protective Order

MMFA_112946



Confidential Information Subject to
Protective Order

Appx. 0156

MMFA_112947



Confidential Information Subject to
Protective Order

Appx. 0157

MMFA_112948

Appx. 0158



Confidential Information Subject to
Protective Order

**Appx. 0158**

MMFA_112949



Confidential Information Subject to
Protective Order

Appx. 0159

MMFA_112950



Confidential Information Subject to
Protective Order

**Appx. 0160**

MMFA_112951



Confidential Information Subject to
Protective Order

Appx. 0161



**Appx. 0162**

Confidential Information Subject to
Protective Order

MMFA_112953



**Appx. 0163**

Confidential Information Subject to
Protective Order

MMFA_112954



Confidential Information Subject to
Protective Order

**Appx. 0164**

MMFA_112955



Confidential Information Subject to
Protective Order

**Appx. 0165**

MMFA_112956



Confidential Information Subject to
Protective Order

**Appx. 0166**

MMFA_112957



Confidential Information Subject to
Protective Order

**Appx. 0167**

MMFA_112958



Confidential Information Subject to
Protective Order

**Appx. 0168**

MMFA_112959



Confidential Information Subject to
Protective Order

**Appx. 0169**

MMFA_112960



Confidential Information Subject to
Protective Order

Appx. 0170

MMFA_112961



Confidential Information Subject to
Protective Order

**Appx. 0171**

MMFA_112962



Confidential Information Subject to
Protective Order

**Appx. 0172**

MMFA_112963



Confidential Information Subject to
Protective Order

**Appx. 0173**

MMFA_112964



Confidential Information Subject to
Protective Order

**Appx. 0174**

MMFA_112965



Confidential Information Subject to
Protective Order

**Appx. 0175**

MMFA_112966



Confidential Information Subject to
Protective Order

**Appx. 0176**

MMFA_112967



Confidential Information Subject to
Protective Order

**Appx. 0177**

MMFA_112968



Confidential Information Subject to
Protective Order

Appx. 0178

MMFA_112969



**Appx. 0179**

Confidential Information Subject to
Protective Order

MMFA_112970



Confidential Information Subject to
Protective Order

Appx. 0180

MMFA_112971



Confidential Information Subject to
Protective Order

**Appx. 0181**

MMFA_112972



Confidential Information Subject to
Protective Order

**Appx. 0182**

MMFA_112973



Confidential Information Subject to
Protective Order

**Appx. 0183**

MMFA_112974



Confidential Information Subject to
Protective Order

Appx. 0184

MMFA_112975



Confidential Information Subject to
Protective Order

**Appx. 0185**

MMFA_112976

Appx. 0186



Confidential Information Subject to
Protective Order

MMFA_112977

Appx. 0187



Confidential Information Subject to
Protective Order

Appx. 0187

MMFA_112978



Confidential Information Subject to
Protective Order

Appx. 0188

MMFA_112979



Confidential Information Subject to
Protective Order

**Appx. 0189**

MMFA_112980



Appx. 0190

Confidential Information Subject to
Protective Order

MMFA_112981



Confidential Information Subject to
Protective Order

**Appx. 0191**

MMFA_112982



Appx. 0192

Confidential Information Subject to
Protective Order

MMFA_112983



Confidential Information Subject to
Protective Order

**Appx. 0193**

MMFA_112984



Appx. 0194

Confidential Information Subject to
Protective Order

MMFA_112985

**Appx. 0195**



Confidential Information Subject to
Protective Order

MMFA_112986



Confidential Information Subject to
Protective Order

Appx. 0196

MMFA_112987



Confidential Information Subject to
Protective Order

Appx. 0197

MMFA_112988



Confidential Information Subject to
Protective Order

**Appx. 0198**

MMFA_112989



Confidential Information Subject to
Protective Order

Appx. 0199

MMFA_112990



Confidential Information Subject to
Protective Order

**Appx. 0200**

MMFA_112991



Confidential Information Subject to
Protective Order

**Appx. 0201**

MMFA_112992



Appx. 0202

Confidential Information Subject to
Protective Order

Appx. 0202

MMFA_112993



Appx. 0203

Confidential Information Subject to
Protective Order

MMFA_112994



Confidential Information Subject to
Protective Order

MMFA_112995



Confidential Information Subject to
Protective Order

**Appx. 0205**

MMFA_112996



Confidential Information Subject to
Protective Order

**Appx. 0206**

MMFA_112997



Confidential Information Subject to
Protective Order

**Appx. 0207**

MMFA_112998



Confidential Information Subject to
Protective Order

Appx. 0208

MMFA_112999



Confidential Information Subject to
Protective Order

Appx. 0209



Appx. 0210

Confidential Information Subject to
Protective Order

MMFA_113001

Appx. 0211



Confidential Information Subject to
Protective Order

MMFA_113002



Confidential Information Subject to
Protective Order

**Appx. 0212**

MMFA_113003



Confidential Information Subject to
Protective Order

**Appx. 0213**

MMFA_113004



Confidential Information Subject to
Protective Order

**Appx. 0214**

MMFA_113005



Confidential Information Subject to
Protective Order

**Appx. 0215**

MMFA_113006



Confidential Information Subject to
Protective Order

**Appx. 0216**

MMFA_113007



MMFA_113008

**Appx. 0217**

Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

**Appx. 0218**

MMFA_113009



Confidential Information Subject to
Protective Order

Appx. 0219



Confidential Information Subject to
Protective Order

**Appx. 0220**

MMFA_113011



**Appx. 0221**

Confidential Information Subject to
Protective Order

MMFA_113012



**Appx. 0222**

Confidential Information Subject to
Protective Order

MMFA_113013

Appx. 0223



Confidential Information Subject to
Protective Order

MMFA_113014



Confidential Information Subject to
Protective Order

**Appx. 0224**



Confidential Information Subject to
Protective Order

**Appx. 0225**

MMFA_113016

Appx. 0226



Confidential Information Subject to
Protective Order

MMFA_113017



Confidential Information Subject to
Protective Order

MMFA_113018



Confidential Information Subject to
Protective Order

**Appx. 0228**

MMFA_113019



Appx. 0229

Confidential Information Subject to
Protective Order

MMFA_113020



Confidential Information Subject to
Protective Order

**Appx. 0230**



Confidential Information Subject to
Protective Order

**Appx. 0231**

MMFA_113022



Confidential Information Subject to
Protective Order

**Appx. 0232**

MMFA_113023



Confidential Information Subject to
Protective Order

**Appx. 0233**

MMFA_113024



Confidential Information Subject to
Protective Order

Appx. 0234

MMFA_113025



Confidential Information Subject to
Protective Order

**Appx. 0235**

MMFA_113026



Confidential Information Subject to
Protective Order

**Appx. 0236**

MMFA_113027

Appx. 0237



Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

**Appx. 0238**



Confidential Information Subject to
Protective Order

**Appx. 0239**

MMFA_113030

TAB 4

Appx. 0241

Confidential Information Subject to
Protective Order

OVERLAY
MMFA_394626



Confidential Information Subject to
Protective Order

Appx. 0242

OVERLAY

MMFA_394627

Appx. 0243

Confidential Information Subject to
Protective Order

Appx. 0243

OVERLAY

MMFA_394628



Appx. 0244

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394629

**Appx. 0245**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394630

TAB 5

Appx. 0247

Confidential Information Subject to
Protective Order



Appx. 0248

Confidential Information Subject to
Protective Order

MMFA_394095



Confidential Information Subject to
Protective Order

**Appx. 0249**

MMFA_394096



Appx. 0250

Confidential Information Subject to
Protective Order

MMFA_394097



Appx. 0251

Confidential Information Subject to
Protective Order

MMFA_394098

TAB 6

Appx. 0253

Confidential Information Subject to
Protective Order

MMFA_394536

Confidential Information Subject to
Protective Order

Appx. 0254

MMFA_394537

Appx. 0255

Confidential Information Subject to
Protective Order

MMFA_394538

Appx. 0256

Confidential Information Subject to
Protective Order

MMFA_394539

Confidential Information Subject to
Protective Order

**Appx. 0257**

MMFA_394540



Appx. 0258

Confidential Information Subject to
Protective Order

MMFA_394541

TAB 7

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**X CORP.**,

       Plaintiff,

     v.

**MEDIA MATTERS FOR AMERICA**, et al.

       Defendants.

Case No. 4:23-cv-01175-O

## PLAINTIFF'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff X Corp. hereby serves its Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories on Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone, by and through their counsel of record.

**Appx. 0260**

Dated: August 15, 2025

John C. Sullivan
Texas Bar No. 24083920
**S|L Law PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Telephone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

Respectfully submitted.

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Christopher D. Hilton
Texas Bar No. 24087727
Ari Cuenin
Texas Bar No. 24078385
Elizabeth Brown Fore
Texas Bar No. 24001795
Michael R. Abrams
Texas Bar No. 24087072
Alithea Z. Sullivan
Texas Bar No. 24072376
Alexander M. Dvorscak
Texas Bar No. 24120461
Cody C. Coll
Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone:(737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
elizabeth@stonehilton.com
michael@stonehilton.com
alithea@stonehilton.com
alex@stonehilton.com
cody@stonehilton.com
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on all counsel of record for Defendants via

email on August 15, 2025, pursuant to counsel's agreement to accept service via electronic means.

*/s/ Christopher D. Hilton*
Christopher D. Hilton

2

**Appx. 0261**

## SUPPLEMENTAL OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 4**: Identify all advertisers that you contend have discontinued or attempted to discontinue their relationships with X as a result of the November 16, 2023 Article, the November 17, 2023 Article, and/or Mr. Carusone's November 26, 2023 interview statements.

**RESPONSE:** Defendants' publication of misleading and defamatory statements disseminated in the November 16 and 17 articles and/or in Angelo Carusone's statements in interviews played a causal role in at least the following companies and associations pausing or declining to resume their paid advertising campaigns on X's social media platforms:

● IBM

● Intel

● ESPN

● AT&T

● Apple

● Siemens

X reserves the right to amend this response throughout the course of discovery and after Defendants fully produce documents responsive to X's requests for production.

**SUPPLEMENTAL RESPONSE:**

Defendants' publication of misleading and defamatory statements disseminated in the November 16 and 17 articles and/or in Angelo Carusone's statements in interviews played a causal role in at least the following companies and associations pausing or declining to resume their paid advertising campaigns on X's social media platforms:

● IBM

● Intel

Appx. 0262

4

- AT&T

- Apple

- Siemens

- Uber

- Coca-Cola

- Dropbox

- ESPN

- Comcast, including, but not limited to, the following direct or indirect subsidiaries, affiliates, branches, divisions, offices, or units – NBCUniversal, Peacock, Universal Theatrical, and Focus Features.

X reserves the right to supplement this response throughout the course of discovery and after Defendants fully produce documents responsive to X's requests for production.

**SECOND SUPPLEMENTAL RESPONSE:**

Defendants' publication of misleading and defamatory statements disseminated in the November 16 and 17 articles and/or in Angelo Carusone's statements in interviews played a causal role in at least the following companies and associations pausing or declining to resume their paid advertising campaigns on X's social media platforms:

- IBM

- Intel

- AT&T

- Apple

- Coca-Cola

- Dropbox

**Appx. 0263**

● ESPN

● Comcast, including, but not limited to, the following direct or indirect subsidiaries, affiliates, branches, divisions, offices, or units – NBCUniversal, Peacock, Universal Theatrical, and Focus Features.

● National Basketball Association

● Warner Bros. Discovery, Inc.

● GE Aerospace

● The Walt Disney Company

X reserves the right to supplement this response throughout the course of discovery and after Defendants fully produce documents responsive to X's requests for production.

5

**Appx. 0264**

Docusign Envelope ID: CD3E089C-B982-4E69-9A0D-4D257925C5C4

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>     Plaintiff,<br><br>  vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>     Defendants. | **Case No. 4:23-cv-01175-O** |

## VERIFICATION OF INTERROGATORY ANSWER

I, Monique Pintarelli, am Head of the Americas at X Corp. I declare under penalty of perjury that the foregoing second supplemental answer to Defendants' Interrogatory No. 4 on behalf of X Corp. is true and correct to the best of my knowledge, information, belief, or recollection.

Signed by:
*Monique Pintarelli*
Executed: 57B0B5EE17E54EE... .

Monique Pintarelli
Head of the Americas
X Corp.

Page **1** of **1**

**Appx. 0265**

TAB 8

# STONE HILTON

May 30, 2025

Shawn Naunton
Zuckerman Spaeder LLP
485 Madison Avenue, 19th Floor
New York, NY 10022
snaunton@zuckerman.com

*via e-mail*

> **RE:    X's Objections to Defendants' Sixth Privilege Log**

Pursuant to Section III of the Parties' Revised Stipulation for the Exchange of Privilege Logs, Plaintiff X Corp. hereby objects to the assertions of First Amendment privilege and Texas Press Shield Law privilege for all documents so identified on Defendants' Sixth Privilege Log.

X requests the opportunity to confer on this matter. To aid the discussion, we have briefly set out our explanations for these objections. These descriptions are not meant to be exhaustive and are made without intention of limiting any argument that X may advance in any future motion practice.

***Assertion of privilege based on "TX Press Shield Laws"***

MMFA_255696-MMFA_255697, MMFA_255711, MMFA_255719-MMFA_255721, MMFA_255722, MMFA_255725, MMFA_255726, MMFA_255727, MMFA_255728, MMFA_255729, MMFA_255730, MMFA_255738, MMFA_255739, MMFA_255741, MMFA_255742, MMFA_255743, MMFA_255757, MMFA_255761, MMFA_255771, MMFA_255787-MMFA_255791, MMFA_255792, MMFA_255793-MMFA_255794, MMFA_255795-MMFA_255796, MMFA_255797, MMFA_255798, MMFA_255799, MMFA_255800, MMFA_255801, MMFA_255802-MMFA_255803, MMFA_255804, MMFA_255805-MMFA_255806, MMFA_255807-MMFA_255808, MMFA_255906-MMFA_255907, MMFA_255908, MMFA_255909, MMFA_255910-MMFA_255913, MMFA_255914, MMFA_255915, MMFA_255916, MMFA_255956, MMFA_255959, MMFA_255960, MMFA_255961-MMFA_255965, MMFA_255967, MMFA_255968, MMFA_255969, MMFA_255970, MMFA_255979-MMFA_255984, MMFA_256062, MMFA_256066, MMFA_256076, MMFA_256077, MMFA_256078, MMFA_256079, MMFA_256082, MMFA_256083, MMFA_256084, MMFA_256087, MMFA_256094, MMFA_256095, MMFA_256096, MMFA_256097, MMFA_256098, MMFA_256099, MMFA_256100, MMFA_256101, MMFA_256102, MMFA_256103, MMFA_256106,

**Appx. 0267**

MMFA_256107-MMFA_256108, MMFA_256109, MMFA_256110, MMFA_256119-MMFA_256121, MMFA_256122, MMFA_256123-MMFA_256125, MMFA_256130-MMFA_256139, MMFA_256217, MMFA_256218, MMFA_256219-MMFA_256220, MMFA_256221-MMFA_256223, MMFA_256224-MMFA_256226, MMFA_256227-MMFA_256228, MMFA_256230-MMFA_256232, MMFA_256235-MMFA_256237, MMFA_256298-MMFA_256300, MMFA_256301-MMFA_256303, MMFA_256304-MMFA_256307, MMFA_256309-MMFA_256312, MMFA_256314-MMFA_256317, MMFA_256318-MMFA_256321, MMFA_256327-MMFA_256331, MMFA_256334-MMFA_256338, MMFA_256339, MMFA_256340, MMFA_256341, MMFA_256342, MMFA_256343, MMFA_256344, MMFA_256346, MMFA_256347, MMFA_256348-MMFA_256349, MMFA_256350-MMFA_256351, MMFA_256392-MMFA_256398, MMFA_256399-MMFA_256405, MMFA_256406-MMFA_256412, MMFA_256413-MMFA_256419, MMFA_256420-MMFA_256426, MMFA_256427-MMFA_256433, MMFA_256434-MMFA_256440, MMFA_256441-MMFA_256447, MMFA_256455-MMFA_256456, MMFA_256457-MMFA_256461, MMFA_256462-MMFA_256467, MMFA_256468-MMFA_256473, MMFA_256474-MMFA_256476, MMFA_256477-MMFA_256479, MMFA_256480-MMFA_256482, MMFA_256483-MMFA_256485, MMFA_256486-MMFA_256491, MMFA_256492-MMFA_256493, MMFA_256494-MMFA_256495, MMFA_256496-MMFA_256497, MMFA_256498-MMFA_256499, MMFA_256500-MMFA_256501, MMFA_256502-MMFA_256503, MMFA_256504-MMFA_256505, MMFA_256506-MMFA_256507, MMFA_256508-MMFA_256509, MMFA_256510-MMFA_256512, MMFA_256513, MMFA_256514-MMFA_256515, MMFA_256516-MMFA_256517, MMFA_256518-MMFA_256519, MMFA_256526-MMFA_256531, MMFA_256532-MMFA_256534, MMFA_256535-MMFA_256540, MMFA_256541-MMFA_256546, MMFA_256547-MMFA_256553, MMFA_256554, MMFA_256555-MMFA_256556, MMFA_256557-MMFA_256559, MMFA_256566-MMFA_256568, MMFA_256569-MMFA_256572, MMFA_256575-MMFA_256579, MMFA_256580-MMFA_256587, MMFA_256588-MMFA_256590, MMFA_256591-MMFA_256595, MMFA_256596-MMFA_256599, MMFA_256600-MMFA_256602, MMFA_256603-MMFA_256606, MMFA_256607-MMFA_256609, MMFA_256610-MMFA_256612, MMFA_256613-MMFA_256615, MMFA_256616-MMFA_256623, MMFA_256624-MMFA_256627, MMFA_256628-MMFA_256630, MMFA_256631-MMFA_256633, MMFA_256634-MMFA_256641, MMFA_256642-MMFA_256649, MMFA_256650-MMFA_256658, MMFA_256659-MMFA_256662, MMFA_256663-MMFA_256667, MMFA_256668-MMFA_256672, MMFA_256673-MMFA_256675, MMFA_256698, MMFA_256699-MMFA_256700, MMFA_256701-MMFA_256702, MMFA_256703-MMFA_256704, MMFA_256705-MMFA_256706, MMFA_256707-MMFA_256708, MMFA_256709-MMFA_256711, MMFA_256712-MMFA_256713, MMFA_256714-MMFA_256716, MMFA_256717-MMFA_256718, MMFA_256719-MMFA_256722, MMFA_256723-MMFA_256728, MMFA_256729-MMFA_256730,



**Appx. 0268**

MMFA_256731-MMFA_256733, MMFA_256734-MMFA_256739, MMFA_256740-MMFA_256746, MMFA_256747, MMFA_256748-MMFA_256754, MMFA_256755-MMFA_256757, MMFA_256758, MMFA_256759-MMFA_256764, MMFA_256765-MMFA_256771, MMFA_256772-MMFA_256778, MMFA_256779-MMFA_256786, MMFA_256787-MMFA_256793, MMFA_256794-MMFA_256795, MMFA_256796-MMFA_256803, MMFA_256804-MMFA_256811, MMFA_256812-MMFA_256819, MMFA_256820-MMFA_256826, MMFA_256827, MMFA_256828-MMFA_256829, MMFA_256830-MMFA_256831, MMFA_256832-MMFA_256833, MMFA_256834-MMFA_256835, MMFA_256836-MMFA_256837, MMFA_256838-MMFA_256839, MMFA_256840-MMFA_256842, MMFA_256843, MMFA_256844-MMFA_256845, MMFA_256847, MMFA_256855-MMFA_256859, MMFA_256860-MMFA_256864, MMFA_256865-MMFA_256867, MMFA_256868, MMFA_256869-MMFA_256872, MMFA_256873-MMFA_256874, MMFA_256875-MMFA_256880, MMFA_256881-MMFA_256886, MMFA_256887-MMFA_256888, MMFA_256889-MMFA_256895, MMFA_256896-MMFA_256902, MMFA_256903-MMFA_256904, MMFA_256905, MMFA_256906, MMFA_256973-MMFA_256979, MMFA_256980-MMFA_256986, MMFA_256987-MMFA_256994, MMFA_256995-MMFA_257003, MMFA_257067-MMFA_257074, MMFA_257075-MMFA_257082, MMFA_257129, MMFA_257130, MMFA_257131, MMFA_257132, MMFA_257145, MMFA_257146, MMFA_257147, MMFA_257148, MMFA_257149-MMFA_257150, MMFA_257151-MMFA_257152, MMFA_257153-MMFA_257154, MMFA_257155-MMFA_257156, MMFA_257157-MMFA_257158, MMFA_257164-MMFA_257165, MMFA_257166-MMFA_257167, MMFA_257192, MMFA_257201, MMFA_257206-MMFA_257207, MMFA_257208-MMFA_257210, MMFA_257211-MMFA_257212, MMFA_257218-MMFA_257220, MMFA_257221-MMFA_257224, MMFA_257225-MMFA_257228, MMFA_257229-MMFA_257234, MMFA_257235-MMFA_257240, MMFA_257241-MMFA_257246, MMFA_257247-MMFA_257252, MMFA_257253-MMFA_257258, MMFA_257259-MMFA_257261, MMFA_257262-MMFA_257267, MMFA_257268-MMFA_257273, MMFA_257280-MMFA_257281, MMFA_257282-MMFA_257283, MMFA_257284-MMFA_257292, MMFA_257293-MMFA_257294, MMFA_257295-MMFA_257296, MMFA_257297-MMFA_257298, MMFA_257299-MMFA_257300, MMFA_257301-MMFA_257304, MMFA_257305-MMFA_257306, MMFA_257307-MMFA_257309, MMFA_257310-MMFA_257312, MMFA_257313-MMFA_257316, MMFA_257317-MMFA_257320, MMFA_257321-MMFA_257323, MMFA_257324-MMFA_257327, MMFA_257328-MMFA_257330, MMFA_257331-MMFA_257333, MMFA_257334-MMFA_257337, MMFA_257338-MMFA_257341, MMFA_257347-MMFA_257348, MMFA_257349-MMFA_257351, MMFA_257352-MMFA_257355, MMFA_257393-MMFA_257394, MMFA_257395, MMFA_257411-MMFA_257414, MMFA_257415, MMFA_257416-MMFA_257419, MMFA_257420-MMFA_257424, MMFA_257425, MMFA_257426-MMFA_257427, MMFA_257433-MMFA_257435, MMFA_257436-



**Appx. 0269**

MMFA_257437, MMFA_257438-MMFA_257439, MMFA_257440-MMFA_257441, MMFA_257442-MMFA_257443, MMFA_257446-MMFA_257448, MMFA_257449-MMFA_257452, MMFA_257453-MMFA_257457, MMFA_257458-MMFA_257460, MMFA_257461-MMFA_257463, MMFA_257464-MMFA_257469, MMFA_257470-MMFA_257475, MMFA_257476-MMFA_257481, MMFA_257482-MMFA_257487, MMFA_257494-MMFA_257495, MMFA_257496-MMFA_257503, MMFA_257504-MMFA_257511, MMFA_257515-MMFA_257525, MMFA_257526-MMFA_257536, MMFA_257537-MMFA_257541, MMFA_257551-MMFA_257552, MMFA_257553-MMFA_257558, MMFA_257592-MMFA_257596, MMFA_257626-MMFA_257631, MMFA_257632, MMFA_257633, MMFA_257634, MMFA_257673, MMFA_257674-MMFA_257675, MMFA_257676-MMFA_257677, MMFA_257678, MMFA_257685, MMFA_257692, MMFA_257795-MMFA_257801, MMFA_257802, MMFA_257803, MMFA_257804-MMFA_257810, MMFA_257811-MMFA_257818, MMFA_257854, MMFA_257855, MMFA_257856, MMFA_257857-MMFA_257858, MMFA_257859-MMFA_257860, MMFA_257861-MMFA_257862, MMFA_257863-MMFA_257864, MMFA_257865-MMFA_257866, MMFA_257916-MMFA_257922, MMFA_257923-MMFA_257929, MMFA_257930-MMFA_257936, MMFA_257945-MMFA_257951, MMFA_257952-MMFA_257959, MMFA_257962, MMFA_257963, MMFA_257976-MMFA_257983, MMFA_257987-MMFA_257994, MMFA_257995-MMFA_257998, MMFA_257999-MMFA_258003, MMFA_258004, MMFA_258005-MMFA_258009, MMFA_258010, MMFA_258011-MMFA_258015, MMFA_258017-MMFA_258021, MMFA_258022-MMFA_258026, MMFA_258027, MMFA_258028, MMFA_258029, MMFA_258030, MMFA_258031, MMFA_258032, MMFA_258033, MMFA_258034-MMFA_258035, MMFA_258111, MMFA_258112, MMFA_258113-MMFA_258114, MMFA_258115, MMFA_258116, MMFA_258117, MMFA_258118, MMFA_258119, MMFA_258120, MMFA_258121, MMFA_258122, MMFA_258123, MMFA_258124, MMFA_258125, MMFA_258126, MMFA_258127, MMFA_258128, MMFA_258129, MMFA_258130, MMFA_258131-MMFA_258134, MMFA_258135-MMFA_258139, MMFA_258140-MMFA_258143, MMFA_258144-MMFA_258148, MMFA_258149, MMFA_258150-MMFA_258156, MMFA_258158-MMFA_258160, MMFA_258676-MMFA_258681, MMFA_258712, MMFA_258713-MMFA_258714, MMFA_258715-MMFA_258716, MMFA_258717-MMFA_258718, MMFA_258719-MMFA_258720, MMFA_259092, MMFA_259095, MMFA_259096-MMFA_259102, MMFA_259105, MMFA_259106, MMFA_259107, MMFA_259108, MMFA_259109, MMFA_259110, MMFA_259111, MMFA_259112, MMFA_259113-MMFA_259114, MMFA_259115-MMFA_259116, MMFA_259243, MMFA_259244, MMFA_259245, MMFA_259311, MMFA_259312, MMFA_259313, MMFA_259883, MMFA_261183-MMFA_261186, MMFA_261187-MMFA_261189, MMFA_261190-MMFA_261192, MMFA_261193-MMFA_261196, MMFA_261197-MMFA_261200, MMFA_261201-MMFA_261204, MMFA_261205-MMFA_261208, MMFA_261209-MMFA_261212, MMFA_261213-



**Appx. 0270**

MMFA_261217, MMFA_261218-MMFA_261219, MMFA_261220-MMFA_261221, MMFA_261222-MMFA_261226, MMFA_261319-MMFA_261320, MMFA_261339-MMFA_261340, MMFA_261341-MMFA_261342, MMFA_261352-MMFA_261354, MMFA_261355-MMFA_261358, MMFA_261420-MMFA_261422, MMFA_261437-MMFA_261440, MMFA_261441-MMFA_261444, MMFA_261445-MMFA_261446, MMFA_261447-MMFA_261448, MMFA_261449-MMFA_261450, MMFA_261451-MMFA_261452, MMFA_261453-MMFA_261454, MMFA_261455-MMFA_261456, MMFA_261457-MMFA_261459, MMFA_261460-MMFA_261462, MMFA_261463-MMFA_261465, MMFA_261466-MMFA_261469, MMFA_261470-MMFA_261473, MMFA_261474-MMFA_261477, MMFA_261478-MMFA_261482, MMFA_261483-MMFA_261487, MMFA_261488-MMFA_261492, MMFA_261493, MMFA_261494, MMFA_261495, MMFA_261496, MMFA_261497, MMFA_261498, MMFA_261499, MMFA_261500, MMFA_261501, MMFA_261502, MMFA_261503, MMFA_261504, MMFA_261505, MMFA_261506, MMFA_261507, MMFA_261508, MMFA_261509, MMFA_261510, MMFA_261511-MMFA_261512, MMFA_261513-MMFA_261514, MMFA_261515-MMFA_261516, MMFA_261517-MMFA_261518, MMFA_261519-MMFA_261521, MMFA_261522-MMFA_261524, MMFA_261525-MMFA_261526, MMFA_261533-MMFA_261534, MMFA_261535-MMFA_261536, MMFA_261537-MMFA_261538, MMFA_261539-MMFA_261540, MMFA_261602-MMFA_261605, MMFA_261606-MMFA_261609, MMFA_261793-MMFA_261796, MMFA_261797-MMFA_261800, MMFA_261832-MMFA_261835, MMFA_261836-MMFA_261839, MMFA_261840-MMFA_261844, MMFA_261845-MMFA_261849, MMFA_261850-MMFA_261854, MMFA_261855-MMFA_261858, MMFA_261859-MMFA_261863, MMFA_261864-MMFA_261869, MMFA_261870-MMFA_261875, MMFA_261876-MMFA_261881, MMFA_261882-MMFA_261886, MMFA_261887-MMFA_261888, MMFA_261889, MMFA_261890, MMFA_261891, MMFA_261892-MMFA_261896, MMFA_261897-MMFA_261902, MMFA_261903, MMFA_261904-MMFA_261905, MMFA_261906-MMFA_261907, MMFA_261908, MMFA_261909-MMFA_261910, MMFA_261914-MMFA_261917, MMFA_261918-MMFA_261924, MMFA_261925-MMFA_261926, MMFA_261927-MMFA_261929, MMFA_261930-MMFA_261937, MMFA_261938-MMFA_261944, MMFA_261946-MMFA_261947, MMFA_261952, MMFA_261953, MMFA_261954-MMFA_261955, MMFA_261956-MMFA_261957, MMFA_261958-MMFA_261959, MMFA_261960-MMFA_261961, MMFA_261962, MMFA_261963, MMFA_261964, MMFA_261965, MMFA_261966-MMFA_261967, MMFA_261968-MMFA_261969, MMFA_261970-MMFA_261971, MMFA_261972-MMFA_261973, MMFA_261974-MMFA_261975, MMFA_261976-MMFA_261978, MMFA_261979-MMFA_261981, MMFA_261982-MMFA_261984, MMFA_261985-MMFA_261987, MMFA_262003, MMFA_262004, MMFA_262013-MMFA_262029, MMFA_262036-MMFA_262037, MMFA_262038-MMFA_262040, MMFA_262041-MMFA_262043, MMFA_262044-MMFA_262045, MMFA_262046-MMFA_262048,



**Appx. 0271**

MMFA_262049-MMFA_262052, MMFA_262080-MMFA_262083, MMFA_262084-MMFA_262087, MMFA_262088-MMFA_262091, MMFA_262101-MMFA_262104, MMFA_262105-MMFA_262106, MMFA_262107-MMFA_262108, MMFA_262145, MMFA_262146-MMFA_262149, MMFA_262150-MMFA_262154, MMFA_262155-MMFA_262160, MMFA_262163-MMFA_262164, MMFA_262170-MMFA_262173, MMFA_262175, MMFA_262176-MMFA_262177, MMFA_262178-MMFA_262179, MMFA_262181-MMFA_262182, MMFA_262299, MMFA_262300, MMFA_262301, MMFA_262302, MMFA_262303, MMFA_262304, MMFA_262305, MMFA_262306-MMFA_262314, MMFA_262315, MMFA_262316-MMFA_262317, MMFA_262318-MMFA_262319, MMFA_262320, MMFA_262323-MMFA_262324, MMFA_262340-MMFA_262343, MMFA_262344-MMFA_262347, MMFA_262348-MMFA_262353, MMFA_262354-MMFA_262358, MMFA_262364, MMFA_262365, MMFA_262366, MMFA_262367, MMFA_262368, MMFA_262369, MMFA_262370, MMFA_262371.

With respect to the above-listed documents, X objects that the privilege is substantively inapplicable. On its own terms, Texas's shield law applies only to "subpoenaing . . . information." Tex. Civ. Prac. & Rem. Code § 22.024(4). As parties to this litigation, Defendants are instead subject to the Federal Rules of Civil Procedure governing disclosure and production of documents. *See* Fed. R. Civ. P. 26, 34. X is of course aware of the Court's ruling with respect to this argument (and others concerning the Texas Press Shield Law), *see* ECF No. 136 at 3, and asserts this argument here for the preservation of all future rights.

X also objects that the assertion of privilege with respect to the documents at issue exceeds the scope of any statutory protections, which would extend at most to certain materials "prepared while acting as a journalist" or the "source" thereof. Tex. Civ. Prac. & Rem. Code § 22.023(1)-(2). Finally, Defendants' generalized claim of privilege for "internal strategic communications," "strategic advocacy work," "MMFA's journalistic process and procedures," "process" and/or "strategy" is insufficiently specific. Even if the Texas Civil Practice & Remedies Code applies here, these assertions are vague, generalized and do not provide sufficient detail for X or the Court to determine how or why the underlying document would be privileged. Finally, the Court's ruling on the ten specific documents that Defendants submitted for in camera review, ECF No. 169, applied only to those documents and does not prevent X from challenging the assertion of privilege as to other documents or seeking to compel the above listed documents based on the Section 22.024 factors. Tex. Civ. Prac. & Rem. Code § 22.024.

***Assertion of a First Amendment and/or "TX Press Shield Laws" privilege with respect to "MMFA partner[s]," "partner[s]," and/or "issue-based organization[s]."***

MMFA_255696-MMFA_255697, MMFA_255742, MMFA_255743, MMFA_255757, MMFA_255761, MMFA_255792, MMFA_255801, MMFA_255802-MMFA_255803, MMFA_255804, MMFA_255805-MMFA_255806, MMFA_255807-MMFA_255808, MMFA_255970, MMFA_255979-MMFA_255984, MMFA_256066, MMFA_256096,

6 | P a g e



**Appx. 0272**

MMFA_256106, MMFA_256107-MMFA_256108, MMFA_256109, MMFA_256110, MMFA_256119-MMFA_256121, MMFA_256122, MMFA_256123-MMFA_256125, MMFA_256130-MMFA_256139, MMFA_256217, MMFA_256218, MMFA_256219-MMFA_256220, MMFA_256221-MMFA_256223, MMFA_256224-MMFA_256226, MMFA_256227-MMFA_256228, MMFA_256230-MMFA_256232, MMFA_256235-MMFA_256237, MMFA_256298-MMFA_256300, MMFA_256301-MMFA_256303, MMFA_256304-MMFA_256307, MMFA_256309-MMFA_256312, MMFA_256314-MMFA_256317, MMFA_256318-MMFA_256321, MMFA_256327-MMFA_256331, MMFA_256334-MMFA_256338, MMFA_256339, MMFA_256340, MMFA_256341, MMFA_256342, MMFA_256343, MMFA_256344, MMFA_256345, MMFA_256346, MMFA_256347, MMFA_256348-MMFA_256349, MMFA_256350-MMFA_256351, MMFA_256392-MMFA_256398, MMFA_256399-MMFA_256405, MMFA_256406-MMFA_256412, MMFA_256413-MMFA_256419, MMFA_256420-MMFA_256426, MMFA_256427-MMFA_256433, MMFA_256434-MMFA_256440, MMFA_256441-MMFA_256447, MMFA_256455-MMFA_256456, MMFA_256457-MMFA_256461, MMFA_256462-MMFA_256467, MMFA_256468-MMFA_256473, MMFA_256474-MMFA_256476, MMFA_256477-MMFA_256479, MMFA_256480-MMFA_256482, MMFA_256483-MMFA_256485, MMFA_256486-MMFA_256491, MMFA_256492-MMFA_256493, MMFA_256494-MMFA_256495, MMFA_256496-MMFA_256497, MMFA_256498-MMFA_256499, MMFA_256500-MMFA_256501, MMFA_256502-MMFA_256503, MMFA_256504-MMFA_256505, MMFA_256506-MMFA_256507, MMFA_256508-MMFA_256509, MMFA_256510-MMFA_256512, MMFA_256513, MMFA_256514-MMFA_256515, MMFA_256516-MMFA_256517, MMFA_256518-MMFA_256519, MMFA_256526-MMFA_256531, MMFA_256532-MMFA_256534, MMFA_256535-MMFA_256540, MMFA_256541-MMFA_256546, MMFA_256547-MMFA_256553, MMFA_256554, MMFA_256555-MMFA_256556, MMFA_256557-MMFA_256559, MMFA_256566-MMFA_256568, MMFA_256569-MMFA_256572, MMFA_256575-MMFA_256579, MMFA_256580-MMFA_256587, MMFA_256588-MMFA_256590, MMFA_256591-MMFA_256595, MMFA_256596-MMFA_256599, MMFA_256600-MMFA_256602, MMFA_256603-MMFA_256606, MMFA_256607-MMFA_256609, MMFA_256610-MMFA_256612, MMFA_256613-MMFA_256615, MMFA_256616-MMFA_256623, MMFA_256624-MMFA_256627, MMFA_256628-MMFA_256630, MMFA_256631-MMFA_256633, MMFA_256634-MMFA_256641, MMFA_256642-MMFA_256649, MMFA_256650-MMFA_256658, MMFA_256659-MMFA_256662, MMFA_256663-MMFA_256667, MMFA_256668-MMFA_256672, MMFA_256673-MMFA_256675, MMFA_256698, MMFA_256699-MMFA_256700, MMFA_256701-MMFA_256702, MMFA_256703-MMFA_256704, MMFA_256705-MMFA_256706, MMFA_256707-MMFA_256708, MMFA_256709-MMFA_256711, MMFA_256712-MMFA_256713, MMFA_256714-MMFA_256716, MMFA_256717-MMFA_256718, MMFA_256719-MMFA_256722, MMFA_256723-MMFA_256728,



MMFA_256729-MMFA_256730, MMFA_256731-MMFA_256733, MMFA_256734-MMFA_256739, MMFA_256740-MMFA_256746, MMFA_256747, MMFA_256748-MMFA_256754, MMFA_256758, MMFA_256759-MMFA_256764, MMFA_256765-MMFA_256771, MMFA_256772-MMFA_256778, MMFA_256779-MMFA_256786, MMFA_256787-MMFA_256793, MMFA_256794-MMFA_256795, MMFA_256796-MMFA_256803, MMFA_256804-MMFA_256811, MMFA_256820-MMFA_256826, MMFA_256827, MMFA_256828-MMFA_256829, MMFA_256830-MMFA_256831, MMFA_256832-MMFA_256833, MMFA_256834-MMFA_256835, MMFA_256836-MMFA_256837, MMFA_256838-MMFA_256839, MMFA_256840-MMFA_256842, MMFA_256843, MMFA_256844-MMFA_256845, MMFA_256855-MMFA_256859, MMFA_256860-MMFA_256864, MMFA_256865-MMFA_256867, MMFA_256868, MMFA_256869-MMFA_256872, MMFA_256873-MMFA_256874, MMFA_256875-MMFA_256880, MMFA_256881-MMFA_256886, MMFA_256887-MMFA_256888, MMFA_256889-MMFA_256895, MMFA_256896-MMFA_256902, MMFA_256903-MMFA_256904, MMFA_256973-MMFA_256979, MMFA_256980-MMFA_256986, MMFA_256987-MMFA_256994, MMFA_256995-MMFA_257003, MMFA_257067-MMFA_257074, MMFA_257075-MMFA_257082, MMFA_257129, MMFA_257130, MMFA_257131, MMFA_257132, MMFA_257145, MMFA_257146, MMFA_257147, MMFA_257148, MMFA_257149-MMFA_257150, MMFA_257151-MMFA_257152, MMFA_257153-MMFA_257154, MMFA_257155-MMFA_257156, MMFA_257157-MMFA_257158, MMFA_257164-MMFA_257165, MMFA_257166-MMFA_257167, MMFA_257192, MMFA_257201, MMFA_257206-MMFA_257207, MMFA_257208-MMFA_257210, MMFA_257218-MMFA_257220, MMFA_257221-MMFA_257224, MMFA_257225-MMFA_257228, MMFA_257229-MMFA_257234, MMFA_257235-MMFA_257240, MMFA_257241-MMFA_257246, MMFA_257247-MMFA_257252, MMFA_257253-MMFA_257258, MMFA_257259-MMFA_257261, MMFA_257262-MMFA_257267, MMFA_257268-MMFA_257273, MMFA_257280-MMFA_257281, MMFA_257282-MMFA_257283, MMFA_257284-MMFA_257292, MMFA_257293-MMFA_257294, MMFA_257295-MMFA_257296, MMFA_257297-MMFA_257298, MMFA_257299-MMFA_257300, MMFA_257305-MMFA_257306, MMFA_257307-MMFA_257309, MMFA_257310-MMFA_257312, MMFA_257313-MMFA_257316, MMFA_257317-MMFA_257320, MMFA_257321-MMFA_257323, MMFA_257324-MMFA_257327, MMFA_257328-MMFA_257330, MMFA_257331-MMFA_257333, MMFA_257334-MMFA_257337, MMFA_257338-MMFA_257341, MMFA_257347-MMFA_257348, MMFA_257349-MMFA_257351, MMFA_257352-MMFA_257355, MMFA_257393-MMFA_257394, MMFA_257411-MMFA_257414, MMFA_257415, MMFA_257416-MMFA_257419, MMFA_257420-MMFA_257424, MMFA_257425, MMFA_257426-MMFA_257427, MMFA_257433-MMFA_257435, MMFA_257436-MMFA_257437, MMFA_257438-MMFA_257439, MMFA_257440-MMFA_257441, MMFA_257442-MMFA_257443, MMFA_257446-MMFA_257448, MMFA_257449-



MMFA_257452, MMFA_257453-MMFA_257457, MMFA_257458-MMFA_257460, MMFA_257461-MMFA_257463, MMFA_257464-MMFA_257469, MMFA_257470-MMFA_257475, MMFA_257476-MMFA_257481, MMFA_257482-MMFA_257487, MMFA_257496-MMFA_257503, MMFA_257504-MMFA_257511, MMFA_257515-MMFA_257525, MMFA_257526-MMFA_257536, MMFA_257537-MMFA_257541, MMFA_257551-MMFA_257552, MMFA_257553-MMFA_257558, MMFA_257592-MMFA_257596, MMFA_257626-MMFA_257631, MMFA_257632, MMFA_257633, MMFA_257634, MMFA_257673, MMFA_257674-MMFA_257675, MMFA_257676-MMFA_257677, MMFA_257678, MMFA_257685, MMFA_257795-MMFA_257801, MMFA_257802, MMFA_257803, MMFA_257804-MMFA_257810, MMFA_257811-MMFA_257818, MMFA_257857-MMFA_257858, MMFA_257859-MMFA_257860, MMFA_257861-MMFA_257862, MMFA_257863-MMFA_257864, MMFA_257865-MMFA_257866, MMFA_258004, MMFA_258011-MMFA_258015, MMFA_258033, MMFA_258034-MMFA_258035, MMFA_258111, MMFA_258112, MMFA_258113-MMFA_258114, MMFA_258131-MMFA_258134, MMFA_258135-MMFA_258139, MMFA_258140-MMFA_258143, MMFA_258144-MMFA_258148, MMFA_258150-MMFA_258156, MMFA_258158-MMFA_258160, MMFA_258713-MMFA_258714, MMFA_258715-MMFA_258716, MMFA_258717-MMFA_258718, MMFA_258719-MMFA_258720, MMFA_259092, MMFA_259095, MMFA_259096-MMFA_259102, MMFA_259105, MMFA_259106, MMFA_259107, MMFA_259108, MMFA_259109, MMFA_259110, MMFA_259111, MMFA_259113-MMFA_259114, MMFA_259115-MMFA_259116, MMFA_259243, MMFA_259245, MMFA_259311, MMFA_259312, MMFA_261187-MMFA_261189, MMFA_261190-MMFA_261192, MMFA_261193-MMFA_261196, MMFA_261197-MMFA_261200, MMFA_261201-MMFA_261204, MMFA_261205-MMFA_261208, MMFA_261209-MMFA_261212, MMFA_261213-MMFA_261217, MMFA_261218-MMFA_261219, MMFA_261220-MMFA_261221, MMFA_261222-MMFA_261226, MMFA_261319-MMFA_261320, MMFA_261339-MMFA_261340, MMFA_261341-MMFA_261342, MMFA_261352-MMFA_261354, MMFA_261355-MMFA_261358, MMFA_261420-MMFA_261422, MMFA_261437-MMFA_261440, MMFA_261441-MMFA_261444, MMFA_261445-MMFA_261446, MMFA_261447-MMFA_261448, MMFA_261449-MMFA_261450, MMFA_261451-MMFA_261452, MMFA_261453-MMFA_261454, MMFA_261455-MMFA_261456, MMFA_261457-MMFA_261459, MMFA_261460-MMFA_261462, MMFA_261463-MMFA_261465, MMFA_261466-MMFA_261469, MMFA_261470-MMFA_261473, MMFA_261474-MMFA_261477, MMFA_261478-MMFA_261482, MMFA_261483-MMFA_261487, MMFA_261488-MMFA_261492, MMFA_261510, MMFA_261511-MMFA_261512, MMFA_261513-MMFA_261514, MMFA_261515-MMFA_261516, MMFA_261517-MMFA_261518, MMFA_261519-MMFA_261521, MMFA_261522-MMFA_261524, MMFA_261525-MMFA_261526, MMFA_261533-MMFA_261534, MMFA_261535-MMFA_261536, MMFA_261537-MMFA_261538, MMFA_261539-



**Appx. 0275**

MMFA_261540, MMFA_261602-MMFA_261605, MMFA_261606-MMFA_261609, MMFA_261793-MMFA_261796, MMFA_261797-MMFA_261800, MMFA_261832-MMFA_261835, MMFA_261836-MMFA_261839, MMFA_261840-MMFA_261844, MMFA_261845-MMFA_261849, MMFA_261850-MMFA_261854, MMFA_261855-MMFA_261858, MMFA_261859-MMFA_261863, MMFA_261864-MMFA_261869, MMFA_261870-MMFA_261875, MMFA_261876-MMFA_261881, MMFA_261882-MMFA_261886, MMFA_261887-MMFA_261888, MMFA_261889, MMFA_261890, MMFA_261891, MMFA_261892-MMFA_261896, MMFA_261897-MMFA_261902, MMFA_261903, MMFA_261904-MMFA_261905, MMFA_261906-MMFA_261907, MMFA_261908, MMFA_261909-MMFA_261910, MMFA_261914-MMFA_261917, MMFA_261918-MMFA_261924, MMFA_261925-MMFA_261926, MMFA_261927-MMFA_261929, MMFA_261930-MMFA_261937, MMFA_261938-MMFA_261944, MMFA_261946-MMFA_261947, MMFA_261952, MMFA_261953, MMFA_261954-MMFA_261955, MMFA_261956-MMFA_261957, MMFA_261958-MMFA_261959, MMFA_261960-MMFA_261961, MMFA_261962, MMFA_261963, MMFA_261964, MMFA_261965, MMFA_261966-MMFA_261967, MMFA_261968-MMFA_261969, MMFA_261970-MMFA_261971, MMFA_261972-MMFA_261973, MMFA_261974-MMFA_261975, MMFA_261976-MMFA_261978, MMFA_261979-MMFA_261981, MMFA_261982-MMFA_261984, MMFA_261985-MMFA_261987, MMFA_262013-MMFA_262029, MMFA_262036-MMFA_262037, MMFA_262038-MMFA_262040, MMFA_262041-MMFA_262043, MMFA_262044-MMFA_262045, MMFA_262046-MMFA_262048, MMFA_262049-MMFA_262052, MMFA_262080-MMFA_262083, MMFA_262084-MMFA_262087, MMFA_262088-MMFA_262091, MMFA_262101-MMFA_262104, MMFA_262105-MMFA_262106, MMFA_262107-MMFA_262108, MMFA_262145, MMFA_262146-MMFA_262149, MMFA_262150-MMFA_262154, MMFA_262155-MMFA_262160, MMFA_262163-MMFA_262164, MMFA_262170-MMFA_262173, MMFA_262175, MMFA_262176-MMFA_262177, MMFA_262178-MMFA_262179, MMFA_262181-MMFA_262182, MMFA_262306-MMFA_262314, MMFA_262316-MMFA_262317, MMFA_262318-MMFA_262319, MMFA_262340-MMFA_262343, MMFA_262344-MMFA_262347, MMFA_262348-MMFA_262353, MMFA_262354-MMFA_262358.

With respect to the above-listed documents, X objects that Defendants' assertion is vague, impermissible boilerplate. X is unable to determine what a "MMFA Partner" is or why the identities of Defendants' "MMFA Partners" would be privileged. The same is true for Defendants' assertions of privilege based on "issue-based organizations" as well as any communications between Defendants and any "partner."

Moreover, X's position is that the First Amendment does not protect the disclosure of partner identities during discovery in civil litigation between private parties. The same is likely true of Defendants' claim of privilege with respect to "issue-based organizations," however,



**Appx. 0276**

Defendants' privilege log does not contain sufficient detail for X to determine the First Amendment's applicability, if any. Finally, X's need for the information at issue outweighs the asserted interests in protection from disclosure under the First Amendment.

***Assertion of privilege for any material—including but not limited to research—"unrelated" to this case (e.g., any assertion of First Amendment privilege with respect to allegedly unrelated communications with journalists)***

> MMFA_255711, MMFA_255722, MMFA_255725, MMFA_255726, MMFA_255727, MMFA_255728, MMFA_255729, MMFA_255730, MMFA_255738, MMFA_255739, MMFA_255741, MMFA_255771, MMFA_255800, MMFA_255915, MMFA_255916, MMFA_255956, MMFA_255959, MMFA_255960, MMFA_255967, MMFA_255968, MMFA_255969, MMFA_256062, MMFA_256076, MMFA_256077, MMFA_256078, MMFA_256079, MMFA_256082, MMFA_256083, MMFA_256084, MMFA_256087, MMFA_256096, MMFA_256099, MMFA_256100, MMFA_257395, MMFA_257632, MMFA_257633, MMFA_257634, MMFA_257673, MMFA_257678, MMFA_257685, MMFA_257692, MMFA_257802, MMFA_257803, MMFA_257962, MMFA_257963, MMFA_258010, MMFA_258027, MMFA_258028, MMFA_258029, MMFA_258030, MMFA_258031, MMFA_258032, MMFA_258115, MMFA_258116, MMFA_258117, MMFA_258118, MMFA_258119, MMFA_258120, MMFA_258121, MMFA_258122, MMFA_258123, MMFA_258124, MMFA_258125, MMFA_258126, MMFA_258127, MMFA_258128, MMFA_258129, MMFA_258130, MMFA_258149, MMFA_258712, MMFA_259092, MMFA_259095, MMFA_259105, MMFA_259106, MMFA_259107, MMFA_259108, MMFA_259109, MMFA_259110, MMFA_259111, MMFA_259243, MMFA_259245, MMFA_259311, MMFA_259312, MMFA_262003, MMFA_262004, MMFA_262299, MMFA_262300, MMFA_262301, MMFA_262302, MMFA_262303, MMFA_262304, MMFA_262305, MMFA_262315, MMFA_262320, MMFA_262367, MMFA_262368, MMFA_262369, MMFA_262370, MMFA_262371.

With respect to the above-listed documents, Defendants' descriptions provide insufficient information allowing X or the Court to gauge whether the documents are "unrelated." If Defendants claim a document is unrelated, Defendants must provide sufficient information to allow X to assess whether to dispute that characterization. The asserted First Amendment privilege is also too vague and lacking in detail to allow X or the Court to determine the applicability of the privilege. Finally, as X indicated above, the First Amendment does not protect responsive communications in civil litigation between private parties.

***Assertion of First Amendment and "TX Press Shield Laws" in addition to redaction[s] based on attorney-client privilege***

MMFA_257910- MMFA_257915

In addition to the above concerns regarding conversations with journalists, this document has been singled out to specify that X is not challenging Defendants' attorney-client privilege designation, but rather only the redactions claimed pursuant to the First Amendment or "TX Press Shield Laws."



        Please let us know of your availability in the next two weeks to discuss the issues raised in this correspondence.

                                        Sincerely,

                                        */s/ Michael R. Abrams*
                                        Michael R. Abrams
                                        Stone Hilton PLLC
                                        michael@stonehilton.com
                                        (737) 465-3897


cc:     All counsel of record



**Appx. 0278**

TAB 9

# STONE HILTON

September 29, 2025

Shawn Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 19th Floor
New York, NY 10022
snaunton@zuckerman.com

*via e-mail*

**RE:    Plaintiff X Corp.'s Objections to Defendants' Tenth Privilege Log**

Dear Shawn,

Pursuant to Section III of the Parties' Revised Stipulation for the Exchange of Privilege Logs, Plaintiff X Corp. hereby objects to the assertions of First Amendment and Texas Press Shield Law privileges for all documents identified as such on Defendants' Tenth Privilege Log, served on September 15, 2025, and originating from Defendants' 28th document production (the "Documents").

X has previously set out the reasons for its objections to Defendants' broad assertions of these privilege claims in court filings and correspondence between the parties, and X understands that the parties remain at an impasse over both the general applicability of the privileges and the specific application of those privileges to all of the documents that Defendants have logged. Across multiple privilege logs, Defendants have redacted hundreds of names of Defendants' "partners" from documents on the basis that disclosure would purportedly "chill their and the MMFA's First Amendment speech and association rights." And in many other instances, Defendants have either withheld documents completely or redacted large portions of documents on the basis of the Texas Press Shield Law. *See* Tex. Civ. Prac. & Rem. Code §§ 22.021-.027. X maintains its position that Defendants cannot invoke these doctrines as a matter of first principles. Further, to the extent they apply, both protections must give way if sufficient need for the information is demonstrated.

On review of the Documents, Defendants have redacted information that is critical to the maintenance of X's claims, and X cannot present its case to a factfinder with the redactions that Defendants have made. Accordingly, X intends to request that the Court order Defendants to produce the below-listed documents in unredacted form. Defendants offer these representative examples without waiver of the right to call additional documents to the Court's attention:

**Appx. 0280**

MMFA_394536;    MMFA_394626;    MMFA_395494;    MMFA_395587;
MMFA_395596;    MMFA_395676;    MMFA_396397;    MMFA_394099;
MMFA_394100;    MMFA_394101;    MMFA_394102;    MMFA_394103.

As indicated above, X intends to file a motion to compel asking the Court to order these documents produced in unredacted form. In light of the importance of this information to X's claims, X intends to file its motion no later than Friday, October 3. We are available to discuss any of the issues raised in this letter this week. Thank you for your consideration of these issues.

Sincerely,

*/s/ Michael R. Abrams*
Michael R. Abrams
STONE HILTON PLLC
michael@stonehilton.com
(737) 465-3897

cc:    Counsel of record



**Appx. 0281**

TAB 10

# STONE HILTON

November 7, 2025

Shawn Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 19th Floor
New York, NY 10022
snaunton@zuckerman.com

*via e–mail*

**RE:    Challenge to First Amendment and Press Shield Law Privilege Designations**

Dear Shawn,

Thank you for conferring with us on October 1 regarding X's objections to the privilege designations on Defendants' tenth privilege log. Following our meeting, Defendants provided an overlay production of the documents at issue to avoid the necessity of motion practice with respect to those specific documents. As we mentioned during the meeting, and reiterate in this letter, X has objected and continues to object to many of Defendants' First Amendment and Texas Press Shield Law privilege claims, which lack merit for the reasons X has articulated in prior letters.

X has conducted another detailed review of a portion of documents logged as part of Defendants' recent privilege logs in light of the parties' conferral process. Based on that review, the following documents appear to contain highly relevant information that has been improperly redacted on either or both First Amendment and Texas Press Shield Law grounds. As before, we request that Defendants review the below listed documents and, following that review, either produce these documents in unredacted form or confirm that Defendants will not do so. The documents are:

| | | | |
|---|---|---|---|
| MMFA_298401; | MMFA_299351; | MMFA_300455; | MMFA_301122; |
| MMFA_302118; | MMFA_302236; | MMFA_302256; | MMFA_302279; |
| MMFA_302282; | MMFA_302295; | MMFA_302977; | MMFA_303017; |
| MMFA_303061; | MMFA_304017; | MMFA_304021; | MMFA_391368; |
| MMFA_391438; | MMFA_391460; | MMFA_391482; | MMFA_391504; |
| MMFA_391526; | MMFA_391548; | MMFA_391570; | MMFA_391592; |
| MMFA_394543; | MMFA_394558; | MMFA_394570; | MMFA_394574; |
| MMFA_394688; | MMFA_394743; | MMFA_394747; | MMFA_394779; |
| MMFA_394808; | MMFA_395676; | MMFA_395998; | MMFA_396271; |
| MMFA_396369; | MMFA_405641; | MMFA_408221; | MMFA_408224; |



**Appx. 0283**

MMFA_408227;   MMFA_408230;   MMFA_408428;   MMFA_408432; MMFA_408477;   MMFA_408597.

Additionally, X has identified five fully withheld documents from November 2023. Because it is unlikely that materials from the same month as the articles at the center of this dispute do not contain any relevant material, X requests that these documents be produced in full or appropriately redacted:

MMFA_013784; MMFA_013788; MMFA_302757; MMFA_303981; MMFA_303379.

Please let us know if Defendants will agree to produce the above-listed documents in full and unredacted form by Friday, November 14. Otherwise, X will be prepared to file a motion to compel with respect to the documents listed above. As before, we are happy to confer regarding the matters raised in this letter and can make ourselves available at your convenience next week.

Sincerely,

*/s/ Michael R. Abrams*
Michael R. Abrams
STONE HILTON PLLC
michael@stonehilton.com
(737) 465–3897

cc:   Counsel of record



**Appx. 0284**

TAB 11



Miles Clark
PARTNER
Zuckerman Spaeder LLP
mclark@zuckerman.com
(202) 778-1863

December 8, 2025

**VIA E-MAIL**

Michael R. Abrams
Stone Hilton PLLC
600 Congress Avenue
Suite 2350
Austin, TX 78701
michael@stonehilton.com

      Re:     *X Corp. v. Media Matters for America, et al.*, No. 4:23-cv-01175-O (N.D. Tex.)

Dear Michael:

This letter responds to your letter dated November 7, 2025, which identifies 51 documents that X contends have been improperly withheld from discovery in whole or in part on First Amendment and/or Texas Press Shield grounds.

Notwithstanding the untimeliness of X's challenges as to a majority of the documents identified in your letter, in an effort to avoid burdening the Court with unnecessary motions practice, Defendants are hereby producing or reproducing 49 of the 51 documents in the manner summarized below. In doing so, Defendants reserve all rights as to all applicable privileges.

The following 18 documents identified in your letter are being produced or reproduced in full with no redactions: MMFA_302279; MMFA_302282; MMFA_302757; MMFA_303379; MMFA_303981; MMFA_304017; MMFA_391368; MMFA_394558; MMFA_394688; MMFA_394779; MMFA_395998; MMFA_396369; MMFA_408221; MMFA_408224; MMFA_408227; MMFA_408230; MMFA_408428; and MMFA_408477.

The following 31 documents identified in your letter are being produced or reproduced with substantially fewer redactions: MMFA_013784; MMFA_013788; MMFA_298401; MMFA_299351; MMFA_300455; MMFA_301122; MMFA_302118; MMFA_302236; MMFA_302256; MMFA_302295; MMFA_302977; MMFA_303061; MMFA_304021; MMFA_391438; MMFA_391460; MMFA_391482; MMFA_391504; MMFA_391526; MMFA_391548; MMFA_391570; MMFA_391592; MMFA_394543; MMFA_394570; MMFA_394743; MMFA_394747; MMFA_394808; MMFA_395676; MMFA_396271; MMFA_405641; MMFA_408432; and MMFA_408597.

**Appx. 0286**

Defendants have determined that no further redactions are warranted for the remaining two documents identified in your letter: MMFA_303017 and MMFA_394574. The topics discussed in the redacted portions of those documents, which include personnel matters, personal matters, and Media Matters reporting and advocacy unrelated to Twitter, X, or Elon Musk, are not relevant to the claims or defenses in this action.

Please let us know if you would like to discuss further any of the 51 documents identified in your letter.

Sincerely,

/s/ *Miles Clark*

Miles Clark

**Appx. 0287**

TAB 12

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283861 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/28/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283869 | Redacted | Chat | Allison Fisher <afisher@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2022 10:00 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283871 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/18/2022 4:36 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist informant from whom MMFA received confidential information.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283878 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/08/2022 9:27 PM | First Amendment | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_283879 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/14/2022 10:06 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283881 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/28/2022 12:34 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283883 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/13/2022 10:17 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0289

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date/Time | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283884 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/29/2022 9:31 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283889 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/30/2022 11:17 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283897 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/27/2022 9:43 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283900 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/10/2022 9:59 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283903 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/10/2022 8:14 PM | First Amendment | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_283904 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/11/2022 9:15 AM | First Amendment | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_283905 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/15/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0290

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283906 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/15/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283907 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/15/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283908 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/22/2022 9:51 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283912 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/22/2022 12:53 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283919 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/5/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283921 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/06/2022 9:23 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283924 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/07/2022 10:39 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0291**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283926 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/08/2022 10:06 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283930 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/9/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283931 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/13/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283934 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/13/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0292

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | | | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283936 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Jeremy Tuthill <jtuthill@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Jeremy Tuthill <jtuthill@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283963 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/13/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0293**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | To | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283969 | Withheld | Chat | Ruby Seavey <rseavey@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283970 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0294

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283976 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_283977 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0295**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_283987 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/5/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284007 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/9/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284046 | Redacted | Chat | {Redacted} | {Redacted} | | | | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0296

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284053 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Google Drive;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 9/8/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284103 | Withheld | Chat | Ruby Seavey <rseavey@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0297**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284126 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 9/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284131 | Withheld | Chat | Andrea Austria <aaustria@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/13/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0298**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284132 | Withheld | Chat | Ruby Seavey <rseavey@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284133 | Withheld | Chat | Ruby Seavey <rseavey@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0299

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284134 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284135 | Withheld | Chat | Jack Winstanley <jwinstanley@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Helena Hind <hhind@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/5/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0300**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284136 | Withheld | Chat | Jack Winstanley <jwinstanley@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/5/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284137 | Withheld | Chat | Jack Winstanley <jwinstanley@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/6/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0301

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284142 | Withheld | Chat | Jack Winstanley <jwinstanley@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 9/1/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284143 | Withheld | Chat | Camden Carter <ccarter@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 9/8/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0302

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284144 | Withheld | Chat | Andrea Austria <aaustria@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 9/8/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy articles or to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284149 | Redacted | Chat | Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Jeremy Tuthill <jtuthill@mediamatters.org> | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Jeremy Tuthill <jtuthill@mediamatters.org> | | | 04/26/2022 9:16 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284157 | Withheld | Chat | Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 4/26/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284158 | Withheld | Chat | Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Jeremy Tuthill <jtuthill@mediamatters.org> | Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Jeremy Tuthill <jtuthill@mediamatters.org> | | | 4/26/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284163 | Withheld | Chat | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/21/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284166 | Withheld | Chat | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 12/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0303**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284167 | Redacted | Chat | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Jake Dougherty <jdougherty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 12/20/2022 9:39 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284176 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 7/28/2023 | First Amendment | Internal communications between MMFA employees discussing MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284177 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 10/2/2023 | First Amendment | Internal communications between MMFA employees discussing MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284178 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 10/4/2023 | First Amendment | Internal communications between MMFA employees discussing MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284181 | Withheld | Chat | Andrew Lawrence <alawrence@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 9/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284182 | Redacted | Chat | {Redacted} | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | | | 10/25/2022 12:44 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284185 | Redacted | Chat | {Redacted} | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | | | 11/03/2022 3:20 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284189 | Redacted | Chat | Stefanie Le <sle@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/05/2021 10:12 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284191 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/05/2021 2:10 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284192 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 7/1/2021 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284193 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 07/23/2021 9:32 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0304

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284197 | Redacted | Chat | Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/25/2021 10:11 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284200 | Redacted | Chat | Brennan Suen <bsuen@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/03/2021 1:37 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284208 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Allison Fisher <afisher@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 12/8/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284234 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 4/26/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284235 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 10/26/2022 10:10 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284254 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 11/01/2022 9:36 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284272 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 11/04/2022 10:39 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284302 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 11/09/2022 9:01 AM | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284325 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284326 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 11/16/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0305

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284327 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 11/21/2022 9:29 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284336 | Redacted | Chat | Ruby Seavey <rseavey@mediamatters.org> | Ruby Seavey <rseavey@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 04/26/2022 11:07 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284337 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Simple Poll;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 8/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284338 | Withheld | Chat | Alex Kaplan <akaplan@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Simple Poll;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 8/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0306**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284369 | Withheld | Chat | Sergio Munoz <smunoz@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Keeli Telleen <ktelleen@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284374 | Redacted | Chat | Brennan Suen <bsuen@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org> | | | 11/29/2022 10:32 AM | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284449 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Erin Kee <ekee@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Erin Kee <ekee@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 5/19/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0307

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284450 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Erin Kee <ekee@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Erin Kee <ekee@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 5/20/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284451 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Elizabeth Sullivan <esullivan@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Elizabeth Sullivan <esullivan@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 8/29/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284464 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284513 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Alek Kuckowicz <akuckowicz@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 12/9/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0308

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284516 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 04/26/2022 9:07 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284518 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Lauren Cross <lcross@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 04/26/2022 9:13 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284521 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/27/2022 9:53 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284523 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/28/2022 10:07 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalists' identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284525 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/23/2022 9:04 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284527 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 06/08/2023 9:52 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284536 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 06/07/2023 10:57 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the identities of the partner and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284544 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 07/28/2023 4:58 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284548 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 09/05/2023 1:56 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0309**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_284557 | Withheld | Chat | Anya Silverman-Stoloff;Casey Hargrave <chargrave@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Anya Silverman-Stoloff;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | 7/6/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees regarding requests from third-party journalists for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284558 | Redacted | Chat | {Redacted} | {Redacted};Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | 07/11/2022 8:44 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284559 | Redacted | Chat | {Redacted} | {Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | 11/23/2022 10:11 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the individuals' identities and partner's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284562 | Redacted | Chat | {Redacted} | {Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org> | | 11/04/2022 8:38 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284572 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | 10/19/2023 | First Amendment | Internal communications between MMFA employees discussing MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284573 | Withheld | Chat | Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | 7/6/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees regarding requests from third-party journalists for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284574 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | 06/27/2023 8:34 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0310

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284576 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284585 | Withheld | Chat | Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 5/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0311

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_284593 | Withheld | Chat | Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 6/3/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284616 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 7/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284623 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 12/14/2022 8:54 AM | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_284627 | Withheld | Chat | John Knefel <jknefel@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | Jack Wheatley <jwheatley@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 4/26/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0312

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | Date | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_284638 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | 12/13/2022 | | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284639 | Withheld | Chat | Jack Winstanley <jwinstanley@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Charis Hoard <choard@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | 12/13/2022 | | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284647 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | 4/14/2022 | | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284648 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | 4/15/2022 | | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_284663 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | 12/5/2022 | | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286553 | Redacted | Chat | Matt Gertz <mgertz@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | 04/24/2023 9:06 AM | | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist with whom MMFA participated in private panel discussion events. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0313

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_286555 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Lis Power <lpower@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 5/9/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286556 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 5/9/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286558 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 5/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286569 | Redacted | Chat | Sharon Kann <skann@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 07/14/2023 7:28 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_286582 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/4/2023 | First Amendment | Internal communications between MMFA employees discussing MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_286583 | Redacted | Chat | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/11/2023 7:53 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.

First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_286584 | Redacted | Chat | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/23/2023 5:38 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286585 | Redacted | Chat | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/23/2023 5:54 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286587 | Redacted | Chat | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/24/2023 9:12 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286589 | Redacted | Chat | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/25/2023 9:05 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286590 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Faith Branch <fbranch@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Faith Branch <fbranch@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 06/14/2023 10:06 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286593 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Faith Branch <fbranch@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Faith Branch <fbranch@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 06/14/2023 11:48 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286595 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 06/21/2023 10:06 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0315

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_286597 | Redacted | Chat | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted};Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 06/27/2023 6:17 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286598 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 9/7/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286599 | Withheld | Chat | Shelby Jamerson <sjamerson@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | | | 9/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286600 | Withheld | Word | Laura Keiter | | | | 5/27/2021 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0316

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_286601 | Withheld | Word | Andrea Alford | | | | 5/27/2021 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286602 | Redacted | Word | Sergio Munoz | | | | 11/11/2021 9:27 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_286608 | Redacted | Word | Rebecca Sturtevant | | | | 11/11/2021 9:27 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_286829 | Withheld | Word | Julie Millican | | | | 1/13/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_286830 | Withheld | Word | Cynthia Padera;Julie Millican | | | | 12/31/9999 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0317

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_286831 | Withheld | Word | Bruce Jacobs | | | | 3/4/2022 | First Amendment;TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_286832 | Withheld | Word | Bruce Jacobs | | | | 3/4/2022 | First Amendment;TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_286833 | Withheld | Word | Julie Millican;Cynthia Padera | | | | 12/31/9999 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_288553 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@siriusxm.com> | {Redacted}@siriusxm.com>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 04/25/2022 8:57 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288561 | Redacted | Email | {Redacted}@siriusxm.com> | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>;{Redacted}@siriusxm.com> | | 04/25/2022 9:00 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288570 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@siriusxm.com> | Howard Pangelinan <hpangelinan@mediamatters.org>;{Redacted}@siriusxm.com> | | 04/25/2022 9:00 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0318**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288615 | Redacted | Email | {Redacted}@thedailybeast.com> | Laura Keiter <lkeiter@mediamatters.org> | | {Redacted}@thedailybeast.com>;{Redacted} | | 04/26/2022 8:58 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288620 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@thedailybeast.com> | | {Redacted}@thedailybeast.com>;{Redacted} | | 04/26/2022 9:30 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288625 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@theguardian.com> | | | | 04/26/2022 10:00 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288627 | Redacted | Email | {Redacted}@theguardian.com> | Laura Keiter <lkeiter@mediamatters.org> | | | | 04/26/2022 10:01 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288630 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 04/26/2022 10:19 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288633 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | {Redacted} | | 04/26/2022 10:23 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288640 | Redacted | Email | {Redacted}@theguardian.com> | Laura Keiter <lkeiter@mediamatters.org> | | | | 04/26/2022 10:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0319

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288644 | Redacted | Email | {Redacted}@thedailybeast.com> | Laura Keiter <lkeiter@mediamatters.org> | | {Redacted} | | 04/26/2022 10:26 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288651 | Redacted | Word | Julie Millican | | | | | 04/26/2022 7:05 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288654 | Redacted | Word | Julie Millican | | | | | 04/26/2022 7:05 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288657 | Redacted | Word | Laura Keiter | | | | | 04/26/2022 7:05 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288660 | Redacted | Word | Andrea Alford | | | | | 04/26/2022 7:05 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288663 | Redacted | Word | Rebecca Sturtevant | | | | | 04/26/2022 7:05 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288666 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}l@thedailybeast.com> | | {Redacted} | | 04/26/2022 10:39 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288673 | Redacted | Email | {Redacted}@thedailybeast.com> | Laura Keiter <lkeiter@mediamatters.org> | | {Redacted} | | 04/26/2022 10:57 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288680 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@theguardian.com> | | | | 04/26/2022 11:19 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0320

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288685 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}l@thedailybeast.com> | {Redacted} | | 04/26/2022 11:28 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288693 | Redacted | Email | {Redacted}@theguardian.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 04/26/2022 11:32 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288699 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@theguardian.com> | | | 04/26/2022 11:34 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288706 | Redacted | Email | {Redacted}@thedailybeast.com> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | 04/26/2022 1:11 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288714 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@thedailybeast.com> | {Redacted} | | 04/26/2022 1:29 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288728 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 04/26/2022 1:32 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288729 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | <lkeiter@mediamatters.org> | 04/26/2022 1:32 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0321

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288730 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 04/26/2022 1:32 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288731 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | <lkeiter@mediamatters.org> | 04/26/2022 1:32 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288732 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 04/26/2022 1:32 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288733 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | <lkeiter@mediamatters.org> | 04/26/2022 1:32 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288734 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 04/26/2022 1:33 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288735 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 04/26/2022 1:33 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288736 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | <lkeiter@mediamatters.org> | 04/26/2022 1:33 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0322

**Appx. 0323**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288737 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 04/26/2022 1:34 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288738 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | <lkeiter@mediamatters.org> | 04/26/2022 1:34 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288739 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 04/27/2022 10:35 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288743 | Redacted | Word | Andrea Alford | | | | 04/30/2020 10:49 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288806 | Redacted | Word | Andrea Alford | | | | 04/30/2020 10:49 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288869 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | <bdimiero@mediamatters.org> | 04/27/2022 2:22 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288878 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | <kgogarty@mediamatters.org> | 04/27/2022 2:22 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288887 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | | 04/27/2022 2:22 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288896 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | <rsturtevant@mediamatters.org> | 04/27/2022 2:22 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288905 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Angelo Carusone <acarusone@mediamatters.org>;{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Danil Cuffe <dcuffe@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redact | | 04/27/2022 7:09 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_288907 | Withheld | Email | Ruby Seavey (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 4/28/2022 | First Amendment;TX Shield Law | Communications revealing edits made to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0324**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_288908 | Withheld | Email | Ruby Seavey (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 4/28/2022 | First Amendment;TX Shield Law | Communications revealing edits made to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288961 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted};{Redacted};Andrea Alford <aalford@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | | 05/02/2022 12:19 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288970 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Andrea Alford <aalford@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | | 05/02/2022 12:20 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288979 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | | | 05/02/2022 12:26 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288996 | Redacted | Word | Andrea Alford | | | | 04/29/2022 6:33 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the partners' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_288998 | Redacted | Email | {Redacted}@cnn.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 05/02/2022 12:39 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0325

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289004 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 1:29 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289010 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Andrea Alford <aalford@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | 05/02/2022 1:33 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289019 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/02/2022 1:42 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity and partner's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289025 | Withheld | Pdf | Sergio Munoz | | | | 12/31/9999 | TX Shield Law | Internal MMFA memorandum documenting engagement on right-leaning and left-leaning Facebook posts. The memorandum contains references to Musk unrelated to research for the November 16 and 17, 2023 articles or advertisement placement on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289026 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 1:48 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289033 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | 05/02/2022 1:58 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0326

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289043 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | 05/02/2022 2:01 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289053 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | 05/02/2022 2:04 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289064 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | | 05/02/2022 2:06 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289075 | Redacted | Email | {Redacted}@cnn.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 05/02/2022 2:23 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289082 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 2:29 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289089 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 2:30 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0327

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289100 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted};{Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 2:33 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289119 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 2:51 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289131 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 3:06 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289143 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 4:41 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289156 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 4:47 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289169 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 5:02 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0328

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289183 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 5:07 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289197 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 5:20 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289205 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/02/2022 5:25 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the individuals' identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289213 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 5:27 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289222 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 5:29 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289237 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 5:51 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0329

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289252 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | Andrea Alford <aalford@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | 05/02/2022 6:01 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289267 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | Andrea Alford <aalford@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;{Redacted} | 05/02/2022 6:06 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289286 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | 05/03/2022 7:54 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289305 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | | {Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | 05/03/2022 7:58 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289324 | Redacted | Email | {Redacted}@cnn.com> | Laura Keiter <lkeiter@mediamatters.org> | | | | 05/03/2022 8:04 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that assist MMFA on journalistic and advocacy projects.

First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289333 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 05/03/2022 8:38 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.

First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289335 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | | | | 05/03/2022 8:39 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that assist MMFA on journalistic and advocacy projects.

First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0330

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289344 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | | | 05/03/2022 8:42 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289354 | Redacted | Email | {Redacted}@cnn.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 05/03/2022 8:47 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289364 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | | | 05/03/2022 8:56 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289374 | Redacted | Email | {Redacted}@cnn.com> | Laura Keiter <lkeiter@mediamatters.org>;{Redacted}@accountabletech.org>;acarusone@mediamatters.org | | | 05/03/2022 10:08 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289384 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | {Redacted}@accountabletech.org>;acarusone@mediamatters.org | | 05/03/2022 10:14 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289395 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org> | | 05/03/2022 10:45 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0331

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289439 | Withheld | Email | Ruby Seavey (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 5/4/2022 | First Amendment;TX Shield Law | Communications revealing edits made to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289440 | Withheld | Email | Ruby Seavey (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 5/6/2022 | First Amendment;TX Shield Law | Communications revealing edits made to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289441 | Withheld | Email | Ruby Seavey (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 5/6/2022 | First Amendment;TX Shield Law | Communications revealing edits made to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289442 | Redacted | Appointment | Kayla Gogarty;Laura Keiter;Sharon Kann | | | | 05/12/2022 5:43 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289563 | Withheld | Word | Cynthia Padera | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0332

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289564 | Withheld | Word | Sergio Munoz | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289565 | Withheld | Word | Julie Millican | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289566 | Withheld | Word | Laura Keiter | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289567 | Withheld | Word | Laura Keiter | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289568 | Withheld | Word | Kayla Gogarty | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289569 | Withheld | Word | Kayla Gogarty | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289570 | Withheld | Word | Jason Campbell | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0333

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289571 | Withheld | Word | Jason Campbell | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289572 | Withheld | Word | Andrea Alford | | | | 5/20/2022 | TX Shield Law | Draft article revealing internal strategic communications and MMFA's journalistic process and procedures unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. The final version of this article is public, titled "Fox adopts Elon Musk's defense that sexual harassment report is merely 'dirty tricks' and 'political attacks,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289573 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 06/10/2022 8:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289574 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 06/10/2022 8:02 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289578 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Content Editing <content@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;x-Research <research@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;LGBT Program <lgbt@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | 6/13/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289583 | Withheld | Email | Andrew Lawrence <alawrence@mediamatters.org> | Alicia Sadowski <asadowski@mediamatters.org> | Content Editing <content@mediamatters.org>;Monitoring <monitoring@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Jane Lee <jlee@mediamatters.org> | | 6/13/2022 | TX Shield Law | Internal MMFA communication that contains revisions for a draft article that mentions Twitter. The revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Watch Angelo Carusone explain how Fox News' 'feedback loops' that 'incentivize and legitimatize' right-wing attacks led to January 6," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289584 | Withheld | Email | Alicia Sadowski <asadowski@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org> | Content Editing <content@mediamatters.org>;Monitoring <monitoring@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Jane Lee <jlee@mediamatters.org> | | 6/13/2022 | TX Shield Law | Internal MMFA communication that contains revisions for a draft article that mentions Twitter. The revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Watch Angelo Carusone explain how Fox News' 'feedback loops' that 'incentivize and legitimatize' right-wing attacks led to January 6," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0334

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289585 | Withheld | Email | Alicia Sadowski <asadowski@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>;Live Links <live@mediamatters.org> | Content Editing <content@mediamatters.org>;Monitoring <monitoring@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Jane Lee <jlee@mediamatters.org> | | 6/13/2022 | TX Shield Law | Internal MMFA communication that contains revisions for a draft article that mentions Twitter. The revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Watch Angelo Carusone explain how Fox News' 'feedback loops' that 'incentivize and legitimatize' right-wing attacks led to January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_289586 | Withheld | Email | Cydney Hargis <chargis@mediamatters.org> | Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Guns & Public Safety <guns@mediamatters.org> | | | 6/15/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289587 | Withheld | Email | Beatrice Mount <bmount@mediamatters.org> | Monitoring <monitoring@mediamatters.org> | Repro Rights <repro@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | 6/16/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289588 | Withheld | Email | Gabriel Capuano <gcapuano@mediamatters.org> | <misinfomonitoring2020@mediamatters.org>;<internalintel@mediamatters.org>;<research@mediamatters.org> | <meer@votolatino.org>;<liz@votolatino.org>;Julie Millican <jmillican@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Stefanie Le <sle@mediamatters.org>;Monica Estrada <mestrada@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org> | | 6/16/2022 | First Amendment;TX Shield Law | MMFA memorandum shared with a partner organization reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289589 | Withheld | Email | Carly Evans <cevans@mediamatters.org> | Internal Intel <internalintel@mediamatters.org>;Monitoring <monitoring@mediamatters.org> | | | 6/17/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289590 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Craig Harrington <charrington@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Content Editing <content@mediamatters.org>;Live Links <live@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;x-Research <research@mediamatters.org> | | 6/30/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289591 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | | | 07/08/2022 6:04 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289603 | Redacted | Email | Google Docs <comments-noreply@docs.google.com> | <lkeiter@mediamatters.org> | | | 07/08/2022 6:39 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0335**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289612 | Redacted | Email | Gabriel Capuano <gcapuano@mediamatters.org> | <misinfomonitoring2020@mediamatters.org>;<internalintel@mediamatters.org>;Research <research@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Monica Estrada <mestrada@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org> | | 07/14/2022 2:39 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289619 | Withheld | Email | Ruby Seavey (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 7/15/2022 | First Amendment;TX Shield Law | Communications revealing edits made to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289681 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | 7/29/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289682 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | 7/29/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289683 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | 7/29/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289738 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | 8/1/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289771 | Redacted | Word | Laura Keiter | | | | 06/07/2022 12:25 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0336

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_289838 | Redacted | Word | Andrea Alford | | | | 06/07/2022 12:25 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nFirst Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289905 | Redacted | Word | Andrea Alford | | | | 06/07/2022 12:25 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nFirst Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_289972 | Withheld | Email | Cydney Hargis <chargis@mediamatters.org> | Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Guns & Public Safety <guns@mediamatters.org> | | | 8/9/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289973 | Withheld | Word | iberger@mediamatters.org | | | | 6/6/2022 | TX Shield Law | Draft memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289974 | Withheld | Email | Gabriel Capuano <gcapuano@mediamatters.org> | Proposals <proposals@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Monica Estrada <mestrada@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org> | | | 8/10/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289975 | Withheld | Email | Brennan Suen <bsuen@mediamatters.org> | Gabriel Capuano <gcapuano@mediamatters.org> | Proposals <proposals@mediamatters.org>;Monica Estrada <mestrada@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org> | | 8/10/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_289976 | Withheld | Word | mgingerich@mediamatters.org | | | | 8/10/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290006 | Withheld | Pdf | Sergio Munoz | | | | 12/31/9999 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290007 | Withheld | Word | Laura Keiter | | | | 8/12/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0337

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290008 | Withheld | Word | Andrea Alford | | | | 8/12/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290009 | Withheld | Word | Rebecca Sturtevant | | | | 8/12/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290010 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Ilana Berger <iberger@mediamatters.org>;Live Links <live@mediamatters.org>;Climate & Energy Program <climate@mediamatters.org>;<content@mediamatters.org> | | 8/18/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290011 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Ruby Seavey <rseavey@mediamatters.org>;Content Editing <content@mediamatters.org> | Craig Harrington <charrington@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | 8/19/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290015 | Withheld | Excel | Laura Keiter | | | | 8/23/2022 | First Amendment;TX Shield Law | Grant request for non-Texas donor detailing MMFA's journalistic efforts in 2022 and seeking general organizational funding.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290067 | Withheld | Excel | Laura Keiter | | | | 3/22/2022 | First Amendment;TX Shield Law | Grant request for non-Texas donor detailing MMFA's journalistic efforts in 2020-2022 and seeking general organizational funding.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0338

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290068 | Withheld | Excel | Laura Keiter | | | | 3/22/2022 | First Amendment;TX Shield Law | Grant request for non-Texas donor detailing MMFA's journalistic efforts in 2020-2022 and seeking general organizational funding.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290072 | Withheld | Word | Sharon Kann | | | | 3/22/2022 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2020-2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290073 | Withheld | Word | Laura Keiter | | | | 3/22/2022 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2020-2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290074 | Withheld | Word | Andrea Alford | | | | 3/22/2022 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2020-2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0339

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290075 | Withheld | Word | Rebecca Sturtevant | | | | 3/22/2022 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2020-2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290145 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 9/21/2022 | First Amendment;TX Shield Law | Email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290146 | Withheld | Excel | Hiwot Hailu | | | | 9/21/2022 | First Amendment;TX Shield Law | Spreadsheet attachment to email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290263 | Withheld | Word | Cynthia Padera | | | | 9/21/2022 | First Amendment;TX Shield Law | Draft communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0340

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290264 | Withheld | Word | Eric Hananoki | | | | 9/21/2022 | First Amendment;TX Shield Law | Draft communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290282 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 10/5/2022 | First Amendment;TX Shield Law | Email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290283 | Withheld | Excel | Hiwot Hailu | | | | 10/5/2022 | First Amendment;TX Shield Law | Spreadsheet attachment to email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290284 | Withheld | Word | Laura Keiter | | | | 10/7/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0341

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290285 | Withheld | Word | Laura Keiter | | | | 10/7/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290286 | Withheld | Word | Rebecca Sturtevant | | | | 10/7/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290287 | Withheld | Word | Rebecca Sturtevant | | | | 10/7/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290288 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 10/12/2022 2:08 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290292 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 10/12/2022 | First Amendment;TX Shield Law | Email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0342

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290293 | Withheld | Excel | Hiwot Hailu | | | | 10/12/2022 | First Amendment;TX Shield Law | Spreadsheet attachment to email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290294 | Withheld | Word | ssilva@mediamatters.org | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290295 | Withheld | Word | Sergio Munoz | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290296 | Withheld | Word | Julie Millican | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290297 | Withheld | Word | Julie Millican | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290298 | Withheld | Word | John Whitehouse | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290299 | Withheld | Word | John Whitehouse | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290300 | Withheld | Word | Sharon Kann | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290301 | Withheld | Word | Sharon Kann | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0343

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290302 | Withheld | Word | Laura Keiter | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290303 | Withheld | Word | Kayla Gogarty | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290304 | Withheld | Word | Kayla Gogarty | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290305 | Withheld | Word | Jason Campbell | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290306 | Withheld | Word | Andrea Alford | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290307 | Withheld | Word | Beth Cope | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290308 | Withheld | Word | Michael Eberhart | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290309 | Withheld | Word | Rebecca Sturtevant | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290310 | Withheld | Word | Ben Dimiero | | | | 10/11/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0344

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290311 | Withheld | Word | Laura Keiter | | | | 10/14/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290312 | Withheld | Word | Laura Keiter | | | | 10/14/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290313 | Withheld | Word | Rebecca Sturtevant | | | | 10/14/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290314 | Withheld | Word | Cynthia Padera | | | | 9/27/2022 | First Amendment;TX Shield Law | Draft communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0345

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290315 | Withheld | Word | Julie Millican | | | | 9/27/2022 | First Amendment;TX Shield Law | Draft communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_290316 | Withheld | Pdf | Sergio Munoz | | | | 12/31/9999 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290317 | Redacted | Email | {Redacted} | {Redacted};stop-the-deal@googlegroups.com | | | 10/25/2022 10:28 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290319 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}>;stop-the-deal@googlegroups.com | | 10/25/2022 10:38 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290323 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};stop-the-deal@googlegroups.com | | 10/25/2022 11:20 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290328 | Redacted | Email | {Redacted} | {Redacted} | stop-the-deal@googlegroups.com | | 10/25/2022 11:39 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290333 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org> | | | 10/27/2022 10:49 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individual's identity would chill MMFA and the individual's First Amendment speech and association rights.<br><br>(NOT tx shield if purely advocacy)<br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290378 | Redacted | Email | {Redacted} | <comms@mediamatters.org> | | | 10/27/2022 11:04 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290400 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};Communications <comms@mediamatters.org> | | | 10/27/2022 11:54 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0346

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290405 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org> | | 10/27/2022 12:05 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290407 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org> | | 10/27/2022 12:28 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290409 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org> | | 10/27/2022 1:19 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290412 | Redacted | Word | Julie Millican | | | | 10/26/2022 10:17 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290414 | Redacted | Word | Sharon Kann | | | | 10/26/2022 10:17 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290416 | Redacted | Word | Laura Keiter | | | | 10/26/2022 10:17 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290485 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 10/28/2022 6:47 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290492 | Redacted | Word | Kayla Gogarty | | | | 10/04/2022 9:30 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290494 | Redacted | Word | Andrea Alford | | | | 10/04/2022 9:30 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0347

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290496 | Redacted | Word | Andrea Alford | | | | 10/04/2022 9:30 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290498 | Redacted | Word | Michael Eberhart | | | | 10/04/2022 9:30 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290500 | Redacted | Word | Michael Eberhart | | | | 10/04/2022 9:30 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290502 | Redacted | Word | Andrea Alford | | | | 10/28/2022 9:24 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290503 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@telegraph.co.uk> | <press@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 10/28/2022 10:08 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290512 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Hiwot Hailu <hhailu@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | | 10/28/2022 11:12 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290514 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org> | | 10/28/2022 11:26 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290516 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@glaad.org> | {Redacted}@accountabletech.org>;<stop-the-deal@googlegroups.com> | | 10/28/2022 12:00 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA and MMFA's partner for a potential news story. First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290520 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 10/28/2022 12:22 PM | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |

Appx. 0348

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290524 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 10/28/2022 12:22 PM | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_290528 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <skann@mediamatters.org> | 10/28/2022 12:22 PM | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_290532 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 10/28/2022 12:22 PM | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_290536 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 10/28/2022 12:22 PM | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |

Appx. 0349

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290540 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 10/28/2022 12:22 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290545 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 10/28/2022 12:22 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290549 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/28/2022 12:29 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290550 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org>;S{Redacted}@glaad.org> | {Redacted}@accountabletech.org>;stop-the-deal@googlegroups.com | | 10/28/2022 12:31 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA and MMFA's partner for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0350**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290555 | Withheld | Word | Laura Keiter | | | | 10/28/2022 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290556 | Withheld | Word | Laura Keiter | | | | 10/28/2022 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290557 | Withheld | Word | Rebecca Sturtevant | | | | 10/28/2022 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290558 | Redacted | Email | {Redacted} | {Redacted} | | | 10/28/2022 2:22 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290560 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}@accountabletech.org>;{Redacted}@glaad.org>;stop-the-deal@googlegroups.com | | 10/28/2022 3:32 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA and MMFA's partner for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290568 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org> | | | 10/28/2022 3:35 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0351**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290571 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};stop-the-deal@googlegroups.com;{Redacted} | | 10/28/2022 3:43 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290578 | Redacted | Email | Jaya Savita Aiyer <jaya@weareultraviolet.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};stop-the-deal@googlegroups.com;{Redacted} | | 10/28/2022 3:59 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290587 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};stop-the-deal@googlegroups.com;{Redacted} | | 10/28/2022 4:05 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290597 | Redacted | Email | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org> | | | 10/28/2022 5:48 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the individuals' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290601 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 10/28/2022 5:53 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290606 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/28/2022 5:56 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0352

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_290634 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | 10/28/2022 5:57 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290637 | Redacted | Email | Andrea Alford via groups.io <aalford=mediamatters.org@groups.io> | {Redacted} | | 10/28/2022 5:57 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290640 | Redacted | Email | {Redacted} | {Redacted} | | 10/28/2022 6:42 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290647 | Redacted | Email | {Redacted} | {Redacted} | | 10/28/2022 6:42 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290654 | Redacted | Email | {Redacted} | {Redacted} | | 10/28/2022 7:07 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_290706 | Withheld | Email | Leng, Rudyard' via Press <press@mediamatters.org> | <press@mediamatters.org> | | 10/30/2022 | First Amendment;TX Shield Law | Communications regarding request from third-party journalist for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting journalistic research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0353**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_290707 | Withheld | Email | Laura Keiter <lkeiter@mediamatters.org> | Press <press@mediamatters.org> | | | 10/30/2022 | First Amendment;TX Shield Law | Communications regarding request from third-party journalist for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting journalistic research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290708 | Withheld | Email | Laura Keiter <lkeiter@mediamatters.org> | Leng, Rudyard <rudyard.leng@times.radio>;Faith Branch <fbranch@mediamatters.org> | <press@mediamatters.org> | | 10/30/2022 | First Amendment;TX Shield Law | Communications regarding request from third-party journalist for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting journalistic research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290709 | Withheld | Email | Leng, Rudyard' via Press <press@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;<press@mediamatters.org> | | 10/30/2022 | First Amendment;TX Shield Law | Communications regarding request from third-party journalist for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting journalistic research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_290710 | Withheld | Email | Laura Keiter <lkeiter@mediamatters.org> | Leng, Rudyard <rudyard.leng@times.radio> | Faith Branch <fbranch@mediamatters.org>;<press@mediamatters.org> | | 10/30/2022 | First Amendment;TX Shield Law | Communications regarding request from third-party journalist for information/interviews on issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting journalistic research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291396 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted} | | 11/01/2022 10:35 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291409 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 11:13 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291411 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 11:16 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291413 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 11:19 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291415 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/01/2022 11:22 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291417 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 11:22 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0354

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291419 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/01/2022 12:36 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291421 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 12:49 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291424 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 11/01/2022 1:08 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291426 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted} | | 11/01/2022 1:10 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291428 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/01/2022 1:24 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291430 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 1:24 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291432 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/01/2022 1:31 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291434 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/01/2022 1:34 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291437 | Redacted | Email | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted} | | 11/02/2022 8:30 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291447 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org>;{Redacted};{Redacted} | | 11/02/2022 8:33 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291458 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org>;{Redacted};{Redacted} | | 11/02/2022 8:35 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0355**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291469 | Redacted | Word | Julie Millican | | | | 11/02/2022 9:10 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291471 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};Laura Keiter <lkeiter@mediamatters.org> | | | 11/02/2022 10:32 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291488 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 12:25 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291493 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 12:52 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291499 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:05 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291505 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:09 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291511 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:09 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291517 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:13 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291523 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:15 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291529 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:18 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291535 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/02/2022 1:19 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0356

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291541 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 1:29 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291548 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 1:30 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291555 | Redacted | Email | {Redacted} | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 1:33 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291563 | Withheld | Email | Hiwot Hailu <hhailu@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 11/2/2022 | First Amendment;TX Shield Law | Email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291564 | Withheld | Excel | Hiwot Hailu | | | | 11/2/2022 | First Amendment;TX Shield Law | Spreadsheet attachment to email memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291565 | Redacted | Email | {Redacted} | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 2:05 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291573 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 2:11 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291581 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 11/02/2022 2:38 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291590 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 11/02/2022 2:45 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0357**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291599 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 2:51 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291606 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 2:58 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291613 | Redacted | Email | {Redacted} | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 4:03 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291620 | Redacted | Email | {Redacted} | {Redacted} | | | 11/02/2022 4:27 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291622 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org> | | 11/02/2022 4:35 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291625 | Redacted | Email | {Redacted} via Stop The Deal Coalition <stop-the-deal@googlegroups.com> | <stop-the-deal@googlegroups.com> | | | 11/02/2022 4:40 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291640 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted} | | 11/03/2022 2:57 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects and Zoom link. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291642 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/03/2022 2:58 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291646 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/03/2022 2:58 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291650 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/03/2022 2:58 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291654 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/03/2022 3:06 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291658 | Redacted | Email | {Redacted}@freepress.net> | {Redacted} | {Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};A{Redacted};{Redacted};{Redacted} | | 11/03/2022 3:14 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0358**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291670 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/03/2022 3:31 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291672 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 11/03/2022 3:31 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291674 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/03/2022 4:15 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291687 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 11/03/2022 4:18 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291700 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};{Redacted};Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 11/03/2022 4:27 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291726 | Redacted | Word | Julie Millican | | | | 11/03/2022 11:02 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291728 | Redacted | Word | John Whitehouse | | | | 11/03/2022 11:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291730 | Redacted | Word | Laura Keiter | | | | 11/03/2022 11:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291732 | Redacted | Word | Laura Keiter | | | | 11/03/2022 11:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0359

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291734 | Redacted | Word | Andrea Alford | | | | 11/03/2022 11:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291736 | Redacted | Word | Andrea Alford | | | | 11/03/2022 11:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291738 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 11/04/2022 8:36 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291747 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@accountabletech.org> | {Redacted};{Redacted}@freepress.net>;{Redacted}@freepress.net>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 9:36 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291765 | Redacted | Email | {Redacted}@freepress.net> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@accountabletech.org>;{Redacted};{Redacted}@freepress.net>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 9:49 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291783 | Withheld | Word | Laura Keiter | | | | 11/4/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291784 | Withheld | Word | Rebecca Sturtevant | | | | 11/4/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0360

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291785 | Redacted | Email | {Redacted}@freepress.net> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@accountabletech.org>;{Redacted};{Redacted}@freepress.net>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted}@accountabletech.org>;{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 9:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291804 | Redacted | Word | Julie Millican | | | | 11/03/2022 6:24 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's and MMFA's public relations vendor's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291806 | Redacted | Word | Laura Keiter | | | | 11/03/2022 6:24 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's and MMFA's public relations vendor's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291808 | Redacted | Word | Andrea Alford | | | | 11/03/2022 6:24 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's and MMFA's public relations vendor's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291810 | Redacted | Word | Andrea Alford | | | | 11/03/2022 6:24 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291812 | Redacted | Word | Julie Millican | | | | 11/01/2022 2:36 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291816 | Redacted | Word | Laura Keiter | | | | 11/01/2022 2:36 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291820 | Redacted | Word | Andrea Alford | | | | 11/01/2022 2:36 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0361**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291824 | Redacted | Word | Andrea Alford | | | | 11/01/2022 2:36 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_291858 | Redacted | Email | {Redacted} | {Redacted}@freepress.net> | Laura Keiter <lkeiter@mediamatters.org>;{Redacted}@accountabletech.org>;{Redacted}@freepress.net>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 10:15 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291878 | Redacted | Word | Cynthia Padera | | | | 11/04/2022 9:02 AM | First Amendment;Attorney Client Privilege;TX Shield Law | Attorney-Client Privilege: Communications reveal conversations with counsel for the purpose of retaining legal advice. Redacted identifying information of non-MMFA journalists and MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1) | Confidential Information Subject to Protective Order |
| MMFA_291881 | Redacted | Word | Julie Millican | | | | 11/04/2022 9:02 AM | First Amendment;Attorney Client Privilege;TX Shield Law | Attorney-Client Privilege: Communications reveal conversations with counsel for the purpose of retaining legal advice. Redacted identifying information of non-MMFA journalists and MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1) | Confidential Information Subject to Protective Order |
| MMFA_291884 | Redacted | Email | {Redacted}@freepress.net> | {Redacted} | {Redacted}@freepress.net>;Laura Keiter <lkeiter@mediamatters.org>;{Redacted}@accountabletech.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 10:35 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291904 | Redacted | Email | {Redacted}@freepress.net> | {Redacted}@freepress.net> | {Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted}@accountabletech.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 10:46 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291925 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | <press@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 11/04/2022 10:47 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0362**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_291929 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@freepress.net> | {Redacted}@freepress.net>;{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted}@accountabletech.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 10:47 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291950 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@accountabletech.org> | {Redacted}@freepress.net>;{Redacted}@freepress.net>;{Redacted};Laura Keiter <lkeiter@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com>;{Redacted}@balestramedia.com> | | 11/04/2022 11:06 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_291971 | Redacted | Email | {Redacted}@balestramedia.com> | {Redacted}@accountabletech.org> | {Redacted}@accountabletech.org>;{Redacted}@freepress.net>;{Redacted}@freepress.net>;{Redacted};Laura Keiter <lkeiter@mediamatters.org>;Angelo S. Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted}@accountabletech.org>;{Redacted}@evergreenstrategygroup.com> | | 11/04/2022 11:11 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292030 | Redacted | Word | Laura Keiter | | | | 11/09/2022 10:16 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292032 | Redacted | Word | Laura Keiter | | | | 11/09/2022 10:16 AM | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292034 | Withheld | Appointment | Cynthia Padera;Andrea Alford;John Whitehouse;Julie Millican;Kayla Gogarty;Laura Keiter;Michael Eberhart;Rebecca Sturtevant;Sergio Munoz;Sharon Kann | | | | 11/9/2022 | First Amendment;TX Shield Law | Calendar invite for MMFA strategic planning meeting which contains confidential discussion reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292035 | Redacted | Email | {Redacted} | <smunoz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | {Redacted} | | 11/09/2022 12:33 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292039 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 11/09/2022 1:18 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292040 | Redacted | Word | {Redacted} | | | | 11/08/2022 2:54 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292043 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | <stop-toxic-twitter@googlegroups.com> | | | 11/10/2022 12:09 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0363

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292044 | Redacted | Word | Andrea Alford | | | | 10/28/2022 12:41 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292050 | Withheld | Word | Laura Keiter | | | | 11/10/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292051 | Redacted | Word | Andrea Alford | | | | 11/03/2022 8:24 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292056 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/10/2022 12:43 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292058 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 11/10/2022 12:43 PM | First Amendment | Redacted identifying information of MMFA partners and MMFA research partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's and MMFA research partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0364

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292061 | Redacted | Email | Faith Branch <fbranch@mediamatters.org> | {Redacted}@makeitplain.com> | Laura Keiter <lkeiter@mediamatters.org> | | 11/10/2022 2:09 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292066 | Redacted | Email | {Redacted}@makeitplain.com> | Faith Branch <fbranch@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | 11/10/2022 2:11 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292072 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/10/2022 2:16 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292074 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org> | | 11/10/2022 2:45 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292076 | Redacted | Email | {Redacted}@makeitplain.com> | Faith Branch <fbranch@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | 11/10/2022 2:50 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292082 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/10/2022 3:03 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292085 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/10/2022 3:07 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292088 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@makeitplain.com> | Faith Branch <fbranch@mediamatters.org> | | 11/10/2022 3:15 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292094 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/10/2022 3:17 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0365

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292098 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/10/2022 3:20 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292101 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org> | | 11/10/2022 3:27 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292103 | Redacted | Email | {Redacted}@makeitplain.com> | Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org> | | 11/10/2022 4:14 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292110 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/10/2022 4:48 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292113 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/10/2022 4:50 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292116 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 11/10/2022 4:51 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292119 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | 11/10/2022 5:28 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292124 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/11/2022 9:31 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292128 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/11/2022 9:40 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292132 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | <press@mediamatters.org>;{Redacted};{Redacted};{Redacted} | <acarusone@mediamatters.org> | 11/11/2022 10:40 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0366

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292134 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 11/11/2022 11:50 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292135 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 11/11/2022 1:14 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292137 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/11/2022 1:25 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292141 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | | 11/11/2022 10:11 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292142 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | | 11/12/2022 10:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292143 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@makeitplain.com> | Faith Branch <fbranch@mediamatters.org> | | 11/12/2022 1:25 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292151 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 11/14/2022 2:29 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292154 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 11/14/2022 6:30 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0367**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292157 | Withheld | Word | Cynthia Padera | | | | 11/8/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292158 | Withheld | Word | Julie Millican | | | | 11/8/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292159 | Withheld | Email | Julie Tulbert <jtulbert@mediamatters.org> | x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Jack F. Winstanley <jwinstanley@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292160 | Withheld | Email | Chloe Simon <csimon@mediamatters.org> | Julie Tulbert <jtulbert@mediamatters.org> | x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Jack F. Winstanley <jwinstanley@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292161 | Withheld | Email | Alex Kaplan <akaplan@mediamatters.org> | Chloe Simon <csimon@mediamatters.org> | Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Jack F. Winstanley <jwinstanley@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292162 | Withheld | Word | Cynthia Padera | | | | 11/8/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292163 | Redacted | Word | Andrea Alford | | | | 11/14/2022 11:12 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0368

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292165 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | 11/14/2022 11:57 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292169 | Withheld | Email | Jack Winstanley <jwinstanley@mediamatters.org> | Alex Kaplan <akaplan@mediamatters.org> | Chloe Simon <csimon@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292170 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org> | Alex Kaplan <akaplan@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292171 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/14/2022 12:15 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292176 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | 11/14/2022 12:38 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292180 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org> | Alex Kaplan <akaplan@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0369

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292181 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292182 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292183 | Redacted | Email | {Redacted} | {Redacted} | | | 11/14/2022 2:28 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292185 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org> | | 11/14/2022 2:30 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292187 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Natalie Mathes <nmathes@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;x-Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana Ahmad <bsultana@mediamatters.org> | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292188 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/14/2022 2:41 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0370

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292192 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | 11/14/2022 2:46 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292196 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | 11/14/2022 2:55 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292200 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/14/2022 3:07 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292204 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | 11/14/2022 3:49 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292217 | Withheld | Email | Jack F. Winstanley (Google Docs) <comments-noreply@docs.google.com> | <kgogarty@mediamatters.org> | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292218 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <kgogarty@mediamatters.org> | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292219 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <bcope@mediamatters.org> | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292220 | Redacted | Word | Laura Keiter | | | | 11/04/2022 4:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292224 | Redacted | Word | Kayla Gogarty | | | | 11/04/2022 4:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292228 | Redacted | Word | Andrea Alford | | | | 11/04/2022 4:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292232 | Redacted | Word | Andrea Alford | | | | 11/04/2022 4:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0371**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292236 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/14/2022 6:48 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292241 | Withheld | Email | Kayla Gogarty (Google Docs) <comments-noreply@docs.google.com> | <bcope@mediamatters.org> | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292242 | Withheld | Email | Kayla Gogarty (Google Docs) <comments-noreply@docs.google.com> | <jwhitehouse@mediamatters.org> | | | 11/14/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292243 | Redacted | Word | Cynthia Padera | | | | 11/04/2022 7:56 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292247 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 4:47 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292249 | Redacted | Pdf | Kirsten | | | | 11/15/2022 4:44 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292251 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 5:03 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292254 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 6:29 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292256 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 6:57 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292258 | Redacted | Pdf | Kirsten | | | | 11/15/2022 6:51 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292260 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 7:16 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0372

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292263 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 7:40 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292267 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 7:44 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292269 | Redacted | Pdf | Kirsten | | | | 11/15/2022 7:39 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292272 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 11/15/2022 9:23 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292275 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | 11/15/2022 9:56 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292278 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | 11/15/2022 10:51 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292282 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | 11/15/2022 11:03 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292291 | Withheld | Email | Jack Winstanley <jwinstanley@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org> | Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292292 | Withheld | Email | Alex Paterson <apaterson@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org> | Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292293 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0373

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292294 | Withheld | Email | Pamela Vogel <pvogel@mediamatters.org> | <acarusone@mediamatters.org>;<cpadera@mediamatters.org>;<skann@mediamatters.org>;<kgogarty@mediamatters.org>;<olittle@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;<abowler@mediamatters.org>;<mpeltz@mediamatters.org> | <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;<hpangelinan@mediamatters.org> | | 11/15/2022 | First Amendment;TX Shield Law | Calendar invite for MMFA strategic planning meeting which contains confidential discussion reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292295 | Withheld | Appointment | Sergio Munoz | | | | 11/9/2022 | First Amendment;TX Shield Law | Calendar invite for MMFA strategic planning meeting which contains confidential discussion reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292296 | Withheld | Appointment | Julie Millican | | | | 11/9/2022 | First Amendment;TX Shield Law | Calendar invite for MMFA strategic planning meeting which contains confidential discussion reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292297 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292298 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | 11/15/2022 1:36 PM | First Amendment | Redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partners' identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292302 | Withheld | Email | Sergio Muñoz <smunoz@mediamatters.org> | Natalie Mathes <nmathes@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292303 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Sergio Muñoz <smunoz@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 11/15/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292304 | Withheld | Word | nmathes@mediamatters.org | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0374

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292305 | Withheld | Word | Sergio Munoz | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292306 | Withheld | Word | Julie Millican | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292307 | Withheld | Word | John Whitehouse | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292308 | Withheld | Word | Kayla Gogarty | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292309 | Withheld | Word | Jason Campbell | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292310 | Withheld | Word | Beth Cope | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292311 | Withheld | Word | Michael Eberhart | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292312 | Withheld | Word | Rebecca Sturtevant | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292313 | Withheld | Word | Cynthia Padera | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292314 | Withheld | Word | Ben Dimiero | | | | 11/15/2022 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0375**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292315 | Redacted | Email | {Redacted} | {Redacted} | | | 11/15/2022 8:01 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292318 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Live Links <live@mediamatters.org> | Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | 11/16/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292319 | Withheld | Word | Julie Millican | | | | 11/16/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292320 | Withheld | Word | Laura Keiter | | | | 11/16/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292321 | Withheld | Word | Rebecca Sturtevant | | | | 11/16/2022 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292322 | Redacted | Email | {Redacted} | {Redacted} | | | 11/16/2022 12:00 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292325 | Withheld | Word | bmount@mediamatters.org | | | | 11/9/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0376

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292326 | Withheld | Word | Sergio Munoz | | | | | 11/9/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292327 | Withheld | Word | John Whitehouse | | | | | 11/9/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292328 | Withheld | Word | Kayla Gogarty | | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292329 | Withheld | Word | Andrea Alford | | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292330 | Withheld | Word | Beth Cope | | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292331 | Withheld | Word | Michael Eberhart | | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292332 | Withheld | Word | Rebecca Sturtevant | | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0377

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292333 | Withheld | Word | Rebecca Sturtevant | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292334 | Withheld | Word | Ben Dimiero | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292335 | Withheld | Word | Cynthia Padera | | | | 11/9/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "One America News pushed conspiracy theory after conspiracy theory about the attack on Paul Pelosi," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_292336 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org> | | 11/17/2022 11:22 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292339 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | {Redacted} | 11/17/2022 12:21 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292346 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/17/2022 1:43 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292350 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/17/2022 1:43 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292354 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/17/2022 1:44 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292358 | Redacted | Email | Andrea Alford via groups.io <aalford=mediamatters.org@groups.io> | {Redacted} | | | 11/17/2022 1:44 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0378

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | To | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292362 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/17/2022 1:44 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292366 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/17/2022 1:44 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292370 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{ | | 11/17/2022 1:49 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292372 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/17/2022 1:49 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292374 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 11/17/2022 1:49 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292376 | Redacted | Word | Sergio Munoz | | | | 11/16/2022 12:40 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292384 | Redacted | Word | John Whitehouse | | | | 11/16/2022 12:40 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0379**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date/Time | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292392 | Redacted | Word | Laura Keiter | | | | 11/16/2022 12:40 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292400 | Redacted | Word | Kayla Gogarty | | | | 11/16/2022 12:40 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292408 | Redacted | Word | Jason Campbell | | | | 11/16/2022 12:40 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292419 | Redacted | Word | Andrea Alford | | | | 11/14/2022 2:16 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292423 | Redacted | Word | Sergio Munoz | | | | 09/28/2022 9:04 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292434 | Redacted | Word | Julie Millican | | | | 09/28/2022 9:04 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292445 | Redacted | Word | Laura Keiter | | | | 09/28/2022 9:04 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292456 | Redacted | Word | Kayla Gogarty | | | | 09/28/2022 9:04 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292467 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <aalford@mediamatters.org> | | | 11/20/2022 3:17 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292469 | Redacted | Email | {Redacted} | {Redacted} | | | 11/21/2022 9:42 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0380

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292475 | Withheld | Word | jdougherty@mediamatters.org | | | | 10/31/2022 | First Amendment | Draft communication to potential MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Information Subject to Protective Order |
| MMFA_292476 | Redacted | Email | {Redacted}@thomsonreuters.com> | aalford@mediamatters.org | | | 11/21/2022 11:13 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292477 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@thomsonreuters.com>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/21/2022 11:17 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292478 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@thomsonreuters.com> | | 11/21/2022 11:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292480 | Redacted | Email | {Redacted}@thomsonreuters.com> | Laura Keiter <lkeiter@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | | | 11/21/2022 11:31 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292482 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@thomsonreuters.com> | Andrea Alford <aalford@mediamatters.org> | | 11/21/2022 11:43 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292485 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 11/21/2022 11:44 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292486 | Redacted | Appointment | Laura Keiter | | | | 11/21/2022 11:44 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0381

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292487 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | <lkeiter@mediamatters.org>;<acarusone@mediamatters.org> | | | 11/21/2022 11:45 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292488 | Redacted | Appointment | Laura Keiter | | | | 11/21/2022 11:44 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292494 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 11/21/2022 10:29 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292554 | Redacted | Email | {Redacted}@bloomberg.net> | <press@mediamatters.org> | | | 11/22/2022 11:04 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292569 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | press <press@mediamatters.org> | | | 11/22/2022 11:26 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292636 | Redacted | Word | Andrea Alford | | | | 11/17/2022 6:46 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292654 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/22/2022 2:08 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292658 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/22/2022 2:08 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292662 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/22/2022 2:08 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0382

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292666 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/22/2022 2:08 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292670 | Redacted | Email | Andrea Alford via groups.io <aalford=mediamatters.org@groups.io> | {Redacted} | | | 11/22/2022 2:08 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292674 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/22/2022 2:09 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292678 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/22/2022 2:09 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292696 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted} | | 11/22/2022 4:41 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292704 | Redacted | Email | {Redacted} | <aalford@mediamatters.org> | | | 11/22/2022 5:14 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292705 | Redacted | Email | {Redacted}@ft.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 11/22/2022 5:20 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292710 | Redacted | Email | {Redacted} | <aalford@mediamatters.org> | | | 11/22/2022 5:27 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292711 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | <Stop-Toxic-Twitter@googlegroups.com> | | | 11/22/2022 5:35 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292713 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@ft.com> | | | 11/22/2022 5:39 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0383

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292719 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/22/2022 5:41 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292724 | Redacted | Email | {Redacted}@ft.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 11/22/2022 5:44 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist that MMFA provided information to for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292730 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@ft.com> | | | 11/22/2022 6:13 PM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist that MMFA provided information to for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292737 | Redacted | Email | {Redacted}@freepress.net> | Andrea Alford <aalford@mediamatters.org>;{Redacted}@accountabletech.org | {Redacted}@accountabletech.org>;{Redacted}@freepress.net> | | 11/22/2022 6:21 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292747 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net> | {Redacted}@accountabletech.org;{Redacted}@accountabletech.org>;{Redacted}@freepress.net> | | 11/22/2022 6:31 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292758 | Redacted | Email | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net>;{Redacted}@accountabletech.org;{Redacted}@freepress.net> | | 11/22/2022 6:49 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292769 | Redacted | Email | {Redacted}@freepress.net> | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org>;{Redacted}@accountabletech.org>;{Redacted}@freepress.net> | | 11/22/2022 7:05 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292781 | Redacted | Email | {Redacted}@thetaskforce.org> | {Redacted}@accountabletech.org>;Stop-Toxic-Twitter@googlegroups.com | | | 11/23/2022 7:49 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292784 | Withheld | Word | Michael Eberhart | | | | 11/14/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0384

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292785 | Withheld | Word | Michael Eberhart | | | | 11/18/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292837 | Withheld | Word | Ben Dimiero | | | | 11/14/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292844 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{ | 11/23/2022 11:22 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292846 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 11/23/2022 11:22 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292848 | Withheld | Word | Laura Keiter | | | | 11/23/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0385**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292849 | Redacted | Word | Laura Keiter | | | | 11/23/2022 10:27 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292861 | Redacted | Word | Andrea Alford | | | | 11/23/2022 10:27 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292873 | Redacted | Word | Rebecca Sturtevant | | | | 11/23/2022 10:27 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292885 | Withheld | Word | Cynthia Padera | | | | 11/18/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292886 | Withheld | Word | Ben Dimiero | | | | 11/18/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292896 | Redacted | Word | Laura Keiter | | | | 10/28/2022 9:28 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292903 | Redacted | Word | Andrea Alford | | | | 10/28/2022 9:28 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292910 | Redacted | Word | Rebecca Sturtevant | | | | 10/28/2022 9:28 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0386

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_292917 | Redacted | Word | Rebecca Sturtevant | | | | 10/28/2022 9:28 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292924 | Redacted | Appointment | Laura Keiter | | | | 11/28/2022 8:41 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_292925 | Redacted | Word | Laura Keiter | | | | 11/28/2022 7:29 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292927 | Redacted | Word | Laura Keiter | | | | 11/28/2022 7:29 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_292982 | Withheld | Email | Pamela Vogel <pvogel@mediamatters.org> | Eric Hananoki <ehananoki@mediamatters.org> | | | 11/28/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_293475 | Withheld | Email | Carly Novell (Google Docs) <comments-noreply@docs.google.com> | <lkeiter@mediamatters.org> | | | 12/1/2022 | First Amendment;TX Shield Law | Communications revealing edits to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0387

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_293476 | Withheld | Word | Cynthia Padera | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293477 | Withheld | Word | Sergio Munoz | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293478 | Withheld | Word | Julie Millican | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293479 | Withheld | Word | Julie Millican | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0388

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_293480 | Withheld | Word | John Whitehouse | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293481 | Withheld | Word | Sharon Kann | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293482 | Withheld | Word | Andrea Alford | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293483 | Withheld | Word | Michael Eberhart | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0389

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_293484 | Withheld | Word | Rebecca Sturtevant | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293485 | Withheld | Word | Cynthia Padera | | | | 11/14/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_293486 | Withheld | Word | Laura Keiter | | | | 12/1/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_293487 | Withheld | Word | Laura Keiter | | | | 12/1/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0390

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_293512 | Withheld | Email | Carly Novell (Google Docs) <comments-noreply@docs.google.com> | <lkeiter@mediamatters.org> | | | 12/2/2022 | First Amendment;TX Shield Law | Communications revealing edits to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_293881 | Withheld | Word | pvogel@mediamatters.org | | | | 12/1/2022 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_294395 | Withheld | Word | Sharon Kann | | | | 8/10/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294396 | Withheld | Word | Kayla Gogarty | | | | 44656.27826 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294405 | Redacted | Email | Rebecca Sturtevant (Google Docs) <comments-noreply@docs.google.com> | <lkeiter@mediamatters.org> | | | 12/06/2022 10:30 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294427 | Redacted | Email | {Redacted} | {Redacted} | | | 12/06/2022 11:11 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_294433 | Redacted | Word | Laura Keiter | | | | 12/06/2022 6:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0391**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_294436 | Redacted | Word | Laura Keiter | | | | 12/06/2022 6:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294439 | Redacted | Word | Kayla Gogarty | | | | 12/06/2022 6:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294442 | Redacted | Word | Rebecca Sturtevant | | | | 12/06/2022 6:24 AM | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294466 | Withheld | Word | ccarter@mediamatters.org | | | | 44901.30212 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294504 | Redacted | Word | Cynthia Padera | | | | 12/06/2022 1:55 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_294506 | Redacted | Word | John Whitehouse | | | | 12/06/2022 1:55 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_294753 | Withheld | Word | Andrea Alford;Julie Millican | | | | 44881.53036 | First Amendment;TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2011-2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294883 | Withheld | Word | Laura Keiter | | | | 44726.42425 | First Amendment;TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0392**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_294884 | Withheld | Word | Laura Keiter | | | | 44726.42425 | First Amendment;TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294885 | Withheld | Word | Rebecca Sturtevant | | | | 44726.42425 | First Amendment;TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_294886 | Withheld | Word | Andrea Alford | | | | 44903.25079 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295057 | Redacted | Word | Julie Millican | | | | 12/07/2022 11:00 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_295059 | Withheld | Excel | Laura Keiter | | | | 44902.56189 | TX Shield Law | Document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295067 | Withheld | Email | Charis Hoard <choard@mediamatters.org> | Bushra Sultana Ahmad <bsultana@mediamatters.org> | Ethan Collier <ecollier@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Research <research@mediamatters.org>;Proposals <proposals@mediamatters.org> | | 44903.62878 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295068 | Withheld | Email | Bushra Sultana Ahmad <bsultana@mediamatters.org> | Charis Hoard <choard@mediamatters.org> | Ethan Collier <ecollier@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Research <research@mediamatters.org>;Proposals <proposals@mediamatters.org> | | 44903.63248 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295069 | Withheld | Email | Bushra Sultana Ahmad <bsultana@mediamatters.org> | Charis Hoard <choard@mediamatters.org> | Ethan Collier <ecollier@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Research <research@mediamatters.org>;Proposals <proposals@mediamatters.org> | | 44903.64186 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295090 | Redacted | Email | {Redacted} | {Redacted};{Redacted};{Redacted};jmillican@mediamatters.org | {Redacted} | | 12/08/2022 4:47 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0393

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_295091 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};{Redacted};jmillican@mediamatters.org;{Redacted};{Redacted} | | 12/08/2022 5:21 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order_ |
| MMFA_295259 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};jmillican@mediamatters.org;{Redacted};{Redacted};{Redacted} | | 12/09/2022 12:11 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order_ |
| MMFA_295262 | Withheld | Word | Laura Keiter | | | | 44904.46716 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_295263 | Withheld | Word | Laura Keiter | | | | 44904.46716 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_295264 | Withheld | Word | Rebecca Sturtevant | | | | 44904.46716 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |

Appx. 0394

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_295265 | Withheld | Word | Rebecca Sturtevant | | | | | 44904.46716 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295292 | Withheld | Word | Julie Millican | | | | | 44906.25332 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295505 | Redacted | Word | Laura Keiter | | | | | 12/05/2022 9:09 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_295506 | Redacted | Word | Andrea Alford | | | | | 12/05/2022 9:09 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_295507 | Withheld | Word | Laura Keiter | | | | | 44462.33892 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295508 | Withheld | Word | Laura Keiter | | | | | 44462.33892 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0395

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_295509 | Withheld | Word | Rebecca Sturtevant | | | | 44462.33892 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295510 | Withheld | Word | Rebecca Sturtevant | | | | 44462.33892 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295876 | Withheld | Email | Carly Evans <cevans@mediamatters.org> | Internal Intel <internalintel@mediamatters.org>;Monitoring <monitoring@mediamatters.org>;Guns & Public Safety <guns@mediamatters.org> | | | 44907.42963 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295879 | Withheld | Word | Cynthia Padera | | | | 44462.46392 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295880 | Withheld | Email | Laura Keiter <lkeiter@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org> | | | 44907.45584 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0396**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_295971 | Redacted | Word | Rebecca Sturtevant | | | | 12/12/2022 12:34 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_295985 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};{Redacted};i Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{ | 12/12/2022 1:53 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_295990 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 12/12/2022 1:53 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_295992 | Withheld | Word | Cynthia Padera | | | | 44867.33922 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0397**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_295993 | Withheld | Word | Julie Millican | | | 44867.33922 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_296011 | Withheld | Word | Cynthia Padera | | | 44867.46422 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_296549 | Withheld | Word | Laura Keiter | | | 44792.29751 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296550 | Withheld | Word | Andrea Alford | | | 44792.29751 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296551 | Withheld | Word | Michael Eberhart | | | 44792.29751 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296552 | Withheld | Word | Rebecca Sturtevant | | | 44792.29751 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0398

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_296666 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | i Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};Lauren Cross <lcross@mediamatters.org>;{Redacted};{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{ | 12/13/2022 10:19 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_296672 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 12/13/2022 10:19 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_296677 | Withheld | Email | Courtney Hagle <chagle@mediamatters.org> | Gideon Taaffe <gtaaffe@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | | 44908.44169 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296678 | Withheld | Email | Gideon Taaffe <gtaaffe@mediamatters.org> | Courtney Hagle <chagle@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 44908.44206 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296679 | Withheld | Email | Alex Kaplan <akaplan@mediamatters.org> | Content Editing <content@mediamatters.org>;Research <research@mediamatters.org> | | | 44908.44363 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296683 | Redacted | Word | Laura Keiter | | | | 12/09/2022 10:20 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0399

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_296687 | Redacted | Word | Laura Keiter | | | | 12/09/2022 10:20 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_296691 | Redacted | Word | Kayla Gogarty | | | | 12/09/2022 10:20 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_296695 | Redacted | Word | Rebecca Sturtevant | | | | 12/09/2022 10:20 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_296699 | Withheld | Word | Cynthia Padera | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296700 | Withheld | Word | Julie Millican | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296701 | Withheld | Word | Laura Keiter | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296702 | Withheld | Word | Jason Campbell | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296703 | Withheld | Word | Beth Cope | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296704 | Withheld | Word | Michael Eberhart | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296705 | Withheld | Word | Rebecca Sturtevant | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296706 | Withheld | Word | Pilar Martinez | | | | 44908.32037 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0400**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_296709 | Withheld | Word | Laura Keiter | | | | 44564.61013 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing responses and reactions to MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296710 | Withheld | Word | Laura Keiter | | | | 44564.61013 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing responses and reactions to MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296711 | Withheld | Word | Rebecca Sturtevant | | | | 44564.61013 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing responses and reactions to MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296712 | Withheld | Word | Rebecca Sturtevant | | | | 44564.61013 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing responses and reactions to MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0401

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_296713 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@equalpride.com> | | | 12/13/2022 12:36 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the individuals' identities would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_296716 | Withheld | Word | Laura Keiter | | | | 44662.27954 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296717 | Withheld | Word | Michael Eberhart | | | | 44662.27954 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296718 | Withheld | Word | Rebecca Sturtevant | | | | 44662.27954 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296754 | Withheld | Email | Gideon Taaffe <gtaaffe@mediamatters.org> | Courtney Hagle <chagle@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 44908.59367 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296755 | Withheld | Word | Eric Hananoki | | | | 44908.44537 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon is an Anon": QAnon community celebrates Elon Musk's "Follow the White Rabbit" tweet," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_296756 | Withheld | Word | Cynthia Padera | | | | 44908.44537 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon is an Anon": QAnon community celebrates Elon Musk's "Follow the White Rabbit" tweet," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_296757 | Withheld | Word | Ben Dimiero | | | | 44908.44537 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon is an Anon": QAnon community celebrates Elon Musk's "Follow the White Rabbit" tweet," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0402

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_296794 | Withheld | Email | Courtney Hagle <chagle@mediamatters.org> | Gideon Taaffe <gtaaffe@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org> | | 44908.70693 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296929 | Withheld | Email | Brennan Suen (Google Docs) <comments-noreply@docs.google.com> | <aalford@mediamatters.org> | | | 44909.70025 | First Amendment;TX Shield Law | Communications revealing edits to draft grant request/report detailing MMFA's journalistic and advocacy efforts in 2021-2022.\n\nFirst Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_296934 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | | | 12/14/2022 6:32 PM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297021 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 12/15/2022 10:33 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297023 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <cpadera@mediamatters.org> | 12/15/2022 10:33 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297025 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 12/15/2022 10:33 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297027 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <skann@mediamatters.org> | 12/15/2022 10:33 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297029 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 12/15/2022 10:33 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0403

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_297125 | Withheld | Word | Cynthia Padera | | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297126 | Withheld | Word | Sergio Munoz | | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297127 | Withheld | Word | Julie Millican | | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297128 | Withheld | Word | John Whitehouse | | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0404

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Item | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_297129 | Withheld | Word | Sharon Kann | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.  First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297130 | Withheld | Word | Laura Keiter | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.  First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297131 | Withheld | Word | Laura Keiter | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.  First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297132 | Withheld | Word | Kayla Gogarty | | | | 44909.28341 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.  First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0405

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_297133 | Withheld | Word | Andrea Alford | | | | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). 44909.28341 | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297162 | Withheld | Word | Cynthia Padera | | | | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). 44909.40841 | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297730 | Withheld | Word | Cynthia Padera | | | | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). 44908.52091 | Confidential Information Subject to Protective Order |
| MMFA_297731 | Withheld | Word | Ben Dimiero | | | | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). 44908.52091 | Confidential Information Subject to Protective Order |

Appx. 0406

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_297732 | Withheld | Word | Julie Millican | | | | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297733 | Withheld | Word | John Whitehouse | | | | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297734 | Withheld | Word | Sharon Kann | | | | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297735 | Withheld | Word | Laura Keiter | | | | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0407

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_297736 | Withheld | Word | Kayla Gogarty | | | | 44908.52091 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297737 | Withheld | Word | Andrea Alford | | | | 44908.52091 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297865 | Withheld | Word | Laura Keiter | | | | 44910.57448 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297866 | Withheld | Word | Laura Keiter | | | | 44910.57448 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297921 | Withheld | Word | Kayla Gogarty | | | | 44908.30109 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0408**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_297922 | Withheld | Word | Andrea Alford | | | | 44908.30109 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297923 | Withheld | Word | Michael Eberhart | | | | 44908.30109 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297924 | Withheld | Word | Sharon Kann | | | | 44909.30501 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297925 | Withheld | Word | Andrea Alford | | | | 44909.30501 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297926 | Withheld | Word | Andrea Alford | | | | 44909.30501 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_297927 | Withheld | Word | Ben Dimiero | | | | 44908.42609 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0409**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_297928 | Withheld | Word | Cynthia Padera | | | | 44908.42609 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_297929 | Redacted | Word | Laura Keiter | | | | 12/15/2022 8:15 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297931 | Redacted | Word | Kayla Gogarty | | | | 12/15/2022 8:15 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297933 | Redacted | Word | Andrea Alford | | | | 12/15/2022 8:15 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_297935 | Redacted | Word | Beth Cope | | | | 12/15/2022 8:15 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298131 | Redacted | Word | Julie Millican | | | | 12/20/2022 4:57 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298133 | Redacted | Word | Laura Keiter | | | | 12/20/2022 4:57 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298135 | Redacted | Word | Andrea Alford | | | | 12/20/2022 4:57 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the partner's identity would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298214 | Withheld | Word | Laura Keiter | | | | 44931.56715 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0410

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_298215 | Redacted | Word | Sergio Munoz | | | | 08/04/2021 8:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298308 | Redacted | Word | Julie Millican | | | | 08/04/2021 8:02 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298401 | Redacted | Word | Julie Millican | | | | 07/20/2021 6:35 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298433 | Withheld | Word | Cynthia Padera | | | | 44880.67124 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298434 | Withheld | Word | Cynthia Padera | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0411

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298435 | Withheld | Word | {Redacted} | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298436 | Withheld | Word | Sergio Munoz | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298437 | Withheld | Word | Julie Millican | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298438 | Withheld | Word | Julie Millican | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0412

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298439 | Withheld | Word | John Whitehouse | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298440 | Withheld | Word | Sharon Kann | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298441 | Withheld | Word | Sharon Kann | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298442 | Withheld | Word | Laura Keiter | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0413**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_298443 | Withheld | Word | Laura Keiter | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298444 | Withheld | Word | Kayla Gogarty | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298445 | Withheld | Word | Andrea Alford | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298446 | Withheld | Word | Andrea Alford | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0414

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298447 | Withheld | Word | Michael Eberhart | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298448 | Withheld | Word | Michael Eberhart | | | | 44839.34986 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298449 | Withheld | Word | Eric Hananoki | | | | 44839.47486 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298450 | Withheld | Word | Cynthia Padera | | | | 44839.47486 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0415

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298451 | Withheld | Word | Ben Dimiero | | | | 44839.47486 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298452 | Withheld | Word | Cynthia Padera | | | | 44948.86948 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298453 | Withheld | Word | {Redacted} | | | | 44948.86948 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298454 | Withheld | Word | Julie Millican | | | | 44948.86948 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0416

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298455 | Withheld | Word | Sharon Kann | | | | 44948.86948 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298456 | Withheld | Word | Andrea Alford | | | | 44948.86948 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298457 | Withheld | Word | Beth Cope | | | | 44948.86948 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298458 | Withheld | Word | Cynthia Padera | | | | 44948.99448 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0417

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298459 | Withheld | Word | Cynthia Padera | | | | 44949.03998 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298460 | Withheld | Word | Julie Millican | | | | 44949.03998 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298461 | Withheld | Word | Sharon Kann | | | | 44949.03998 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298462 | Withheld | Word | Cynthia Padera | | | | 44947.61902 | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0418**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298463 | Withheld | Word | Ben Dimiero | | | | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298464 | Withheld | Word | Sergio Munoz | | | | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298465 | Withheld | Word | Julie Millican | | | | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298466 | Withheld | Word | Julie Millican | | | | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0419

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_298467 | Withheld | Word | John Whitehouse | | | | 44947.61902 | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298468 | Withheld | Word | Sharon Kann | | | | 44947.61902 | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298469 | Withheld | Word | Beth Cope | | | | 44947.61902 | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298470 | Withheld | Word | Ben Dimiero | | | | 44947.74402 | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0420**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_298478 | Withheld | Word | Cynthia Padera | | | | 44957.3286 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298479 | Withheld | Word | Julie Millican | | | | 44957.3286 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298480 | Withheld | Word | Mmfa | | | | 44957.40564 | First Amendment;TX Shield Law | Internal MMFA report outlining MMFA's strategy for research and advocacy in 2023-2024. Document contains references to Musk or Twitter unrelated to research for the November 16 and 17, 2023 articles.<br><br>First Amendment Associational Privilege: This document contains internal communications reflecting strategy and messaging.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_298481 | Redacted | Word | Sergio Munoz | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298550 | Redacted | Word | Julie Millican | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0421

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_298619 | Redacted | Word | Julie Millican | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298688 | Redacted | Word | Sharon Kann | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298757 | Redacted | Word | Laura Keiter | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298826 | Redacted | Word | Laura Keiter | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298895 | Redacted | Word | Kayla Gogarty | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_298964 | Redacted | Word | Kayla Gogarty | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299033 | Redacted | Word | Andrea Alford | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0422

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | | | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_299102 | Redacted | Word | Andrea Alford | | | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299171 | Redacted | Word | Rebecca Sturtevant | | | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299240 | Redacted | Word | Rebecca Sturtevant | | | | | | 12/03/2019 2:41 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299318 | Withheld | Word | Cynthia Padera | | | | | | 44965.57087 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_299319 | Withheld | Word | Julie Millican | | | | | | 44965.57087 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_299336 | Redacted | Word | Julie Millican | | | | | | 03/20/2023 10:28 AM | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0423

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_299337 | Redacted | Pdf | Max Willner | | | | 03/21/2023 3:53 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299345 | Redacted | Pdf | Brynn DiNino | | | | 03/22/2023 12:14 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299351 | Redacted | Word | Julie Millican | | | | 03/15/2023 8:49 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299353 | Redacted | Word | Laura Keiter | | | | 01/28/2020 7:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299589 | Redacted | Word | Laura Keiter | | | | 01/28/2020 7:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_299825 | Redacted | Word | Andrea Alford | | | | 01/28/2020 7:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0424**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_300061 | Redacted | Word | Andrea Alford | | | | 01/28/2020 7:56 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_300297 | Redacted | Word | Andrea Alford | | | | 04/19/2023 6:38 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_300320 | Withheld | Email | Jason Campbell <jcampbell@mediamatters.org> | Internal Intel <internalintel@mediamatters.org> | | | 45036.68127 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300321 | Withheld | Email | Lis Power <lpower@mediamatters.org> | Tyler Monroe <tmonroe@mediamatters.org> | Content Editing <content@mediamatters.org>;Monitoring <monitoring@mediamatters.org> | | 45037.38101 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300455 | Redacted | Word | Andrea Alford | | | | 05/10/2023 9:34 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_300464 | Withheld | Email | ssparzo @ mediamatters.org (via Quickbase)' via Monitoring <monitoring@mediamatters.org> | <guestsummaries@mediamatters.org> | | | 45057.49517 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300469 | Withheld | Email | Jason Campbell <jcampbell@mediamatters.org> | Internal Intel <internalintel@mediamatters.org> | | | 45057.68784 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300477 | Withheld | Email | Carly Novell <cnovell@mediamatters.org> | Eric Hananoki <ehananoki@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | | 45058.40799 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0425

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_300506 | Withheld | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Eric Hananoki <ehananoki@mediamatters.org>;fingerprint <fingerprint@mediamatters.org> | | 45058.54479 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300514 | Withheld | Email | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Eric Hananoki <ehananoki@mediamatters.org>;fingerprint <fingerprint@mediamatters.org> | | 45061.414 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300588 | Withheld | Email | Eric Hananoki <ehananoki@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;fingerprint <fingerprint@mediamatters.org> | | 45061.8173 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300589 | Withheld | Email | Eric Hananoki <ehananoki@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;fingerprint <fingerprint@mediamatters.org> | | 45062.33435 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_300624 | Withheld | Word | Mmfa | | | | 45068.6724 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_300625 | Withheld | Word | Mmfa | | | | 45070.40603 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_300742 | Withheld | Email | Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org> | | | 45079.45339 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0426

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_300782 | Withheld | Word | Mmfa | | | | 45083.67433 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_301067 | Withheld | Pdf | Kayla Gogarty;Andrea Alford;Angelo Carusone;Ben Dimiero;Beth Cope;Cynthia Padera;Hananoki, Eric;Jason Campbell;John Whitehouse;Julie Millican;Laura Keiter;Michael Eberhart;Pilar Martinez;Rebecca Sturtevant;Sergio Munoz;Sharon Kann | | | | 2958465.792 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301120 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Proposals <proposals@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | 45103.58138 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301121 | Withheld | Email | Bernard Crane <bcrane@mediamatters.org> | Eric Hananoki <ehananoki@mediamatters.org> | Carly Novell <cnovell@mediamatters.org>;Live Links <live@mediamatters.org>;fingerprint <fingerprint@mediamatters.org> | | 45103.58348 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301122 | Redacted | Word | Julie Millican | | | | 06/28/2023 6:14 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301126 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Content Editing <content@mediamatters.org> | Proposals <proposals@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | 45105.57231 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301137 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Carly Evans <cevans@mediamatters.org> | | 45113.55524 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0427

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | ID | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_301496 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Carly Evans <cevans@mediamatters.org> | | 45114.58594 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301572 | Withheld | Email | Torri Lonergan <tlonergan@mediamatters.org> | Monitoring <monitoring@mediamatters.org> | | | 45120.44997 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301577 | Withheld | Email | Reed McMaster <rmcmaster@mediamatters.org> | Monitoring <monitoring@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | | 45120.50369 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301578 | Withheld | Email | nlachac @ mediamatters.org (via Quickbase)' via Monitoring <monitoring@mediamatters.org> | <guestsummaries@mediamatters.org> | | | 45120.62669 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301686 | Withheld | Email | Isaiah Dawson <idawson@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Bernard Crane <bcrane@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;fingerprint <fingerprint@mediamatters.org> | | 45124.63623 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301702 | Withheld | Email | Zachary Tashman <ztashman@americansfortaxfairness.org> | undisclosed-recipients: | | <macrolist@americansfortaxfairness.org> | 45131.44181 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301710 | Withheld | Word | Andrea Alford | | | | 45132.45718 | First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301724 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 45133.61832 | First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0428

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_301725 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 45133.61832 First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301726 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 45133.61832 First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301727 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 45133.61832 First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301728 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | Abbas Barzegar <abarzegar@cair.com>;Aliya Bhatia <abhatia@cdt.org>;<adam@cagoldberglaw.com>;Adelin Cai <adelin@tspa.info>;Ari Drennen <adrennen@mediamatters.org>;Ashley Emery <aemery@prochoiceamerica.org>;Adrienne Goldstein <agoldstein@gmfus.org>;Arusha Gordon <agordon@lawyerscommittee.org>;<aimeerinehart@gmail.com>;Alex Kaplan <akaplan@mediamatters.org>;Alan Rosenblatt <alanrosenblatt@gmail.com>;Amy Frame <amy@winwithoutwar.org>;Andre Banks <andre@abpartners.co>;Antonio Aguilera <antonio@coworker.org>;Alex Paterson <apaterson@mediamatters.org>;Ashley Bryant <ashley@abpartners.co>;<awilkins@deweydigital.com>;Ben Dimiero <bdimiero@mediamatters.org>;Ben Weich <ben@counterhate.com>;Benjy Cannon <benjycannon@gmail.com>;<brooke@humanetech.com>;<brooks.ev@gmail.com>;Brennan Suen <bsuen@mediamatters.org>;Camille Carlton <camille@humanetech.com>;Candace Clement <candace@freepress.net>;<carrolld@newschool.edu>;Cassie Miller <cassie.miller@splcenter.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;<chaslot.guillaume@gmail.com>;Clara Tsao <clara@tspa.info>;Cheryl Leanza | 45133.61832 First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0429

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_301729 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 45133.61832 First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_301733 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | Carly Evans <cevans@mediamatters.org> | | 45134.56446 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301742 | Withheld | Word | rmcmaster@mediamatters.org | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301743 | Withheld | Word | Sergio Munoz | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301744 | Withheld | Word | Julie Millican | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301745 | Withheld | Word | John Whitehouse | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301746 | Withheld | Word | Sharon Kann | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301747 | Withheld | Word | Laura Keiter | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301748 | Withheld | Word | Kayla Gogarty | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301749 | Withheld | Word | Jason Campbell | | | | 45135.26019 TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0430

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_301750 | Withheld | Word | Andrea Alford | | | | 45135.26019 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301751 | Withheld | Word | Michael Eberhart | | | | 45135.26019 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301752 | Withheld | Word | Rebecca Sturtevant | | | | 45135.26019 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301753 | Withheld | Word | Pilar Martinez | | | | 45135.26019 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301754 | Withheld | Word | Eric Hananoki | | | | 45135.38519 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301755 | Withheld | Word | Angelo Carusone | | | | 45135.38519 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301756 | Withheld | Word | Cynthia Padera | | | | 45135.38519 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301757 | Withheld | Word | Ben Dimiero | | | | 45135.38519 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301758 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | | 45139.58006 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |
| MMFA_301759 | Redacted | Email | {Redacted} | Julie <jmillican@mediamatters.org> | | | 08/01/2023 4:18 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order_ |

**Appx. 0431**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_301762 | Redacted | Email | {Redacted} | {Redacted} | | | 08/01/2023 4:18 PM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301773 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | | 45147.6462 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301912 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | | 45175.52272 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301977 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>;Internal Intel <internalintel@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | | 45176.51727 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301991 | Withheld | Email | Zachary Pleat (via Google Docs) <zpleat@mediamatters.org> | <internalintel@mediamatters.org> | <research@mediamatters.org> | | 45177.50557 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_301992 | Withheld | Word | Angelo Carusone | | | | 45177.41605 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302118 | Redacted | Word | Julie Millican | | | | 09/12/2023 7:09 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302121 | Redacted | Word | Andrea Alford | | | | 09/12/2023 7:09 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0432**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302124 | Redacted | Email | {Redacted} | {Redacted};<aalford@mediamatters.org>;{Redacted};<bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};<jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | | 09/13/2023 2:06 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302141 | Withheld | Word | Cynthia Padera | | | | 45098.62313 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302142 | Withheld | Word | Julie Millican | | | | 45098.62313 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302143 | Withheld | Word | Julie Millican | | | | 45098.62313 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0433

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302147 | Withheld | Word | Cynthia Padera | | | | 45098.74813 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302185 | Withheld | Image | Hananoki, Eric;Andrea Alford;Angelo Carusone;Ben Dimiero;Beth Cope;Cynthia Padera;Jason Campbell;John Whitehouse;Julie Millican;Kayla Gogarty;Laura Keiter;Michael Eberhart;Pilar Martinez;Rebecca Sturtevant;Sergio Munoz;Sharon Kann | | | | 2958465.792 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302186 | Withheld | Pdf | Hananoki, Eric;Andrea Alford;Angelo Carusone;Ben Dimiero;Beth Cope;Cynthia Padera;Jason Campbell;John Whitehouse;Julie Millican;Kayla Gogarty;Laura Keiter;Michael Eberhart;Pilar Martinez;Rebecca Sturtevant;Sergio Munoz;Sharon Kann | | | | 2958465.792 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302221 | Withheld | Email | Jason Campbell <jcampbell@mediamatters.org> | Internal Intel <internalintel@mediamatters.org> | | | 45190.64811 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302236 | Redacted | Word | Andrea Alford | | | | 09/27/2023 8:19 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302239 | Withheld | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | <cpadera@mediamatters.org> | | 45198.57495 | First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302240 | Withheld | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | <rsturtevant@mediamatters.org> | | 45198.57495 | First Amendment | Notes from a call with organizational partners that collaborate with MMFA on research and advocacy projects regarding issues unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0434

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302243 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <jmillican@mediamatters.org> | 10/04/2023 5:59 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302244 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <aalford@mediamatters.org> | 10/04/2023 5:59 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302256 | Redacted | Word | Andrea Alford | | | | 10/02/2023 9:48 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302279 | Redacted | Email | {Redacted} | Kayla <kgogarty@mediamatters.org> | | | 11/21/2023 11:03 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302282 | Redacted | Email | {Redacted} | Julie <jmillican@mediamatters.org> | | | 11/21/2023 11:03 AM | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302285 | Withheld | Word | Cynthia Padera | | | | 44200.26058 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0435**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | BCC | CC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_302286 | Withheld | Word | John Whitehouse | | | 44200.26058 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302287 | Withheld | Word | John Whitehouse | | | 44200.26058 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302288 | Withheld | Word | Laura Keiter | | | 44200.26058 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302289 | Withheld | Word | Laura Keiter | | | 44200.26058 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0436

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Begin Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302290 | Withheld | Word | Rebecca Sturtevant | | | | 44564.61587 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302291 | Withheld | Word | Rebecca Sturtevant | | | | 44564.61587 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302292 | Withheld | Word | Eric Hananoki | | | | 44200.38558 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302293 | Withheld | Word | Cynthia Padera | | | | 44200.38558 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0437

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302294 | Withheld | Word | Eric Hananoki | | | | 44564.74087 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302295 | Redacted | Word | Andrea Alford | | | | 01/11/2023 6:08 AM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302338 | Withheld | Word | Laura Keiter | | | | 44931.45981 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302339 | Withheld | Word | Andrea Alford | | | | 44931.45981 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0438**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Begin Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302340 | Withheld | Word | Laura Keiter | | | | 45125.45096 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302341 | Withheld | Email | Emma Steiner <esteiner@commoncause.org> | Kayla <kgogarty@mediamatters.org> | | | 45308.42711 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302342 | Withheld | Email | Emma Steiner <esteiner@commoncause.org> | Andrea <aalford@mediamatters.org> | | | 45308.42711 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302343 | Withheld | Email | Zachary Tashman <ztashman@americansfortaxfairness.org> | undisclosed-recipients: | | <macrolist@americansfortaxfairness.org> | 45309.46414 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302344 | Withheld | Word | Mmfa | | | | 45320.21084 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302345 | Withheld | Word | Mmfa | | | | 45205.46881 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0439**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302346 | Withheld | Word | Mmfa | | | | 45320.49361 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302347 | Withheld | Word | Sharon Kann | | | | 45335.46476 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302348 | Withheld | Word | Kayla Gogarty | | | | 45335.46476 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302349 | Redacted | Word | Andrea Alford | | | | 10/17/2023 1:35 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0440**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302396 | Withheld | Word | pvogel@mediamatters.org | | | | 45320.58154 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302397 | Withheld | Word | Victoria Deck | | | | 45320.58154 | First Amendment;TX Shield Law | MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302412 | Withheld | Word | Sergio Munoz | | | | 45447.65979 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302413 | Withheld | Word | Sergio Munoz | | | | 45447.65984 | First Amendment;TX Shield Law | Notes revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0441

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_302414 | Withheld | Word | Sergio Munoz | | | | 45447.65988 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302415 | Redacted | Word | Sergio Munoz | | | | 06/04/2024 3:50 PM | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302508 | Withheld | Word | Sergio Munoz | | | | 45447.65991 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302509 | Withheld | Word | Sergio Munoz | | | | 45447.66001 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0442**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302514 | Withheld | Word | Sergio Munoz | | | | | 45447.66028 | First Amendment;TX Shield Law | Draft communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302515 | Withheld | Word | Sergio Munoz | | | | | 45447.66132 | First Amendment;TX Shield Law | Draft communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302519 | Withheld | Word | Angelo Carusone | | | | | 2958465.792 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0443

TAB 13

**Appx. 0444**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | cc | bcc | Date | Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302520 | Withheld | Chat | Brennan Suen <bsuen@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 11/18/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302521 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 11/18/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302526-MMFA_302527 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 01/04/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302529-MMFA_302530 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 01/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302538 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302541 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0445

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | BCC | Date | Privilege Asserted | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_302542 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | 05/24/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302547 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | 07/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302553 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302554 | Withheld | Chat | Zachary Pleat <zpleat@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Jack Alyssa Tirrell <atirrell@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | 07/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302559 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | 06/26/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302560 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | 06/26/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302561 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302563 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | 05/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0446

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302564 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302565 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302566 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/20/2023 | First Amendment; TX Shield Law | Communications revealing edits to report prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302567 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/20/2023 | First Amendment; TX Shield Law | Communications revealing edits to report prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302568 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302569 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/21/2023 | First Amendment; TX Shield Law | Communications revealing edits to report prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_302570 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/12/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302571 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Bernie Crane <bcrane@mediamatters.org> | | | 06/21/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0447

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302572-MMFA_302573 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org> | | | 07/12/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302575 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Bernie Crane <bcrane@mediamatters.org> | | | 07/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302576 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302577 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org>; Bernie Crane <bcrane@mediamatters.org> | | | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302578 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302579 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302581-MMFA_302583 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302586-MMFA_302589 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302590 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302591-MMFA_302593 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/06/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0448

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302594-MMFA_302596 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/06/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302597-MMFA_302600 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302601-MMFA_302602 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302603 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/12/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302604-MMFA_302605 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302606 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302607-MMFA_302609 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 02/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302612 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 03/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302613-MMFA_302615 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 03/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0449**

Case 4:23-cv-01175-O   Document 256-2   Filed 03/29/25   Page 450 of 1087   PageID 9255

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302616 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302617-MMFA_302618 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302619 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302620-MMFA_302622 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302626-MMFA_302627 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302628-MMFA_302629 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302630-MMFA_302631 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/24/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302632 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302633-MMFA_302635 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302636-MMFA_302637 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0450

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege ID | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302638 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302639 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302640-MMFA_302642 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302643-MMFA_302644 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_302645 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302646 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302647-MMFA_302649 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302650 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302651-MMFA_302652 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302653-MMFA_302655 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302656 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0451

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302657 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/08/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302658-MMFA_302659 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302660 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the journalists would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302661 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/22/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302662-MMFA_302663 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/22/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302664 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302665 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302666 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302667 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302668-MMFA_302670 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0452

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302671 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302672 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302673 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302674 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302675 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/21/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302676-MMFA_302679 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302680 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302681 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302682 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0453

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_302737 | Withheld | Chat | Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Victoria Deck <vdeck@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Alex Novell <anovell@mediamatters.org>; Andrea Austria <aaustria@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Molly Butler <molly.butler@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Google Drive; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 10/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302738 | Withheld | Chat | Beth Cope <bcope@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Victoria Deck <vdeck@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Alex Novell <anovell@mediamatters.org>; Andrea Austria <aaustria@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Molly Butler <molly.butler@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Google Drive; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 10/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0454

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_302757 | Withheld | Chat | Audrey Bowler <abowler@mediamatters.org>; Victoria Deck <vdeck@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Molly Butler <molly.butler@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Victoria Deck <vdeck@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Andrea Austria <aaustria@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Molly Butler <molly.butler@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/10/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302766 | Withheld | Chat | Jake Dougherty <jdougherty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Jake Dougherty <jdougherty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 12/12/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302771 | Withheld | Chat | Jake Dougherty <jdougherty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Jake Dougherty <jdougherty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 01/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302774 | Withheld | Chat | Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 06/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302775 | Withheld | Chat | Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 06/30/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302776 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 05/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302777 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302778-MMFA_302784 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the individuals' identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0455

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302785-MMFA_302788 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 06/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302789-MMFA_302795 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302796 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 07/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302797-MMFA_302799 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302800-MMFA_302802 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | 11/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302809 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302811-MMFA_302822 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Slackbot | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Slackbot | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted communications revealing edits made to memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302823 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302824 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | | | 05/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0456

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | BCC | Date | Privilege Reason | Confidentiality |
|---|---|---|---|---|---|---|---|---|
| MMFA_302825 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | 05/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302826 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | 05/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302827 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | 06/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302835 | Withheld | Chat | Sergio Munoz <smunoz@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | | 05/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302836-MMFA_302839 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_302840 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302841 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302842 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302859 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Charis Hoard <choard@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Charis Hoard <choard@mediamatters.org> | | 07/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302860-MMFA_302861 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302862-MMFA_302866 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | 05/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0457**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302872-MMFA_302873 | Redacted | Chat | Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | 09/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302874 | Redacted | Chat | Casey Hargrave <chargrave@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | 11/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302875 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/12/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or advertisement placement on Twitter. First Amendment Privilege: The document contains internal communications reflecting research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302876-MMFA_302882 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302883-MMFA_302884 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302885 | Withheld | Chat | Beth Cope <bcope@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org> | Beth Cope <bcope@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org> | | | 07/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302886-MMFA_302889 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Bernie Crane <bcrane@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Bernie Crane <bcrane@mediamatters.org> | | | 07/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302890-MMFA_302898 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | 07/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity and the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_302899 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | 07/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302900-MMFA_302909 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 06/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the individuals' identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302911 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 06/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0458**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302912-MMFA_302937 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted internal communications relating to employee feedback and personnel matters unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302938 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 06/29/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302939-MMFA_302952 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the individuals' identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302953 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302957-MMFA_302968 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the individuals' identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302969-MMFA_302976 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/27/2023 | TX Shield Law | Redacted internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302977-MMFA_302986 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/31/2023 | TX Shield Law | Redacted internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302987-MMFA_302996 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/14/2023 | TX Shield Law | Redacted internal communications relating to employee feedback and personnel matters unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302997 | Withheld | Chat | Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | | 07/07/2023 | Attorney Client Privilege; TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Documents also contains references to communications with counsel.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).<br><br>Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to MMFA operations. | Confidential Information Subject to Protective Order |

**Appx. 0459**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_302998 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org> | | | | 06/09/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_302999- MMFA_303008 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org> | | | | 06/21/2023 | First Amendment | Redacted communications between MMFA employees regarding edits to draft report for MMFA donor detailing MMFA's journalistic and advocacy efforts. Also redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights.  This document also contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Information Subject to Protective Order |
| MMFA_303009- MMFA_303014 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's vendors that assist MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303016 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | | | | 05/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303017- MMFA_303027 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | | | | 06/22/2023 | TX Shield Law | Redacted internal communications between MMFA employees regarding a former employee unrelated to Twitter/X or Musk or to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303028 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | | | | 07/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303040- MMFA_303044 | Redacted | Chat | Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | | 05/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303050- MMFA_303055 | Redacted | Chat | Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | | | | 07/03/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303056 | Withheld | Chat | Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | | | | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303057 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | | | | 05/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | To | From | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303058 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org> | | | | 05/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303059 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303060 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303061-MMFA_303081 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | | 10/30/2023 | First Amendment; Attorney Client Privilege; TX Shield Law | Redacted internal communications relating to organizational management and labor negotiations unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel. First Amendment Privilege: Disclosing the redacted identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303082 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | | | | 06/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303083 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org> | | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303084-MMFA_303086 | Redacted | Chat | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303087-MMFA_303092 | Redacted | Chat | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | | | 07/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303094 | Withheld | Chat | Kayla Gogarty | Kayla Gogarty <kgogarty@mediamatters.org>; Google Drive | | | | 06/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303100-MMFA_303102 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | | 05/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0461**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303113 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303114 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303127-MMFA_303132 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303136-MMFA_303153 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303154-MMFA_303156 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 06/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303157 | Withheld | Chat | Andrea L. Alford <aalford@mediamatters.org> | Andrea L. Alford <aalford@mediamatters.org> | | | 06/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303158-MMFA_303162 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects and MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The disclosure of the redacted identities and communications would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303169 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | | | 05/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303173 | Redacted | Chat | Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 10/20/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303174-MMFA_303175 | Redacted | Chat | Brennan Suen <bsuen@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 10/20/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303176-MMFA_303177 | Redacted | Chat | Sergio Munoz <smunoz@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 10/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0462

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303178-MMFA_303187 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 10/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303188-MMFA_303201 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303202-MMFA_303210 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303211-MMFA_303217 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. Also redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303283-MMFA_303298 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 04/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303299-MMFA_303311 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 04/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303312 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 05/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303313 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 05/18/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Communications also contain identifying information of MMFA research partner that collaborates with MMFA on research projects. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303320 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 06/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303321 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 06/22/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0463**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303322 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 06/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303343-MMFA_303348 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 07/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303349 | Redacted | Chat | Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Platform Data Request | | | 07/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303379 | Withheld | Chat | Jack Winstanley <jwinstanley@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Simple Poll; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303403 | Withheld | Chat | Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 02/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303404 | Withheld | Chat | Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303406 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303407 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0464

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303408 | Withheld | Chat | Lis Power <lpower@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303428 | Withheld | Chat | Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303429 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303430 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | | | 01/04/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303431 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | | | 02/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303433 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | | | 06/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0465

| Bates Number | Privilege Type | Document Type | Sender/Author | To/CC | BCC | From/To | Date | Privilege Description | Legal Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303435 | Withheld | Chat | Audrey Bowler <abowler@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Molly Butler <molly.butler@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Raul R. Edwards <redwards@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Jacina Hollins-borges <jhollins-borges@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 03/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303445 | Withheld | Chat | Sophie Lawton <slawton@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Olivia Smith <osmith@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Molly Butler <molly.butler@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Raul R. Edwards <redwards@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Jacina Hollins-borges <jhollins-borges@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303471 | Withheld | Chat | Pete Tsipis <ptsipis@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Monica Rodriguez <mrodriguez@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Laquinta Alexander <alexander@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Simple Poll; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | | | 04/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303479 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Monica Rodriguez <mrodriguez@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Laquinta Alexander <alexander@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Simple Poll; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | | | 06/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0466**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303489 | Withheld | Chat | Pete Tsipis <ptsipis@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Monica Rodriguez <mrodriguez@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Isabel Shepherd <ishepherd@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Ryan Masri <rmasri@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Laquinta Alexander <lalexander@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Simple Poll; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | | | 07/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303490-MMFA_303491 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303492-MMFA_303495 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303496-MMFA_303498 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303499 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/24/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303500-MMFA_303501 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303502-MMFA_303503 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a( | Confidential Information Subject to Protective Order |
| MMFA_303504 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303505 | Redacted | Chat | Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0467

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303506 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303507 | Redacted | Chat | Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303508 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303509-MMFA_303510 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/03/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303511 | Redacted | Chat | Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/04/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA donor.<br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303512 | Redacted | Chat | Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/04/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303513 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303514 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303515-MMFA_303516 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303517 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0468

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303518 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 03/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303519 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303520 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303521 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303522 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303523-MMFA_303524 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303525-MMFA_303526 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303527 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303528 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303529 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303530 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0469

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303531 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/26/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303532-MMFA_303533 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303534 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303535-MMFA_303536 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303537 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303538 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303539 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303540 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/31/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303541 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/31/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0470

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303551 | Withheld | Chat | Casey Wexler <cwexler@mediamatters.org>; Lis Power <lpower@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Victoria Deck <vdeck@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Laquinta Alexander <lalexander@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303554- MMFA_303559 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303560- MMFA_303567 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/24/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303568- MMFA_303572 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303573- MMFA_303574 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 06/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303575 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 06/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303576 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303577 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303578 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 06/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0471

| Bates Number | Privilege Type | Document Type | Sender/Author | To/CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_303579-MMFA_303582 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303589-MMFA_303591 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303592-MMFA_303594 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 09/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303598 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303602 | Withheld | Chat | Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | | 07/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303621 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303622 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | | 06/22/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303623 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | | 06/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303641 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | | 05/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303642-MMFA_303644 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | 06/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA donor. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303645 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | 07/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303646 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0472

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303647-MMFA_303655 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303656 | Withheld | Chat | Anya Silverman-Stoloff; Brett Abrams | Anya Silverman-Stoloff; Brett Abrams; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | | 10/28/2022 | TX Shield Law | Slack communications between MMFA vendor employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303657 | Withheld | Chat | Brett Abrams; Anya Silverman-Stoloff; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Brett Abrams; Anya Silverman-Stoloff; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | | 05/12/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303658 | Redacted | Chat | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | | 05/12/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the identities of the journalist and the vendor would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303659 | Withheld | Chat | Brett Abrams; Anya Silverman-Stoloff; Laura Keiter <lkeiter@mediamatters.org> | Brett Abrams; Anya Silverman-Stoloff; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | | 07/07/2023 | TX Shield Law | Internal communications between MMFA employees and MMFA's PR vendor reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303661-MMFA_303662 | Redacted | Chat | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | | 07/26/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303663 | Withheld | Chat | Brett Abrams | Brett Abrams; Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | | | | 12/20/2022 | First Amendment; TX Shield Law | Communcations with MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Communications reflect reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303664-MMFA_303665 | Redacted | Chat | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303669-MMFA_303671 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303672 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | | 06/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0473

| Bates Number | Privilege Type | Document Type | Sender/Author | From/To | Date | Privilege Type | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|
| MMFA_303673-MMFA_303677 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | 06/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also edacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303684-MMFA_303688 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | 07/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303700-MMFA_303703 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist with whom MMFA collaborates for its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303704-MMFA_303705 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>; Craig Harrington <charrington@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist with whom MMFA collaborates for its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303706 | Withheld | Chat | Andrew Lawrence <alawrence@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org> | Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Helena Hind <hhind@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Isabella Corrao <icorrao@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | 07/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303707-MMFA_303708 | Redacted | Chat | Howard Pangelinan <hpangelinan@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303709 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org> | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303710 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303720 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303721 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | 06/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303722 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | 07/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0474

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303757 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | | | 07/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303758 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | | | | 07/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303763 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303764 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | | | 06/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303765 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | | | 07/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303766 | Withheld | Chat | Julie Tulbert <jtulbert@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303767 | Withheld | Chat | Julie Tulbert <jtulbert@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org> | | | 05/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303768-MMFA_303770 | Redacted | Chat | Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org> | | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_303772 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | | 05/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303773-MMFA_303774 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |

**Appx. 0475**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303775 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 06/30/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees relating to content preparation for donor communications reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303776-MMFA_303784 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/28/2023 | First Amendment | Redacted identifying information of non-MMFA partners that collaborate with MMFA for media appearances.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303785 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303786-MMFA_303794 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303795-MMFA_303801 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303802 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303814 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | 06/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303825 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | 07/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303856 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Camden Carter <ccarter@mediamatters.org> | | | 07/20/2023 | TX Shield Law | Internal communications between MMFA employees containing comments and revisions for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Far-right figures turned on Rumble after the platform removed Nick Fuentes' antisemitic rally," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_303887 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303895 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | | | 07/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303900 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303901 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303905 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | | | 06/29/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303906-MMFA_303914 | Redacted | Chat | Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 07/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303925 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 06/26/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303926 | Redacted | Chat | Ari Drennen <adrennen@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 06/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303928 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Isaiah Dawson <idawson@mediamatters.org> | | | 07/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303929-MMFA_303932 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303933-MMFA_303936 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303938 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 06/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0477

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303939-MMFA_303942 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303951-MMFA_303959 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 06/08/2023 | First Amendment | Redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_303960 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>; Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org> | | | 06/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303961 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 06/09/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303962 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 07/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303963 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Carly Evans <cevans@mediamatters.org> | | | 07/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303964 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rob Savillo <rsavillo@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 12/12/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0478

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303967- MMFA_303969 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303970 | Redacted | Chat | Vesper Henry <vhenry@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_303981 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Neva Newcombe <nnewcombecook@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Vesper Henry <vhenry@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0479**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_303986 | Withheld | Chat | Sophie Lawton <slawton@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | | | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303987 | Withheld | Chat | John Knefel <jknefel@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org> | Jack Wheatley <jwheatley@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; John Kerr <jkerr@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org>; Sophie Lawton <slawton@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org> | | | 01/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303991 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org> | | | 12/12/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_303994 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org> | | | 04/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304003 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Ilana Berger <iberger@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Gabriel Capuano <gcapuano@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Spencer Silva <ssilva@mediamatters.org>; Abbie Richards <arichards@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304005 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Leo Fernandez <lfernandez@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304006 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Pilar Martinez <pmartinez@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 07/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_304011 | Withheld | Chat | Audrey Bowler <abowler@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Pilar Martinez <martinez@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304012 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Pilar Martinez <martinez@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304017-MMFA_304020 | Redacted | Chat | Matt Gertz <mgertz@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Pilar Martinez <martinez@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 11/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304021-MMFA_304037 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Pilar Martinez <martinez@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_304039 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Pilar Martinez <martinez@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Carlos Maza <cmaza@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege; Work Product | Communications related to internal memo generated at the request of counsel for use in the present litigation. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. Attorney Work Product: Memo was created at the direction of counsel for use in the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_304042 | Withheld | Chat | Bushra Sultana <bsultana@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Harrison Ray <hray@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304044 | Withheld | Chat | Rob Savillo <rsavillo@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org> | Rob Savillo <rsavillo@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0481

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_304045 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_304046-MMFA_304050 | Redacted | Chat | {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304052-MMFA_304055 | Redacted | Chat | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Faith Branch <fbranch@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 10/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304056 | Redacted | Chat | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 10/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304058-MMFA_304060 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 05/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the identities of the journalist would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304062-MMFA_304063 | Redacted | Chat | {Redacted}; {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 08/03/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304064-MMFA_304065 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 09/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: The disclosure of the journalist's identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304066-MMFA_304067 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 09/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304068 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 09/08/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0482

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_304069 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304070 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/02/2023 | First Amendment; TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304071 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/06/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304072-MMFA_304073 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/06/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304074-MMFA_304075 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304076-MMFA_304077 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304078-MMFA_304080 | Redacted | Chat | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304081 | Redacted | Chat | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304082 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0483

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_304083-MMFA_304085 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/16/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304086-MMFA_304094 | Redacted | Chat | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story, identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects, and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304095-MMFA_304097 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304098 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304099-MMFA_304100 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304101 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304102-MMFA_304104 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304105 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304106 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0484

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_304107 | Redacted | Chat | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.\n\nFirst Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304108 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304111 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304112-MMFA_304113 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304114 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304115 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: The disclosure of the identities of the journalists would chill MMFA and the individuals' First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304116 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.\n\nFirst Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304117 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org> | | | 11/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_304118 | Redacted | Chat | Eli Cohen Lawson; Slackbot | Julie Millican <jmillican@mediamatters.org>; Eli Cohen Lawson; Andrea L. Alford <aalford@mediamatters.org>; Slackbot | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0485**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_304119 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege; Work Product | Communications related to internal memo generated at the request of counsel for use in the present litigation. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. Attorney Work Product: Memo was created at the direction of counsel for use in the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_304120 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege; Work Product | Communications related to internal memo generated at the request of counsel for use in the present litigation. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. Attorney Work Product: Memo was created at the direction of counsel for use in the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_304121 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege; Work Product | Communications related to internal memo generated at the request of counsel for use in the present litigation. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. Attorney Work Product: Memo was created at the direction of counsel for use in the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |

Appx. 0486

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_304122 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org>; Audrey Bowler <abowler@mediamatters.org>; Ben Van Bloem <bvanbloem@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Payton Armstrong <parmstrong@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Zachary Pleat <zpleat@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; Gideon Taaffe <gtaaffe@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Torri Lonergan <tlonergan@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Camden Carter <ccarter@mediamatters.org>; Andrea L. Alford <aalford@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; Ariel Churchill <achurchill@mediamatters.org>; Sergio Munoz <smunoz@mediamatters.org>; Noah Dowe <ndowe@mediamatters.org>; Chloe Simon <csimon@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Madeline Peltz <mpeltz@mediamatters.org>; Sage Hodil <shodil@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Jack Wheatley <jwheatley@mediamatters.org>; Beth Cope <bcope@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Eric Kleefeld <ekleefeld@mediamatters.org>; Beatrice Mount <bmount@mediamatters.org>; Matt Gertz <mgertz@mediamatters.org>; Reed McMaster <rmcmaster@mediamatters.org>; Allison Fisher <afisher@mediamatters.org>; Hanne MacDonald <hmacdonald@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org>; Brendan Karet <bkaret@mediamatters.org>; John Knefel <jknefel@mediamatters.org>; Justin Horowitz <jhorowitz@mediamatters.org>; John Whitehouse <jwhitehouse@mediamatters.org>; Ben Dimiero <bdimiero@mediamatters.org>; Alex Kaplan <akaplan@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Emma Mae Weber <eweber@mediamatters.org>; Lis Power <lpower@mediamatters.org>; Cynthia Padera <cpadera@mediamatters.org>; Pam Vogel <pvogel@mediamatters.org>; Eric Hananoki <ehananoki@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Bobby Lewis <rlewis@mediamatters.org>; Michael Eberhart <meberhart@mediamatters.org>; Jacina Hollins-Borges <jhollins-borges@mediamatters.org>; Olivia Little <olittle@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Alex Guiden <aguiden@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Tyler Monroe <tmonroe@mediamatters.org>; Evlondo Cooper <ecooper@mediamatters.org>; Jason Campbell <jcampbell@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege; Work Product | Communications related to internal memo generated at the request of counsel for use in the present litigation. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. Attorney Work Product: Memo was created at the direction of counsel for use in the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_307822-MMFA_307832 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307833 | Redacted | Email | {Redacted}@jezebel.com> | <press@mediamatters.org> | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307834 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307835-MMFA_307836 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307837-MMFA_307838 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@jezebel.com> | press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307839-MMFA_307840 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307841-MMFA_307843 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@jezebel.com>; Hiwot Hailu <hhailu@mediamatters.org> | press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0487

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | BCC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_307844-MMFA_307846 | Redacted | Email | {Redacted}@jezebel.com> | Laura Keiter <lkeiter@mediamatters.org> | Hiwot Hailu <hhailu@mediamatters.org>; press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307847-MMFA_307849 | Redacted | Email | Hiwot Hailu <hhailu@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307850-MMFA_307852 | Redacted | Email | {Redacted} | Hiwot Hailu <hhailu@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307853-MMFA_307856 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@jezebel.com> | Hiwot Hailu <hhailu@mediamatters.org>; press <press@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307857-MMFA_307871 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307872-MMFA_307886 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307887-MMFA_307902 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307903-MMFA_307918 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0488**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_307919-MMFA_307934 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307935-MMFA_307951 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307952-MMFA_307969 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307970-MMFA_307987 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_307988-MMFA_308005 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_308006-MMFA_308023 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_308024-MMFA_308041 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0489

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_308042-MMFA_308060 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_308061-MMFA_308079 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_308080-MMFA_308097 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; {Redacted} | | 05/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story and the identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_308098-MMFA_308116 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308117-MMFA_308131 | Redacted | Email | {Redacted}@accountabletech.org> | Laura Keiter <lkeiter@mediamatters.org> | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308132-MMFA_308147 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@accountabletech.org> | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308148-MMFA_308166 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308167-MMFA_308186 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308187-MMFA_308206 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0490

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_308207-MMFA_308226 | Redacted | Email | | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308227-MMFA_308228 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308229-MMFA_308230 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308231-MMFA_308232 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <aalford@mediamatters.org> | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308233-MMFA_308234 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <rsturtevant@mediamatters.org> | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308235-MMFA_308237 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308238-MMFA_308240 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308241-MMFA_308260 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org> | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308261-MMFA_308263 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_308264 | Redacted | Email | {Redacted}@afp.com> | {Redacted} | rsturtevant@mediamatters.org | | | 05/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0491**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_308265-MMFA_308267 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_310380-MMFA_310396 | Redacted | Word | Sergio Munoz | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310397-MMFA_310413 | Redacted | Word | Sharon Kann | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310414-MMFA_310430 | Redacted | Word | Sharon Kann | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310431-MMFA_310447 | Redacted | Word | Laura Keiter | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310448-MMFA_310464 | Redacted | Word | Laura Keiter | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310465-MMFA_310481 | Redacted | Word | Kayla Gogarty | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310482-MMFA_310498 | Redacted | Word | Kayla Gogarty | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310499-MMFA_310515 | Redacted | Word | Andrea Alford | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310516-MMFA_310532 | Redacted | Word | Andrea Alford | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310533-MMFA_310549 | Redacted | Word | Rebecca Sturtevant | | | | | 05/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_310550-MMFA_310551 | Redacted | Email | {Redacted} | <smunoz@mediamatters.org> | | | | 05/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_322193 | Withheld | Word | Rebecca Sturtevant | | | | | 06/09/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0492**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_343572 | Withheld | Word | Andrea Alford | | | | 06/21/2022 | First Amendment; Attorney Client Privilege; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. Attorney-Client Privilege: Reveal conversations with counsel for the purpose of retaining legal advice. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343573 | Withheld | Word | Andrea Alford | | | | 06/21/2022 | First Amendment; Attorney Client Privilege; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. Attorney-Client Privilege: Reveal conversations with counsel for the purpose of retaining legal advice. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343574 | Withheld | Word | Julie Millican | | | | 08/25/2022 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343575-MMFA_343576 | Redacted | Word | Laura Keiter | | | | 05/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights | Confidential Information Subject to Protective Order |
| MMFA_343577 | Redacted | Email | J{Redacted}@newsweek.com> | <press@mediamatters.org> | | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343578-MMFA_343579 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@newsweek.com> | <press@mediamatters.org> | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343580-MMFA_343581 | Redacted | Email | {Redacted}@newsweek.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0493**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_343582-MMFA_343584 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@newsweek.com>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343585-MMFA_343587 | Redacted | Email | J{Redacted}@newsweek.com> | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343588-MMFA_343591 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@newsweek.com> | Howard Pangelinan <hpangelinan@mediamatters.org> | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343592-MMFA_343595 | Redacted | Email | {Redacted}@newsweek.com> | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343596-MMFA_343599 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@newsweek.com> | Howard Pangelinan <hpangelinan@mediamatters.org> | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343600 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343601 | Redacted | Appointment | Laura Keiter | | | | 10/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343602 | Redacted | Word | Laura Keiter | | | | 10/18/2022 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343603 | Redacted | Word | Laura Keiter | | | | 10/18/2022 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343604-MMFA_343605 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | <press@mediamatters.org> | | 10/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0494

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_343606-MMFA_343607 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | <press@mediamatters.org> | | | 10/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking to collaborate on an external media appearance.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343608-MMFA_343609 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | Hiwot Hailu <hhailu@mediamatters.org>; Andrea Alford <aalford@mediamatters.org> | | | 10/28/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343610 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; LGBT Program <lgbt@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org> | | | 10/31/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_343611-MMFA_343623 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343624-MMFA_343637 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}> | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343638-MMFA_343651 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343652-MMFA_343653 | Redacted | Email | {Redacted} | <comms@mediamatters.org> | | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343654-MMFA_343656 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343657-MMFA_343671 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343672-MMFA_343686 | Redacted | Email | {Redacted} | {Redacted}@freepress.net> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@accountabletech.org>; {Redacted}@freepress.net>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}@accountabletech.org>; {Redacted}@accountabletech.org>; {Redacted}@evergreenstrategygroup.com>; {Redacted}@balestramedia.com> | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343687 | Redacted | Email | {Redacted} | <aalford@mediamatters.org> | | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343688 | Redacted | Email | {Redacted} | <aalford@mediamatters.org> | | | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0495

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | BCC | Date | Privilege Reason | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_343689-MMFA_343704 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343705-MMFA_343720 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343721-MMFA_343737 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343738-MMFA_343754 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343755-MMFA_343771 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/03/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343772-MMFA_343773 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343774-MMFA_343795 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343796 | Redacted | Email | {Redacted}@bbc.co.uk> | press@mediamatters.org | | | 11/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343797-MMFA_343819 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted} | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343820-MMFA_343842 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343843-MMFA_343865 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343866-MMFA_343888 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0496**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_343889-MMFA_343911 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343912-MMFA_343934 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343935-MMFA_343957 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343958-MMFA_343981 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343982-MMFA_343983 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@bbc.co.uk | press@mediamatters.org | | 11/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's and MMFA partner's identities would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343984-MMFA_343985 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@bbc.co.uk | press@mediamatters.org | {Redacted}@freepress.net | 11/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's and MMFA partner's identities would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343986-MMFA_343987 | Redacted | Email | {Redacted} | <comms@mediamatters.org> | | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individual's identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343988-MMFA_343989 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@freepress.net | | | 11/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's and MMFA partner's identities would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_343990-MMFA_343991 | Redacted | Email | {Redacted} | {Redacted} | | <jmillican@mediamatters.org> | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343992-MMFA_343993 | Redacted | Email | {Redacted} | {Redacted} | | <Stop-Toxic-Twitter@googlegroups.com> | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_343994-MMFA_343995 | Redacted | Email | {Redacted} | {Redacted} | | <aalford@mediamatters.org> | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0497

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_343996-MMFA_344019 | Redacted | Email | {Redacted}@accountabletech.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344020-MMFA_344022 | Redacted | Email | {Redacted}@freepress.net> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@bbc.co.uk>; press@mediamatters.org | | 11/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's and MMFA partner's identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344023-MMFA_344046 | Redacted | Email | {Redacted} | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Timothy Karr <tkarr{Redacted}freepress.net> | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344047-MMFA_344071 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344072-MMFA_344096 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344112 | Redacted | Email | {Redacted}@dcnf.org> | <press@mediamatters.org> | | | 11/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344113-MMFA_344138 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 11/04/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344468-MMFA_344475 | Redacted | Word | Michael Eberhart | | | | 11/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344476-MMFA_344483 | Redacted | Word | Pilar Martinez | | | | 11/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344484 | Redacted | Word | Andrea Alford | | | | 11/18/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344485-MMFA_344492 | Redacted | Word | Cynthia Padera | | | | 11/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0498

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_344493-MMFA_344500 | Redacted | Word | Ben Dimiero | | | 11/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344501-MMFA_344512 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | 11/18/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344513-MMFA_344518 | Redacted | Email | {Redacted} | | | 11/18/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344519 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | 11/18/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344520-MMFA_344521 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | 11/18/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344522-MMFA_344523 | Redacted | Email | {Redacted} | {Redacted} | | 11/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344524 | Redacted | Word | Julie Millican | | | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344525 | Redacted | Word | Laura Keiter | | | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344526 | Redacted | Word | Beth Cope | | | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344527-MMFA_344528 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344529-MMFA_344530 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@accountabletech.org> | <aalford@mediamatters.org> | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344531-MMFA_344532 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344533-MMFA_344534 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | 11/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344535-MMFA_344536 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Brennan Suen <bsuen@mediamatters.org> | | 11/23/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344537-MMFA_344549 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@freepress.net> | Andrea Alford <aalford@mediamatters.org>; <{Redacted}@accountabletech.org>; {Redacted}@freepress.net> | 11/23/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0499**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claim | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344550 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted} | | 11/23/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344551 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; {Redacted} | | 11/23/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344552-MMFA_344553 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; {Redacted} | | 11/23/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344554-MMFA_344555 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; {Redacted} | | 11/23/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344556 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344557 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | <press@mediamatters.org> | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344558-MMFA_344559 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | <press@mediamatters.org> | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344560-MMFA_344562 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; Howard Pangelinan <hpangelinan@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344563-MMFA_344564 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; <press@mediamatters.org> | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0500**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344565-MMFA_344567 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; <press@mediamatters.org> | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344568-MMFA_344570 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; <press@mediamatters.org> | | 11/26/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344571-MMFA_344574 | Redacted | Word | Rebecca Sturtevant | | | | 11/21/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344575 | Withheld | Word | Cynthia Padera | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344576 | Withheld | Word | Sergio Munoz | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344577 | Withheld | Word | Julie Millican | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0501

| Bates Number | Privilege Type | Document Type | Sender/Author | RECIP | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344578 | Withheld | Word | Julie Millican | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344579 | Withheld | Word | John Whitehouse | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344580 | Withheld | Word | Sharon Kann | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344581 | Withheld | Word | Laura Keiter | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0502**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344582 | Withheld | Word | Andrea Alford | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344583 | Withheld | Word | Andrea Alford | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344584 | Withheld | Word | Pilar Martinez | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344585 | Redacted | Email | {Redacted} | press@mediamatters.org | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344586-MMFA_344587 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344588-MMFA_344589 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344590-MMFA_344593 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0503

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344594-MMFA_344596 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344597-MMFA_344601 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Howard Pangelinan <hpangelinan@mediamatters.org> | press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344602-MMFA_344605 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344606-MMFA_344611 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344612-MMFA_344616 | Redacted | Email | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344617-MMFA_344623 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344624-MMFA_344629 | Redacted | Email | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344630-MMFA_344637 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344638-MMFA_344643 | Redacted | Email | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344644 | Withheld | Email | Katie Reilly <katie@weareultraviolet.org> | <ACTION@ddl.groups.io> | | | 11/28/2022 | First Amendment; TX Shield Law | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0504**

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Reason | Document Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344645 | Withheld | Email | Katie Reilly <katie@weareultraviolet.org> | undisclosed-recipients: | | <smunoz@mediamatters.org> | 11/28/2022 | First Amendment; TX Shield Law | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344646 | Withheld | Email | Katie Reilly <katie@weareultraviolet.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 11/28/2022 | First Amendment; TX Shield Law | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344647-MMFA_344649 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344650-MMFA_344653 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344654-MMFA_344656 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344954 | Withheld | Word | Cynthia Padera | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344955 | Withheld | Word | Ben Dimiero | | | | 11/01/2022 | First Amendment; TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_344956-MMFA_344960 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0505

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344961-MMFA_344964 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344965-MMFA_344966 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344967 | Redacted | Appointment | Laura Keiter | | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344968-MMFA_344971 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344972-MMFA_344977 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | 11/28/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344981 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 11/29/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344982-MMFA_344983 | Redacted | Email | {Redacted}@pinknews.co.uk> | <press@mediamatters.org> | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1) | Confidential Information Subject to Protective Order |
| MMFA_344984-MMFA_344985 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@pinknews.co.uk> | <press@mediamatters.org> | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344086-MMFA_344987 | Redacted | Email | {Redacted}@pinknews.co.uk> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | <press@mediamatters.org> | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344988 | Redacted | Word | Laura Keiter | | | | 11/29/2022 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_344991 | Redacted | Email | {Redacted} | lkeiter@mediamatters.org | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0506

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Prong | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_344992-MMFA_344993 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344994-MMFA_344995 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344996-MMFA_344997 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_344998-MMFA_345001 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 11/29/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345002 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345333 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/30/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_345334-MMFA_345335 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 11/30/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_345336-MMFA_345337 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345338-MMFA_345339 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Sharon Kann <skann@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345340-MMFA_345341 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Sharon Kann <skann@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345342-MMFA_345343 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Sharon Kann <skann@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0507

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_345344 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/30/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_345345-MMFA_345347 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345348-MMFA_345350 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345351-MMFA_345354 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345355 | Redacted | Word | Sharon Kann | | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345356 | Redacted | Word | Laura Keiter | | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345357 | Redacted | Word | Andrea Alford | | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345358 | Redacted | Word | Rebecca Sturtevant | | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345359-MMFA_345361 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@warnermedia.com> | press@mediamatters.org | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345362-MMFA_345364 | Redacted | Email | {Redacted}@warnermedia.com> | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345365-MMFA_345367 | Redacted | Email | {Redacted}@warnermedia.com> | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0508

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_345368-MMFA_345370 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345371-MMFA_345373 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@warnermedia.com> | press@mediamatters.org | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345374-MMFA_345377 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Lauren Cross <lcross@mediamatters.org> | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345378-MMFA_345380 | Redacted | Email | {Redacted}@warnermedia.com> | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345381-MMFA_345384 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@warnermedia.com> | press@mediamatters.org | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345385-MMFA_345386 | Redacted | Word | Laura Keiter | | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345387-MMFA_345388 | Redacted | Word | Kayla Gogarty | | | | 11/30/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345389 | Redacted | Email | {Redacted} | press@mediamatters.org | | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345390-MMFA_345391 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | press@mediamatters.org | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345392-MMFA_345393 | Redacted | Email | {Redacted} via Press <press@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345394-MMFA_345395 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | press@mediamatters.org | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0509

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_345396-MMFA_345397 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Carly Novell <cnovell@mediamatters.org> | <press@mediamatters.org> | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345398-MMFA_345399 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | press@mediamatters.org | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_345400-MMFA_345401 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | press@mediamatters.org | | 12/01/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_350872-MMFA_350876 | Redacted | Word | Laura Keiter | | | | 11/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_350877-MMFA_350881 | Redacted | Word | Andrea Alford | | | | 11/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_350882-MMFA_350884 | Redacted | Email | {Redacted} | Media Matters for America <action@mediamatters.org>; <moderator@mediamatters.org> | | | 12/02/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_350885 | Redacted | Email | {Redacted} | Laura Keiter <LKeiter@MEDIAMATTERS.ORG> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351718-MMFA_351719 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Lauren Cross <lcross@mediamatters.org>; Press <press@mediamatters.org> | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351720-MMFA_351721 | Redacted | Email | {Redacted} | Lauren Cross <lcross@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Press <press@mediamatters.org> | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351722 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351723 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0510**

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351724 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351725 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351726 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351727 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351728-MMFA_351729 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted} | Press <press@mediamatters.org> | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351730 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351731 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351732 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351733 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351734 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0511

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351735 | Redacted | Appointment | Laura Keiter | | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351736 | Redacted | Email | {Redacted} | Lauren Cross <lcross@mediamatters.org> | <press@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351737-MMFA_351738 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | Lauren Cross <lcross@mediamatters.org> | | Angelo Carusone <acarusone@mediamatters.org>; Sharon Kann <skann@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351739-MMFA_351740 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351741 | Redacted | Appointment | Laura Keiter | | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351742 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351743 | Redacted | Appointment | Laura Keiter | | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351744-MMFA_351745 | Redacted | Email | {Redacted} | Lauren Cross <lcross@mediamatters.org> | <press@mediamatters.org> | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351746 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351747 | Redacted | Appointment | Laura Keiter | | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0512

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351748-MMFA_351758 | Redacted | Word | Laura Keiter | | | | 11/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351759-MMFA_351763 | Redacted | Word | Julie Millican | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351764-MMFA_351768 | Redacted | Word | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351769-MMFA_351770 | Redacted | Email | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org> | Lauren Cross <lcross@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; <chargrave@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351771-MMFA_351772 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351773 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351774-MMFA_351775 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351776 | Redacted | Appointment | Laura Keiter | | | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351777-MMFA_351778 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351779 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0513

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_351780-MMFA_351781 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351782 | Redacted | Appointment | Laura Keiter | | | | 12/03/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351783-MMFA_351785 | Redacted | Email | {Redacted} | Lauren Cross <lcross@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Casey Hargrave <chargrave@mediamatters.org> | | 12/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351786-MMFA_351788 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Lauren Cross <lcross@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Casey Hargrave <chargrave@mediamatters.org> | | 12/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351789-MMFA_351790 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org>; <chargrave@mediamatters.org> | | | 12/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351791 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking to collaborate on an external media appearance.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351792-MMFA_351793 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org>; <chargrave@mediamatters.org> | | | 12/04/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351794 | Redacted | Appointment | Laura Keiter | | | | 12/02/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351795 | Redacted | Email | {Redacted} | Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351796-MMFA_351797 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Casey Hargrave <chargrave@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0514

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351798-MMFA_351800 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351801-MMFA_351802 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking to collaborate on an external media appearance.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351803-MMFA_351805 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351806-MMFA_351808 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351809-MMFA_351813 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | {Redacted}@newsy.com> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351814-MMFA_351817 | Redacted | Email | {Redacted}@newsy.com> | Casey Hargrave <chargrave@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking to collaborate on an external media appearance.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351818 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351819 | Redacted | Appointment | Laura Keiter | | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351820-MMFA_351823 | Redacted | Email | {Redacted}@newsy.com> | Casey Hargrave <chargrave@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351824-MMFA_351829 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | {Redacted}@newsy.com> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0515

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351830 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351831 | Redacted | Appointment | Laura Keiter | | | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351832-MMFA_351835 | Redacted | Email | {Redacted}@newsy.com> | Casey Hargrave <chargrave@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351836-MMFA_351841 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | {Redacted}@newsy.com> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351842-MMFA_351846 | Redacted | Email | {Redacted}@newsy.com> | Casey Hargrave <chargrave@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351847-MMFA_351849 | Redacted | Email | {Redacted} via Press <press@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | press@mediamatters.org | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351850-MMFA_351852 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Carly Novell <cnovell@mediamatters.org> | press@mediamatters.org | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351853-MMFA_351857 | Redacted | Email | {Redacted}@gqrr.com> | <jmillican@mediamatters.org> | | | | 12/05/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351858-MMFA_351861 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351862 | Redacted | Email | {Redacted}@gmail.com> | <press@mediamatters.org> | | | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0516

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351863-MMFA_351866 | Redacted | Email | {Redacted} via Press <press@mediamatters.org> | Carly Novell <cnovell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351867-MMFA_351870 | Redacted | Email | {Redacted} | Carly Novell <cnovell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351871 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@gmail.com> | <press@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351872-MMFA_351873 | Redacted | Email | {Redacted}@gmail.com> | Laura Keiter <lkeiter@mediamatters.org> | <press@mediamatters.org> | | 12/05/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351874 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 12/06/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351877-MMFA_351878 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 12/06/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351879-MMFA_351885 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 12/06/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351886-MMFA_351887 | Redacted | Email | {Redacted} | | {Redacted} | <stop-toxic-twitter@googlegroups.com> | 12/06/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351888-MMFA_351889 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351890-MMFA_351891 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351892-MMFA_351893 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted} | Ari Drennen <adrennen@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351894-MMFA_351895 | Redacted | Email | {Redacted} | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0517

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351896-MMFA_351898 | Redacted | Word | Julie Millican | | | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351899-MMFA_351901 | Redacted | Word | Laura Keiter | | | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351902-MMFA_351904 | Redacted | Word | Laura Keiter | | | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351905-MMFA_351907 | Redacted | Word | Andrea Alford | | | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351908-MMFA_351910 | Redacted | Word | Rebecca Sturtevant | | | | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351911-MMFA_351913 | Redacted | Email | {Redacted} | {Redacted} | Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351914-MMFA_351916 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351917-MMFA_351919 | Redacted | Email | {Redacted} | Brennan Suen <bsuen@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351920-MMFA_351922 | Redacted | Email | {Redacted} | {Redacted} | Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351923-MMFA_351926 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351927-MMFA_351930 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0518

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_351931-MMFA_351934 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_351935-MMFA_351939 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_351940-MMFA_351944 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | 12/07/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352075-MMFA_352076 | Redacted | Email | {Redacted}@atlargeproutreach.com> | <bcope@mediamatters.org> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking to collaborate with MMFA on a news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352077-MMFA_352078 | Redacted | Word | Sharon Kann | | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352079-MMFA_352080 | Redacted | Word | Laura Keiter | | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352081-MMFA_352082 | Redacted | Word | Andrea Alford | | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352083-MMFA_352084 | Redacted | Word | Andrea Alford | | | | 12/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352085-MMFA_352086 | Redacted | Email | {Redacted}@gmail.com> | Laura Keiter <lkeiter@mediamatters.org> | <press@mediamatters.org> | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352087-MMFA_352089 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@gmail.com> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352090-MMFA_352092 | Redacted | Email | {Redacted}@gmail.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0519

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352093-MMFA_352095 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@gmail.com> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352096-MMFA_352098 | Redacted | Email | {Redacted}@gmail.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352099-MMFA_352102 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@gmail.com> | | | 12/08/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352103 | Withheld | Email | Michael Khoo <michael@upshiftstrategies.com> | Rose Lang-Maso <rlangmaso@freepress.net> | Kaili Lambe <kaili@accountabletech.org>; jmillican@mediamatters.org; Seiber, Erika <eseiber@foe.org>; Nora Benavidez <nbenavidez@freepress.net>; Nicole Gill <nicole@accountabletech.org> | | 12/08/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352107-MMFA_352110 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@gmail.com> | | | 12/09/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352111 | Redacted | Word | Rebecca Sturtevant | | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's and MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352112 | Redacted | Word | Rebecca Sturtevant | | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352113-MMFA_352114 | Redacted | Email | {Redacted}@bloomberg.net> | <rsturtevant@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and the MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352115-MMFA_352127 | Redacted | Pdf | Rebecca Sturtevant | | | | 12/31/9999 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0520

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352128- MMFA_352131 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Casey Hargrave <chargrave@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352132- MMFA_352136 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org> | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352137- MMFA_352139 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352140- MMFA_352144 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Casey Hargrave <chargrave@mediamatters.org> | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352145- MMFA_352146 | Redacted | Word | Rebecca Sturtevant | | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352147- MMFA_352149 | Redacted | Email | {Redacted}@bloomberg.net> | <rsturtevant@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352150- MMFA_352155 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352156- MMFA_352159 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0521

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_352160-MMFA_352163 | Redacted | Email | {Redacted}@bloomberg.net> | <rsturtevant@mediamatters.org> | | | 12/12/2022 | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and the MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352164-MMFA_352169 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352170-MMFA_352176 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352177-MMFA_352180 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352181-MMFA_352187 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352188-MMFA_352192 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity and the partner's identity would chill their and the MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352193-MMFA_352200 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0522**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352201-MMFA_352204 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352205-MMFA_352206 | Redacted | Email | {Redacted} | {Redacted} | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352207-MMFA_352208 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352209-MMFA_352213 | Redacted | Email | {Redacted}@bloomberg.net> | <rsturtevant@mediamatters.org> | | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352214-MMFA_352217 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352218-MMFA_352222 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352223-MMFA_352226 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352227-MMFA_352234 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352235-MMFA_352236 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352237-MMFA_352244 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0523

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_352245- MMFA_352248 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352249- MMFA_352252 | Redacted | Email | {Redacted} | {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352253- MMFA_352257 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | {Redacted} | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352258- MMFA_352265 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352266- MMFA_352271 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352272- MMFA_352277 | Redacted | Email | {Redacted}@bloomberg.net> | <rsturtevant@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352278- MMFA_352283 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@bloomberg.net> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352284- MMFA_352292 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352293 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | {Redacted} | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0524**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352294-MMFA_352318 | Redacted | Pdf | Sharon Kann | | | | | 12/31/9999 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352319-MMFA_352327 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/12/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352328-MMFA_352337 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352338-MMFA_352339 | Redacted | Word | Kayla Gogarty | | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352340-MMFA_352349 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352350-MMFA_352352 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the journalist and the partner would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352353-MMFA_352363 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352364-MMFA_352367 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@equalpride.com> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the journalist and the partner would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0525**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352368-MMFA_352371 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@equalpride.com> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352372-MMFA_352375 | Redacted | Email | {Redacted}@equalpride.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352376-MMFA_352380 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@equalpride.com> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352381-MMFA_352386 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@equalpride.com> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352387-MMFA_352392 | Redacted | Email | {Redacted}@equalpride.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352393-MMFA_352398 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@equalpride.com> | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352399-MMFA_352409 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0526**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352410 | Withheld | Email | David Thau <djthau@gmail.com> | Pilar Martinez <pmartinez@mediamatters.org>; Anh Tran <atran@mediamatters.org>; Alana Oglesby <aoglesby@mediamatters.org> | | | 12/13/2022 | First Amendment | Communication with MMFA donor detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_352411-MMFA_352421 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352422-MMFA_352433 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352434 | Withheld | Email | Anh Tran <atran@mediamatters.org> | David Thau <djthau@gmail.com>; Pilar Martinez <pmartinez@mediamatters.org>; Alana Oglesby <aoglesby@mediamatters.org> | | | 12/13/2022 | First Amendment | Communication with MMFA donor detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_352435 | Withheld | Email | Alana Oglesby <aoglesby@mediamatters.org> | David Thau <djthau@gmail.com>; Anh Tran <atran@mediamatters.org>; Pilar Martinez <pmartinez@mediamatters.org> | | | 12/13/2022 | First Amendment | Communication with MMFA donor detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_352436-MMFA_352447 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352448-MMFA_352459 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0527

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352460-MMFA_352461 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@vice.com> | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352462 | Withheld | Email | Nicole Gill <nicole@accountabletech.org> | Michael Khoo <michael@upshiftstrategies.com> | Rose Lang-Maso <rlangmaso@freepress.net>; Kaili Lambe <kaili@accountabletech.org>; jmillican@mediamatters.org; Seiber, Erika <eseiber@foe.org>; Nora Benavidez <nbenavidez@freepress.net> | | 12/13/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352472-MMFA_352474 | Redacted | Email | Rebecca Sturtevant <RSturtevant@mediamatters.org> | <rsturtevant@mediamatters.org> | | | 12/14/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352475-MMFA_352477 | Redacted | Email | Rebecca Sturtevant <RSturtevant@mediamatters.org> | <rsturtevant@mediamatters.org> | | | 12/14/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352478-MMFA_352480 | Redacted | Email | Rebecca Sturtevant <RSturtevant@mediamatters.org> | <lkeiter@mediamatters.org> | | | 12/14/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352481-MMFA_352483 | Redacted | Email | Rebecca Sturtevant <RSturtevant@mediamatters.org> | <rsturtevant@mediamatters.org> | | | 12/14/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352484-MMFA_352488 | Redacted | Word | Andrea Alford | | | | 11/08/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352489 | Withheld | Email | Michael Khoo <michael@upshiftstrategies.com> | Nicole Gill <nicole@accountabletech.org> | Rose Lang-Maso <rlangmaso@freepress.net>; Kaili Lambe <kaili@accountabletech.org>; jmillican@mediamatters.org; Seiber, Erika <eseiber@foe.org>; Nora Benavidez <nbenavidez@freepress.net> | | 12/14/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352490 | Withheld | Email | Nora Benavidez <nbenavidez@freepress.net> | Michael Khoo <michael@upshiftstrategies.com> | Nicole Gill <nicole@accountabletech.org>; Rose Lang-Maso <rlangmaso@freepress.net>; Kaili Lambe <kaili@accountabletech.org>; <jmillican@mediamatters.org>; Seiber, Erika <eseiber@foe.org> | | 12/14/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352491-MMFA_352492 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352493-MMFA_352494 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@democracynow.org>; {Redacted}@democracynow.org> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0528

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352502-MMFA_352503 | Redacted | Email | {Redacted}@tytnetwork.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352504 | Withheld | Email | Michael Khoo <michael@upshiftstrategies.com> | Nora Benavidez <nbenavidez@freepress.net> | Nicole Gill <nicole@accountabletech.org>; Rose Lang-Maso <rlangmaso@freepress.net>; Kaili Lambe <kaili@accountabletech.org>; jmillican@mediamatters.org; Seiber, Erika <eseiber@foe.org> | | 12/14/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352505 | Withheld | Email | Brennan Suen (Google Docs) <comments-noreply@docs.google.com> | <aalford@mediamatters.org> | | | 12/14/2022 | First Amendment; TX Shield Law | Communications revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352506-MMFA_352507 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352508 | Withheld | Email | Brennan Suen (Google Docs) <comments-noreply@docs.google.com> | <aalford@mediamatters.org> | | | 12/14/2022 | First Amendment; TX Shield Law | Communications revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352509-MMFA_352510 | Redacted | Email | {Redacted}@tytnetwork.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0529**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Objection/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352511-MMFA_352513 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com> | | | 12/14/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352514-MMFA_352515 | Redacted | Email | {Redacted} | lkeiter@mediamatters.org | | | 12/14/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352516-MMFA_352540 | Redacted | Word | Julie Millican | | | | 07/29/2021 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352541-MMFA_352542 | Redacted | Email | {Redacted} | {Redacted} | | | 12/15/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352543-MMFA_352545 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352546-MMFA_352547 | Redacted | Email | {Redacted}@tytnetwork.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com>; {Redacted}@tyt.com>; {Redacted}@tytnetwork.com> | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352548-MMFA_352549 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352550 | Redacted | Appointment | Rebecca Sturtevant | | | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0530

| Bates Number | Privilege Type | Document Type | Sender/Author | [Recipient] | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352551-MMFA_352554 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352555-MMFA_352557 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | <lkeiter@mediamatters.org>; <kgogarty@mediamatters.org> | | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352558-MMFA_352560 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com> | {Redacted}@tytnetwork.com>; {Redacted}@tyt.com>; {Redacted}@tytnetwork.com> | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352561-MMFA_352564 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352565-MMFA_352567 | Redacted | Email | {Redacted}@tytnetwork.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com>; {Redacted}@tyt.com>; {Redacted}@tytnetwork.com> | | 12/15/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352568 | Withheld | Pdf | Julie Millican | | | | 12/31/9999 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352569-MMFA_352570 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0531

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Subject Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352571 | Withheld | Email | Michael Khoo <michael@upshiftstrategies.com> | Nora Benavidez <nbenavidez@freepress.net> | Nicole Gill <nicole@accountabletech.org>; Rose Lang-Maso <rlangmaso@freepress.net>; Kaili Lambe <kaili@accountabletech.org>; jmillican@mediamatters.org; Seiber, Erika <eseiber@foe.org> | | 12/16/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352572-MMFA_352574 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352575-MMFA_352578 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352579-MMFA_352582 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352583 | Withheld | Word | Eric Hananoki | | | | 12/16/2022 | TX Shield Law | Article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352584-MMFA_352596 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | 12/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352597-MMFA_352599 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net> | {Redacted}@accountabletech.org>; {Redacted}@accountabletech.org> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352600-MMFA_352602 | Redacted | Email | {Redacted}@freepress.net> | Andrea Alford <aalford@mediamatters.org>; {Redacted}@accountabletech.org>; {Redacted}@accountabletech.org> | | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352603-MMFA_352606 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@freepress.net> | {Redacted}; {Redacted}@accountabletech.org> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352607-MMFA_352610 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org> | {Redacted}@freepress.net>; {Redacted}@accountabletech.org> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352611-MMFA_352614 | Redacted | Email | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org>; {Redacted}@freepress.net> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352615-MMFA_352618 | Redacted | Email | {Redacted}@freepress.net> | {Redacted}@accountabletech.org>; {Redacted}@accountabletech.org>; Andrea Alford <aalford@mediamatters.org> | | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352619-MMFA_352623 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@freepress.net> | {Redacted}@accountabletech.org>; Andrea Alford <aalford@mediamatters.org> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0532

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352624-MMFA_352626 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352627 | Withheld | Word | Eric Hananoki | | | | 12/13/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352628 | Withheld | Word | Ben Dimiero | | | | 12/13/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352650 | Withheld | Email | Nora Benavidez <nbenavidez@freepress.net> | Michael Khoo <michael@upshiftstrategies.com> | Nicole Gill <nicole@accountabletech.org>; Rose Lang-Maso <rlangmaso@freepress.net>; Kaili Lambe <kaili@accountabletech.org>; jmillican@mediamatters.org; Seiber, Erika <eseiber@foe.org> | | 12/16/2022 | First Amendment | External communications between MMFA and MMFA partners reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352651 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted} | | | 12/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the journalist's or MMFA partner's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352691-MMFA_352695 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org | {Redacted}@freepress.net>; {Redacted}@accountabletech.org> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352696-MMFA_352700 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@accountabletech.org>; Andrea Alford <aalford@mediamatters.org> | {Redacted}@glaad.org>; {Redacted}@glaad.org>; {Redacted}@glaad.org> | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352701 | Withheld | Word | Bruce Jacobs | | | | 11/30/2022 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0533

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352702-MMFA_352706 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org> | {Redacted}@accountabletech.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}@glaad.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}@glaad.org>; {Redacted}@glaad.org | | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352714-MMFA_352716 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | | 12/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352717-MMFA_352719 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Howard Pangelinan <hpangelinan@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 12/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352720-MMFA_352722 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}; {Redacted}; Howard Pangelinan <hpangelinan@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 12/17/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352723-MMFA_352725 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org> | | | 12/17/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352726-MMFA_352729 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | 12/17/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352730-MMFA_352732 | Redacted | Word | Rebecca Sturtevant | | | | 12/18/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352733 | Withheld | Word | Ben Dimiero | | | | 12/13/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "White nationalists embrace Fox News' Bill Melugin," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)." and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_352734 | Withheld | Word | Cynthia Padera | | | | 12/13/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "White nationalists embrace Fox News' Bill Melugin," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)." and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_352735 | Withheld | Word | Julie Millican | | | | 12/13/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "White nationalists embrace Fox News' Bill Melugin," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)." and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0534

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352736 | Withheld | Word | Laura Keiter | | | | 12/13/2022 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "White nationalists embrace Fox News' Bill Melugin," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_352737- MMFA_352740 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352743- MMFA_352747 | Redacted | Email | {Redacted}@glaad.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org>; A{Redacted}@accountabletech.org>; Brennan Suen <bsuen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}@glaad.org>; Sarah {Redacted}@glaad.org> | | 12/19/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352748- MMFA_352752 | Redacted | Email | {Redacted}@accountabletech.org> | {Redacted}@glaad.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}@accountabletech.org>; Brennan Suen <bsuen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}@glaad.org>; {Redacted}@glaad.org> | | 12/19/2022 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352753- MMFA_352754 | Redacted | Email | {Redacted} | <jmillican@mediamatters.org> | | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352755- MMFA_352757 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; Lauren Cross <lcross@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352758- MMFA_352759 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352760- MMFA_352761 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352762- MMFA_352766 | Redacted | Email | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org>; {Redacted}@freepress.net> | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0535

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352767-MMFA_352772 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@accountabletech.org> | | {Redacted}@accountabletech.org>; {Redacted}@freepress.net> | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352773-MMFA_352778 | Redacted | Email | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org> | | {Redacted}@accountabletech.org>; {Redacted}@freepress.net> | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352779-MMFA_352781 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | {Redacted}@accountabletech.org> | | <Stop-Toxic-Twitter@googlegroups.com> | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352782-MMFA_352783 | Redacted | Email | {Redacted} | <jmillican@mediamatters.org> | | | | 12/19/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352784 | Withheld | Word | zpleat@mediamatters.org | | | | | 12/19/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352785 | Withheld | Word | Andrea Alford | | | | | 12/19/2022 | First Amendment; TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352786 | Withheld | Word | Sharon Kann | | | | | 12/19/2022 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_352787 | Withheld | Word | Sharon Kann | | | | | 12/19/2022 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0536

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Document Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352788 | Withheld | Word | Kayla Gogarty | | | | 12/19/2022 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_352789 | Withheld | Word | Kayla Gogarty | | | | 12/19/2022 | First Amendment; TX Shield Law | Draft grant request materials for non-Texas donor detailing MMFA's journalistic efforts in 2022 and seeking general organizational funding.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352790 | Withheld | Word | Cynthia Padera | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352791 | Withheld | Word | Ben Dimiero | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352792 | Withheld | Word | Sergio Munoz | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0537

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352793 | Withheld | Word | Julie Millican | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352794 | Withheld | Word | John Whitehouse | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352795 | Withheld | Word | John Whitehouse | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352796 | Withheld | Word | Sharon Kann | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0538

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352797 | Withheld | Word | Sharon Kann | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352798 | Withheld | Word | Laura Keiter | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352799 | Withheld | Word | Laura Keiter | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352800 | Withheld | Word | Kayla Gogarty | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0539

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352801 | Withheld | Word | Jason Campbell | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352802 | Withheld | Word | Andrea Alford | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352803 | Withheld | Word | Andrea Alford | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352804 | Withheld | Word | Ben Dimiero | | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352805-MMFA_352808 | Redacted | Email | {Redacted} | aalford@mediamatters.org; jmillican@mediamatters.org | | {Redacted} | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352809-MMFA_352813 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Lauren Cross <lcross@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0540

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352814-MMFA_352817 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | {Redacted} | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352818-MMFA_352822 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org> | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352823-MMFA_352824 | Redacted | Word | Julie Millican | | | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352825-MMFA_352826 | Redacted | Word | Julie Millican | | | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352827-MMFA_352828 | Redacted | Word | Sharon Kann | | | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352829-MMFA_352830 | Redacted | Word | Andrea Alford | | | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352831-MMFA_352832 | Redacted | Word | Andrea Alford | | | | 12/20/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352833-MMFA_352838 | Redacted | Word | Andrea Alford | | | | 12/15/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352839-MMFA_352843 | Redacted | Email | {Redacted} | aalford@mediamatters.org; jmillican@mediamatters.org | {Redacted} | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352844-MMFA_352848 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | {Redacted} | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352849-MMFA_352854 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; jmillican@mediamatters.org | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352855-MMFA_352859 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | {Redacted} | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352920-MMFA_352924 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | {Redacted} | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352931-MMFA_352936 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | {Redacted} | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352937 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Alex Kaplan <akaplan@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research <research@mediamatters.org> | | 12/21/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0541

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_352938 | Redacted | Email | {Redacted} | {Redacted} | | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352944-MMFA_352947 | Redacted | Email | {Redacted} | Casey Hargrave <chargrave@mediamatters.org>; {Redacted} | lkeiter@mediamatters.org | | 12/21/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_352982-MMFA_352984 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_352985-MMFA_352987 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353003-MMFA_353010 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 12/22/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353013 | Withheld | Word | Sergio Munoz | | | | 12/01/2022 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_353014-MMFA_353022 | Redacted | Word | Andrea Alford | | | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353023-MMFA_353031 | Redacted | Word | Andrea Alford | | | | 12/21/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353075-MMFA_353078 | Redacted | Email | {Redacted} | Carly Novell <cnovell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 01/03/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353157 | Withheld | Word | Andrea Alford; Julie Millican; Sergio Munoz | | | | 12/06/2022 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353395 | Redacted | Email | {Redacted} | {Redacted} | | | 01/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0542

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_353410-MMFA_353412 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@afp.com> | | press@mediamatters.org | | 01/04/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353421-MMFA_353422 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353423-MMFA_353425 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353426-MMFA_353428 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353429-MMFA_353431 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353432-MMFA_353435 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353436-MMFA_353439 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Sharon Kann <skann@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353440-MMFA_353443 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Sharon Kann <skann@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353444-MMFA_353447 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0543**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_353485 | Withheld | Email | Pamela Vogel (Google Docs) <comments-noreply@docs.google.com> | <cpadera@mediamatters.org> | | | 01/05/2023 | First Amendment; TX Shield Law | Communications revealing edits to MMFA's draft strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353546-MMFA_353550 | Redacted | Word | Laura Keiter | | | | 01/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353551 | Withheld | Word | jlee@mediamatters.org | | | | 01/04/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353654 | Withheld | Email | Pamela Vogel (Google Docs) <comments-noreply@docs.google.com> | <skann@mediamatters.org> | | | 01/06/2023 | First Amendment; TX Shield Law | Comments and revisions for memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_353655 | Withheld | Email | Julie Tulbert <jtulbert@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Live Links <live@mediamatters.org> | Charis Hoard <choard@mediamatters.org>; Jack F. Winstanley <jwinstanley@mediamatters.org>; Ruby Seavey <rseavey@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Audrey McCabe <amccabe@mediamatters.org>; Bushra Sultana Ahmad <bsultana@mediamatters.org>; Proposals <proposals@mediamatters.org> | | 01/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353755 | Withheld | Pdf | Sergio Munoz | | | | 12/31/9999 | First Amendment | Grant report detailing MMFA's journalistic efforts in 2022 related to LGBTQ research and advocacy. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_353765-MMFA_353768 | Redacted | Email | {Redacted}@glaad.org> | Andrea Alford <aalford@mediamatters.org> | | | 01/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353770-MMFA_353772 | Redacted | Word | Julie Millican | | | | 01/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0544

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_353773-MMFA_353775 | Redacted | Word | Julie Millican | | | | 01/10/2023 | First Amendment; TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_353776-MMFA_353778 | Redacted | Word | Laura Keiter | | | | 01/10/2023 | First Amendment; TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_353779-MMFA_353781 | Redacted | Word | Andrea Alford | | | | 01/10/2023 | First Amendment; TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_353782-MMFA_353784 | Redacted | Word | Rebecca Sturtevant | | | | 01/10/2023 | First Amendment; TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_353785-MMFA_353788 | Redacted | Word | Laura Keiter | | | | 12/08/2022 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_353792-MMFA_353795 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/12/2023 | First Amendment | Confidential Information Subject to Protective Order |
| MMFA_353805-MMFA_353809 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/12/2023 | First Amendment | Confidential Information Subject to Protective Order |
| MMFA_353810-MMFA_353814 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/12/2023 | First Amendment | Confidential Information Subject to Protective Order |
| MMFA_353815-MMFA_353819 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/12/2023 | First Amendment | Confidential Information Subject to Protective Order |
| MMFA_353820-MMFA_353822 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/12/2023 | First Amendment | Confidential Information Subject to Protective Order |
| MMFA_353823-MMFA_353825 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/12/2023 | First Amendment | Confidential Information Subject to Protective Order |
| MMFA_353826-MMFA_353827 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/13/2023 | First Amendment | Confidential Information Subject to Protective Order |

Privilege Description column details:

MMFA_353773-MMFA_353775: Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).

MMFA_353776-MMFA_353778: Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).

MMFA_353779-MMFA_353781: Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).

MMFA_353782-MMFA_353784: Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).

MMFA_353785-MMFA_353788: Internal MMFA memorandum regarding employee information for media appearances. Redacted employee background and experience unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).

MMFA_353792-MMFA_353795: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

MMFA_353805-MMFA_353809: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

MMFA_353810-MMFA_353814: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

MMFA_353815-MMFA_353819: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

MMFA_353820-MMFA_353822: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

MMFA_353823-MMFA_353825: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

MMFA_353826-MMFA_353827: Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.

Appx. 0545

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_353830-MMFA_353832 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; Lauren Cross <lcross@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 01/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353833-MMFA_353834 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 01/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_353835 | Withheld | Email | Beatrice Mount <bmount@mediamatters.org> | Content Editing <content@mediamatters.org> | Alyssa Tirrell <atirrell@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Casey Wexler <cwexler@mediamatters.org>; Proposals <proposals@mediamatters.org> | | 01/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353836 | Redacted | Email | {Redacted}@nieuwsuur.nl> | press@mediamatters.org | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353837 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nieuwsuur.nl> | press@mediamatters.org | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353838-MMFA_353839 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353840-MMFA_353841 | Redacted | Email | Slack <notification@slack.com> | <lkeiter@mediamatters.org> | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0546

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_353952-MMFA_353958 | Redacted | Email | {Redacted}@aljazeera.net> | Lauren Cross <lcross@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@aljazeera.net> | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353959-MMFA_353966 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@aljazeera.net>; Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@aljazeera.net> | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353967-MMFA_353974 | Redacted | Email | {Redacted}@aljazeera.net> | Lauren Cross <lcross@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@aljazeera.net> | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353975-MMFA_353983 | Redacted | Email | Howard Pangelinan <hpangelinan@mediamatters.org> | {Redacted}@aljazeera.net> | Lauren Cross <lcross@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@aljazeera.net>; Casey Hargrave <chargrave@mediamatters.org> | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353984-MMFA_353991 | Redacted | Email | {Redacted}@aljazeera.net> | hpangelinan@mediamatters.org; lcross@mediamatters.org; lkeiter@mediamatters.org; {Redacted}@aljazeera.net> | | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353992-MMFA_353996 | Redacted | Word | Julie Millican | | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_353997-MMFA_354001 | Redacted | Word | Laura Keiter | | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354002-MMFA_354006 | Redacted | Word | Laura Keiter | | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354007-MMFA_354011 | Redacted | Word | Andrea Alford | | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0547

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_354012-MMFA_354016 | Redacted | Word | Rebecca Sturtevant | | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354017-MMFA_354021 | Redacted | Word | Rebecca Sturtevant | | | | 01/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354022-MMFA_354030 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@aljazeera.net> | hpangelinan@mediamatters.org; lkeiter@mediamatters.org; {Redacted}@aljazeera.net> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354031-MMFA_354038 | Redacted | Email | {Redacted}@aljazeera.net> | Lauren Cross <lcross@mediamatters.org> | hpangelinan@mediamatters.org; lkeiter@mediamatters.org; {Redacted}@aljazeera.net> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354055 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | 01/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_354056-MMFA_354066 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@aljazeera.net> | hpangelinan@mediamatters.org; lkeiter@mediamatters.org; {Redacted}@aljazeera.net> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354067-MMFA_354074 | Redacted | Email | {Redacted}@aljazeera.net> | Lauren Cross <lcross@mediamatters.org> | hpangelinan@mediamatters.org; lkeiter@mediamatters.org; {Redacted}@aljazeera.net> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_354075-MMFA_354076 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | 01/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_354077-MMFA_354087 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@aljazeera.net> | hpangelinan@mediamatters.org; lkeiter@mediamatters.org; {Redacted}@aljazeera.net> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_359751-MMFA_359752 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0548

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_359753-MMFA_359754 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@nieuwsuur.nl>; press <press@mediamatters.org> | | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_359755 | Withheld | Word | jhorowitz@mediamatters.org | | | | 01/12/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Chaya Raichik's far-right media tour," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_359756 | Withheld | Word | Ben Dimiero | | | | 01/12/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Chaya Raichik's far-right media tour," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_359757 | Withheld | Word | Julie Millican | | | | 01/12/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Chaya Raichik's far-right media tour," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_359758 | Withheld | Word | John Whitehouse | | | | 01/12/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Chaya Raichik's far-right media tour," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_359759 | Withheld | Word | Sharon Kann | | | | 01/12/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Chaya Raichik's far-right media tour," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_359760-MMFA_359761 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Lauren Cross <lcross@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; Sharon Kann <skann@mediamatters.org> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_359762-MMFA_359764 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Lauren Cross <lcross@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_359765-MMFA_359767 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Sharon Kann <skann@mediamatters.org> | Lauren Cross <lcross@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 01/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361028-MMFA_361031 | Redacted | Email | {Redacted}@nieuwsuur.nl> | Lauren Cross <lcross@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; press <press@mediamatters.org> | | | 01/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0549**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361032-MMFA_361034 | Redacted | Email | {Redacted}@nieuwsuur.nl> | Lauren Cross <lcross@mediamatters.org>; lkeiter@mediamatters.org; press@mediamatters.org; {Redacted}@nos.nl> | | | 01/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361035-MMFA_361038 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 01/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361039-MMFA_361043 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nieuwsuur.nl> | press <press@mediamatters.org> | | 01/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361047-MMFA_361051 | Redacted | Email | {Redacted}@nieuwsuur.nl> | Lauren Cross <lcross@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361052 | Withheld | Word | Andrea Alford | | | | 01/04/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361053 | Withheld | Word | Andrea Alford | | | | 01/04/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361054-MMFA_361062 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | 01/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361063-MMFA_361066 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Casey Hargrave <chargrave@mediamatters.org> | Sharon Kann <skann@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org> | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0550

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | To | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361067-MMFA_361071 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nieuwsuur.nl> | | Laura Keiter <lkeiter@mediamatters.org>; press@mediamatters.org | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361072-MMFA_361077 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nieuwsuur.nl> | | Laura Keiter <lkeiter@mediamatters.org> | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361078-MMFA_361079 | Redacted | Email | Angelo Carusone <acarusone@mediamatters.org> | <lkeiter@mediamatters.org> | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361080 | Redacted | Appointment | Laura Keiter | | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361081 | Withheld | Word | Cynthia Padera | | | | | 07/11/2022 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_361082-MMFA_361087 | Redacted | Email | {Redacted}@nieuwsuur.nl> | Lauren Cross <lcross@mediamatters.org>; press@mediamatters.org | | {Redacted}@nos.nl> | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361088-MMFA_361097 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | 01/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361098-MMFA_361104 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nieuwsuur.nl> | | {Redacted}@nos.nl>; Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0551

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361105-MMFA_361111 | Redacted | Email | {Redacted}@nos.nl> | Lauren Cross <lcross@mediamatters.org>; {Redacted}@nieuwsuur.nl> | Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361112-MMFA_361113 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361114 | Redacted | Appointment | Laura Keiter | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361115-MMFA_361116 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361117 | Redacted | Appointment | Laura Keiter | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361118-MMFA_361126 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nos.nl> | {Redacted}@nieuwsuur.nl>; Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361127-MMFA_361129 | Redacted | Word | Laura Keiter | | | | 01/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361130-MMFA_361132 | Redacted | Word | Andrea Alford | | | | 01/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361133-MMFA_361135 | Redacted | Word | Andrea Alford | | | | 01/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361136-MMFA_361138 | Redacted | Word | Rebecca Sturtevant | | | | 01/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361140-MMFA_361149 | Redacted | Word | Laura Keiter | | | | 01/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361150-MMFA_361159 | Redacted | Word | Andrea Alford | | | | 01/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0552

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361160-MMFA_361169 | Redacted | Word | Andrea Alford | | | | | 01/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361170-MMFA_361179 | Redacted | Word | Rebecca Sturtevant | | | | | 01/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361180-MMFA_361184 | Redacted | Word | Sharon Kann | | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361185-MMFA_361189 | Redacted | Word | Laura Keiter | | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361190-MMFA_361194 | Redacted | Word | Andrea Alford | | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361195-MMFA_361203 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | {Redacted}@nos.nl> | | {Redacted}@nieuwsuur.nl>; Casey Hargrave <chargrave@mediamatters.org>; Howard Pangelinan <hpangelinan@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 01/23/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361204-MMFA_361208 | Redacted | Word | Cynthia Padera | | | | | 01/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361220-MMFA_361227 | Redacted | Word | Julie Millican | | | | | 11/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361228-MMFA_361235 | Redacted | Word | Andrea Alford | | | | | 11/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361236-MMFA_361243 | Redacted | Word | Andrea Alford | | | | | 11/07/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361374-MMFA_361375 | Redacted | Word | Andrea Alford | | | | | 01/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361376-MMFA_361386 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | | 01/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361387-MMFA_361397 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | | 01/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0553**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361398-MMFA_361409 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted} | | 01/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361410-MMFA_361421 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 01/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361424 | Withheld | Word | nmathes@mediamatters.org | | | | 01/26/2023 | TX Shield Law | Draft memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361438-MMFA_361439 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361440-MMFA_361441 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 01/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361442-MMFA_361452 | Redacted | Pdf | Ben Dimiero | | | | 12/31/9999 | TX Shield Law | Redacted internal MMFA memorandum collecting posts from Facebook groups, listing search terms, and analyzing posts. The redacted communications contain references to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361453-MMFA_361463 | Redacted | Pdf | Sharon Kann | | | | 12/31/9999 | TX Shield Law | Redacted internal MMFA memorandum collecting posts from Facebook groups, listing search terms, and analyzing posts. The redacted communications contain references to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361464-MMFA_361474 | Redacted | Pdf | Laura Keiter | | | | 12/31/9999 | TX Shield Law | Redacted internal MMFA memorandum collecting posts from Facebook groups, listing search terms, and analyzing posts. The redacted communications contain references to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361475 | Withheld | Word | nmathes@mediamatters.org | | | | 01/27/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Meta reinstated Trump. Its policies won't stop him from pushing election misinformation ahead of 2024," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361476-MMFA_361486 | Redacted | Pdf | Sharon Kann | | | | 12/31/9999 | TX Shield Law | Redacted internal MMFA memorandum collecting posts from Facebook groups, listing search terms, and analyzing posts. The redacted communications contain references to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361487-MMFA_361490 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 01/27/2023 | First Amendment | Redacted identifying information of and communications with non-MMFA journalistic partner that collaborates with MMFA on research Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0554

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | Date | Privilege Asserted | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|
| MMFA_361491-MMFA_361501 | Redacted | Pdf | Andrea Alford; Julie Millican; Sharon Kann | | | 12/31/9999 | TX Shield Law | Redacted internal MMFA memorandum collecting posts from Facebook groups, listing search terms, and analyzing posts. The redacted communications contain references to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361502-MMFA_361505 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | 01/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361506-MMFA_361516 | Redacted | Pdf | Andrea Alford; Laura Keiter | | | 12/31/9999 | TX Shield Law | Redacted internal MMFA memorandum collecting posts from Facebook groups, listing search terms, and analyzing posts. The redacted communications contain references to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361517-MMFA_361522 | Redacted | Word | Laura Keiter | | | 01/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361523-MMFA_361535 | Redacted | Email | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 01/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361536-MMFA_361548 | Redacted | Email | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 01/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361549-MMFA_361562 | Redacted | Email | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org> | | 01/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361623 | Withheld | Word | Cynthia Padera | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361624 | Withheld | Word | Sergio Munoz | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361625 | Withheld | Word | Sharon Kann | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361626 | Withheld | Word | Laura Keiter | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0555

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361627 | Withheld | Word | Andrea Alford | | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361628 | Withheld | Word | Michael Eberhart | | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361629 | Withheld | Word | Michael Eberhart | | | | 01/30/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Paul Pelosi attack video shows that the right's conspiracy theory machine is out of control," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_361630-MMFA_361644 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted} | | 01/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361647 | Withheld | Pdf | Andrea Alford; Julie Millican; Kayla Gogarty; Sergio Munoz | | | | 02/06/2023 | First Amendment; TX Shield Law | Draft document created by non-MMFA issue-based organization as part of a journalistic and advocacy campaign related to disinformation and media. Entity is a member of a coalition of issue-based organizations to which MMFA belongs. Document does not relate to the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361742-MMFA_361756 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted} | | 01/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361757-MMFA_361772 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted} | | 01/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361773-MMFA_361788 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted} | | 01/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361805-MMFA_361813 | Redacted | Word | Laura Keiter | | | | 01/30/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361814-MMFA_361829 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted} | | 01/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0556

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361858 | Withheld | Word | Sergio Munoz | | | | 05/16/2022 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361859 | Withheld | Word | Julie Millican | | | | 05/16/2022 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361860 | Withheld | Word | Sergio Munoz | | | | 07/05/2022 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361861 | Withheld | Word | Julie Millican | | | | 07/05/2022 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361889-MMFA_361905 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 02/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361906 | Withheld | Word | lfernandez@mediamatters.org | | | | 01/04/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361907-MMFA_361910 | Redacted | Word | Andrea Alford | | | | 01/31/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361911-MMFA_361914 | Redacted | Word | Andrea Alford | | | | 01/31/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0557

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361915-MMFA_361916 | Redacted | Word | Julie Millican | | | | 02/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361917-MMFA_361918 | Redacted | Word | Laura Keiter | | | | 02/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361919-MMFA_361920 | Redacted | Word | Laura Keiter | | | | 02/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361921-MMFA_361922 | Redacted | Word | Andrea Alford | | | | 02/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361923-MMFA_361924 | Redacted | Word | Rebecca Sturtevant | | | | 02/02/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_361925-MMFA_361942 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361943-MMFA_361961 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361962-MMFA_361966 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361967-MMFA_361971 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361972-MMFA_361976 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <skann@mediamatters.org> | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361977-MMFA_361981 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361082-MMFA_361986 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0558

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_361987-MMFA_361991 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; Lauren Cross <lcross@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361992-MMFA_361996 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_361997-MMFA_362001 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362002-MMFA_362006 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362007-MMFA_362008 | Redacted | Word | Andrea Alford | | | | 02/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362009 | Withheld | Word | atirrell@mediamatters.org | | | | 01/06/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_362130-MMFA_362168 | Redacted | Word | bmount@mediamatters.org | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362169-MMFA_362207 | Redacted | Word | Sergio Munoz | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362208-MMFA_362246 | Redacted | Word | Julie Millican | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362247-MMFA_362285 | Redacted | Word | John Whitehouse | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0559

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_362286-MMFA_362324 | Redacted | Word | Sharon Kann | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362325-MMFA_362363 | Redacted | Word | Laura Keiter | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362364-MMFA_362402 | Redacted | Word | Jason Campbell | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362403-MMFA_362440 | Redacted | Word | Andrea Alford | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362441-MMFA_362479 | Redacted | Word | Beth Cope | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362500-MMFA_362538 | Redacted | Word | Cynthia Padera | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362539-MMFA_362577 | Redacted | Word | Ben Dimiero | | | | | 12/12/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362584-MMFA_362602 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 02/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362603 | Withheld | Word | nmathes@mediamatters.org | | | | | 02/06/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Facebook remains a source for anti-vaccine conspiracy theories," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_362604 | Withheld | Word | Laura Keiter | | | | | 05/23/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_362618-MMFA_362637 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362638-MMFA_362658 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362659-MMFA_362679 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362680-MMFA_362700 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362701-MMFA_362722 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0560

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_362723-MMFA_362744 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362745-MMFA_362766 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362767-MMFA_362789 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362790-MMFA_362812 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_362813-MMFA_362835 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369160-MMFA_369163 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369164-MMFA_369187 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369188-MMFA_369190 | Redacted | Word | Ben Dimiero | | | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369191-MMFA_369215 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369216-MMFA_369240 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369241-MMFA_369265 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369266-MMFA_369291 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369292-MMFA_369317 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369318-MMFA_369343 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369344-MMFA_369370 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369371-MMFA_369997 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0561

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_369398-MMFA_369424 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369425-MMFA_369454 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_369458-MMFA_369460 | Redacted | Word | Laura Keiter | | | | | 02/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371722-MMFA_371727 | Redacted | Email | {Redacted} | | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371730-MMFA_371732 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 02/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371737-MMFA_371742 | Redacted | Word | Laura Keiter | | | | | 12/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371743-MMFA_371748 | Redacted | Word | Rebecca Sturtevant | | | | | 12/16/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371749-MMFA_371754 | Redacted | Word | Laura Keiter | | | | | 02/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371755-MMFA_371756 | Redacted | Word | Julie Millican | | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371757-MMFA_371758 | Redacted | Word | Laura Keiter | | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371759-MMFA_371760 | Redacted | Word | Laura Keiter | | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371761-MMFA_371762 | Redacted | Word | Andrea Alford | | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0562

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_371763-MMFA_371764 | Redacted | Word | Andrea Alford | | | | 02/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371767 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371768-MMFA_371769 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; Kelsey Suter <ksuter@gqrr.com>; Lauren Cross <lcross@mediamatters.org>; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371770 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371771 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371772-MMFA_371774 | Redacted | Email | {Redacted} | Priya Singh <psingh@mediamatters.org> | <Stop-Toxic-Twitter@googlegroups.com> | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371775-MMFA_371777 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Priya Singh <psingh@mediamatters.org>; <Stop-Toxic-Twitter@googlegroups.com> | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371778-MMFA_371780 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Priya Singh <psingh@mediamatters.org>; <Stop-Toxic-Twitter@googlegroups.com> | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371783-MMFA_371784 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371785-MMFA_371789 | Redacted | Email | {Redacted} | | | | 02/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0563

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_371795-MMFA_371796 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | | 02/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371829-MMFA_371845 | Redacted | PowerPoint | Julie Millican | | | | | 02/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371846-MMFA_371862 | Redacted | PowerPoint | Julie Millican | | | | | 02/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371863-MMFA_371879 | Redacted | PowerPoint | Andrea Alford | | | | | 02/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371893-MMFA_371902 | Redacted | Pdf | Julie Millican | | | | | 12/31/9999 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371903-MMFA_371908 | Redacted | Email | {Redacted} | | | | | 02/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371926 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | Climate & Energy Program <climate@mediamatters.org>; LGBT Program <lgbt@mediamatters.org> | | | 02/15/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_371962 | Withheld | Word | Laura Keiter | | | | | 02/15/2023 | TX Shield Law | Draft letter reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371963 | Withheld | Word | Rebecca Sturtevant | | | | | 02/15/2023 | TX Shield Law | Draft letter reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371964-MMFA_371965 | Redacted | Word | Kayla Gogarty | | | | | 01/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371966-MMFA_371967 | Redacted | Word | Rebecca Sturtevant | | | | | 01/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371968-MMFA_371969 | Redacted | Word | Laura Keiter | | | | | 02/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking to collaborate on an external media appearance. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371970-MMFA_371971 | Redacted | Word | Laura Keiter | | | | | 02/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0564

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_371972-MMFA_371973 | Redacted | Word | Kayla Gogarty | | | | 02/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_371974 | Redacted | Word | Laura Keiter | | | | 11/10/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371975 | Redacted | Word | Laura Keiter | | | | 11/10/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371976 | Redacted | Word | Andrea Alford | | | | 11/10/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371977 | Redacted | Word | Andrea Alford | | | | 11/10/2022 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371984-MMFA_371985 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; Lauren Cross <lcross@mediamatters.org>; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 02/16/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371988-MMFA_371989 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 02/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371990-MMFA_371991 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 02/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371992-MMFA_371997 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 02/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_371998-MMFA_372003 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 02/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0565

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_372004- MMFA_372009 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 02/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_372010 | Withheld | Word | Julie Millican | | | | 02/16/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372011 | Withheld | Word | Laura Keiter | | | | 02/16/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372016 | Withheld | Word | nmathes@mediamatters.org | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372017 | Withheld | Word | Sergio Munoz | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372018 | Withheld | Word | Julie Millican | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372019 | Withheld | Word | John Whitehouse | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372020 | Withheld | Word | Sharon Kann | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372021 | Withheld | Word | Sharon Kann | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372022 | Withheld | Word | Laura Keiter | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372023 | Withheld | Word | Laura Keiter | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372024 | Withheld | Word | Kayla Gogarty | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0566

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_372025 | Withheld | Word | Kayla Gogarty | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372026 | Withheld | Word | Jason Campbell | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372027 | Withheld | Word | Andrea Alford | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372028 | Withheld | Word | Beth Cope | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372029 | Withheld | Word | Michael Eberhart | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372030 | Withheld | Word | Rebecca Sturtevant | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372031 | Withheld | Word | Pilar Martinez | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372032 | Withheld | Word | Ben Dimiero | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_372033 | Withheld | Word | Cynthia Padera | | | | 02/17/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375550 | Withheld | Word | Sergio Munoz | | | | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375551 | Withheld | Word | Julie Millican | | | | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375552 | Withheld | Word | John Whitehouse | | | | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375553 | Withheld | Word | Sharon Kann | | | | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0567**

| Bates Number | Privilege Type | Document Type | Sender/Author | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|
| MMFA_375554 | Withheld | Word | Sharon Kann | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375555 | Withheld | Word | Laura Keiter | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375556 | Withheld | Word | Kayla Gogarty | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375557 | Withheld | Word | Kayla Gogarty | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375558 | Withheld | Word | Michael Eberhart | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375559 | Withheld | Word | Michael Eberhart | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375560 | Withheld | Word | Rebecca Sturtevant | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375561 | Withheld | Word | Andrea Alford; Julie Millican; Kayla Gogarty | 12/07/2022 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_375562 | Withheld | Word | Ben Dimiero | 01/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375563 | Withheld | Word | Julie Millican | 02/23/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0568**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375564 | Withheld | Word | Julie Millican | | | | | 02/23/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_375565 | Withheld | Email | Brennan Suen <bsuen@mediamatters.org> | Ben Scott <ben@reset.tech> | Julie Millican <jmillican@mediamatters.org> | | | 02/24/2023 | First Amendment; TX Shield Law | Communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375566 | Withheld | Email | Ben Scott <ben@reset.tech> | Brennan Suen <bsuen@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | | 02/24/2023 | First Amendment; TX Shield Law | Communication with MMFA donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375577 | Withheld | Word | Ben Dimiero | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375578 | Withheld | Word | Cynthia Padera | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375579 | Withheld | Word | Sergio Munoz | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375580 | Withheld | Word | Julie Millican | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0569

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375581 | Withheld | Word | Julie Millican | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375582 | Withheld | Word | John Whitehouse | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375583 | Withheld | Word | John Whitehouse | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375584 | Withheld | Word | Sharon Kann | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375585 | Withheld | Word | Sharon Kann | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375586 | Withheld | Word | Laura Keiter | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375587 | Withheld | Word | Laura Keiter | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375588 | Withheld | Word | Kayla Gogarty | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375589 | Withheld | Word | Kayla Gogarty | | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0570

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375590 | Withheld | Word | Jason Campbell | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375591 | Withheld | Word | Jason Campbell | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375592 | Withheld | Word | Andrea Alford | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375593 | Withheld | Word | Andrea Alford | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375594 | Withheld | Word | Beth Cope | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375595 | Withheld | Word | Beth Cope | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375596 | Withheld | Word | Michael Eberhart | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375597 | Withheld | Word | Michael Eberhart | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375598 | Withheld | Word | Rebecca Sturtevant | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0571

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375599 | Withheld | Word | Rebecca Sturtevant | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375600 | Withheld | Word | Eric Hananoki | | | | 03/01/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Let's connect and plan something big," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375605 | Withheld | Email | Charis Hoard <choard@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Proposals <proposals@mediamatters.org> | | 03/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375606 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Charis Hoard <choard@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Proposals <proposals@mediamatters.org> | | 03/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375607 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | Charis Hoard <choard@mediamatters.org>; Bushra Sultana <bsultana@mediamatters.org>; Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Proposals <proposals@mediamatters.org> | | 03/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375608 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 03/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375609-MMFA_375610 | Redacted | Email | {Redacted} | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | 03/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375611 | Withheld | Word | choard@mediamatters.org | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe figures falsely claimed that Carlson's January 6 footage proved the House select committee manipulated footage and lied," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375612 | Withheld | Word | Sergio Munoz | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375613 | Withheld | Word | Julie Millican | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0572

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|
| MMFA_375614 | Withheld | Word | John Whitehouse | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375615 | Withheld | Word | Sharon Kann | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375616 | Withheld | Word | Laura Keiter | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375617 | Withheld | Word | Kayla Gogarty | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375618 | Withheld | Word | Kayla Gogarty | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375619 | Withheld | Word | Jason Campbell | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375620 | Withheld | Word | Andrea Alford | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375621 | Withheld | Word | Beth Cope | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0573

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375622 | Withheld | Word | Beth Cope | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375623 | Withheld | Word | Michael Eberhart | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375624 | Withheld | Word | Rebecca Sturtevant | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375625 | Withheld | Word | Ben Dimiero | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375626 | Withheld | Word | Cynthia Padera | | | | 03/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about right-wing reaction to media figure's coverage of January 6 insurrection. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing and fringe media figures claim Tucker Carlson's coverage of Capitol security footage from January 6 proves it wasn't a real insurrection," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375647 | Withheld | Word | nmathes@mediamatters.org | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375648 | Withheld | Word | Sergio Munoz | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375649 | Withheld | Word | Julie Millican | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0574

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375650 | Withheld | Word | John Whitehouse | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375651 | Withheld | Word | Sharon Kann | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375652 | Withheld | Word | Sharon Kann | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375653 | Withheld | Word | Laura Keiter | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375654 | Withheld | Word | Kayla Gogarty | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375655 | Withheld | Word | Kayla Gogarty | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375656 | Withheld | Word | Jason Campbell | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375657 | Withheld | Word | Beth Cope | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0575

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375658 | Withheld | Word | Michael Eberhart | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375659 | Withheld | Word | Rebecca Sturtevant | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375660 | Withheld | Word | rseavey@mediamatters.org | | | | 03/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media can't define 'woke.' But that doesn't stop them from using it," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_375661 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Proposals <proposals@mediamatters.org> | Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org> | | 03/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375662 | Withheld | Word | Ben Dimiero | | | | 03/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article about Rumble's exclusive content creators. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble's exclusive content creators include pro-Trump pranksters and professional fighters alongside a dangerous array of bigoted pundits and conspiracy theorists," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375663 | Withheld | Email | Shelby Jamerson <sjamerson@mediamatters.org> | Ruby Seavey <rseavey@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research <mm-research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | 03/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375664 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research <mm-research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | 03/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375665 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Content Editing <content@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research <mm-research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | 03/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375666 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Content Editing <content@mediamatters.org>; Live Links <live@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research <mm-research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Julie Tulbert <jtulbert@mediamatters.org> | | 03/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375674-MMFA_375690 | Redacted | Word | Laura Keiter | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375691-MMFA_375707 | Redacted | Word | Andrea Alford | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375708-MMFA_375724 | Redacted | Word | Andrea Alford | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375725-MMFA_375741 | Redacted | Word | Rebecca Sturtevant | | | | 02/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375742-MMFA_375755 | Redacted | Word | Laura Keiter | | | | 02/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375756-MMFA_375769 | Redacted | Word | Andrea Alford | | | | 02/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375770-MMFA_375783 | Redacted | Word | Rebecca Sturtevant | | | | 02/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375784-MMFA_375795 | Redacted | Word | Andrea Alford | | | | 01/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375827 | Withheld | Word | chagle@mediamatters.org | | | | 03/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375874-MMFA_375876 | Redacted | Word | Laura Keiter | | | | 03/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375877-MMFA_375879 | Redacted | Word | Laura Keiter | | | | 03/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375880-MMFA_375882 | Redacted | Word | Kayla Gogarty | | | | 03/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_375883 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 03/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_375924 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 03/24/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0577

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_375949 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 03/27/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_375956-MMFA_375965 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375967-MMFA_375969 | Redacted | Email | {Redacted} | <kgogarty@mediamatters.org> | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375970-MMFA_375972 | Redacted | Email | {Redacted} | <smunoz@mediamatters.org> | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_375973-MMFA_375975 | Redacted | Email | {Redacted} | <jmillican@mediamatters.org> | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376010 | Withheld | Word | jknefel@mediamatters.org | | | | 03/27/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376011-MMFA_376020 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted} | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376021-MMFA_376031 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376032-MMFA_376042 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376060-MMFA_376070 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376071-MMFA_376072 | Redacted | Word | Laura Keiter | | | | 03/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376073-MMFA_376074 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 03/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376075 | Withheld | Word | Cynthia Padera | | | | 03/28/2023 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0578

| Bates Number | Privilege Type | Document Type | Sender/Author | | | BCC | | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376076 | Withheld | Word | Julie Millican | | | | | 03/28/2023 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_376077 | Withheld | Word | Sharon Kann | | | | | 03/28/2023 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_376078-MMFA_376079 | Redacted | Word | Laura Keiter | | | | | 03/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376080-MMFA_376081 | Redacted | Word | Andrea Alford | | | | | 03/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376082-MMFA_376083 | Redacted | Word | Andrea Alford | | | | | 03/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376084-MMFA_376085 | Redacted | Word | Rebecca Sturtevant | | | | | 03/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376086-MMFA_376088 | Redacted | Word | Kayla Gogarty | | | | | 03/29/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376089-MMFA_376091 | Redacted | Word | Andrea Alford | | | | | 03/29/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376092 | Redacted | Word | Laura Keiter | | | | | 03/29/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376093-MMFA_376100 | Redacted | Word | Laura Keiter | | | | | 03/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376101-MMFA_376108 | Redacted | Word | Andrea Alford | | | | | 03/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376109-MMFA_376116 | Redacted | Word | Rebecca Sturtevant | | | | | 03/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0579

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376117-MMFA_376134 | Redacted | Word | Laura Keiter | | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376135-MMFA_376152 | Redacted | Word | Andrea Alford | | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376153-MMFA_376170 | Redacted | Word | Andrea Alford | | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376171-MMFA_376188 | Redacted | Word | Rebecca Sturtevant | | | | 03/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376189-MMFA_376193 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376194-MMFA_376197 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <jmillican@mediamatters.org> | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376198-MMFA_376201 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <skann@mediamatters.org> | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376202-MMFA_376205 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <lkeiter@mediamatters.org> | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376206-MMFA_376209 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <kgogarty@mediamatters.org> | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376210-MMFA_376214 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Pll; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376215-MMFA_376216 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0580

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376217-MMFA_376220 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376221-MMFA_376225 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376226 | Redacted | Word | Laura Keiter | | | | 03/30/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376227 | Redacted | Word | Kayla Gogarty | | | | 03/30/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376232-MMFA_376236 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 03/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376237-MMFA_376238 | Redacted | Word | Laura Keiter | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376239-MMFA_376240 | Redacted | Word | Andrea Alford | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376241-MMFA_376242 | Redacted | Word | Rebecca Sturtevant | | | | 12/13/2022 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376243 | Withheld | Word | Julie Millican | | | | 03/28/2023 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0581

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376244 | Withheld | Word | Bruce Jacobs | | | | 03/06/2023 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_376245-MMFA_376246 | Redacted | Word | Laura Keiter | | | | 04/03/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376247-MMFA_376249 | Redacted | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | | 04/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376250-MMFA_376253 | Redacted | Word | Julie Millican | | | | 03/21/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376254-MMFA_376257 | Redacted | Word | Andrea Alford | | | | 03/21/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376279 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; LGBT Program <lgbt@mediamatters.org> | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_376298 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org> | | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376299 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org> | | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376342-MMFA_376343 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376344-MMFA_376345 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376369-MMFA_376371 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376372-MMFA_376374 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376375-MMFA_376377 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0582**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | To/CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376378-MMFA_376381 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net> | {Redacted}@accountabletech.org}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net>; Julie Millican <jmillican@mediamatters.org>; {Redacted}@accountabletech.org}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net> | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376382-MMFA_376383 | Redacted | Word | Rebecca Sturtevant | | | | 04/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376384 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; LGBT Program <lgbt@mediamatters.org> | | 04/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_376385-MMFA_376388 | Redacted | Email | {Redacted}@freepress.net> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net>; {Redacted}@accountabletech.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net>; Julie Millican <jmillican@mediamatters.org>; {Redacted}@accountabletech.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@freepress.net> | | 04/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376389-MMFA_376393 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net> | {Redacted}@freepress.net>; {Redacted}@accountabletech.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net>; Julie Millican <jmillican@mediamatters.org>; {Redacted}@accountabletech.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@freepress.net> | | 04/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376394-MMFA_376398 | Redacted | Email | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted}@freepress.net>; N{Redacted}@freepress.net>; {Redacted}@accountabletech.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@freepress.net> | | 04/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376399-MMFA_376403 | Redacted | Email | {Redacted}@freepress.net> | {Redacted}@accountabletech.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@accountabletech.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net>; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@freepress.net> | | 04/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376404-MMFA_376409 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 04/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376410-MMFA_376415 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 04/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376416-MMFA_376422 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376423-MMFA_376429 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376430-MMFA_376437 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0583

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376438-MMFA_376446 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376447-MMFA_376455 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376456-MMFA_376464 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376465-MMFA_376473 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376474-MMFA_376483 | Redacted | Email | {Redacted} | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376484-MMFA_376493 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376494-MMFA_376503 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376504-MMFA_376513 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376514-MMFA_376524 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376525-MMFA_376535 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376536-MMFA_376546 | Redacted | Email | {Redacted} | {Redacted: PII} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376547-MMFA_376558 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376559-MMFA_376571 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376572-MMFA_376584 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376585-MMFA_376597 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0584

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376598-MMFA_376611 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376612-MMFA_376625 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376658 | Withheld | Word | csimon@mediamatters.org | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376659 | Withheld | Word | Sergio Munoz | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376660 | Withheld | Word | Julie Millican | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376661 | Withheld | Word | John Whitehouse | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376662 | Withheld | Word | Sharon Kann | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376663 | Withheld | Word | Kayla Gogarty | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376664 | Withheld | Word | Andrea Alford | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376665 | Withheld | Word | Beth Cope | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376666 | Withheld | Word | Michael Eberhart | | | | 04/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_376667-MMFA_376680 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376681-MMFA_376695 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376696-MMFA_376711 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0585

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376712-MMFA_376727 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376728-MMFA_376743 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376744-MMFA_376760 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376761-MMFA_376777 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376778-MMFA_376795 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376796-MMFA_376813 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376814-MMFA_376831 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376832-MMFA_376850 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376851-MMFA_376870 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376871-MMFA_376872 | Redacted | Email | {Redacted}@freepress.net> | <stop-toxic-twitter@googlegroups.com> | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376873-MMFA_376874 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org> | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376875-MMFA_376976 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Priya Singh <psingh@mediamatters.org> | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0586**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_376877-MMFA_376897 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376898-MMFA_376918 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376919-MMFA_376940 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376943-MMFA_376965 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_376966-MMFA_376967 | Redacted | Email | {Redacted} | {Redacted} | | | | 04/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377067-MMFA_377089 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377090-MMFA_377092 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | <Stop-Toxic-Twitter@googlegroups.com> | | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377093-MMFA_377094 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | <Stop-Toxic-Twitter@googlegroups.com> | | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377095-MMFA_377117 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377118-MMFA_377141 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377170-MMFA_377193 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377194-MMFA_377196 | Redacted | Email | {Redacted}@balestramedia.com> | <press@mediamatters.org> | | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377197-MMFA_377200 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@balestramedia.com> | | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0587

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_377201-MMFA_377204 | Redacted | Email | {Redacted}@balestramedia.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377205-MMFA_377208 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@balestramedia.com> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377213-MMFA_377215 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377216-MMFA_377218 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377219-MMFA_377221 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <lkeiter@mediamatters.org> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377222-MMFA_377224 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <aalford@mediamatters.org> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377225-MMFA_377227 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <rsturtevant@mediamatters.org> | | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377228-MMFA_377251 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377252-MMFA_377276 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377277-MMFA_377280 | Redacted | Email | {Redacted}@sfgate.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 04/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377281-MMFA_377284 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@sfgate.com> | | | 04/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377285-MMFA_377309 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377310-MMFA_377335 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0588

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_377336-MMFA_377337 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@buzzfeed.com> | | <kabughazaleh@mediamatters.org> | | 04/17/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377338-MMFA_377363 | Redacted | Email | {Redacted} | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377364-MMFA_377389 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 04/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the identities of the MMFA partners and the vendor would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377390 | Withheld | Word | ssilva@mediamatters.org | | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377391 | Withheld | Word | Sergio Munoz | | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377392 | Withheld | Word | Julie Millican | | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377393 | Withheld | Word | John Whitehouse | | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377394 | Withheld | Word | Sharon Kann | | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377395 | Withheld | Word | Laura Keiter | | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0589

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_377396 | Withheld | Word | Kayla Gogarty | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377397 | Withheld | Word | Andrea Alford | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377398 | Withheld | Word | Beth Cope | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377399 | Withheld | Word | Michael Eberhart | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377400 | Withheld | Word | Rebecca Sturtevant | | | | 04/14/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "CNN's coverage of tech executive Bob Lee's killing offered a mixed bag," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_377401-MMFA_377404 | Redacted | Word | Laura Keiter | | | | 04/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377405-MMFA_377408 | Redacted | Word | Andrea Alford | | | | 04/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377409-MMFA_377412 | Redacted | Word | Rebecca Sturtevant | | | | 04/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0590

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_377540-MMFA_377543 | Redacted | Email | {Redacted} | Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 04/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377544-MMFA_377545 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377546-MMFA_377548 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377549-MMFA_377550 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377551-MMFA_377555 | Redacted | Email | {Redacted}' via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | <stop-toxic-twitter@googlegroups.com> | | | 04/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_377556-MMFA_377560 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@glaad.org> | Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}@glaad.org> | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377561-MMFA_377565 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@glaad.org>; Laura Keiter <lkeiter@mediamatters.org> | Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}@glaad.org> | Sergio Muñoz <smunoz@mediamatters.org>; <smunoz@mediamatters.org> | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377566-MMFA_377570 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}@glaad.org>; Laura Keiter <lkeiter@mediamatters.org> | Ari Drennen <adrennen@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; {Redacted}@glaad.org> | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0591**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_377571-MMFA_377575 | Redacted | Email | {Redacted}@freepress.net> | J{Redacted}@glaad.org> | | <stop-toxic-twitter@googlegroups.com> | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377576-MMFA_377581 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | {Redacted}@freepress.net> | Jenni {Redacted}@glaad.org>; <stop-toxic-twitter@googlegroups.com> | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377584-MMFA_377585 | Redacted | Email | {Redacted} | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377586-MMFA_377588 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377616-MMFA_377622 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; <stop-toxic-twitter@googlegroups.com> | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377637-MMFA_377663 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}@freepress.net>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}@accountabletech.org>; {Redacted}@freepress.net>; {Redacted}@freepress.net>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}@accountabletech.org>; {Redacted}@accountabletech.org>; {Redacted}@freepress.net>; {Redacted} | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377664-MMFA_377690 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | Lexi Ginsberg <lginsberg@mediamatters.org> | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377691-MMFA_377697 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; {Redacted}; {Redacted}; <stop-toxic-twitter@googlegroups.com> | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377698-MMFA_377716 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}@freepress.net>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377717-MMFA_377736 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377739-MMFA_377740 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | <Stop-Toxic-Twitter@googlegroups.com> | | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377741-MMFA_377742 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | <Stop-Toxic-Twitter@googlegroups.com> | | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377743-MMFA_377748 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0592**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_377749-MMFA_377754 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | 04/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377755-MMFA_377780 | Redacted | Word | Laura Keiter | | | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377781-MMFA_377806 | Redacted | Word | Andrea Alford | | | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377807-MMFA_377832 | Redacted | Word | Andrea Alford | | | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377833-MMFA_377858 | Redacted | Word | Rebecca Sturtevant | | | | 04/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377993-MMFA_377994 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 04/19/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_377997-MMFA_377999 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/19/2023 | First Amendment | Redacted identifying information of MMFA partner and MMFA research partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378000-MMFA_378001 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 04/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378148-MMFA_378150 | Redacted | Word | Laura Keiter | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0593

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378151-MMFA_378153 | Redacted | Word | Rebecca Sturtevant | | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378175-MMFA_378176 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378177-MMFA_378179 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378180-MMFA_378182 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378183-MMFA_378185 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378186 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | <stop-toxic-twitter@googlegroups.com> | | | | 04/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378187-MMFA_378190 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378191-MMFA_378194 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0594

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | BCC | Date | Privilege asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_378195-MMFA_378198 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | 04/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378241-MMFA_378245 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | 04/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378246-MMFA_378251 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | 04/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378252-MMFA_378258 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | 04/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378513-MMFA_378514 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | 04/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378515-MMFA_378516 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 04/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378517-MMFA_378518 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | 04/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378519 | Withheld | Word | Ben Dimiero | | | 05/16/2022 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378520-MMFA_378521 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 04/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378570-MMFA_378573 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <bdimiero@mediamatters.org> | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0595

| Bates Number | Privilege Type | Document Type | Sender/Author | To | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_378574-MMFA_378577 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <skann@mediamatters.org> | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378578-MMFA_378581 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <lkeiter@mediamatters.org> | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378582-MMFA_378585 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <kgogarty@mediamatters.org> | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378586-MMFA_378590 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Prya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378591-MMFA_378594 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <rsturtevant@mediamatters.org> | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378595-MMFA_378598 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378599-MMFA_378601 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0596

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378602-MMFA_378623 | Redacted | Word | Laura Keiter | | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378624-MMFA_378645 | Redacted | Word | Andrea Alford | | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378646-MMFA_378667 | Redacted | Word | Andrea Alford | | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378668-MMFA_378689 | Redacted | Word | Rebecca Sturtevant | | | | 04/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378690-MMFA_378692 | Redacted | Word | Laura Keiter | | | | 04/24/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378693-MMFA_378695 | Redacted | Word | Rebecca Sturtevant | | | | 04/24/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378701 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | | 04/25/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_378702-MMFA_378706 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <bdimiero@mediamatters.org> | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378707-MMFA_378711 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <jmillican@mediamatters.org> | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378712-MMFA_378716 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <skann@mediamatters.org> | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0597

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378717-MMFA_378721 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378722-MMFA_378726 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378727-MMFA_378731 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378732-MMFA_378736 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378737-MMFA_378741 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378742-MMFA_378746 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Communications <comms@mediamatters.org> | | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0598**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378747-MMFA_378751 | Redacted | Word | Andrea Alford | | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378752-MMFA_378756 | Redacted | Word | Andrea Alford | | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378757 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | | | 04/26/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_378758-MMFA_378761 | Redacted | Word | Laura Keiter | | | | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378762-MMFA_378765 | Redacted | Word | Andrea Alford | | | | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378766-MMFA_378769 | Redacted | Word | Rebecca Sturtevant | | | | | 04/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378770 | Redacted | Word | Julie Millican | | | | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378771 | Redacted | Word | Julie Millican | | | | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378772 | Redacted | Word | Andrea Alford | | | | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378773-MMFA_378777 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378778-MMFA_378782 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <lkeiter@mediamatters.org> | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378783-MMFA_378787 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0599

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378788-MMFA_378792 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378793-MMFA_378797 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <rsturtevant@mediamatters.org> | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378798-MMFA_378802 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378803-MMFA_378808 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378809-MMFA_378814 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted} | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378815-MMFA_378820 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 04/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378823-MMFA_378831 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 04/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378832-MMFA_378839 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 04/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378840-MMFA_378845 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 04/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378846 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 04/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0600

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378847-MMFA_378873 | Redacted | Word | Laura Keiter | | | | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378874-MMFA_378900 | Redacted | Word | Andrea Alford | | | | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378901-MMFA_378927 | Redacted | Word | Andrea Alford | | | | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378928-MMFA_378954 | Redacted | Word | Rebecca Sturtevant | | | | 04/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_378955 | Withheld | Word | nmathes@mediamatters.org | | | | 04/27/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "QAnon supporters find a home on Rumble," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)." and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378956-MMFA_378957 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378958-MMFA_378959 | Redacted | Word | Laura Keiter | | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378960-MMFA_378961 | Redacted | Word | Kayla Gogarty | | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378962-MMFA_378963 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378964-MMFA_378965 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378966-MMFA_378967 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378968-MMFA_378970 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0601

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378971 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | <kgogarty@mediamatters.org> | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378972 | Redacted | Appointment | Kayla Gogarty | | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378973-MMFA_378975 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378976-MMFA_378978 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378979 | Withheld | Word | Rebecca Sturtevant | | | | 05/02/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378980 | Withheld | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | eyesontheright <eyesontheright@protonmail.com> | | | 05/02/2023 | TX Shield Law | Communications with non-MMFA journalist seeking information from MMFA for a potential news story unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378981 | Withheld | Word | kgogarty@mediamatters.org | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378982 | Withheld | Word | Sergio Munoz | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378983 | Withheld | Word | Julie Millican | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378984 | Withheld | Word | Sharon Kann | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0602

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378985 | Withheld | Word | Laura Keiter | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378986 | Withheld | Word | Kayla Gogarty | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378987 | Withheld | Word | Jason Campbell | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378988 | Withheld | Word | Beth Cope | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378989 | Withheld | Word | Michael Eberhart | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378990 | Withheld | Word | Michael Eberhart | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378991 | Withheld | Word | Pilar Martinez | | | | | 05/08/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Elon Musk promised to 'optimize unregretted user-minutes' on Twitter," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_378992 | Withheld | Email | Michael Eberhart (Google Docs) <comments-noreply@docs.google.com> | <kgogarty@mediamatters.org> | | | | 05/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378993 | Withheld | Word | Michael Eberhart | | | | | 05/08/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378994 | Withheld | Word | Michael Eberhart | | | | | 05/08/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0603

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_378995 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <meberhart@mediamatters.org> | | | 05/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378996 | Withheld | Word | Julie Millican | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378997 | Withheld | Word | Laura Keiter | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378998 | Withheld | Word | Laura Keiter | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_378999 | Withheld | Word | Andrea Alford | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379000 | Withheld | Word | Rebecca Sturtevant | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379001 | Withheld | Word | jknefel@mediamatters.org | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379002 | Withheld | Email | Payton Armstrong <parmstrong@mediamatters.org> | Live Links <live@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; Proposals <proposals@mediamatters.org>; Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Spencer Smith-Silva <ssilva@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Content Editing <content@mediamatters.org> | | 05/09/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379003 | Withheld | Word | jknefel@mediamatters.org | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379004 | Withheld | Word | Ben Dimiero | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379005 | Withheld | Word | Cynthia Padera | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0604

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379006 | Withheld | Word | Sergio Munoz | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379007 | Withheld | Word | Julie Millican | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379008 | Withheld | Word | Julie Millican | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379009 | Withheld | Word | Laura Keiter | | | | 05/09/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media responded to news that the Allen, Texas shooter is a neo-Nazi by calling it a 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379018-MMFA_379019 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379024-MMFA_379025 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner and MMFA research partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379026-MMFA_379027 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0605

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC... | ...CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379028-MMFA_379029 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379030-MMFA_379031 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379032-MMFA_379033 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379034-MMFA_379045 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379046-MMFA_379048 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379091 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Proposals <proposals@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379092 | Withheld | Email | Shelby Jamerson <sjamerson@mediamatters.org> | Ruby Seavey <rseavey@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379093 | Withheld | Word | Julie Millican | | | | 05/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379094 | Withheld | Word | Laura Keiter | | | | 05/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379095 | Withheld | Word | Laura Keiter | | | | 05/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379096 | Withheld | Word | Rebecca Sturtevant | | | | 05/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379097-MMFA_379110 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted} | | 05/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379111-MMFA_379112 | Redacted | Word | Laura Keiter | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0606

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379113-MMFA_379114 | Redacted | Word | Rebecca Sturtevant | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379115-MMFA_379116 | Redacted | Word | Rebecca Sturtevant | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379147 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | <lkeiter@mediamatters.org> | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379148 | Redacted | Appointment | Laura Keiter | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379155 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Content Editing <content@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379156 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partners identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379157-MMFA_379158 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 05/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379159-MMFA_379162 | Redacted | Word | Laura Keiter | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379163-MMFA_379166 | Redacted | Word | Rebecca Sturtevant | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379167-MMFA_379169 | Redacted | Word | Laura Keiter | | | | 05/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0607**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379170-MMFA_379172 | Redacted | Word | Kayla Gogarty | | | | 05/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379253 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Content Editing <content@mediamatters.org>; Live Links <live@mediamatters.org> | Proposals <proposals@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379254-MMFA_379255 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tytnetwork.com> | | | 05/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379256-MMFA_379261 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 05/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379262-MMFA_379269 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 05/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379270-MMFA_379277 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 05/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379278-MMFA_379285 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 05/11/2023 | First Amendment | Redacted identifying information of MMFA partner and research partner that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379286-MMFA_379288 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379289-MMFA_379291 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379320-MMFA_379321 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0608

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379328-MMFA_379329 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners and MMFA research partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's and MMFA research partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379330-MMFA_379331 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379332 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | Julie Millican <jmillican@mediamatters.org> | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379333 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379334-MMFA_379335 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379336-MMFA_379337 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379338-MMFA_379340 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379341-MMFA_379343 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379344-MMFA_379346 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379348-MMFA_379350 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0609

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379351-MMFA_379354 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379379-MMFA_379382 | Redacted | Email | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379383-MMFA_379387 | Redacted | Email | {Redacted} | {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379388-MMFA_379392 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379393-MMFA_379398 | Redacted | Email | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 05/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379440-MMFA_379443 | Redacted | Word | Laura Keiter | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379444-MMFA_379447 | Redacted | Word | Laura Keiter | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379448-MMFA_379451 | Redacted | Word | Rebecca Sturtevant | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379452-MMFA_379455 | Redacted | Word | Rebecca Sturtevant | | | | 05/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379456 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 05/15/2023 | First Amendment | Redacted identifying information of MMFA partner and MMFA research partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's and MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379459-MMFA_379465 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0610

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379466-MMFA_379468 | Redacted | Word | Julie Millican | | | | 05/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379469-MMFA_379471 | Redacted | Word | Laura Keiter | | | | 05/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379472-MMFA_379474 | Redacted | Word | Laura Keiter | | | | 05/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379475-MMFA_379477 | Redacted | Word | Andrea Alford | | | | 05/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379478-MMFA_379480 | Redacted | Word | Rebecca Sturtevant | | | | 05/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379481-MMFA_379488 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 05/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379489 | Redacted | Word | Andrea Alford | | | | 05/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379490-MMFA_379491 | Redacted | Word | Andrea Alford | | | | 05/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379560-MMFA_379584 | Redacted | Word | Laura Keiter | | | | 05/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379585-MMFA_379609 | Redacted | Word | Andrea Alford | | | | 05/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379610-MMFA_379634 | Redacted | Word | Rebecca Sturtevant | | | | 05/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379635 | Redacted | Email | Julie Tulbert <jtulbert@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org>; Natalie Mathes <nmathes@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA donor. First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |

Appx. 0611

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379636 | Redacted | Email | Natalie Mathes <nmathes@mediamatters.org> | Julie Tulbert <jtulbert@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org>; Charis Hoard <choard@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org> | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA donor. First Amendment Privilege: The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_379821-MMFA_379844 | Redacted | Word | Laura Keiter | | | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379845-MMFA_379868 | Redacted | Word | Andrea Alford | | | | 05/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379869-MMFA_379875 | Redacted | Email | {Redacted} | {Redacted} | Casey Hargrave <chargrave@mediamatters.org>; Laura Keiter <lkeiter@mediamatters.org>; {Redacted} | | 05/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379876 | Withheld | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 05/18/2023 | TX Shield Law | Internal communications between MMFA employees listing topics unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter to discuss with a non-MMFA journalist in an interview. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379877 | Withheld | Appointment | Laura Keiter | | | | 05/17/2023 | TX Shield Law | Calendar invitation from non-MMFA journalist to MMFA for an interview on topics unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379879-MMFA_379885 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; Casey Hargrave <chargrave@mediamatters.org>; {Redacted} | | 05/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379886-MMFA_379890 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379893-MMFA_379895 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_379899-MMFA_379905 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; Casey Hargrave <chargrave@mediamatters.org>; {Redacted} | | 05/18/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379906 | Withheld | Email | Casey Hargrave <chargrave@mediamatters.org> | <lkeiter@mediamatters.org>; <acarusone@mediamatters.org> | | | 05/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379907 | Withheld | Appointment | Laura Keiter | | | | 05/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0612

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379938 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <bcope@mediamatters.org> | | | | 05/18/2023 | TX Shield Law | Communications revealing comments and revisions for a draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379939 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <bcope@mediamatters.org> | | | | 05/18/2023 | TX Shield Law | Communications revealing comments and revisions for a draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379949 | Withheld | Email | Natalie Mathes (Google Docs) <comments-noreply@docs.google.com> | <bcope@mediamatters.org> | | | | 05/18/2023 | TX Shield Law | Communications revealing comments and revisions for a draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379964 | Withheld | Word | rseavey@mediamatters.org | | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379965 | Withheld | Word | Sergio Munoz | | | | | 05/23/2023 | First Amendment; TX Shield Law | Comments, revisions, and citations for a draft article about Twitter Blue subscribers. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claimed the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website. First Amendment Privilege: The document contains internal communications reflecting research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_379966 | Withheld | Word | Julie Millican | | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379967 | Withheld | Word | Sharon Kann | | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379968 | Withheld | Word | Jason Campbell | | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379969 | Withheld | Word | Andrea Alford | | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0613

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_379970 | Withheld | Word | Beth Cope | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379971 | Withheld | Word | Michael Eberhart | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379972 | Withheld | Word | Rebecca Sturtevant | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379973 | Withheld | Word | Rebecca Sturtevant | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379974 | Withheld | Word | Ben Dimiero | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379975 | Withheld | Word | Cynthia Padera | | | | 05/23/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Twitter Blue subscribers immediately claim the White House U-Haul incident was an FBI 'psyop,'" and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379998 | Withheld | Word | rlewis@mediamatters.org | | | | 05/24/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The DeSantis vs. Trump feud in right-wing media is about to boil over," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_379999 | Withheld | Word | Andrea Alford | | | | 05/24/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The DeSantis vs. Trump feud in right-wing media is about to boil over," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0614

| Bates Number | Privilege Type | Document Type | Sender/Author | To | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_380000 | Withheld | Word | Rebecca Sturtevant | | | 05/24/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The DeSantis vs. Trump feud in right-wing media is about to boil over," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380001-MMFA_380002 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380003-MMFA_380004 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380005-MMFA_380006 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380007-MMFA_380008 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380013-MMFA_380014 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380015-MMFA_380017 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380018-MMFA_380020 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380021-MMFA_380023 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380024-MMFA_380028 | Redacted | Email | {Redacted} | {Redacted} | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0615

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_380029 | Withheld | Word | Ben Dimiero | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380030 | Withheld | Word | Sergio Munoz | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380031 | Withheld | Word | Julie Millican | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380032 | Withheld | Word | Sharon Kann | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380033 | Withheld | Word | Laura Keiter | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380034 | Withheld | Word | Kayla Gogarty | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380035 | Withheld | Word | Jason Campbell | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380036 | Withheld | Word | Beth Cope | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380037 | Withheld | Word | Michael Eberhart | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380038 | Withheld | Word | Pilar Martinez | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380039 | Withheld | Word | Cynthia Padera | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380040 | Withheld | Word | Ben Dimiero | | | | 05/23/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380057 | Withheld | Word | Sergio Munoz | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

**Appx. 0616**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Flagged | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_380058 | Withheld | Word | Sharon Kann | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380059 | Withheld | Word | Laura Keiter | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380060 | Withheld | Word | Beth Cope | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380061 | Withheld | Word | Michael Eberhart | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380062 | Withheld | Word | Michael Eberhart | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380063 | Withheld | Word | Pilar Martinez | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380072- MMFA_380099 | Redacted | Word | Laura Keiter | | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380100- MMFA_380127 | Redacted | Word | Andrea Alford | | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380128- MMFA_380155 | Redacted | Word | Rebecca Sturtevant | | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380156 | Withheld | Word | Ben Dimiero | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0617

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_380157 | Withheld | Word | Cynthia Padera | | | | 05/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing figures celebrated Ron DeSantis' disastrous Twitter presidential announcement," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_380158 | Withheld | Email | Carly Novell (Google Docs) <comments-noreply@docs.google.com> | <lkeiter@mediamatters.org> | | | 05/25/2023 | First Amendment; TX Shield Law | Communications revealing edits to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380159 | Withheld | Email | Carly Novell (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 05/25/2023 | First Amendment; TX Shield Law | Communications revealing edits to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380160-MMFA_380163 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 05/25/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380164-MMFA_380171 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 05/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380172-MMFA_380180 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 05/25/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380181-MMFA_380184 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | <kgogarty@mediamatters.org> | | 05/25/2023 | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |

Appx. 0618

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_380185-MMFA_380189 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org> {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 05/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380190-MMFA_380193 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 05/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380194-MMFA_380197 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380202-MMFA_380204 | Redacted | Word | Julie Millican | | | | 05/23/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_380205-MMFA_380207 | Redacted | Word | Andrea Alford | | | | 05/23/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380208-MMFA_380210 | Redacted | Word | Andrea Alford | | | | 05/23/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380211 | Withheld | Word | Sergio Munoz | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380212 | Withheld | Word | Julie Millican | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380213 | Withheld | Word | Julie Millican | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0619

| Bates Number | Privilege Type | Document Type | Sender/Author | To | From | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_380214 | Withheld | Word | Sharon Kann | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380215 | Withheld | Word | Laura Keiter | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380216 | Withheld | Word | Laura Keiter | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380217 | Withheld | Word | Kayla Gogarty | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380218 | Withheld | Word | Jason Campbell | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380219 | Withheld | Word | Andrea Alford | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_380220 | Withheld | Word | Beth Cope | | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384051- MMFA_384053 | Redacted | Word | Rebecca Sturtevant | | | | | 06/01/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384061 | Withheld | Word | Julie Millican | | | | | 04/26/2023 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384062 | Withheld | Word | Kayla Gogarty | | | | | 04/26/2023 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0620

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384114 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org> | | | 06/05/2023 | TX Shield Law | External communications between MMFA employees and outside contact reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384132-MMFA_384136 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org> | | | 06/05/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384235-MMFA_384236 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; Julie Millican <jmillican@mediamatters.org> | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384237-MMFA_384238 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384239-MMFA_384241 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org> | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384242-MMFA_384244 | Redacted | Email | {Redacted} | {Redacted} | {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384245-MMFA_384247 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384248-MMFA_384251 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384252-MMFA_384255 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384256-MMFA_384260 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384261-MMFA_384265 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384266-MMFA_384271 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384272 | Withheld | Email | Carly Novell <cnovell@mediamatters.org> | Nikki McCann Ramirez <nramirez@rollingstone.com> | EJ Dickson <edickson@rollingstone.com>; Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 06/05/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384491-MMFA_384492 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | | 06/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384499 | Withheld | Excel | Beth Cope | | | | | 06/08/2023 | TX Shield Law | Spreadsheet reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384500 | Withheld | Excel | Michael Eberhart | | | | | 06/08/2023 | TX Shield Law | Spreadsheet reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384515-MMFA_384516 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | | 06/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384517-MMFA_384518 | Redacted | Word | Julie Millican | | | | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384519-MMFA_384520 | Redacted | Word | Julie Millican | | | | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384521-MMFA_384522 | Redacted | Word | Laura Keiter | | | | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384523-MMFA_384524 | Redacted | Word | Laura Keiter | | | | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384525-MMFA_384526 | Redacted | Word | Andrea Alford | | | | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384527-MMFA_384528 | Redacted | Word | Andrea Alford | | | | | 06/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384529-MMFA_384538 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | | 06/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384539-MMFA_384548 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | | 06/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384549-MMFA_384551 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | | 06/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0622

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384558-MMFA_384560 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 06/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384561-MMFA_384563 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 06/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384564-MMFA_384600 | Redacted | Word | Laura Keiter | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384601-MMFA_384637 | Redacted | Word | Andrea Alford | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384638-MMFA_384674 | Redacted | Word | Andrea Alford | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384675-MMFA_384711 | Redacted | Word | Rebecca Sturtevant | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384714-MMFA_384716 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | 06/08/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384754-MMFA_384756 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 06/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384757-MMFA_384760 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 06/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0623

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Document Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384761 | Withheld | Word | John Whitehouse | | | | | 06/09/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384762 | Withheld | Word | Kayla Gogarty | | | | | 06/09/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384763-MMFA_384766 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | | 06/09/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384767 | Withheld | Email | Brennan Suen <bsuen@mediamatters.org> | Katie Cabral <Katie@thesvf.org> | Teresa Vilmain <teresa.vilmain@gmail.com>; Jenni Olson she-her-TBD <jolson@glaad.org>; Leanna Garfield <lgarfield@glaad.org>; Margaret Jarosz <margaret.jarosz4@gmail.com>; Elise Striebel <Elise@thesvf.org>; Julie Millican <jmillican@mediamatters.org>; Margaret Jarosz <Margaret@thesvf.org> | | | 06/12/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384768-MMFA_384769 | Redacted | Email | {Redacted} | <kgogarty@mediamatters.org> | | | | 06/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384770-MMFA_384771 | Redacted | Email | {Redacted} | <jmillican@mediamatters.org> | | | | 06/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384772-MMFA_384775 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | | 06/12/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384776 | Withheld | Word | Cynthia Padera | | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0624

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384777 | Withheld | Word | Laura Keiter | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384778 | Withheld | Word | Kayla Gogarty | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384779 | Withheld | Word | Beth Cope | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384780 | Withheld | Word | Michael Eberhart | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384781 | Withheld | Word | Michael Eberhart | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0625

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384782 | Withheld | Word | Pilar Martinez | | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384783 | Withheld | Word | Eric Hananoki | | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384784 | Withheld | Word | Cynthia Padera | | | | | 06/08/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384785 | Redacted | Email | {Redacted}@tainews.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 06/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384786-MMFA_384787 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tainews.com> | Carly Novell <cnovell@mediamatters.org> | | | 06/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384788-MMFA_384789 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@tainews.com> | | | 06/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384790-MMFA_384791 | Redacted | Email | {Redacted}@tainews.com> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 06/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0626

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384792-MMFA_384794 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | {Redacted}@tainews.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 06/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384795-MMFA_384812 | Redacted | PowerPoint | Julie Millican | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384813-MMFA_384830 | Redacted | PowerPoint | Julie Millican | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384831-MMFA_384848 | Redacted | PowerPoint | Andrea Alford | | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384858 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 06/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384859-MMFA_384860 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 06/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384861-MMFA_384863 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | {Redacted}@tainews.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 06/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384864-MMFA_384866 | Redacted | Email | {Redacted}@tainews.com> | Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 06/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384867-MMFA_384872 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 06/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384873-MMFA_384874 | Redacted | Email | Slack <notification@slack.com> | <lkeiter@mediamatters.org> | | | 06/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identities would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384875-MMFA_384877 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | {Redacted}@tainews.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 06/14/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384878-MMFA_384884 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 06/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0627

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384885-MMFA_384891 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 06/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384925-MMFA_384926 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384928 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384929 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384930 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384931 | Withheld | Word | hhind@mediamatters.org | | | | 03/02/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384932-MMFA_384936 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384937-MMFA_384942 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384943-MMFA_384945 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384946-MMFA_384953 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0628

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_384954-MMFA_384961 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384962-MMFA_384970 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384971-MMFA_384974 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | | 06/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_384975-MMFA_384977 | Redacted | Word | Kayla Gogarty | | | | | 06/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384978-MMFA_384980 | Redacted | Word | Rebecca Sturtevant | | | | | 06/15/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384981 | Withheld | Word | Cynthia Padera | | | | | 03/29/2023 | First Amendment; TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022-2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_384982 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | <stop-toxic-twitter@googlegroups.com> | | | | 06/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385202 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | | 06/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385205 | Withheld | Word | ndowe@mediamatters.org | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385206 | Withheld | Word | Sergio Munoz | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385207 | Withheld | Word | Julie Millican | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0629

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Document Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385208 | Withheld | Word | John Whitehouse | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385209 | Withheld | Word | Sharon Kann | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385210 | Withheld | Word | Andrea Alford | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385211 | Withheld | Word | Beth Cope | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385212 | Withheld | Word | Michael Eberhart | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385213 | Withheld | Word | Rebecca Sturtevant | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385248- MMFA_385249 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | | 06/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385250 | Withheld | Word | Cynthia Padera | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385251 | Withheld | Word | Ben Dimiero | | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385252- MMFA_385253 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | | 06/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385254- MMFA_385256 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | | 06/20/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385259- MMFA_385260 | Redacted | Word | Laura Keiter | | | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0630

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385261-MMFA_385262 | Redacted | Word | Laura Keiter | | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385263-MMFA_385264 | Redacted | Word | Andrea Alford | | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385265-MMFA_385266 | Redacted | Word | Rebecca Sturtevant | | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385267-MMFA_385268 | Redacted | Word | Rebecca Sturtevant | | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385273-MMFA_385275 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385276-MMFA_385278 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385279-MMFA_385281 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@cnn.com> | | | 06/21/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385287 | Redacted | Email | {Redacted} | {Redacted} | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights | Confidential Information Subject to Protective Order |
| MMFA_385300 | Withheld | Word | Cynthia Padera | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

**Appx. 0631**

| Bates Number | Privilege Type | Document Type | Sender/Author | | | RCC | Date | Privilege Description | | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385301 | Withheld | Word | Julie Millican | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385302 | Withheld | Word | Julie Millican | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385303 | Withheld | Word | Sharon Kann | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385304 | Withheld | Word | Sharon Kann | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385305 | Withheld | Word | Laura Keiter | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0632

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | CC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|
| MMFA_385306 | Withheld | Word | Kayla Gogarty | | | 06/06/2023 | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>First Amendment; TX Shield Law<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385307 | Withheld | Word | Kayla Gogarty | | | 06/06/2023 | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>First Amendment; TX Shield Law<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385308 | Withheld | Word | Andrea Alford | | | 06/06/2023 | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>First Amendment; TX Shield Law<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385309 | Withheld | Word | Rebecca Sturtevant | | | 06/06/2023 | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>First Amendment; TX Shield Law<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385310 | Withheld | Word | Rebecca Sturtevant | | | 06/06/2023 | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>First Amendment; TX Shield Law<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0633

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385351 | Withheld | Word | Sergio Munoz | | | | | 06/10/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385352-MMFA_385360 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385372 | Withheld | Word | Cynthia Padera | | | | | 06/06/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021);  NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958);  Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018);  Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385373 | Withheld | Word | Rebecca Sturtevant | | | | | 09/12/2022 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385374-MMFA_385379 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385380-MMFA_385382 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0634

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385383-MMFA_385386 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Faith Branch <fbranch@mediamatters.org>; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385387-MMFA_385389 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385390-MMFA_385392 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385393 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385394-MMFA_385395 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385396-MMFA_385402 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted} | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385403-MMFA_385410 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385411-MMFA_385417 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 06/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0635

| Bates Number | Privilege Type | Document Type | Sender/Author | RECIPIENT | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385423 | Withheld | Word | Cynthia Padera | | | | 01/09/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385424 | Withheld | Word | Kayla Gogarty | | | | 01/09/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385425 | Withheld | Word | Kayla Gogarty | | | | 01/09/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385426 | Withheld | Word | Andrea Alford | | | | 01/09/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385457 | Withheld | Word | Cynthia Padera | | | | 01/09/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0636

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385458 | Withheld | Word | Sharon Kann | | | | 06/14/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385459 | Withheld | Word | Sharon Kann | | | | 06/14/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385460 | Withheld | Word | Kayla Gogarty | | | | 06/14/2023 | First Amendment; TX Shield Law | Draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_385461 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Julie Tulbert <jtulbert@mediamatters.org>; Content Editing <content@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Proposals <proposals@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Research <research@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org> | | 06/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385462 | Redacted | Appointment | Kayla Gogarty; Laura Keiter | | | | 06/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385463-MMFA_385465 | Redacted | Word | Kayla Gogarty | | | | 06/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385466-MMFA_385468 | Redacted | Word | Rebecca Sturtevant | | | | 06/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0637

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385469 | Withheld | Word | Julie Millican | | | | 06/23/2023 | First Amendment; TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385470 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Julie Tulbert <jtulbert@mediamatters.org>; Content Editing <content@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Proposals <proposals@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Research <research@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org> | | 06/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385471-MMFA_385473 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 06/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385474-MMFA_385477 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 06/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385478-MMFA_385483 | Redacted | Word | Julie Millican | | | | 11/02/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385484-MMFA_385489 | Redacted | Word | Andrea Alford | | | | 11/02/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385490-MMFA_385495 | Redacted | Word | Andrea Alford | | | | 11/02/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385496-MMFA_385503 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>; Priya Singh <psingh@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org> | | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications revealing edits to memorandum prepared in preparation for communications with MMFA donors. First Amendment Privilege: Disclosing the MMFA partners' identity and redacted communications would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385504 | Withheld | Email | Ruby Seavey <rseavey@mediamatters.org> | Julie Tulbert <jtulbert@mediamatters.org>; Content Editing <content@mediamatters.org>; Live Links <live@mediamatters.org> | Shelby Jamerson <sjamerson@mediamatters.org>; Proposals <proposals@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Research <research@mediamatters.org>; Courtney Hagle <chagle@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Ethan Collier <ecollier@mediamatters.org> | | 06/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385505-MMFA_385509 | Redacted | Word | Laura Keiter | | | | 06/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0638**

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385510- MMFA_385514 | Redacted | Word | Andrea Alford | | | | 06/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385515- MMFA_385519 | Redacted | Word | Andrea Alford | | | | 06/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385520- MMFA_385524 | Redacted | Word | Rebecca Sturtevant | | | | 06/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385527- MMFA_385531 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385532- MMFA_385536 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385537- MMFA_385541 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <skann@mediamatters.org> | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385542- MMFA_385546 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0639

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Title/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385547-MMFA_385552 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Jack F. Winstanley <jwinstanley@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org> | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385553-MMFA_385557 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385558-MMFA_385562 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 06/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_385563 | Withheld | Word | jknefel@mediamatters.org | | | | 06/26/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Jim Caviezel pushes QAnon in bizarre media blitz for new anti-trafficking movie," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_385564 | Withheld | Word | John Whitehouse | | | | 05/24/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385565 | Withheld | Word | Beth Cope | | | | 05/24/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385566 | Withheld | Word | Michael Eberhart | | | | 05/24/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385567 | Withheld | Word | Rebecca Sturtevant | | | | 05/24/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0640

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_385901 | Withheld | Word | rseavey@mediamatters.org | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385902 | Withheld | Word | Sergio Munoz | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385903 | Withheld | Word | Julie Millican | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385904 | Withheld | Word | Julie Millican | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385905 | Withheld | Word | John Whitehouse | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385906 | Withheld | Word | Sharon Kann | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385907 | Withheld | Word | Sharon Kann | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385908 | Withheld | Word | Kayla Gogarty | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385909 | Withheld | Word | Jason Campbell | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385910 | Withheld | Word | Andrea Alford | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385911 | Withheld | Word | Beth Cope | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385912 | Withheld | Word | Michael Eberhart | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_385913 | Withheld | Word | Rebecca Sturtevant | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386023 | Withheld | Word | Ben Dimiero | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0641

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386024 | Withheld | Word | Cynthia Padera | | | | 05/09/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386040 | Withheld | Excel | Andrea Alford | | | | 04/13/2022 | TX Shield Law | Document created by partner group reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386097 | Redacted | Excel | Andrea Alford | | | | 06/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386134-MMFA_386141 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 07/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386142-MMFA_386147 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 07/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386148-MMFA_386150 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 07/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386160-MMFA_386163 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Ruby Seavey <rseavey@mediamatters.org>; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 07/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386167-MMFA_386169 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | | 07/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386170-MMFA_386176 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0642

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386177-MMFA_386183 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org> | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386184-MMFA_386191 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386192-MMFA_386198 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386199-MMFA_386206 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | <lginsberg@mediamatters.org> | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386207-MMFA_386214 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386215-MMFA_386222 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386223-MMFA_386230 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the partner's identity and the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0643

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386231-MMFA_386235 | Redacted | Word | Kayla Gogarty | | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386236-MMFA_386240 | Redacted | Word | Rebecca Sturtevant | | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386241-MMFA_386245 | Redacted | Word | Rebecca Sturtevant | | | | 07/07/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386377-MMFA_386407 | Redacted | Word | Andrea Alford | | | | 06/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386408-MMFA_386438 | Redacted | Word | Rebecca Sturtevant | | | | 06/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386445 | Withheld | Word | jknefel@mediamatters.org | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386446 | Withheld | Word | Ben Dimiero | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386447 | Withheld | Word | Sergio Munoz | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386448 | Withheld | Word | Julie Millican | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386449 | Withheld | Word | Julie Millican | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386450 | Withheld | Word | Sharon Kann | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0644

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386451 | Withheld | Word | Andrea Alford | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386452 | Withheld | Word | Beth Cope | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386453 | Withheld | Word | Michael Eberhart | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386454 | Withheld | Word | Rebecca Sturtevant | | | | 07/10/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386455-MMFA_386458 | Redacted | Word | Rebecca Sturtevant | | | | 07/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386459-MMFA_386462 | Redacted | Word | Rebecca Sturtevant | | | | 07/10/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386465 | Withheld | Word | nmathes@mediamatters.org | | | | 07/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386466 | Withheld | Word | nmathes@mediamatters.org | | | | 07/12/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386467 | Withheld | Word | jwinstanley@mediamatters.org | | | | 06/27/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386468 | Withheld | Word | jcampbell@mediamatters.org | | | | 07/13/2023 | TX Shield Law | Draft email newsletter reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386469 | Withheld | Word | Eric Hananoki | | | | 07/13/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386517-MMFA_386518 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 07/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0645

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386519-MMFA_386521 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | | 07/13/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386533 | Withheld | Word | Sergio Munoz | | | | | 07/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386534 | Withheld | Word | John Whitehouse | | | | | 07/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386535 | Withheld | Word | Kayla Gogarty | | | | | 07/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386536 | Withheld | Word | Kayla Gogarty | | | | | 07/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386537 | Withheld | Word | Ben Dimiero | | | | | 07/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386538 | Withheld | Word | ccarter@mediamatters.org | | | | | 07/14/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386546 | Redacted | Word | Julie Millican | | | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386547 | Redacted | Word | Laura Keiter | | | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386548 | Redacted | Word | Kayla Gogarty | | | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386549 | Redacted | Word | Kayla Gogarty | | | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386550 | Withheld | Word | Kayla Gogarty | | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0646

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386551 | Withheld | Word | Beth Cope | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386552 | Withheld | Word | Michael Eberhart | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386578 | Redacted | Email | {Redacted}@condenast.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386579 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@condenast.com> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386580-MMFA_386581 | Redacted | Email | {Redacted}@condenast.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386582-MMFA_386585 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386586-MMFA_386589 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386590 | Withheld | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Camden Carter <ccarter@mediamatters.org> | Proposals <proposals@mediamatters.org>; Jack F. Winstanley <jwinstanley@mediamatters.org>; x-Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | | 07/19/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Far-right figures turned on Rumble after the platform removed Nick Fuentes' antisemitic rally," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386591-MMFA_386592 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@condenast.com> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386593-MMFA_386594 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@condenast.com> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0647

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Reason | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386596-MMFA_386598 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted}@condenast.com> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386599-MMFA_386601 | Redacted | Email | {Redacted}@condenast.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 07/19/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386602 | Withheld | Word | Eric Hananoki | | | | 07/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386603 | Withheld | Word | Beth Cope | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386604 | Withheld | Word | Michael Eberhart | | | | 05/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386605 | Withheld | Word | Sharon Kann | | | | 07/20/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386606 | Withheld | Word | Kayla Gogarty | | | | 07/20/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386607 | Withheld | Word | Kayla Gogarty | | | | 07/20/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386608 | Withheld | Word | Sergio Munoz | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386609 | Withheld | Word | Julie Millican | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386610 | Withheld | Word | Jason Campbell | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386611 | Withheld | Word | Andrea Alford | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0648

| Bates Number | Privilege Type | Document Type | Sender/Author | RECIP | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_386612 | Withheld | Word | Beth Cope | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386613 | Withheld | Word | Michael Eberhart | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386614-MMFA_386639 | Redacted | Word | Laura Keiter | | | 07/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386640-MMFA_386665 | Redacted | Word | Andrea Alford | | | 07/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386666-MMFA_386691 | Redacted | Word | Andrea Alford | | | 07/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386692-MMFA_386695 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | 07/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386696-MMFA_386697 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 07/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386702-MMFA_386704 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted}; {Redacted}; Angelo Carusone <acarusone@mediamatters.org>; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; {Redacted}; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 07/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386705-MMFA_386706 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted} | 07/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0649**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386707 | Withheld | Word | Ben Dimiero | | | | | 07/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386708-MMFA_386714 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | | 07/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386721 | Withheld | Email | Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>; Live Links <live@mediamatters.org> | Proposals <proposals@mediamatters.org>; Jack F. Winstanley <jwinstanley@mediamatters.org>; x-Research <research@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org>; Shelby Jamerson <sjamerson@mediamatters.org> | | | 07/20/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Far-right figures turned on Rumble after the platform removed Nick Fuentes' antisemitic rally," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386784-MMFA_386788 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@theguardian.com> | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386816-MMFA_386820 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386821-MMFA_386825 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org> | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386829-MMFA_386833 | Redacted | Email | {Redacted} | {Redacted} | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386834-MMFA_386847 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386850-MMFA_386851 | Redacted | Word | Julie Millican | | | | | 07/21/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386852-MMFA_386853 | Redacted | Word | Andrea Alford | | | | | 07/21/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_386854 | Redacted | Word | Laura Keiter | | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0650

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Reason | Subject/Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386855 | Redacted | Word | Andrea Alford | | | | | 07/25/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386860-MMFA_386868 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386877 | Withheld | Word | mgertz@mediamatters.org | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386878 | Withheld | Word | Cynthia Padera | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386879 | Withheld | Word | Ben Dimiero | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386880 | Withheld | Word | John Whitehouse | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386881 | Withheld | Word | John Whitehouse | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386882 | Withheld | Word | Sharon Kann | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386883 | Withheld | Word | Laura Keiter | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0651

| Bates Number | Privilege Type | Document Type | Sender/Author | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|
| MMFA_386884 | Withheld | Word | Kayla Gogarty | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386885 | Withheld | Word | Kayla Gogarty | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386886 | Withheld | Word | Jason Campbell | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386887 | Withheld | Word | Jason Campbell | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386888 | Withheld | Word | Andrea Alford | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386889 | Withheld | Word | Beth Cope | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386890 | Withheld | Word | Beth Cope | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386891 | Withheld | Word | Michael Eberhart | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0652

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386892 | Withheld | Word | Michael Eberhart | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386893 | Withheld | Word | Rebecca Sturtevant | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386894 | Withheld | Word | Rebecca Sturtevant | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The right-wing media conspiracy theory ecosystem is laying the groundwork for another January 6," and can be accessed on MMFA's website.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_386898 | Withheld | Word | jgeonzon@mediamatters.org | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386899 | Withheld | Word | Ben Dimiero | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386900 | Withheld | Word | Sergio Munoz | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386901 | Withheld | Word | Julie Millican | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386902 | Withheld | Word | John Whitehouse | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386903 | Withheld | Word | Sharon Kann | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386904 | Withheld | Word | Sharon Kann | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386905 | Withheld | Word | Laura Keiter | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0653

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_386906 | Withheld | Word | Laura Keiter | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386907 | Withheld | Word | Kayla Gogarty | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386908 | Withheld | Word | Kayla Gogarty | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386909 | Withheld | Word | Jason Campbell | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386910 | Withheld | Word | Andrea Alford | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386911 | Withheld | Word | Beth Cope | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386912 | Withheld | Word | Michael Eberhart | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386913 | Withheld | Word | Rebecca Sturtevant | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386914 | Withheld | Word | Rebecca Sturtevant | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386919-MMFA_386931 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386947-MMFA_386961 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted: PII} | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_386962-MMFA_386971 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0654**

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387002 | Withheld | Word | Eric Hananoki | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Bronny James is the latest target of the antivax conspiracy theory echo chamber," and can be accessed on MMFA's website. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_387003 | Withheld | Word | Ben Dimiero | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Bronny James is the latest target of the antivax conspiracy theory echo chamber," and can be accessed on MMFA's website. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_387004 | Withheld | Word | Cynthia Padera | | | | | 07/25/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Bronny James is the latest target of the antivax conspiracy theory echo chamber," and can be accessed on MMFA's website. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_387005 | Withheld | Word | Cynthia Padera | | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387006 | Withheld | Word | Ben Dimiero | | | | | 07/21/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387008- MMFA_387022 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. / First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387029- MMFA_387043 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. / First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387044- MMFA_387059 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 07/26/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. / First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387065- MMFA_387067 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@unbendablemedia.com>; {Redacted}@unbendablemedia.com> | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. / First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387068- MMFA_387070 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | | 07/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. / First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. / Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387071- MMFA_387072 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. / First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0655

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387073-MMFA_387074 | Redacted | Email | {Redacted} | {Redacted} | | {Redacted} | <aalford@mediamatters.org> | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387075-MMFA_387076 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org> | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387077-MMFA_387078 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387079-MMFA_387082 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | | 07/27/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387083-MMFA_387084 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | | {Redacted} | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387085-MMFA_387087 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387088-MMFA_387089 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387090-MMFA_387092 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387093-MMFA_387095 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | {Redacted} | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387096-MMFA_387098 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | | {Redacted} | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387104-MMFA_387111 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | | 07/27/2023 | First Amendment | Redacted email address, name, and contact information of coalition of issue-based organizations MMFA belongs to.<br><br>First Amendment Privilege: Disclosing non-public coalition information would chill members' First Amendment speech and association rights | Confidential Information Subject to Protective Order |
| MMFA_387112-MMFA_387119 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387120-MMFA_387127 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted}; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org> | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387128-MMFA_387136 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0656

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387137-MMFA_387138 | Redacted | Email | {Redacted} | {Redacted} | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387139-MMFA_387141 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387148-MMFA_387150 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Camden Carter <ccarter@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Carly Novell <cnovell@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; Hanne MacDonald <hmacdonald@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner and MMFA research partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's and MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387155-MMFA_387156 | Redacted | Email | {Redacted}@counterhate.co.uk> | <Stop-Toxic-Twitter@googlegroups.com> | | | 07/27/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387329 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 07/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387350-MMFA_387351 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | 07/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387352-MMFA_387354 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387355-MMFA_387357 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <aalford@mediamatters.org> | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387361-MMFA_387363 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0657

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387430-MMFA_387432 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387437-MMFA_387438 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Camden Carter <ccarter@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Carly Novell <cnovell@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; Hanne MacDonald <hmacdonald@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387441 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387442-MMFA_387443 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387445-MMFA_387446 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 07/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387447-MMFA_387448 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | 07/28/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387472-MMFA_387474 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387475-MMFA_387477 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <aalford@mediamatters.org> | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387478-MMFA_387480 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0658

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387481 | Redacted | Email | {Redacted} | {Redacted} | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387482-MMFA_387483 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387613 | Redacted | Email | {Redacted}@wsj.com> | Laura Keiter <lkeiter@mediamatters.org> | | | 07/31/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387627 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted}@wsj.com> | | | 07/31/2023 | First Amendment; TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387629-MMFA_387632 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387633-MMFA_387636 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <aalford@mediamatters.org> | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387637-MMFA_387641 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387642-MMFA_387645 | Redacted | Email | {Redacted} | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387714 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | 09/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_387715 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | 09/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_387762-MMFA_387763 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | undisclosed-recipients: | <bdimiero@mediamatters.org> | | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387764-MMFA_387765 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | undisclosed-recipients: | <cpadera@mediamatters.org> | | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0659

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387766-MMFA_387767 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387768-MMFA_387769 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387770-MMFA_387771 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387772-MMFA_387773 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387774 | Withheld | Email | Isabella Corrao <icorrao@mediamatters.org> | Internal Intel <internalintel@mediamatters.org>; Katherine Abughazaleh <kabughazaleh@mediamatters.org>; Andrew Lawrence <alawrence@mediamatters.org>; Alicia Sadowski <asadowski@mediamatters.org>; Jane Lee <jlee@mediamatters.org>; Helena Hind <hhind@mediamatters.org> | | | 09/25/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_387775-MMFA_387776 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | <bdimiero@mediamatters.org> | 09/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387777-MMFA_387778 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | <jmillican@mediamatters.org> | 09/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387779-MMFA_387780 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | <lkeiter@mediamatters.org> | 09/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387781-MMFA_387782 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | <kgogarty@mediamatters.org> | 09/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0660

| Bates Number | Privilege Type | Document Type | Sender/Author | From | To | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_387783-MMFA_387784 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | | Brennan Suen <bsuen@mediamatters.org> | <rsturtevant@mediamatters.org> | | 09/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_387932-MMFA_387934 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Yael Eisenstat <yeisenstat@gmail.com> | | | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388042 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | | 10/05/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388073 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | | 10/06/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388136 | Redacted | Email | Kayla Gogarty <kgogarty@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org> | | | | 10/09/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388249 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | | 10/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388250 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | | 10/10/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388271-MMFA_388273 | Redacted | Email | John Whitehouse <jwhitehouse@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388274-MMFA_388277 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388278-MMFA_388285 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.<br><br>First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0661

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|
| MMFA_388300-MMFA_388308 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/11/2023 | First Amendment; TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388320-MMFA_388330 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388331-MMFA_388343 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388395-MMFA_388409 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/16/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388437 | Withheld | Excel | Angelo Carusone | | | | 02/23/2021 | TX Shield Law | Excel spreadsheet reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388444 | Withheld | Pdf | Ben Dimiero; Andrea Alford; Angelo Carusone; Beth Cope; Cynthia Padera; Hananoki, Eric; Jason Campbell; John Whitehouse; Julie Millican; Kayla Gogarty; Laura Keiter; Matt Gertz; Michael Eberhart; Pilar Martinez; Rebecca Sturtevant; Sergio Munoz; Sharon Kann; Victoria Deck | | | | 12/31/9999 | TX Shield Law | Document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388450-MMFA_388471 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/24/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388472-MMFA_388496 | Redacted | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | fingerprint <fingerprint@mediamatters.org> | Live Links <live@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Jasmine Geonzon <jgeonzon@mediamatters.org>; Content Editing <content@mediamatters.org>; Research Assignments <research-assignments@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; x-Research <research@mediamatters.org>; Jack Winstanley <jwinstanley@mediamatters.org> | | 10/24/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388510 | Withheld | Email | Natalie Mathes <nmathes@mediamatters.org> | x-Research <research@mediamatters.org>; Online and Extremism Research <extremism@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Kayla Gogarty <kgogarty@mediamatters.org>; Alex Paterson <apaterson@mediamatters.org> | | | 10/25/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0662

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Claimed | Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_388602-MMFA_388604 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <kgogarty@mediamatters.org> | 10/26/2023 | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_388605-MMFA_388607 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted}; {Redacted}; {Redacted}; {Redacted}; Ari Drennen <adrennen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Alex Kaplan <akaplan@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Alex Paterson <apaterson@mediamatters.org>; {Redacted}; {Redacted}; Ben Dimiero <bdimiero@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Brennan Suen <bsuen@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Camden Carter <ccarter@mediamatters.org>; Carly Evans <cevans@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Carly Novell <cnovell@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Gabriel Capuano <gcapuano@mediamatters.org>; Hiwot Hailu <hhailu@mediamatters.org>; {Redacted}; Hanne MacDonald <hmacdonald@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Justin Horowitz <jhorowitz@mediamatters.org>; {Redacted}; Julie Millican <jmillican@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Kayla Gogarty <kgogarty@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; Lexi Ginsberg <lginsberg@mediamatters.org>; {Redacted}; {Redacted}; Laura Keiter <lkeiter@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Madeline Peltz <mpeltz@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Natalie Mathes <nmathes@mediamatters.org>; {Redacted}; {Redacted}; Olivia Little <olittle@mediamatters.org>; Priya Singh <psingh@mediamatters.org>; Pamela Vogel <pvogel@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Rebecca Sturtevant <rsturtevant@mediamatters.org>; Rachel Tardiff <rtardiff@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; Sharon Kann <skann@mediamatters.org>; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted}; {Redacted} | 10/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_388608-MMFA_388610 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 10/26/2023 | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_388620 | Withheld | Email | Vesper Henry <vhenry@mediamatters.org> | LGBT Program <lgbt@mediamatters.org>; News Alerts <newsalerts@mediamatters.org>; Ari Drennen <adrennen@mediamatters.org>; Alyssa Tirrell <atirrell@mediamatters.org>; Mia Gingerich <mgingerich@mediamatters.org> | | | 10/27/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388673 | Withheld | Email | Gabriel Capuano <gcapuano@mediamatters.org> | Misinformation Monitoring 2020 <misinfomonitoring2020@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Research <research@mediamatters.org> | Leo Fernandez <lfernandez@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; Monica Rodriguez <mrodriguez@mediamatters.org> | | 10/27/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_388809 | Withheld | Email | Gabriel Capuano <gcapuano@mediamatters.org> | Misinformation Monitoring 2020 <misinfomonitoring2020@mediamatters.org>; Internal Intel <internalintel@mediamatters.org>; Research <research@mediamatters.org> | Leo Fernandez <lfernandez@mediamatters.org>; Brennan Suen <bsuen@mediamatters.org>; Craig Harrington <charrington@mediamatters.org>; Janos Balazs <jbalazs@mediamatters.org>; Monica Rodriguez <mrodriguez@mediamatters.org> | | 11/03/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_391368-MMFA_391370 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 11/15/2023 | First Amendment | Redacted communications with MMFA partners that collaborate with MMFA on research and advocacy projects reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege, the production of which would chill the organizations' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |

Appx. 0663

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_391438-MMFA_391459 | Redacted | Word | Cynthia Padera | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391460-MMFA_391481 | Redacted | Word | Julie Millican | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391482-MMFA_391503 | Redacted | Word | Julie Millican | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391504-MMFA_391525 | Redacted | Word | Laura Keiter | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391526-MMFA_391547 | Redacted | Word | Kayla Gogarty | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391548-MMFA_391569 | Redacted | Word | Andrea Alford | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391570-MMFA_391591 | Redacted | Word | Andrea Alford | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391592-MMFA_391613 | Redacted | Word | Rebecca Sturtevant | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0664

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Log Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_391614-MMFA_391636 | Redacted | Word | Laura Keiter | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391637-MMFA_391659 | Redacted | Word | Andrea Alford | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391660-MMFA_391682 | Redacted | Word | Andrea Alford | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391683-MMFA_391705 | Redacted | Word | Rebecca Sturtevant | | | | 02/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_391706 | Withheld | Word | Sharon Kann | | | | 04/26/2023 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_391707 | Withheld | Word | Sergio Munoz | | | | 06/04/2024 | First Amendment; TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0665

TAB 14

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Designation | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394050 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jameson <sjameson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 08/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394051 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jameson <sjameson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394066 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jameson <sjameson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394067- MMFA_394075 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jameson <sjameson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill the and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394076 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jameson <sjameson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/09/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.

First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394077- MMFA_394088 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jameson <sjameson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.

First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0667

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394089-MMFA_394090 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394091-MMFA_394092 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also r First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394093 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394099 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394100 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394101 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0668

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394102 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394103 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394108 | Withheld | Chat | Angelo Carusone <acarusone@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Patton Johnson <pa-tton@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Bobby Nayak <bnayak@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;operations <mm-operations@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Adama Ngom <angom@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Human Resources Representative <hr@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Raul R. Edwards <redwards@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Pete Tsipis <ptsipis@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Victoria Deck <vdeck@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Keeli Telleen <ktelleen@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;MMFA Help <help@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Sean Morris <sean.morris@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;videos710 <videos@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Anh Tran <atran@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;johnathan harding IT <jharding@mediamatters.org>;Alana Oglesby <aoglesby@mediamatters.org>;Bobby Lewis | | | 11/19/2023 | Attorney Client Privilege | Conversation between MMFA employee regarding the present litigation and reflecting legal advice and requests to/from counsel.<br><br>Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation as well as internal communications regarding seeking legal advice from counsel. | Confidential Information Subject to Protective Order |
| MMFA_394109 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394110 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Allison Fisher <afisher@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394111 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/29/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394119- MMFA_394120 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0669**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394121-MMFA_394122 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394123 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394124 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394125 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394126-MMFA_394128 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394130 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394131 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Communications revealing edits to memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394132 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Communications revealing edits to memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |

Appx. 0670

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394135-MMFA_394136 | Redacted | Chat | Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted communications revealing edits to draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: Disclosing the redacted journalist's identity would chill their and the MMFA's First Amendment speech and association rights. The document also contains communications pertaining to the organization's mission and strategy protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394137-MMFA_394138 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394139 | Withheld | Chat | Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394143 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394144-MMFA_394146 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted internal communications revealing content to be incorporated into internal memorandum prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: Disclosing the redacted identieis and content would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394147 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted internal communications revealing content to be incorporated into internal memorandum prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: Disclosing the redacted content would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394151-MMFA_394152 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 05/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394153-MMFA_394155 | Redacted | Chat | Faith Branch <fbranch@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 05/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394158-MMFA_394160 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 07/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394161 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/01/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0671

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394162-MMFA_394163 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the individuals' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394164-MMFA_394166 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394167-MMFA_394168 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394169 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394170 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394171-MMFA_394172 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394173-MMFA_394174 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394175-MMFA_394176 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394177 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/08/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394178-MMFA_394179 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/08/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0672

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394180-MMFA_394181 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394182-MMFA_394185 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394186-MMFA_394187 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the identity of the journalists and the partners would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394188 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting potential journalistic pitches unrelated to the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394189-MMFA_394191 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394192-MMFA_394194 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/03/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitch content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394196 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394197-MMFA_394198 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394199-MMFA_394200 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394201-MMFA_394204 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0673

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394205-MMFA_394206 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/26/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394207 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394208-MMFA_394209 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394211 | Withheld | Chat | Olivia Smith <osmith@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Olivia Smith <osmith@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;John Kerr <jkerr@mediamatters.org> | | | 08/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394212 | Withheld | Chat | Audrey Bowler <abowler@mediamatters.org> | Olivia Smith <osmith@mediamatters.org>;Andrea Austria <aaustria@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;John Kerr <jkerr@mediamatters.org> | | | 10/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394213 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394241 | Withheld | Chat | Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 09/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394242 | Withheld | Chat | Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 09/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394243-MMFA_394253 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/06/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394254 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394255 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394256-MMFA_394263 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0674

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394264-MMFA_394268 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.  Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394269 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394270 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394271 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394272-MMFA_394277 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394280 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394281-MMFA_394283 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 08/21/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394287 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of journalistic activity unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394288 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394293 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394294 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394295-MMFA_394298 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 11/18/2023 | First Amendment;Attorney Client Privilege;TX Shield Law | Attorney-Client Privilege: Redacted communications reflect and pertain to legal guidance given by counsel related to the present litigation.  Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0675

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394299-MMFA_394300 | Redacted | Chat | Howard Pangelinan <hpangelinan@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Howard Pangelinan <hpangelinan@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394303-MMFA_394305 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 11/13/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394306 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 09/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394307-MMFA_394308 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org> | | | 09/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394309 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 10/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394322 | Withheld | Chat | Spencer Silva <ssilva@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Spencer Silva <ssilva@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 11/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394323 | Withheld | Chat | Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394329 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org> | | | 11/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394330 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394331 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Abbie Richards <arichards@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394334 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394335 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394336-MMFA_394339 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0676

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394340-MMFA_394341 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 09/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394342 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 09/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394350 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 10/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394356 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394357 | Withheld | Chat | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/16/2023 | TX Shield Law | External communications reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394358 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Ilana Berger <iberger@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 08/21/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394359-MMFA_394366 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 06/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394367-MMFA_394374 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA donor and communications revealing edits to draft memorandum prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394385 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394394-MMFA_394398 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394399 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0677

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394400 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/03/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Document also contains identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394401-MMFA_394412 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/06/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394413 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394414-MMFA_394421 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalists' identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394422 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394423 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | | | 09/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394424-MMFA_394428 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394457 | Withheld | Chat | Beth Cope <bcope@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | Beth Cope <bcope@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 08/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394467 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Harrison Ray <hray@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Harrison Ray <hray@mediamatters.org> | | | 09/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394468 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Harrison Ray <hray@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Harrison Ray <hray@mediamatters.org> | | | 09/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394471 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0678

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394472-MMFA_394474 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394475 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394476-MMFA_394481 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394482-MMFA_394485 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Isaiah Dawson <idawson@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Isaiah Dawson <idawson@mediamatters.org> | | | 08/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394486-MMFA_394487 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394493 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org> | | | 09/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394499 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | | | 09/29/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394500 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | | | 10/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394501 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Bernie Crane <bcrane@mediamatters.org> | | | 10/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394505 | Withheld | Chat | Ariel Churchill <achurchill@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | Ariel Churchill <achurchill@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394506 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 08/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0679

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394514 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394519 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 10/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394520-MMFA_394523 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394524 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 10/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394525 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 10/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394526 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394533 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org> | | | 09/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394535 | Withheld | Chat | Victoria Deck <vdeck@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Victoria Deck <vdeck@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_394536-MMFA_394541 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted internal communications relating to organizational management and labor negotiations unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394542 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 08/21/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394543-MMFA_394547 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394548 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 11/09/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0680

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394549 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394556 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394557 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394558-MMFA_394560 | Redacted | Chat | Matt Gertz <mgertz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications relating to internal organizational management issues or reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394563-MMFA_394564 | Redacted | Chat | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394565 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394566 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394567 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394569 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394570-MMFA_394573 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/02/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394574-MMFA_394587 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/03/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0681

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394588 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394589-MMFA_394596 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/09/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394597 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394598-MMFA_394601 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/11/2023 | First Amendment;TX Shield Law | Redacted internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the redacted identiteis would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394602-MMFA_394610 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/11/2023 | First Amendment;TX Shield Law | Redacted internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the redacted identiteis would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394611-MMFA_394624 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/28/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394625 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/09/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394626-MMFA_394630 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/09/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394632 | Withheld | Chat | Rachel Tardiff <rtardiff@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394633 | Withheld | Chat | Rachel Tardiff <rtardiff@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 11/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0682

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394634 | Withheld | Chat | Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/11/2023 | First Amendment;TX Shield Law | Communications revealing edits to memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394635 | Withheld | Chat | Rachel Tardiff <rtardiff@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394636 | Withheld | Chat | Rachel Tardiff <rtardiff@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394637 | Withheld | Chat | Rachel Tardiff <rtardiff@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394638 | Withheld | Chat | Beth Cope <bcope@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org> | Beth Cope <bcope@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394639 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Simple Poll;Alex Kaplan <akaplan@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394652-MMFA_394655 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394656-MMFA_394664 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 09/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394665-MMFA_394680 | Redacted | Chat | {Redacted} | {Redacted} | | | 2958465 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394681 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 10/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394682 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 10/04/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394688-MMFA_394704 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 10/26/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0683

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394708 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 11/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394709 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394718 | Withheld | Chat | Brennan Suen <bsuen@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 06/21/2023 | First Amendment;TX Shield Law | Communications revealing edits to memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.

First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_394719 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Craig Harrington <charrington@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394726-MMFA_394728 | Redacted | Chat | Beth Cope <bcope@mediamatters.org> | Beth Cope <bcope@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394730 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394731 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394732-MMFA_394742 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394743-MMFA_394746 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications relating to internal organizational management issues or reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394747-MMFA_394776 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications relating to internal organizational management issues or reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0684

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394777 | Withheld | Chat | Bushra Sultana <bsultana@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | | | 09/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394778 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394779-MMFA_394783 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted communications relating to internal organizational management issues or reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to internal content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394784-MMFA_394806 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/26/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394807 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 09/06/2023 | Attorney Client Privilege;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Also includes communications referencing legal advice provided by counsel.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).<br><br>Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. | Confidential Information Subject to Protective Order |
| MMFA_394808-MMFA_394820 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications relating to internal organizational management issues or reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394821 | Withheld | Chat | John Whitehouse | Google Drive;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394822 | Withheld | Chat | John Whitehouse | Google Drive;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394833 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0685

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394834- MMFA_394840 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394841 | Withheld | Chat | Jason Campbell <jcampbell@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org> | Jason Campbell <jcampbell@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org> | | | 09/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394849 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | | | 08/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394850 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394851- MMFA_394853 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394854- MMFA_394855 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | | | 09/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394857- MMFA_394859 | Redacted | Chat | Kayla Gogarty | Kayla Gogarty <kgogarty@mediamatters.org>;Google Drive | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394871 | Redacted | Chat | Kayla Gogarty | Kayla Gogarty <kgogarty@mediamatters.org>;Google Drive | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394897- MMFA_394901 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394902 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394910 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394911 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394912 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394913- MMFA_394916 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 10/02/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0686

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394917 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 09/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394926-MMFA_394931 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394932 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 09/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394933 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 09/12/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394934 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 10/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394935 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 10/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394936 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394948-MMFA_394950 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394951-MMFA_394952 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394953 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394961-MMFA_394964 | Redacted | Chat | Brennan Suen <bsuen@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/26/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_394965 | Withheld | Chat | Allison Fisher <afisher@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Allison Fisher <afisher@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394966 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0687

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_394967 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394968 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394969 | Withheld | Chat | {Redacted} | {Redacted} | | | 2958465 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394970 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Evondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394971 | Withheld | Chat | Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Evondo Cooper <ecooper@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394972 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 05/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_394973-MMFA_394993 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 05/23/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395040-MMFA_395050 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395051 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 09/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395052 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 09/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395053-MMFA_395065 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 09/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395066 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 09/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395067 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | 09/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0688

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date Posted | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395100-MMFA_395114 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | | 10/03/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. Also redacted internal communications revealing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: Disclosing the redacted identities/content would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395115 | Withheld | Chat | Carly Evans <cevans@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Platform Data Request | | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles to or advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395132-MMFA_395134 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 08/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395135-MMFA_395137 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 08/09/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395145-MMFA_395148 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 09/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395149 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 09/27/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395160-MMFA_395161 | Redacted | Chat | Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 11/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395164-MMFA_395176 | Redacted | Chat | Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 11/09/2022 | First Amendment;TX Shield Law | Redacted internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the redacted content would chill MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395177-MMFA_395183 | Redacted | Chat | Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 05/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395184 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0689

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395185 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395190 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395191 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395192-MMFA_395193 | Redacted | Chat | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395194 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395195 | Redacted | Chat | Craig Harrington <charrington@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395196 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395197 | Withheld | Chat | Pam Vogel <pvogel@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395198 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395199 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0690

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395208 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395212 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395213 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395214 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395215 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395224 - MMFA_395229 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalists' identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395233 | Withheld | Chat | Noah Dowe <ndowe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 10/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395234 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 11/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0691

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395235 | Withheld | Chat | Reed McMaster <rmcmaster@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395236 | Withheld | Chat | Alex Kaplan <akaplan@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395255 | Withheld | Chat | Vesper Henry <vhenry@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Molly Butler <molly.butler@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org>;Raul R. Edwards <redwards@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jacina Hollins-borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395256 | Withheld | Chat | Pete Tsipis <ptsipis@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;George Begler <gbegler@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;George Begler <gbegler@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395271- MMFA_395278 | Redacted | Chat | Pete Tsipis <ptsipis@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0692

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395279 | Withheld | Chat | Pete Tsipis <ptsipis@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Natasha LaChac <nlachac@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Natasha LaChac <nlachac@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ryan Masri <rmasri@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395291 | Withheld | Chat | Lis Power <lpower@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395292 | Withheld | Chat | Ben Van Bloem <bvanbloem@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Laquinta Alexander <lalexander@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;John Kerr <jkerr@mediamatters.org>;Simple Poll;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Guiden <aguiden@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395304 | Withheld | Chat | Faith Branch <fbranch@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Faith Branch <fbranch@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 05/30/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395305- MMFA_395306 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395307- MMFA_395308 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395309- MMFA_395310 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395311 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0693

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395312 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395313 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395314 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/21/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395315-MMFA_395316 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395317-MMFA_395319 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395320 | Withheld | Chat | Hanne MacDonald <hmacdonald@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 09/29/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395321 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/09/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395322-MMFA_395323 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395324-MMFA_395325 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395326 | Redacted | Chat | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395327 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.\n\nFirst Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0694

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395328 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/11/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees discussing non-MMFA journalist seeking information from MMFA for a potential news story unrelated to the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395329 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395330 | Redacted | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395331 | Withheld | Chat | Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/09/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395332 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_3953S3 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alyssa Tirrell <atirrell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395334 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395335 | Withheld | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/24/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395336-MMFA_395343 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 07/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the identity of the MMFA partners and the non-MMFA journalist would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395344-MMFA_395349 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395350 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395351-MMFA_395353 | Redacted | Chat | Michael Eberhart <meberhart@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0695

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395366 | Withheld | Chat | Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 10/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395367 | Withheld | Chat | Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395368 | Withheld | Chat | Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395369 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org> | | | 09/21/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395370 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395371 | Withheld | Chat | Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395372 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395379-MMFA_395385 | Redacted | Chat | Beth Cope <bcope@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org> | Beth Cope <bcope@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395387-MMFA_395402 | Redacted | Chat | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395423-MMFA_395432 | Redacted | Chat | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395433 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395434 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 09/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395439 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 10/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0696

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395440 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 10/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395441 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege;TX Shield Law | Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel and information collected at the direction of counsel for purpose of seeking legal advice regarding matter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395442 | Withheld | Chat | Sergio Munoz <smunoz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege;TX Shield Law | Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel and information collected at the direction of counsel for purpose of seeking legal advice regarding matter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395447-MMFA_395452 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395466-MMFA_395471 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395477-MMFA_395483 | Redacted | Chat | {Redacted} | {Redacted} | | | 2958465 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395484-MMFA_395486 | Redacted | Chat | {Redacted} | {Redacted} | | | 2958465 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395487 | Withheld | Chat | {Redacted} | {Redacted} | | | 2958465 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395488-MMFA_395490 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/06/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395494-MMFA_395496 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 11/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395504 | Withheld | Chat | Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 05/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395505 | Withheld | Chat | {Redacted} | {Redacted} | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0697

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395506-MMFA_395507 | Redacted | Chat | Lexi Ginsberg <lginsberg@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395508-MMFA_395509 | Redacted | Chat | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org> | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395510-MMFA_395514 | Redacted | Chat | Brett Abrams;Anya Silverman-Stoloff;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | {Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 09/11/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395515-MMFA_395516 | Redacted | Chat | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395517 | Redacted | Chat | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395518-MMFA_395523 | Redacted | Chat | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | | | 09/29/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395554-MMFA_395568 | Redacted | Chat | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 11/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395569 | Withheld | Chat | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 11/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395570 | Withheld | Chat | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395571 | Withheld | Chat | Bushra Sultana <bsultana@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395581 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Craig Harrington <charrington@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org> | | | 08/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395582 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Chloe Simon <csimon@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Chloe Simon <csimon@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395583 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0698

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395584 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 11/02/2023 | TX Shield Law | Internal communications reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395586 | Withheld | Chat | Raul R. Edwards <redwards@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Raul R. Edwards <redwards@mediamatters.org>;Bobby Nayak <bnayak@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege | Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. | Confidential Information Subject to Protective Order |
| MMFA_395587-MMFA_395588 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 07/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395596-MMFA_395599 | Redacted | Chat | {Redacted} | {Redacted} | | | 2958465 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395602-MMFA_395611 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395612 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395613-MMFA_395617 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org> | | | 08/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395618 | Withheld | Chat | Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org> | Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 10/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395619 | Withheld | Chat | Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395620 | Withheld | Chat | Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395621 | Withheld | Chat | John Knefel <jknefel@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | John Knefel <jknefel@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 10/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395622 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 10/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0699

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395623-MMFA_395625 | Redacted | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395626 | Withheld | Chat | John Whitehouse <jwhitehouse@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org> | John Whitehouse <jwhitehouse@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395641 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 07/14/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395642 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395643 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 07/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395644 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 07/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395645-MMFA_395658 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395659 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 08/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395660-MMFA_395672 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395673 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 10/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395675 | Withheld | Chat | Bobby Lewis <rlewis@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org> | Bobby Lewis <rlewis@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org> | | | 08/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395676-MMFA_395709 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to content moderation on Twitter.

First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0700

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395712 | Withheld | Chat | Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395713 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395715 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395716-MMFA_395724 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/01/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the redacted identiteis would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395725 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395726 | Withheld | Chat | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395727 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 07/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395728-MMFA_395753 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted communications relating to internal organizational management issues or reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395754 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395755-MMFA_395758 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0701

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395759 | Withheld | Chat | Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395760-MMFA_395763 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/27/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395764-MMFA_395770 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford | | | 11/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395771 | Withheld | Chat | Rachel Tardiff <rtardiff@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Rachel Tardiff <rtardiff@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 08/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395772 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 07/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395794-MMFA_395799 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395802 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395804 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395805 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395806-MMFA_395810 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395813 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395814-MMFA_395817 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395832-MMFA_395842 | Redacted | Chat | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 10/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395866-MMFA_395867 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 10/25/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0702**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395868 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org> | | | 09/28/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395884 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395885 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/06/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395886 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395887-MMFA_395892 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395893 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395894 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 09/21/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nTexas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_395912-MMFA_395921 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395925 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395926 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | | 09/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395927-MMFA_395933 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.\n\nFirst Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395934-MMFA_395944 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395945-MMFA_395964 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395973-MMFA_395976 | Redacted | Chat | {Redacted} | {Redacted} | | | 2958465 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.\n\nFirst Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0703

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_395986-MMFA_395988 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395990-MMFA_395996 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_395998-MMFA_396006 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396007-MMFA_396013 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396015-MMFA_396017 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396022-MMFA_396032 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.

First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396040 | Withheld | Chat | Brennan Suen <bsuen@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 08/14/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Communications also contain identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights | Confidential Information Subject to Protective Order |
| MMFA_396042-MMFA_396045 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396046-MMFA_396051 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396052 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396053 | Redacted | Chat | Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396054 | Redacted | Chat | Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Matt Gertz <mgertz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0704

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396055 | Redacted | Chat | Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396056 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396057 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org> | | | 08/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396058-MMFA_396069 | Redacted | Chat | Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org> | | | 09/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396070 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396103 | Withheld | Chat | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org> | Michael Eberhart <meberhart@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org> | | | 08/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396124-MMFA_396127 | Redacted | Chat | Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications regarding content to be included in MMFA grant report detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: Disclosing the MMFA partners' identities and redacted content would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_396128 | Redacted | Chat | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396129-MMFA_396136 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396145 | Withheld | Chat | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/17/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396146 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 11/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396147-MMFA_396150 | Redacted | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 07/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0705

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396151-MMFA_396237 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396238-MMFA_396254 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396255 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396259-MMFA_396261 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/12/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396262-MMFA_396263 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/13/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396264 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/19/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396268 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 09/26/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396271-MMFA_396285 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 10/03/2023 | First Amendment;TX Shield Law | Redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy disclosure of which would chill MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396286-MMFA_396290 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396306-MMFA_396308 | Redacted | Chat | Ilana Berger <iberger@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | Ilana Berger <iberger@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Allison Fisher <afisher@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/08/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396309 | Withheld | Chat | Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Sergio Munoz <smunoz@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0706

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396310-MMFA_396313 | Redacted | Chat | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396314 | Withheld | Chat | Beatrice Mount <bmount@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Evlondo Cooper <ecooper@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Ari Drennen <adrennen@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org> | | | 08/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396315 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396316 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396318 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 08/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396319 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 08/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396320 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 08/25/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396321 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396322 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 09/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396323 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org> | | | 09/18/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396324-MMFA_396325 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0707

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396332 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 10/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396333 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 10/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396334 | Withheld | Chat | Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 10/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396335 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396336 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/02/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396337 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396338 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/03/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396339 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396340 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396341 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396342 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org> | Bushra Sultana <bsultana@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0708

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396352 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Madeleine Davison <mdavison@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | | | 05/20/2022 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396353 | Withheld | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Ruby Seavey <rseavey@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | | | 05/23/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396354 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | | | 08/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396355 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396356 | Withheld | Chat | Courtney Hagle <chagle@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | | | 09/08/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396357-MMFA_396358 | Redacted | Chat | Courtney Hagle <chagle@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Ilana Berger <iberger@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Abbie Richards <arichards@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org> | | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0709

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Reason | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396366 | Withheld | Chat | Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Keeli Telleen <ktelleen@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Adama Ngom <angom@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396367 | Withheld | Chat | Eric Kleefeld <ekleefeld@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Keeli Telleen <ktelleen@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Adama Ngom <angom@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/10/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396368 | Withheld | Chat | Rob Savillo <rsavillo@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Gideon Taaffe <gtaaffe@mediamatters.org>;Keeli Telleen <ktelleen@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Torri Lonergan <tlonergan@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Janos Balazs <jbalazs@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Adama Ngom <angom@mediamatters.org>;Olivia Smith <osmith@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Sage Hodil <shodil@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Hanne MacDonald <hmacdonald@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Mia Gingerich <mgingerich@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 11/13/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396369-MMFA_396378 | Redacted | Chat | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Disclosing the redacted identity and content would chill the partners' and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0710

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396379 | Withheld | Chat | Cynthia Padera <cpadera@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 10/04/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: This document contains internal communications reflecting research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396380 | Withheld | Chat | Matt Gertz <mgertz@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;Pilar Martinez <pmartinez@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 11/19/2023 | Attorney Client Privilege | Conversation between MMFA employee regarding the present litigation and reflecting legal advice and requests to/from counsel. Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation as well as internal communications regarding seeking legal advice from counsel. | Confidential Information Subject to Protective Order |
| MMFA_396383-MMFA_396385 | Redacted | Chat | Rob Savillo <rsavillo@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org> | Rob Savillo <rsavillo@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org> | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396386 | Withheld | Chat | Julie Millican <jmillican@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org> | | | 08/01/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396387 | Withheld | Chat | Craig Harrington <charrington@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Audrey Bowler <abowler@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Natalie Mathes <nmathes@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alex Paterson <apaterson@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Andrea L. Alford <aalford@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Sergio Munoz <smunoz@mediamatters.org>;Spencer Silva <ssilva@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Isabella Corrao <icorrao@mediamatters.org>;Leo Fernandez <lfernandez@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Madeline Peltz <mpeltz@mediamatters.org>;Harrison Ray <hray@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Beth Cope <bcope@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Eric Kleefeld <ekleefeld@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;John Knefel <jknefel@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Gabriel Capuano <gcapuano@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Bushra Sultana <bsultana@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Emma Mae Weber <eweber@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Pam Vogel <pvogel@mediamatters.org>;Eric Hananoki <ehananoki@mediamatters.org>;Charis Hoard <choard@mediamatters.org>;Bobby Lewis <rlewis@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jacina Hollins-Borges <jhollins-borges@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Olivia Little <olittle@mediamatters.org>;Jane Lee <jlee@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Jason Campbell <jcampbell@mediamatters.org>;Carly Novell <cnovell@mediamatters.org> | | | 08/15/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396388 | Withheld | Chat | Zachary Pleat <zpleat@mediamatters.org> | Pete Tsipis <ptsipis@mediamatters.org>;Monica Rodriguez <mrodriguez@mediamatters.org>;Matt Gertz <mgertz@mediamatters.org>;Jack Winstanley <jwinstanley@mediamatters.org>;Reed McMaster <rmcmaster@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Payton Armstrong <parmstrong@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Zachary Pleat <zpleat@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Sophie Lawton <slawton@mediamatters.org>;Brendan Karet <bkaret@mediamatters.org>;Neva Newcombe <nnewcombecook@mediamatters.org>;Alex Novell <anovell@mediamatters.org>;Vesper Henry <vhenry@mediamatters.org>;Andrew Lawrence <alawrence@mediamatters.org>;Alicia Sadowski <asadowski@mediamatters.org>;Justin Horowitz <jhorowitz@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Courtney Hagle <chagle@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Katherine Abughazaleh <kabughazaleh@mediamatters.org>;Rob Savillo <rsavillo@mediamatters.org>;Ariel Churchill <achurchill@mediamatters.org>;Noah Dowe <ndowe@mediamatters.org>;Chloe Simon <csimon@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Michael Eberhart <meberhart@mediamatters.org>;Jack Wheatley <jwheatley@mediamatters.org>;Helena Hind <hhind@mediamatters.org>;Carly Novell <cnovell@mediamatters.org>;Beatrice Mount <bmount@mediamatters.org>;Carlos Maza <cmaza@mediamatters.org> | | | 09/20/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396391 | Withheld | Excel | Angelo Carusone | | | | 05/13/2022 | First Amendment;TX Shield Law | Spreadsheet reflecting internal strategic communications and MMFA's journalistic process and procedures. The spreadsheet contains reference to Musk and Twitter unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains internal communications reflecting research and advocacy strategy. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_396393-MMFA_396396 | Redacted | Email | Cynthia Padera <cpadera@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Staff <staff@mediamatters.org> | | 06/24/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0711

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396397-MMFA_396403 | Redacted | Email | {Redacted} | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 11/02/2022 | First Amendment | ...fying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396404 | Redacted | Excel | Cynthia Padera | | | | 11/02/2022 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted identifying information of non-MMFA employees from whom MMFA received confidential information.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396405 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 12/12/2022 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.  First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396406 | Withheld | Word | Bruce Jacobs | | | | 11/30/2022 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.  First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396407-MMFA_396408 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396409-MMFA_396410 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <jmillican@mediamatters.org> | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396411-MMFA_396412 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <skann@mediamatters.org> | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396413-MMFA_396414 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 12/16/2022 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396420-MMFA_396423 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Lauren Cross <lcross@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | 01/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's and the partner's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396424-MMFA_396428 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | 01/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's and the partner's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396429-MMFA_396433 | Redacted | Email | Cynthia Padera <cpadera@mediamatters.org> | Lauren Cross <lcross@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | 01/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the journalist's and the partner's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0712

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Basis | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396434-MMFA_396438 | Redacted | Email | Lauren Cross <lcross@mediamatters.org> | Cynthia Padera <cpadera@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Sharon Kann <skann@mediamatters.org> | | 01/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the journalist's and the partner's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396514-MMFA_396516 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Faith Branch <fbranch@mediamatters.org>;{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;{Redacted};Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Ruby Seavey <rseavey@mediamatters.org>;Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396517-MMFA_396519 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted} | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396555 | Redacted | Word | Andrea Alford | | | | 05/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396556-MMFA_396563 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396564-MMFA_396570 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396571-MMFA_396578 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 05/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396579-MMFA_396582 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 05/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396583-MMFA_396588 | Redacted | Word | Laura Keiter | | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1 | Confidential Information Subject to Protective Order |
| MMFA_396589-MMFA_396593 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org> | {Redacted} | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0713

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396594-MMFA_396602 | Redacted | Email | Faith Branch (Google Docs) <comments-noreply@docs.google.com> | <lkeiter@mediamatters.org> | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396608-MMFA_396613 | Redacted | Word | Julie Millican | | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396614-MMFA_396619 | Redacted | Word | Laura Keiter | | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396620-MMFA_396625 | Redacted | Word | Laura Keiter | | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396626-MMFA_396631 | Redacted | Word | Andrea Alford | | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396632-MMFA_396637 | Redacted | Word | Rebecca Sturtevant | | | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396638-MMFA_396645 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | Casey Hargrave <chargrave@mediamatters.org>;{Redacted};{Redacted} | | 05/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396646-MMFA_396647 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 05/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396648-MMFA_396649 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396650-MMFA_396652 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396653-MMFA_396655 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396656-MMFA_396658 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 05/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396685 | Withheld | Word | Michael Eberhart | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396686 | Withheld | Word | Rebecca Sturtevant | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0714

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396687 | Withheld | Word | Rebecca Sturtevant | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396700 | Withheld | Word | Cynthia Padera | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396701 | Withheld | Word | Ben Dimiero | | | | 05/19/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396706-MMFA_396707 | Redacted | Word | Laura Keiter | | | | 04/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396708-MMFA_396709 | Redacted | Word | Rebecca Sturtevant | | | | 04/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396712 | Redacted | Email | Kayla Gogarty (Google Docs) <comments-noreply@docs.google.com> | <jmillican@mediamatters.org> | | | 05/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396713-MMFA_396714 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | 05/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396715-MMFA_396716 | Redacted | Email | Priya Singh (Google Docs) <comments-noreply@docs.google.com> | <kgogarty@mediamatters.org> | | | 05/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396717-MMFA_396718 | Redacted | Email | {Redacted} | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | 05/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396719-MMFA_396724 | Redacted | Email | Google Docs <comments-noreply@docs.google.com> | <jmillican@mediamatters.org> | | | 05/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396725-MMFA_396737 | Redacted | Word | Laura Keiter | | | | 05/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396738-MMFA_396750 | Redacted | Word | Kayla Gogarty | | | | 05/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396751-MMFA_396763 | Redacted | Word | Andrea Alford | | | | 05/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396764-MMFA_396776 | Redacted | Word | Andrea Alford | | | | 05/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396779-MMFA_396781 | Redacted | Word | Laura Keiter | | | | 06/01/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396782-MMFA_396784 | Redacted | Word | Rebecca Sturtevant | | | | 06/01/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0715

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_396800-MMFA_396806 | Redacted | Word | Andrea Alford | | | | 06/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396810-MMFA_396831 | Redacted | Word | Laura Keiter | | | | 06/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396832-MMFA_396853 | Redacted | Word | Andrea Alford | | | | 06/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396854-MMFA_396875 | Redacted | Word | Rebecca Sturtevant | | | | 06/12/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396876 | Withheld | Word | mrodriguez@mediamatters.org | | | | 06/12/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_396877-MMFA_396908 | Redacted | Word | Laura Keiter | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396909-MMFA_396940 | Redacted | Word | Andrea Alford | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396941-MMFA_396972 | Redacted | Word | Andrea Alford | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_396973-MMFA_397004 | Redacted | Word | Rebecca Sturtevant | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397007 | Withheld | Image | Eric Hananoki;John Whitehouse;Julie Millican;Kayla Gogarty;Sergio Munoz;Sharon Kann | | | | 07/01/2023 | TX Shield Law | Material reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397008 | Withheld | Image | Eric Hananoki;John Whitehouse;Julie Millican;Kayla Gogarty;Sergio Munoz;Sharon Kann | | | | 07/01/2023 | TX Shield Law | Material reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397050 | Withheld | Word | Cynthia Padera | | | | 07/06/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397051 | Withheld | Word | Sergio Munoz | | | | 07/06/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0716

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397052 | Withheld | Word | Julie Millican | | | | 07/06/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397053 | Withheld | Word | Julie Millican | | | | 07/06/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397055 | Withheld | Word | Cynthia Padera | | | | 07/06/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing signature successes from MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397056 | Withheld | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | 07/31/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397057 | Withheld | Email | {Redacted} | {Redacted} | {Redacted} | <aalford@mediamatters.org> | 07/31/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397058-MMFA_397061 | Redacted | Word | Julie Millican | | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397062-MMFA_397065 | Redacted | Word | Julie Millican | | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397066-MMFA_397069 | Redacted | Word | Sharon Kann | | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397070-MMFA_397073 | Redacted | Word | Laura Keiter | | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397074-MMFA_397077 | Redacted | Word | Andrea Alford | | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0717

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397078-MMFA_397080 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397081-MMFA_397083 | Redacted | Email | {Redacted} | {Redacted} | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397085 | Withheld | Email | Courtney Hagle <chagle@mediamatters.org> | Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Media Intel <mediaintel@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Jack F. Winstanley <jwinstanley@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org> | | | 07/31/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397088 | Withheld | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | 07/31/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397097 | Withheld | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | | | 08/01/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397099-MMFA_397104 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397105-MMFA_397110 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | <aalford@mediamatters.org> | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397111-MMFA_397116 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397137 | Redacted | Word | Julie Millican | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397138 | Redacted | Word | Andrea Alford | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397139 | Withheld | Email | Jack Winstanley <jwinstanley@mediamatters.org> | Live Links <live@mediamatters.org> | Courtney Hagle <chagle@mediamatters.org>;Research <research@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Media Intel <mediaintel@mediamatters.org>;Lis Power <lpower@mediamatters.org>;Tyler Monroe <tmonroe@mediamatters.org>;Shelby Jamerson <sjamerson@mediamatters.org>;Audrey McCabe <amccabe@mediamatters.org>;Content Editing <content@mediamatters.org>;Casey Wexler <cwexler@mediamatters.org> | | 08/01/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains communications, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397140-MMFA_397144 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397145-MMFA_397146 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397147-MMFA_397151 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397152-MMFA_397153 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0718

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397154-MMFA_397155 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397156-MMFA_397157 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | <bdimiero@mediamatters.org> | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397158-MMFA_397159 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners and MMFA research partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's and MMFA research partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397160-MMFA_397161 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397166-MMFA_397167 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397168 | Withheld | Email | {Redacted} | {Redacted} | | | 08/02/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397169 | Withheld | Word | Beth Cope | | | | 08/01/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397170 | Withheld | Word | Michael Eberhart | | | | 08/01/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397171 | Withheld | Word | Rebecca Sturtevant | | | | 08/01/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397181-MMFA_397197 | Redacted | Word | Laura Keiter | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397198-MMFA_397214 | Redacted | Word | Andrea Alford | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0719

| Bates Number | Privilege Type | Document Type | Sender/Author | To/From | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397215-MMFA_397231 | Redacted | Word | Andrea Alford | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397232-MMFA_397248 | Redacted | Word | Rebecca Sturtevant | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397249-MMFA_397253 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397254-MMFA_397260 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397261-MMFA_397267 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397268-MMFA_397274 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397275-MMFA_397281 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | <c{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | Brennan Suen <bsuen@mediamatters.org> | | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397285-MMFA_397287 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};<s{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397288-MMFA_397290 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397362-MMFA_397367 | Redacted | Email | {Redacted} | | | | 08/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397368 | Withheld | Email | {Redacted} | {Redacted} | {Redacted} | <jmillican@mediamatters.org> | 08/03/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0720**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397369 | Withheld | Email | {Redacted} | {Redacted} | | {Redacted} | <aalford@mediamatters.org> | 08/03/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397382 | Withheld | Email | {Redacted} | {Redacted} | | | | 08/03/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397383 | Withheld | Email | {Redacted} | {Redacted} | | | | 08/03/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397384 | Withheld | Email | Eli Cohen Lawson <eli@counterhate.co.uk> | <Stop-Toxic-Twitter@googlegroups.com> | | | | 08/03/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397427 | Withheld | Excel | Julie Millican | | | | | 07/30/2023 | First Amendment;TX Shield Law | Document created by non-MMFA issue-based organization as part of a journalistic and advocacy campaign related to Musk. Entity is a member of a coalition of issue-based organizations to which MMFA belongs. Document does not relate to the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397428 | Withheld | Excel | Andrea Alford | | | | | 07/30/2023 | First Amendment;TX Shield Law | Document created by non-MMFA issue-based organization as part of a journalistic and advocacy campaign related to Musk. Entity is a member of a coalition of issue-based organizations to which MMFA belongs. Document does not relate to the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397490-MMFA_397494 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org> | | 08/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397495-MMFA_397499 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397500-MMFA_397504 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397505-MMFA_397509 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0721

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397510-MMFA_397514 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Cynthia Padera <cpadera@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397563-MMFA_397570 | Redacted | Email | {Redacted} | | | | 08/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397581-MMFA_397595 | Redacted | PowerPoint | Julie Millican | | | | 07/31/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397596 | Withheld | Word | Kayla Gogarty | | | | 03/03/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397597 | Withheld | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | {Redacted} | | 08/08/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397598 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org>;{Redacted} | | 08/08/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397599 | Withheld | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;{Redacted} | | 08/08/2023 | First Amendment | Communications between MMFA employees and MMFA partner that collaborates with MMFA on research and advocacy projects. Communications are unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397623-MMFA_397627 | Redacted | Email | {Redacted} | {Redacted};aalford@mediamatters.org | | | 08/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397633-MMFA_397639 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted} | | 08/08/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397650-MMFA_397653 | Redacted | Word | Sergio Munoz | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397654-MMFA_397657 | Redacted | Word | Julie Millican | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397658-MMFA_397661 | Redacted | Word | Sharon Kann | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397662-MMFA_397665 | Redacted | Word | Laura Keiter | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397666-MMFA_397669 | Redacted | Word | Andrea Alford | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0722

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397670-MMFA_397673 | Redacted | Word | Cynthia Padera | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397674-MMFA_397679 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted} | | | 08/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397680 | Withheld | Word | Julie Millican | | | | 08/10/2023 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397681-MMFA_397687 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | {Redacted} | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397688-MMFA_397694 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397695-MMFA_397702 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397703-MMFA_397709 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397710-MMFA_397717 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397718-MMFA_397723 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397724-MMFA_397730 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397731-MMFA_397738 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397739-MMFA_397746 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397752-MMFA_397755 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0723

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397768-MMFA_397771 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 08/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397826 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | | | 08/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397858 | Withheld | Word | jhorowitz@mediamatters.org | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)., " can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397859 | Withheld | Word | Cynthia Padera | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)., " can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397860 | Withheld | Word | Sergio Munoz | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)., " can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397861 | Withheld | Word | Julie Millican | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)., " can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0724

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397862 | Withheld | Word | Julie Millican | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397863 | Withheld | Word | John Whitehouse | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397864 | Withheld | Word | John Whitehouse | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397865 | Withheld | Word | Sharon Kann | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397866 | Withheld | Word | Laura Keiter | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397867 | Withheld | Word | Laura Keiter | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397868 | Withheld | Word | Kayla Gogarty | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397869 | Withheld | Word | Kayla Gogarty | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

**Appx. 0725**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397870 | Withheld | Word | Jason Campbell | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397871 | Withheld | Word | Jason Campbell | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397872 | Withheld | Word | Andrea Alford | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397873 | Withheld | Word | Andrea Alford | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397874 | Withheld | Word | Beth Cope | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397875 | Withheld | Word | Michael Eberhart | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397876 | Withheld | Word | Michael Eberhart | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397877 | Withheld | Word | Rebecca Sturtevant | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0726

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397878 | Withheld | Word | Eric Hananoki | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397879 | Withheld | Word | Cynthia Padera | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397880 | Withheld | Word | Ben Dimiero | | | | 08/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The Daily Wire's Matt Walsh hires Gregg Re, former Tucker Carlson producer with history of liking white nationalist posts," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397915-MMFA_397917 | Redacted | Email | Laura Keiter (Google Docs) <comments-noreply@docs.google.com> | <rsturtevant@mediamatters.org> | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397926 | Withheld | Word | Julie Millican | | | | 08/14/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397927-MMFA_397934 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 08/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397935-MMFA_397943 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397944-MMFA_397952 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 08/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397953-MMFA_397961 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_397962 | Withheld | Word | amccabe@mediamatters.org | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397963 | Withheld | Word | Julie Millican | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0727

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Claimed | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397964 | Withheld | Word | John Whitehouse | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397965 | Withheld | Word | Sharon Kann | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397966 | Withheld | Word | Laura Keiter | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397967 | Withheld | Word | Kayla Gogarty | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397968 | Withheld | Word | Jason Campbell | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397969 | Withheld | Word | Andrea Alford | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397970 | Withheld | Word | Beth Cope | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397971 | Withheld | Word | Michael Eberhart | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397972 | Withheld | Word | Michael Eberhart | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397973 | Withheld | Word | Rebecca Sturtevant | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0728

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_397974-MMFA_397976 | Redacted | Word | Laura Keiter | | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397977-MMFA_397979 | Redacted | Word | Laura Keiter | | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397980-MMFA_397982 | Redacted | Word | Andrea Alford | | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397983-MMFA_397985 | Redacted | Word | Rebecca Sturtevant | | | | 08/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397986 | Withheld | Word | Ben Dimiero | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397987 | Withheld | Word | Cynthia Padera | | | | 08/15/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Right-wing media repeat tired talking points to defend Trump after fourth indictment," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_397989 | Redacted | Email | E.J. Schultz <eschultz@adage.com> | RSturtevant@mediamatters.org | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397990 | Redacted | Email | Meyer, Josh <JMeyer@usatoday.com> | RSturtevant@mediamatters.org | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397991 | Redacted | Email | Paul, Katie (Reuters) <Katie.Paul@thomsonreuters.com> | RSturtevant@mediamatters.org | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_397992-MMFA_397993 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Carless, Will <wcarless@usatoday.com> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0729

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398006-MMFA_398008 | Redacted | Word | {Redacted} | | | | 2958465 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398009 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | <chris.joyner@ajc.com> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398013-MMFA_398014 | Redacted | Email | Joyner, Chris (AJC-Atlanta) <Chris.Joyner@ajc.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398015-MMFA_398016 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 08/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398039-MMFA_398041 | Redacted | Word | Laura Keiter | | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398042-MMFA_398044 | Redacted | Word | Rebecca Sturtevant | | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398045-MMFA_398047 | Redacted | Word | Rebecca Sturtevant | | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398048-MMFA_398079 | Redacted | Word | Laura Keiter | | | | 08/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398080-MMFA_398111 | Redacted | Word | Andrea Alford | | | | 08/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398112-MMFA_398143 | Redacted | Word | Andrea Alford | | | | 08/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398144-MMFA_398175 | Redacted | Word | Rebecca Sturtevant | | | | 08/08/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398176-MMFA_398196 | Redacted | Word | Laura Keiter | | | | 08/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0730

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398197-MMFA_398217 | Redacted | Word | Andrea Alford | | | | 08/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398218-MMFA_398238 | Redacted | Word | Andrea Alford | | | | 08/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398239-MMFA_398259 | Redacted | Word | Rebecca Sturtevant | | | | 08/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398261 | Redacted | Email | {Redacted} | RSturtevant@mediamatters.org | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398262 | Redacted | Email | {Redacted} | RSturtevant@mediamatters.org | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398263 | Redacted | Email | {Redacted} | RSturtevant@mediamatters.org | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398264 | Redacted | Email | {Redacted} | RSturtevant@mediamatters.org | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398265-MMFA_398266 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398267-MMFA_398268 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398269-MMFA_398271 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398272-MMFA_398275 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398276-MMFA_398280 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0731

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398281-MMFA_398285 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398286-MMFA_398291 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398292-MMFA_398294 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398299-MMFA_398301 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398302-MMFA_398303 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398304-MMFA_398308 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 08/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398309-MMFA_398311 | Redacted | Email | {Redacted} | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398316-MMFA_398318 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398319-MMFA_398321 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0732

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Draft report created in connection with MMFA grantors/donors and detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | |
| MMFA_398322 | Withheld | Word | Bruce Jacobs | | | | 03/31/2023 | First Amendment;TX Shield Law | | Confidential Information Subject to Protective Order |
| MMFA_398323-MMFA_398326 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398327-MMFA_398330 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 08/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398379 | Withheld | Word | jknefel@mediamatters.org | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398380 | Withheld | Word | Cynthia Padera | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398381 | Withheld | Word | Ben Dimiero | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398382 | Withheld | Word | Sergio Munoz | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398383 | Withheld | Word | Julie Millican | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0733

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398384 | Withheld | Word | Julie Millican | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398385 | Withheld | Word | John Whitehouse | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398386 | Withheld | Word | John Whitehouse | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398387 | Withheld | Word | Sharon Kann | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398388 | Withheld | Word | Sharon Kann | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398389 | Withheld | Word | Laura Keiter | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398390 | Withheld | Word | Laura Keiter | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398391 | Withheld | Word | Kayla Gogarty | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398392 | Withheld | Word | Kayla Gogarty | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0734

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398393 | Withheld | Word | Jason Campbell | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398394 | Withheld | Word | Jason Campbell | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398395 | Withheld | Word | Andrea Alford | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398396 | Withheld | Word | Andrea Alford | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398397 | Withheld | Word | Beth Cope | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398398 | Withheld | Word | Beth Cope | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398399 | Withheld | Word | Michael Eberhart | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398400 | Withheld | Word | Michael Eberhart | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398401 | Withheld | Word | Rebecca Sturtevant | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0735

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398402 | Withheld | Word | Rebecca Sturtevant | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398403 | Withheld | Word | Pilar Martinez | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398404 | Withheld | Word | Bruce Jacobs | | | | 03/31/2023 | First Amendment;TX Shield Law | Grant report detailing MMFA's journalistic and advocacy efforts in 2023. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_398412 | Redacted | Email | {Redacted} | Press <press@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398413 | Withheld | Word | Eric Hananoki | | | | 08/16/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Kyle Rittenhouse's new foundation is run by a Pizzagate conspiracy theorist and a gun extremist who appeared on a white nationalist program," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398414-MMFA_398415 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Press <press@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398416 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398417 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398418-MMFA_398419 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Press <press@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398420 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0736

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398421-MMFA_398422 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Press <press@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398423-MMFA_398424 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398425-MMFA_398427 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398428-MMFA_398430 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398431-MMFA_398432 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398433-MMFA_398438 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398439-MMFA_398444 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398445-MMFA_398450 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398451-MMFA_398456 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398457-MMFA_398462 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org> | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398463-MMFA_398469 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 08/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398476-MMFA_398477 | Redacted | Email | {Redacted} | <Stop-Toxic-Twitter@googlegroups.com> | | | 08/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0737

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398478-MMFA_398480 | Redacted | Word | Rebecca Sturtevant | | | | 08/01/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398481-MMFA_398483 | Redacted | Word | Kayla Gogarty | | | | 08/21/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the journalist's and the partner's identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398484 | Withheld | Word | Julie Millican | | | | 08/21/2023 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398485 | Withheld | Word | Sharon Kann | | | | 08/21/2023 | First Amendment;TX Shield Law | Document organizing structured conversations to discuss MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398486-MMFA_398490 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 08/21/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_398491 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | {Redacted} | | 08/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398492 | Withheld | Word | jwinstanley@mediamatters.org | | | | 08/18/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Project Veritas' post-O'Keefe CEO guts staff, potentially marking final chapter in the group's chaotic history," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_398493 | Redacted | Email | {Redacted} | {Redacted} | | | 08/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398494 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398495-MMFA_398496 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398497-MMFA_398498 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted};{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0738

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_398499-MMFA_398501 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_398502-MMFA_398504 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/22/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402582-MMFA_402584 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402585 | Withheld | Word | Michael Eberhart | | | | 08/24/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402586 | Withheld | Word | Cynthia Padera | | | | 08/15/2023 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402587 | Withheld | Word | Julie Millican | | | | 08/15/2023 | First Amendment;TX Shield Law | Draft memorandum containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors. First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402588-MMFA_402591 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402592 | Withheld | Word | Sergio Munoz | | | | 07/21/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402593 | Withheld | Word | Julie Millican | | | | 07/21/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0739

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_402594 | Withheld | Word | Julie Millican | | | | 07/21/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402595-MMFA_402598 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | | | | 08/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402599-MMFA_402602 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 08/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402603-MMFA_402607 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402608 | Withheld | Word | Cynthia Padera | | | | 07/21/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402609-MMFA_402618 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 08/29/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402652-MMFA_402655 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402656-MMFA_402660 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 08/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402661-MMFA_402665 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 08/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402666 | Withheld | Word | Pilar Martinez | | | | 07/05/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Attorney Eyes Only Information Subject to Protective Order |
| MMFA_402667 | Withheld | Email | Andrea Alford <aalford@mediamatters.org> | Jason Campbell <jcampbell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Julie Millican <jmillican@mediamatters.org> | | 08/29/2023 | TX Shield Law | Email reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0740**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_402668-MMFA_402671 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 08/29/2023 | First Amendment | ...identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402672 | Withheld | Word | mgertz@mediamatters.org | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402673 | Withheld | Word | Julie Millican | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402674 | Withheld | Word | John Whitehouse | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402675 | Withheld | Word | John Whitehouse | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402676 | Withheld | Word | Laura Keiter | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402677 | Withheld | Word | Kayla Gogarty | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402678 | Withheld | Word | Kayla Gogarty | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402679 | Withheld | Word | Jason Campbell | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402680 | Withheld | Word | Jason Campbell | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402681 | Withheld | Word | Andrea Alford | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402682 | Withheld | Word | Andrea Alford | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402683 | Withheld | Word | Beth Cope | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402684 | Withheld | Word | Beth Cope | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0741

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_402685 | Withheld | Word | Michael Eberhart | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402686 | Withheld | Word | Michael Eberhart | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402687 | Withheld | Word | Rebecca Sturtevant | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402688 | Withheld | Word | Pilar Martinez | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402689 | Withheld | Word | Sharon Kann | | | | 08/30/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402690 | Withheld | Word | Eric Hananoki | | | | 08/29/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402691 | Redacted | Word | Laura Keiter | | | | 08/29/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402692 | Redacted | Word | Rebecca Sturtevant | | | | 08/29/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.

First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402693-MMFA_402694 | Redacted | Email | {Redacted}' via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | <Stop-Toxic-Twitter@googlegroups.com> | | | 08/30/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402695-MMFA_402704 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 08/31/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.

First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402705 | Withheld | Word | jwinstanley@mediamatters.org | | | | 08/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402706 | Withheld | Word | Julie Millican | | | | 08/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402707 | Withheld | Word | John Whitehouse | | | | 08/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.

Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0742

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Description | Date | Privilege | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_402708 | Withheld | Word | Sharon Kann | | | | ...flecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402709 | Withheld | Word | Laura Keiter | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402710 | Withheld | Word | Kayla Gogarty | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402711 | Withheld | Word | Jason Campbell | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402712 | Withheld | Word | Andrea Alford | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402713 | Withheld | Word | Beth Cope | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402714 | Withheld | Word | Michael Eberhart | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402715 | Withheld | Word | Rebecca Sturtevant | | | | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/31/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402720 | Withheld | Word | jcampbell@mediamatters.org | | | | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/29/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402721 | Withheld | Word | Ben Dimiero | | | | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/29/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402722 | Withheld | Word | Cynthia Padera | | | | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/29/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402723 | Withheld | Word | Sergio Munoz | | | | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/29/2023 | TX Shield Law | Confidential Information Subject to Protective Order |
| MMFA_402724 | Withheld | Word | Julie Millican | | | | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | 08/29/2023 | TX Shield Law | Confidential Information Subject to Protective Order |

Appx. 0743

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_402725 | Withheld | Word | John Whitehouse | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402726 | Withheld | Word | John Whitehouse | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402727 | Withheld | Word | Sharon Kann | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402728 | Withheld | Word | Laura Keiter | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402729 | Withheld | Word | Kayla Gogarty | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402730 | Withheld | Word | Kayla Gogarty | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402731 | Withheld | Word | Jason Campbell | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402732 | Withheld | Word | Jason Campbell | | | | 08/29/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402733 | Withheld | Word | Andrea Alford | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402734 | Withheld | Word | Beth Cope | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402735 | Withheld | Word | Beth Cope | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402736 | Withheld | Word | Michael Eberhart | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402737 | Withheld | Word | Michael Eberhart | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0744

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_402738 | Withheld | Word | Rebecca Sturtevant | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402739 | Withheld | Word | Eric Hananoki | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402740 | Withheld | Word | Cynthia Padera | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_402832 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};{Redacted};cc: cc: Andrea Alford <aalford@mediamatters.org> | Gabriel Capuano <gcapuano@mediamatters.org> | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. Also redacted identifying information of MMFA donor.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. The document contains sensitive financial and associational information protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. | Confidential Information Subject to Protective Order |
| MMFA_402847 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | Julie Millican <jmillican@mediamatters.org> | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402851 | Redacted | Word | Julie Millican | | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402852 | Redacted | Word | Andrea Alford | | | | 09/01/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402853 | Redacted | Word | Andrea Alford | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402854 | Redacted | Word | Rebecca Sturtevant | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_402957 | Withheld | Email | Alex Paterson <apaterson@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Jack F. Winstanley <jwinstanley@mediamatters.org> | Alex Kaplan <akaplan@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403006 | Withheld | Email | Jack Winstanley <jwinstanley@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org>;Camden Carter <ccarter@mediamatters.org>;Alex Kaplan <akaplan@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | 09/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403121 | Redacted | Email | {Redacted} | <jmillican@mediamatters.org> | | | 09/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403127-MMFA_403128 | Redacted | Word | Julie Millican | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403129-MMFA_403130 | Redacted | Word | Laura Keiter | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403131-MMFA_403132 | Redacted | Word | Rebecca Sturtevant | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0745

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403133-MMFA_403134 | Redacted | Word | Rebecca Sturtevant | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403135-MMFA_403137 | Redacted | Email | {Redacted} | <jmillican@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403138-MMFA_403139 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403140-MMFA_403141 | Redacted | Word | Cynthia Padera | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403148 | Withheld | Word | Julie Millican | | | | 06/08/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403149 | Withheld | Word | Julie Millican | | | | 06/08/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403243-MMFA_403246 | Redacted | Email | {Redacted} | {Redacted};<acarusone@mediamatters.org>;{Redacted};<aalford@mediamatters.org> | {Redacted} | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403247-MMFA_403250 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};<acarusone@mediamatters.org>;{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;<jmillican@mediamatters.org> | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403251-MMFA_403254 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};<acarusone@mediamatters.org>;{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403255-MMFA_403258 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403263 | Redacted | Email | Eric Kleefeld <ekleefeld@mediamatters.org> | Craig Harrington <charrington@mediamatters.org> | Research Assignments <research-assignments@mediamatters.org> | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403264-MMFA_403268 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403269-MMFA_403273 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};Angelo Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org> | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403274-MMFA_403278 | Redacted | Word | Laura Keiter | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403279-MMFA_403283 | Redacted | Word | Andrea Alford | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0746

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403284-MMFA_403288 | Redacted | Word | Rebecca Sturtevant | | | | 09/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403289 | Redacted | Word | Laura Keiter | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403290 | Redacted | Word | Andrea Alford | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403291 | Redacted | Word | Rebecca Sturtevant | | | | 08/01/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403292 | Redacted | Word | Laura Keiter | | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403293 | Redacted | Word | Andrea Alford | | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403294 | Redacted | Word | Rebecca Sturtevant | | | | 07/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403306-MMFA_403307 | Redacted | Word | Laura Keiter | | | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403308-MMFA_403309 | Redacted | Word | Andrea Alford | | | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403310-MMFA_403311 | Redacted | Word | Andrea Alford | | | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403312-MMFA_403313 | Redacted | Word | Rebecca Sturtevant | | | | 05/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403318-MMFA_403319 | Redacted | Word | Laura Keiter | | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403320-MMFA_403321 | Redacted | Word | Laura Keiter | | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403322-MMFA_403323 | Redacted | Word | Andrea Alford | | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403324-MMFA_403325 | Redacted | Word | Rebecca Sturtevant | | | | 05/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403335-MMFA_403338 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | {Redacted} | 09/06/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the redacted identiteis would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403399-MMFA_403404 | Redacted | Email | {Redacted} via Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | {Redacted} | | <stop-toxic-twitter@googlegroups.com> | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403405-MMFA_403410 | Redacted | Email | {Redacted} | {Redacted} | | stop-toxic-twitter@googlegroups.com | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0747

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403419-MMFA_403425 | Redacted | Email | {Redacted} | {Redacted} | {Redacted};<Stop-Toxic-Twitter@googlegroups.com> | | 09/06/2023 | First Amendment | ...identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403426-MMFA_403430 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 09/06/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identiteis would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403451-MMFA_403453 | Redacted | Word | Julie Millican | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403454-MMFA_403456 | Redacted | Word | Julie Millican | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403457-MMFA_403459 | Redacted | Word | Laura Keiter | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403460-MMFA_403462 | Redacted | Word | Laura Keiter | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403463-MMFA_403465 | Redacted | Word | Andrea Alford | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403466-MMFA_403468 | Redacted | Word | Andrea Alford | | | | 04/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403478-MMFA_403539 | Redacted | PowerPoint | Julie Millican | | | | 08/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information and assistance from MMFA.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403540-MMFA_403601 | Redacted | PowerPoint | Kayla Gogarty | | | | 08/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information and assistance from MMFA.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403602-MMFA_403663 | Redacted | PowerPoint | Kayla Gogarty | | | | 08/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information and assistance from MMFA.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403664-MMFA_403725 | Redacted | PowerPoint | Andrea Alford | | | | 08/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information and assistance from MMFA.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403726-MMFA_403730 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  Also redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the MMFA partner's and the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0748

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403733 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403734-MMFA_403735 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403736-MMFA_403737 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403738 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403739-MMFA_403740 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403741 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org>;Casey Hargrave <chargrave@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403742 | Redacted | Email | Casey Hargrave <chargrave@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403743-MMFA_403745 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403746-MMFA_403747 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Casey Hargrave <chargrave@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Angelo Carusone <acarusone@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org> | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403748-MMFA_403752 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403753 | Withheld | Email | Camden Carter (Google Docs) <comments-noreply@docs.google.com> | <bcope@mediamatters.org> | | | 09/07/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0749

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403758-MMFA_403760 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403767-MMFA_403769 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted}g>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403770-MMFA_403772 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403773-MMFA_403778 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403779-MMFA_403784 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403785-MMFA_403787 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Ashley Belanger <ashley.belanger@arstechnica.com> | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403788-MMFA_403789 | Redacted | Email | {Redacted} | {Redacted} | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403790-MMFA_403793 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403794-MMFA_403796 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403797-MMFA_403800 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Ashley Belanger <ashley.belanger@arstechnica.com> | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0750

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403801-MMFA_403805 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;Brennan Suen <bsuen@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403806-MMFA_403810 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Priya Singh <psingh@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403811-MMFA_403815 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403816-MMFA_403821 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Priya Singh <psingh@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403824-MMFA_403829 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Brennan Suen <bsuen@mediamatters.org>;Lexi Ginsberg <lginsberg@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403830-MMFA_403834 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403838-MMFA_403842 | Redacted | Email | {Redacted} | Priya Singh <psingh@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403843-MMFA_403847 | Redacted | Email | {Redacted} | Priya Singh <psingh@mediamatters.org> | Andrea Alford <aalford@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403858-MMFA_403862 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | Andrea Alford <aalford@mediamatters.org>;External Affairs <externalaffairs@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403879-MMFA_403884 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Priya Singh <psingh@mediamatters.org> | External Affairs <externalaffairs@mediamatters.org>;{Redacted} | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403885-MMFA_403890 | Redacted | Email | {Redacted}' via External Affairs <externalaffairs@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | External Affairs <externalaffairs@mediamatters.org>;Priya Singh <psingh@mediamatters.org> | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403891-MMFA_403892 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 09/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403897-MMFA_403910 | Redacted | Word | Laura Keiter | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403911-MMFA_403924 | Redacted | Word | Andrea Alford | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403925-MMFA_403938 | Redacted | Word | Andrea Alford | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403939-MMFA_403952 | Redacted | Word | Rebecca Sturtevant | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403953 | Withheld | Word | Andrea Alford | | | | 09/07/2023 | TX Shield Law | Draft document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0751

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_403954-MMFA_403955 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/08/2023 | First Amendment | ...ing information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403956 | Redacted | Word | Andrea Alford | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_403958 | Withheld | Word | Kayla Gogarty | | | | 09/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403959 | Withheld | Word | Jason Campbell | | | | 09/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403960 | Withheld | Word | Andrea Alford | | | | 09/08/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_403972-MMFA_404004 | Redacted | Word | Laura Keiter | | | | 07/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404005-MMFA_404037 | Redacted | Word | Andrea Alford | | | | 07/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404038-MMFA_404070 | Redacted | Word | Andrea Alford | | | | 07/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404071-MMFA_404103 | Redacted | Word | Rebecca Sturtevant | | | | 07/24/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404105-MMFA_404108 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/08/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404110-MMFA_404113 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/08/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404114-MMFA_404118 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};Angelo Carusone <acarusone@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 09/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404126 | Withheld | Word | psingh@mediamatters.org | | | | 09/07/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404127 | Withheld | Word | Sharon Kann | | | | 09/07/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404128 | Withheld | Word | Andrea Alford | | | | 09/07/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0752

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404129 | Withheld | Word | Rebecca Sturtevant | | | | 09/07/2023 | TX Shield Law | [Draft memorandum] reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404130 | Withheld | Word | Rebecca Sturtevant | | | | 09/11/2023 | TX Shield Law | Draft memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404152 | Withheld | Email | Tyler Monroe <tmonroe@mediamatters.org> | Peter Tsipis <ptsipis@mediamatters.org>;Ben Van Bloem <bvanbloem@mediamatters.org>;Content Editing <content@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | | 09/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404153 | Withheld | Email | Ben Van Bloem <bvanbloem@mediamatters.org> | Tyler Monroe <tmonroe@mediamatters.org> | Peter Tsipis <ptsipis@mediamatters.org>;Content Editing <content@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | 09/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404154 | Withheld | Email | Neva Newcombe-Cook <nnewcombecook@mediamatters.org> | Ben Van Bloem <bvanbloem@mediamatters.org> | Tyler Monroe <tmonroe@mediamatters.org>;Peter Tsipis <ptsipis@mediamatters.org>;Content Editing <content@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | 09/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404173 | Withheld | Email | Neva Newcombe-Cook <nnewcombecook@mediamatters.org> | Ben Van Bloem <bvanbloem@mediamatters.org>;Live Links <live@mediamatters.org> | Tyler Monroe <tmonroe@mediamatters.org>;Peter Tsipis <ptsipis@mediamatters.org>;Content Editing <content@mediamatters.org>;LGBT Program <lgbt@mediamatters.org> | | 09/11/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404180 | Withheld | Word | Andrea Alford | | | | 09/08/2023 | TX Shield Law | Draft memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404214-MMFA_404216 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/11/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404217-MMFA_404219 | Redacted | Email | {Redacted} | RSturtevant@mediamatters.org | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404220-MMFA_404222 | Redacted | Email | {Redacted} | <RSturtevant@mediamatters.org> | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404223-MMFA_404226 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404227-MMFA_404230 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0753

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404231-MMFA_404234 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404257-MMFA_404259 | Redacted | Word | Laura Keiter | | | | 09/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404260-MMFA_404262 | Redacted | Word | Kayla Gogarty | | | | 09/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404272 | Withheld | Email | Sharon Kann (Google Docs) <comments-noreply@docs.google.com> | <aalford@mediamatters.org> | | | 09/12/2023 | First Amendment;TX Shield Law | Internal communications between MMFA employees editing grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404365 | Withheld | Word | Julie Millican | | | | 09/13/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404366 | Withheld | Word | Andrea Alford | | | | 09/13/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404370-MMFA_404371 | Redacted | Email | {Redacted} | {Redacted} | | <jmillican@mediamatters.org> | 09/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404372-MMFA_404373 | Redacted | Email | {Redacted} | {Redacted} | | <aalford@mediamatters.org> | 09/13/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0754

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Description | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404378 | Withheld | Word | Ben Dimiero | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404379 | Withheld | Word | Jason Campbell | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404380 | Withheld | Word | Andrea Alford | | | | 08/29/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404381 | Withheld | Email | Alex Kaplan (Google Docs) <comments-noreply@docs.google.com> | <meberhart@mediamatters.org> | | | 09/13/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "The conspiracy subreddit is full of antisemitism, despite Reddit rules prohibiting such content," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_404382 | Withheld | Word | Julie Millican | | | | 09/13/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404440 | Redacted | Email | {Redacted} | Eric Hananoki <ehananoki@mediamatters.org> | | | 09/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA informant from whom MMFA received confidential information.<br><br>First Amendment Privilege: Disclosing the informant's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404468-MMFA_404484 | Redacted | Word | Laura Keiter | | | | 09/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404485-MMFA_404501 | Redacted | Word | Andrea Alford | | | | 09/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404502-MMFA_404518 | Redacted | Word | Andrea Alford | | | | 09/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404519-MMFA_404535 | Redacted | Word | Rebecca Sturtevant | | | | 09/12/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404564-MMFA_404568 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404569-MMFA_404574 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0755

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404585-MMFA_404588 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};<{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};<{Redacted};{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404592-MMFA_404594 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404595-MMFA_404598 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404599 | Redacted | Email | {Redacted} | {Redacted} | {Redacted} | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404600-MMFA_404605 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404606-MMFA_404612 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404613 | Withheld | Word | Bruce Jacobs | | | | 09/13/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2023. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404614-MMFA_404618 | Redacted | Email | {Redacted} | | | | 09/14/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404630 | Withheld | Word | John Whitehouse | | | | 09/06/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Prominent anti-migrant conservative pundit Todd Bensman has ties to QAnon movement and other extremists," and can be accessed on MMFA's website. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0756

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404671 | Withheld | Word | Sergio Munoz | | | | 09/11/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022-2023. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404672-MMFA_404674 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 09/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404675-MMFA_404678 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404723 | Withheld | PowerPoint | Julie Millican | | | | 09/14/2023 | First Amendment;TX Shield Law | Presentation reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404724 | Withheld | PowerPoint | Julie Millican | | | | 09/14/2023 | First Amendment;TX Shield Law | Presentation reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404725 | Withheld | PowerPoint | Kayla Gogarty | | | | 09/14/2023 | First Amendment;TX Shield Law | Presentation reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404726 | Withheld | PowerPoint | Andrea Alford | | | | 09/14/2023 | First Amendment;TX Shield Law | Presentation reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: Document contains information, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404750-MMFA_404751 | Redacted | Word | Laura Keiter | | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404752-MMFA_404753 | Redacted | Word | Rebecca Sturtevant | | | | 09/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404754 | Withheld | Word | John Whitehouse | | | | 09/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404755 | Withheld | Word | Jason Campbell | | | | 09/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0757

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404756 | Withheld | Word | Andrea Alford | | | | 09/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404757 | Withheld | Word | John Whitehouse | | | | 09/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404758 | Withheld | Word | Jason Campbell | | | | 09/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404759 | Withheld | Word | Andrea Alford | | | | 09/18/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404777-MMFA_404781 | Redacted | Email | {Redacted} | | | | 09/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404808 | Withheld | Word | Ben Dimiero | | | | 08/03/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "How one conspiracy theory website used X to sell climate denier merchandise through this summer's climate-driven disasters," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_404809 | Withheld | Word | John Whitehouse | | | | 08/03/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "How one conspiracy theory website used X to sell climate denier merchandise through this summer's climate-driven disasters," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_404810 | Withheld | Word | Kayla Gogarty | | | | 08/03/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "How one conspiracy theory website used X to sell climate denier merchandise through this summer's climate-driven disasters," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_404811 | Withheld | Word | Jason Campbell | | | | 08/03/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "How one conspiracy theory website used X to sell climate denier merchandise through this summer's climate-driven disasters," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_404812 | Withheld | Word | Beth Cope | | | | 08/03/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "How one conspiracy theory website used X to sell climate denier merchandise through this summer's climate-driven disasters," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0758

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404813 | Withheld | Word | {Redacted} | | | | 2958465 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "How one conspiracy theory website used X to sell climate denier merchandise through this summer's climate-driven disasters," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_404814-MMFA_404816 | Redacted | Email | {Redacted} | | | | 09/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404856-MMFA_404857 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404864-MMFA_404865 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 09/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404866-MMFA_404873 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 09/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404874-MMFA_404881 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 09/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404882-MMFA_404889 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 09/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404890-MMFA_404896 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 09/21/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404910 | Withheld | Email | {Redacted} | <smunoz@mediamatters.org> | | | 09/22/2023 | First Amendment;TX Shield Law | Communications revealing edits to draft grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404919-MMFA_404938 | Redacted | Word | Sergio Munoz | | | | 09/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0759

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_404939-MMFA_404958 | Redacted | Word | Andrea Alford | | | | 09/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404959-MMFA_404978 | Redacted | Word | Andrea Alford | | | | 09/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_404979 | Withheld | Excel | Julie Millican | | | | 09/30/2021 | First Amendment;TX Shield Law | Spreadsheet containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404980 | Withheld | Excel | Andrea Alford | | | | 09/30/2021 | First Amendment;TX Shield Law | Spreadsheet containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_404981 | Withheld | Excel | Andrea Alford | | | | 09/30/2021 | First Amendment;TX Shield Law | Spreadsheet containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405071 | Withheld | PowerPoint | Cynthia Padera | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0760

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405072 | Withheld | PowerPoint | Sergio Munoz | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405073 | Withheld | PowerPoint | Julie Millican | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405074 | Withheld | PowerPoint | John Whitehouse | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405075 | Withheld | PowerPoint | Sharon Kann | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405076 | Withheld | PowerPoint | Sharon Kann | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0761

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Applied | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405077 | Withheld | PowerPoint | Laura Keiter | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405078 | Withheld | PowerPoint | Kayla Gogarty | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405079 | Withheld | PowerPoint | Kayla Gogarty | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405080 | Withheld | PowerPoint | Andrea Alford | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405081 | Withheld | PowerPoint | Andrea Alford | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0762

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405083 | Withheld | Word | Ben Dimiero;John Whitehouse | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405084 | Withheld | Word | Sergio Munoz | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405085 | Withheld | Word | Julie Millican | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405086 | Withheld | Word | John Whitehouse | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405087 | Withheld | Word | Laura Keiter | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0763

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405088 | Withheld | Word | Kayla Gogarty | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405089 | Withheld | Word | Andrea Alford | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405090 | Withheld | Word | Andrea Alford | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405128 | Withheld | PowerPoint | Ben Dimiero | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405129 | Withheld | PowerPoint | Cynthia Padera | | | | 09/20/2023 | First Amendment;TX Shield Law | Presentation containing content to be incorporated into MMFA's strategic plan reflecting avenues of potential journalistic research and strategic advocacy work and prepared in preparation for communications with MMFA donors.<br><br>First Amendment Privilege: This document contains sensitive financial and associational information, as well as communications pertaining to MMFA's mission and strategy and content reflecting communications with third-party partners protected by the First Amendment privilege, the production of which would chill Defendant's exercise of its First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0764**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405130 | Withheld | Word | Cynthia Padera | | | | 09/26/2023 | First Amendment;TX Shield Law | Strategic discussion summary memorandum prepared in preparation for communications with MMFA's donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405132- MMFA_405136 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 09/26/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405137- MMFA_405142 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 09/26/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405208- MMFA_405210 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405211- MMFA_405213 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405214- MMFA_405216 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405217- MMFA_405220 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405221- MMFA_405224 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 09/27/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405261 | Redacted | Word | Laura Keiter | | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405262 | Redacted | Word | Rebecca Sturtevant | | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0765

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405263-MMFA_405267 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405270-MMFA_405274 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405275-MMFA_405276 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405277-MMFA_405284 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 09/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405285-MMFA_405293 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 09/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405294-MMFA_405300 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 09/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405303-MMFA_405310 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted} | | | 09/28/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405423-MMFA_405443 | Redacted | Word | Laura Keiter | | | | 09/25/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405444-MMFA_405464 | Redacted | Word | Andrea Alford | | | | 09/25/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405465-MMFA_405472 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 09/29/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405473-MMFA_405478 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 09/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405479-MMFA_405481 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 09/29/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405482-MMFA_405488 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 09/29/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

**Appx. 0766**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405502-MMFA_405507 | Redacted | Word | Laura Keiter | | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405508-MMFA_405513 | Redacted | Word | Andrea Alford | | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405514-MMFA_405519 | Redacted | Word | Rebecca Sturtevant | | | | 09/28/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405522-MMFA_405528 | Redacted | Word | Rebecca Sturtevant | | | | 09/22/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405530-MMFA_405536 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405537-MMFA_405544 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | {Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405545-MMFA_405552 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405553-MMFA_405561 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405562-MMFA_405570 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405571-MMFA_405580 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405581-MMFA_405590 | Redacted | Email | {Redacted} | {Redacted} | Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405591-MMFA_405600 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405601-MMFA_405611 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405612-MMFA_405622 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 10/02/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405641-MMFA_405652 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted};{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | 10/03/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405708 | Redacted | Email | {Redacted} | <kgogarty@mediamatters.org> | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0767

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405709-MMFA_405710 | Redacted | Email | {Redacted} | <kgogarty@mediamatters.org> | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405711-MMFA_405712 | Redacted | Email | {Redacted} | <kgogarty@mediamatters.org> | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405714-MMFA_405725 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405726-MMFA_405738 | Redacted | Email | {Redacted} | {Redacted} | Julie Millican <jmillican@mediamatters.org>;{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405739-MMFA_405740 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405757-MMFA_405760 | Redacted | Email | Sharon Kann <skann@mediamatters.org> | {Redacted} | Kayla Gogarty <kgogarty@mediamatters.org> | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405851-MMFA_405852 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405863-MMFA_405875 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | {Redacted};{Redacted};Andrea Alford <aalford@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405888-MMFA_405890 | Redacted | Word | nmathes@mediamatters.org | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405891-MMFA_405893 | Redacted | Word | Sharon Kann | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405894-MMFA_405896 | Redacted | Word | Kayla Gogarty | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405897-MMFA_405899 | Redacted | Word | Kayla Gogarty | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405900-MMFA_405902 | Redacted | Word | Jason Campbell | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405903-MMFA_405905 | Redacted | Word | Andrea Alford | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405906-MMFA_405908 | Redacted | Word | Beth Cope | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405909-MMFA_405911 | Redacted | Word | Michael Eberhart | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405912-MMFA_405913 | Redacted | Email | Laura Keiter (Google Docs) <comments-noreply@docs.google.com> | <aalford@mediamatters.org> | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0768

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_405914 | Redacted | Email | Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Content Editing <content@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Online and Extremism Research <extremism@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405915-MMFA_405918 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org>;{Redacted} | Kayla Gogarty <kgogarty@mediamatters.org> | | 10/04/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_405919-MMFA_405921 | Redacted | Word | Ben Dimiero | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405922-MMFA_405924 | Redacted | Word | Cynthia Padera | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405925 | Redacted | Email | Natalie Mathes <nmathes@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Content Editing <content@mediamatters.org>;Live Links <live@mediamatters.org> | Alex Paterson <apaterson@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Online and Extremism Research <extremism@mediamatters.org>;Ethan Collier <ecollier@mediamatters.org> | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_405992 | Withheld | Email | Eric Hananoki (via Google Docs) <ehananoki@mediamatters.org> | <content@mediamatters.org> | | | 10/05/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406039-MMFA_406061 | Redacted | Word | Laura Keiter | | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406062-MMFA_406084 | Redacted | Word | Andrea Alford | | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406085-MMFA_406107 | Redacted | Word | Andrea Alford | | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406108-MMFA_406130 | Redacted | Word | Rebecca Sturtevant | | | | 10/03/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406134 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406135-MMFA_406137 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406138-MMFA_406140 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406141-MMFA_406143 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406144-MMFA_406146 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0769

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406147-MMFA_406149 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406150-MMFA_406152 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406153-MMFA_406155 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406156-MMFA_406164 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406165-MMFA_406174 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406179-MMFA_406181 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406188-MMFA_406190 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406191-MMFA_406193 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406194-MMFA_406196 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406197-MMFA_406199 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0770

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406200-MMFA_406202 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406203-MMFA_406205 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406206-MMFA_406208 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406209-MMFA_406211 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406212-MMFA_406214 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406215-MMFA_406217 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406218-MMFA_406220 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406221-MMFA_406223 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406224-MMFA_406228 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406229-MMFA_406236 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406237-MMFA_406244 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Lexi Ginsberg <lginsberg@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0771

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406245-MMFA_406253 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Andrea Alford <aalford@mediamatters.org> | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406254-MMFA_406261 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406262-MMFA_406270 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | <lginsberg@mediamatters.org> | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406271-MMFA_406279 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406280-MMFA_406288 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406289-MMFA_406298 | Redacted | Email | {Redacted} | <rsturtevant@mediamatters.org> | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406299-MMFA_406308 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 10/05/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406485 | Withheld | Word | Jason Campbell | | | | 05/05/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406486 | Withheld | Word | Michael Eberhart | | | | 05/05/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406487 | Withheld | Word | Pilar Martinez | | | | 05/05/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406488-MMFA_406489 | Redacted | Word | Laura Keiter | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406490-MMFA_406491 | Redacted | Word | Andrea Alford | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0772

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406492-MMFA_406493 | Redacted | Word | Andrea Alford | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406494-MMFA_406495 | Redacted | Word | Rebecca Sturtevant | | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406496-MMFA_406497 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | Press <press@mediamatters.org> | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406498-MMFA_406499 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Press <press@mediamatters.org> | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406501-MMFA_406502 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Press <press@mediamatters.org> | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406503 | Redacted | Email | {Redacted} | lkeiter@mediamatters.org | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406504-MMFA_406506 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406507 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0773

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406508-MMFA_406509 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | | {Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406514-MMFA_406515 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406516-MMFA_406518 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406519-MMFA_406520 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406521-MMFA_406523 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org> | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406524-MMFA_406525 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406526-MMFA_406527 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406528-MMFA_406530 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406531-MMFA_406533 | Redacted | Word | Laura Keiter | | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0774

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406534-MMFA_406536 | Redacted | Word | Laura Keiter | | | | 10/10/2023 | First Amendment;TX Shield Law | ...ying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406537-MMFA_406539 | Redacted | Word | Kayla Gogarty | | | | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406576-MMFA_406577 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406578-MMFA_406579 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.  First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406588-MMFA_406589 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Press <press@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | <kgogarty@mediamatters.org> | 10/10/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406590 | Redacted | Word | Julie Millican | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406591 | Redacted | Word | Julie Millican | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406592 | Redacted | Word | Laura Keiter | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406593 | Redacted | Word | Laura Keiter | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406594 | Redacted | Word | Andrea Alford | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406595 | Redacted | Word | Andrea Alford | | | | 10/04/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.  First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406606-MMFA_406608 | Redacted | Email | Jack Winstanley <jwinstanley@mediamatters.org> | Live Links <live@mediamatters.org> | Kayla Gogarty <kgogarty@mediamatters.org>;Jasmine Geonzon <jgeonzon@mediamatters.org>;Content Editing <content@mediamatters.org>;Research Assignments <research-assignments@mediamatters.org>;Online and Extremism Research <extremism@mediamatters.org>;x-Research <research@mediamatters.org> | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA research partner that collaborates with MMFA on research projects.  First Amendment Privilege: Disclosing the MMFA research partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406621 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.  Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0775

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406622-MMFA_406623 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406628-MMFA_406629 | Redacted | Email | {Redacted} | <aalford@mediamatters.org> | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406630 | Withheld | Word | Victoria Deck | | | | 09/28/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that does not mention Elon Musk and Twitter but is otherwise responsive. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Instagram reinstated Gays Against Groomers' account, even though the group and its network have seemingly violated the platform's hate speech policies," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_406631-MMFA_406632 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406641-MMFA_406643 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org>;Lis Power <lpower@mediamatters.org>;John Whitehouse <jwhitehouse@mediamatters.org>;Craig Harrington <charrington@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org>;Julie Tulbert <jtulbert@mediamatters.org>;Ben Dimiero <bdimiero@mediamatters.org>;Sharon Kann <skann@mediamatters.org>;Kayla Gogarty <kgogarty@mediamatters.org> | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406644-MMFA_406646 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/11/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_406647-MMFA_406650 | Redacted | Email | {Redacted} | {Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;{Redacted} | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406651-MMFA_406655 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Sergio Muñoz <smunoz@mediamatters.org>;Laura Keiter <lkeiter@mediamatters.org> | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406656-MMFA_406659 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406726 | Withheld | Word | Sergio Munoz | | | | 10/11/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Charlie Kirk hosts white nationalist writer Steve Sailer to attack minorities," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0776

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_406727-MMFA_406759 | Redacted | Word | Julie Millican | | | | 08/21/2023 | First Amendment | Document created by non-MMFA issue-based organization as part of a journalistic campaign about migration trends on Twitter. Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406760-MMFA_406792 | Redacted | Word | Julie Millican | | | | 08/21/2023 | First Amendment | Document created by non-MMFA issue-based organization as part of a journalistic campaign about migration trends on Twitter. Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_406977-MMFA_406979 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407010-MMFA_407013 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407018-MMFA_407020 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407021-MMFA_407024 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407025-MMFA_407028 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407029-MMFA_407032 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407035-MMFA_407038 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407039-MMFA_407042 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407043-MMFA_407045 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0777**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407046-MMFA_407048 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407049-MMFA_407054 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | {Redacted} | 10/12/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407087-MMFA_407099 | Redacted | Word | Laura Keiter | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407100-MMFA_407112 | Redacted | Word | Andrea Alford | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407113-MMFA_407125 | Redacted | Word | Andrea Alford | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407126-MMFA_407138 | Redacted | Word | Rebecca Sturtevant | | | | 10/10/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407214 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <jmillican@mediamatters.org> | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407215 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <skann@mediamatters.org> | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407216 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <lkeiter@mediamatters.org> | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407217 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <aalford@mediamatters.org> | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407218 | Redacted | Email | {Redacted} | undisclosed-recipients: | | <rsturtevant@mediamatters.org> | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407219-MMFA_407221 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407222-MMFA_407224 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407225 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0778

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407228-MMFA_407229 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | undisclosed-recipients: | {Redacted};{Redacted};{Redacted};{Redacted};Ari Drennen <adrennen@mediamatters.org>;{Redacted};{Redacted};{Redacted};Alex Kaplan <akaplan@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Alex Paterson <apaterson@mediamatters.org>;{Redacted};{Redacted};Ben Dimiero <bdimiero@mediamatters.org>;{Redacted};{Redacted};{Redacted};Brennan Suen <bsuen@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Camden Carter <ccarter@mediamatters.org>;Carly Evans <cevans@mediamatters.org>;{Redacted};{Redacted};Carly Novell <cnovell@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Gabriel Capuano <gcapuano@mediamatters.org>;Hiwot Hailu <hhailu@mediamatters.org>;{Redacted};Hanne MacDonald <hmacdonald@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Justin Horowitz <jhorowitz@mediamatters.org>;{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Kayla Gogarty <kgogarty@mediamatters.org>;{Redacted};{Redacted};Lexi Ginsberg <lginsberg@mediamatters.org>;{Redacted};{Redacted};Laura Keiter <lkeiter@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Madeline Peltz <mpeltz@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Natalie Mathes <nmathes@mediamatters.org>;{Redacted};{Redacted};Olivia Little <olittle@mediamatters.org>;Priya Singh <psingh@mediamatters.org>;Pamela Vogel <pvogel@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org>;Rachel Tardiff <rtardiff@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};Sharon Kann <skann@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted};{Redacted} | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407230-MMFA_407234 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407238-MMFA_407239 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407240-MMFA_407243 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407244-MMFA_407248 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407249-MMFA_407253 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407255-MMFA_407256 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org> | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407257-MMFA_407258 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | | | 10/13/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407259-MMFA_407265 | Redacted | Word | Laura Keiter | | | | 10/13/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407266-MMFA_407272 | Redacted | Word | Kayla Gogarty | | | | 10/13/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0779

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407273-MMFA_407279 | Redacted | Word | Andrea Alford | | | | 10/13/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407280-MMFA_407286 | Redacted | Word | Rebecca Sturtevant | | | | 10/13/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407295-MMFA_407296 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 10/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407297-MMFA_407298 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407299-MMFA_407300 | Redacted | Email | {Redacted} | Andrea Alford <aalford@mediamatters.org> | | | 10/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407301-MMFA_407305 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 10/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407312 | Redacted | Excel | Laura Keiter | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407313 | Redacted | Excel | Andrea Alford | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407314 | Redacted | Excel | Andrea Alford | | | | 09/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407315-MMFA_407317 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407318-MMFA_407321 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407322-MMFA_407327 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407328-MMFA_407334 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407335-MMFA_407341 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0780

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407342-MMFA_407344 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407345-MMFA_407349 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407350-MMFA_407356 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407357-MMFA_407360 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407363-MMFA_407368 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407369-MMFA_407375 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407376-MMFA_407383 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407384-MMFA_407390 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407391-MMFA_407397 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407398-MMFA_407404 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0781

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407405-MMFA_407414 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407415-MMFA_407422 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407423-MMFA_407430 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407431-MMFA_407442 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407443 | Withheld | Word | Sharon Kann | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407444 | Withheld | Word | Laura Keiter | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407445 | Withheld | Word | Jason Campbell | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407446 | Withheld | Word | Andrea Alford | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407447 | Withheld | Word | Beth Cope | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407448 | Withheld | Word | Michael Eberhart | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407449 | Withheld | Word | Pilar Martinez | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407450-MMFA_407451 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 10/18/2023 | First Amendment | Redacted identifying information of MMFA partners and MMFA research partner that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's and MMFA research partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0782

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407452-MMFA_407463 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407464-MMFA_407476 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407477-MMFA_407489 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407490-MMFA_407503 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22 023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407504-MMFA_407517 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407518 | Withheld | Word | Cynthia Padera | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407519 | Withheld | Word | Ben Dimiero | | | | 08/08/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407534-MMFA_407535 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | | 10/19/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407536 | Withheld | Excel | Ben Dimiero | | | | 10/18/2023 | TX Shield Law | Spreadsheet reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407537 | Withheld | Excel | John Whitehouse | | | | 10/18/2023 | TX Shield Law | Spreadsheet reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407538-MMFA_407542 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Angelo Carusone <acarusone@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | 10/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0783

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407543-MMFA_407547 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | 10/20/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407548-MMFA_407549 | Redacted | Email | {Redacted} | Laura Keiter <LKeiter@mediamatters.org> | | | 10/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's and MMFA's partner's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407550-MMFA_407551 | Redacted | Email | {Redacted} | Laura Keiter <LKeiter@mediamatters.org>;{Redacted} | | | 10/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's and MMFA's partner's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407552-MMFA_407554 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | {Redacted};Rebecca Sturtevant <rsturtevant@mediamatters.org> | | 10/20/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.  Also redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's and MMFA's partner's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407556 | Withheld | Word | Ben Dimiero | | | | 10/20/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Rumble CEO Chris Pavlovski has repeatedly interacted with and praised far-right and antisemitic figures," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1)," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_407557 | Redacted | Email | {Redacted} | Stop Toxic Twitter <Stop-Toxic-Twitter@googlegroups.com> | | | 10/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407558 | Redacted | Email | {Redacted} | {Redacted};{Redacted};{Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;Andrea Alford <aalford@mediamatters.org>;{Redacted} | | | 10/24/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407574 | Withheld | Word | Julie Millican | | | | 09/08/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407575 | Withheld | Word | Julie Millican | | | | 09/08/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0784

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407576 | Withheld | Word | Sharon Kann | | | | 09/08/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407577-MMFA_407580 | Redacted | Word | Julie Millican | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407581-MMFA_407584 | Redacted | Word | Julie Millican | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407585-MMFA_407588 | Redacted | Word | Laura Keiter | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407589-MMFA_407592 | Redacted | Word | Laura Keiter | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407593-MMFA_407596 | Redacted | Word | Andrea Alford | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407597-MMFA_407600 | Redacted | Word | Andrea Alford | | | | 10/11/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407604-MMFA_407605 | Redacted | Email | {Redacted} | <stop-toxic-twitter@googlegroups.com> | | | 10/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407606-MMFA_407607 | Redacted | Email | Laura Keiter <lkeiter@mediamatters.org> | {Redacted} | | | 10/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407608-MMFA_407609 | Redacted | Email | {Redacted} | Laura Keiter <lkeiter@mediamatters.org> | | | 10/25/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407654-MMFA_407660 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 10/26/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407661-MMFA_407663 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 10/26/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407682 | Withheld | Word | Cynthia Padera | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0785

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407683 | Withheld | Word | Laura Keiter | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407684 | Withheld | Word | Kayla Gogarty | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407685 | Withheld | Word | Kayla Gogarty | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407686 | Withheld | Word | Andrea Alford | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407687 | Withheld | Word | Andrea Alford | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407688 | Withheld | Word | Rebecca Sturtevant | | | | 08/25/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0786

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407689 | Withheld | Word | Julie Millican | | | | 10/27/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407690 | Withheld | Word | Ben Dimiero | | | | 09/11/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407691 | Withheld | Word | Sharon Kann | | | | 09/11/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's department plans for 2023-2024.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407704 | Withheld | Word | gcapuano@mediamatters.org | | | | 10/27/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407705-MMFA_407718 | Redacted | Word | Julie Millican | | | | 10/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407719-MMFA_407732 | Redacted | Word | Julie Millican | | | | 10/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407733-MMFA_407746 | Redacted | Word | Kayla Gogarty | | | | 10/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407747-MMFA_407760 | Redacted | Word | Kayla Gogarty | | | | 10/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407761-MMFA_407774 | Redacted | Word | Andrea Alford | | | | 10/23/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0787

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407799 | Withheld | Word | Cynthia Padera | | | | 10/30/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407800-MMFA_407801 | Redacted | Email | Cynthia Padera <cpadera@mediamatters.org> | {Redacted} | | | 10/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407802-MMFA_407803 | Redacted | Email | {Redacted} | Cynthia Padera <cpadera@mediamatters.org> | | | 10/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407804-MMFA_407805 | Redacted | Email | {Redacted} | Cynthia Padera <cpadera@mediamatters.org> | | | 10/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407806-MMFA_407808 | Redacted | Email | Cynthia Padera <cpadera@mediamatters.org> | {Redacted} | | | 10/30/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407809-MMFA_407811 | Redacted | Email | {Redacted} | Cynthia Padera <cpadera@mediamatters.org> | | | 10/30/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407812 | Withheld | Word | Cynthia Padera | | | | 10/30/2023 | First Amendment;TX Shield Law | Grant request/report for non-Texas donor detailing MMFA's journalistic and advocacy efforts in 2022 - 2023. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407824 | Withheld | Email | Rachel Tardiff <rtardiff@mediamatters.org> | Carly Evans <cevans@mediamatters.org> | Sharon Kann <skann@mediamatters.org> | | 10/31/2023 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407829 | Withheld | Word | Julie Millican | | | | 10/12/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0788

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407830 | Withheld | Word | Sharon Kann | | | | 10/12/2023 | First Amendment;TX Shield Law | Draft memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407831 | Withheld | Email | Hanne MacDonald <hmacdonald@mediamatters.org> | Eric Hananoki <ehananoki@mediamatters.org> | | | 10/31/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407832-MMFA_407834 | Redacted | Email | {Redacted} | | {Redacted} | <jmillican@mediamatters.org> | 10/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407835-MMFA_407837 | Redacted | Email | {Redacted} | | {Redacted} | <skann@mediamatters.org> | 10/31/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407852 | Withheld | Word | Laura Keiter | | | | 10/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407853 | Withheld | Word | Beth Cope | | | | 10/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407862 | Withheld | Word | ccarter@mediamatters.org | | | | 10/31/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Verified X Premium subscribers baselessly suggest Matthew Perry's death is connected to COVID vaccines," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_407863 | Withheld | Word | Cynthia Padera | | | | 10/31/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Verified X Premium subscribers baselessly suggest Matthew Perry's death is connected to COVID vaccines," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_407864 | Withheld | Word | Ben Dimiero | | | | 10/31/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter.  The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Verified X Premium subscribers baselessly suggest Matthew Perry's death is connected to COVID vaccines," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |

Appx. 0789

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407865 | Withheld | Word | Julie Millican | | | | 10/31/2023 | TX Shield Law | Comments, revisions, and citations for a draft article that mentions Elon Musk and Twitter. The comments and revisions reveal internal strategic communications and MMFA's journalistic process and procedures. The final version of this article is public, titled "Verified X Premium subscribers baselessly suggest Matthew Perry's death is connected to COVID vaccines," and can be accessed on MMFA's website.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1).," and can be accessed on MMFA's website. | Confidential Information Subject to Protective Order |
| MMFA_407881-MMFA_407882 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/01/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407883 | Withheld | Word | Ben Dimiero | | | | 10/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407884 | Withheld | Word | Cynthia Padera | | | | 10/31/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407888 | Withheld | Word | gtaaffe@mediamatters.org | | | | 11/02/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407889-MMFA_407894 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 11/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407895-MMFA_407901 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407902-MMFA_407908 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407909-MMFA_407914 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | | 11/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407915-MMFA_407918 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 11/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407919-MMFA_407921 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/02/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407922 | Withheld | Word | ehananoki@mediamatters.org | | | | 11/01/2023 | TX Shield Law | Draft article reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_407927-MMFA_407960 | Redacted | PowerPoint | Ben Dimiero | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_407961-MMFA_407994 | Redacted | PowerPoint | Julie Millican | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0790

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_407995-MMFA_408028 | Redacted | PowerPoint | Julie Millican | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408029-MMFA_408062 | Redacted | PowerPoint | Sharon Kann | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408063-MMFA_408096 | Redacted | PowerPoint | Kayla Gogarty | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408097-MMFA_408130 | Redacted | PowerPoint | Andrea Alford | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408136-MMFA_408169 | Redacted | PowerPoint | Ben Dimiero | | | | 06/20/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408221-MMFA_408223 | Redacted | Word | Julie Millican | | | | 11/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408224-MMFA_408226 | Redacted | Word | Julie Millican | | | | 11/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408227-MMFA_408229 | Redacted | Word | Laura Keiter | | | | 11/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408230-MMFA_408232 | Redacted | Word | Andrea Alford | | | | 11/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. Also redacted communications reflecting avenues of potential journalistic research and strategic advocacy unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. First Amendment Privilege: The document contains communications pertaining to MMFA and its third-party partners' missions and strategy protected by the First Amendment privilege. Disclosing such communications and the MMFA partners' identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408233 | Redacted | Email | <rsturtevant@mediamatters.org> | <lkeiter@mediamatters.org> | | | 11/07/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408234 | Redacted | Word | Andrea Alford | | | | 11/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408271-MMFA_408272 | Redacted | Word | Eric Hananoki | | | | 11/06/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0791

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408273- MMFA_408274 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | {Redacted} | | | 11/07/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408300 | Withheld | Word | Ben Dimiero | | | | 10/25/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408301 | Withheld | Excel | Ben Dimiero | | | | 07/10/2023 | TX Shield Law | Document reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408302 | Withheld | Word | Julie Millican | | | | 12/09/2022 | First Amendment | Draft communication to potential MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Information Subject to Protective Order |
| MMFA_408303 | Withheld | Word | Sharon Kann | | | | 12/09/2022 | First Amendment | Draft communication to potential MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Information Subject to Protective Order |
| MMFA_408304 | Withheld | Word | Michael Eberhart | | | | 12/09/2022 | First Amendment | Draft communication to potential MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). | Confidential Information Subject to Protective Order |
| MMFA_408305- MMFA_408312 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 11/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408313- MMFA_408320 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/09/2023 | First Amendment | Redacted email address, name, and contact information of coalition of issue-based organizations MMFA belongs to as well as those for other organizations in the coalition. First Amendment Privilege: Disclosing non-public coalition information would chill members' First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408321- MMFA_408324 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408325- MMFA_408331 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted} | | | 11/09/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408368 | Withheld | Word | Sergio Munoz | | | | 01/12/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0792

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408369 | Withheld | Word | Julie Millican | | | | 01/12/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408370 | Withheld | Word | Julie Millican | | | | 01/12/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408371 | Withheld | Word | Sharon Kann | | | | 01/12/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408372 | Withheld | Word | Andrea Alford | | | | 01/12/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408373 | Withheld | Word | Andrea Alford | | | | 01/12/2022 | First Amendment;TX Shield Law | Memorandum prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408420 | Redacted | Email | {Redacted} | Eric Hananoki <ehananoki@mediamatters.org> | | | 11/13/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist providing information to MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

**Appx. 0793**

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408421-MMFA_408422 | Redacted | Email | {Redacted} | <press@lvmh.com> | | {Redacted} | <ehananoki@mediamatters.org> | 11/13/2023 | First Amendment;TX Shield Law | ...identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408423 | Withheld | Word | Julie Millican | | | | | 06/14/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408424 | Withheld | Word | Julie Millican | | | | | 06/14/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408425 | Withheld | Word | Sharon Kann | | | | | 06/14/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408426 | Withheld | Word | Sharon Kann | | | | | 06/14/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408427 | Withheld | Word | Andrea Alford | | | | | 06/14/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0794

| Bates Number | Privilege Type | Document Type | Sender/Author | To | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408428-MMFA_408429 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 11/14/2023 | First Amendment;TX Shield Law | ...identifying information of non-MMFA informant from whom MMFA received confidential information.<br><br>First Amendment Privilege: Disclosing the informant's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408430 | Redacted | Email | {Redacted} | Eric Hananoki <ehananoki@mediamatters.org> | | | 11/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408431 | Redacted | Email | Eric Hananoki <ehananoki@mediamatters.org> | Ben Dimiero <bdimiero@mediamatters.org> | | | 11/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408432 | Redacted | Appointment | Julie Millican;Kayla Gogarty;Laura Keiter | | | | 11/14/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408433-MMFA_408452 | Redacted | Word | Andrea Alford | | | | 11/06/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408453-MMFA_408472 | Redacted | Word | Andrea Alford | | | | 11/06/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408473 | Withheld | Word | vdeck@mediamatters.org | | | | 11/09/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408474 | Withheld | Word | Sharon Kann | | | | 11/09/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408475 | Withheld | Word | Sharon Kann | | | | 11/09/2023 | First Amendment;TX Shield Law | Document prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts.<br><br>First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010).<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0795

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408476 | Withheld | Word | Cynthia Padera | | | | 11/09/2023 | First Amendment;TX Shield Law | Draft memorandum containing edits and comments prepared in preparation for communications with MMFA donors detailing MMFA's journalistic and advocacy efforts. First Amendment Privilege: The document contains sensitive financial and associational information, as well as communications pertaining to the organization's mission and strategy with third-party partner protected by the First Amendment privilege, the production of which would chill Defendants' exercise of their First Amendment speech and associational rights. See, e.g., Americans for Prosperity Found. v. Bonta, 594 U.S. 595, 611–13 (2021); NAACP v. State of Ala. ex rel. Patterson, 357 U.S. 449, 460 (1958); Whole Woman's Health v. Smith, 896 F.3d 362, 372 (5th Cir. 2018); Perry v. Schwarzenegger, 591 F.3d 1147, 1160 (9th Cir. 2010). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408477-MMFA_408478 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | | 11/15/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408524 | Redacted | Email | {Redacted} | lkeiter@mediamatters.org | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408525 | Redacted | Email | {Redacted} | lkeiter@mediamatters.org | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408526 | Redacted | Email | {Redacted} | lkeiter@mediamatters.org | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408577-MMFA_408592 | Redacted | Word | Andrea Alford | | | | 11/15/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408597-MMFA_408598 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408599 | Withheld | Email | Matt Gertz <mgertz@mediamatters.org> | Live Links <live@mediamatters.org> | | | 11/16/2023 | TX Shield Law | Internal communications between MMFA employees reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408653-MMFA_408654 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408656-MMFA_408657 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0796

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408658-MMFA_408659 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408660 | Withheld | Word | Ben Dimiero | | | | 11/16/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408661 | Withheld | Word | John Whitehouse | | | | 11/16/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408662 | Withheld | Word | Andrea Alford | | | | 11/16/2023 | TX Shield Law | Memorandum reflecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408682-MMFA_408686 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408687-MMFA_408691 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408692-MMFA_408695 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408696-MMFA_408700 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};{Redacted};Julie Millican <jmillican@mediamatters.org>;{Redacted};{Redacted};{Redacted};{Redacted} | | | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408708-MMFA_408710 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408712 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408713 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408714-MMFA_408716 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408717-MMFA_408719 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted: PII} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0797

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408721 | Withheld | Word | Ben Dimiero | | | | 11/16/2023 | TX Shield Law | ...tions affecting avenues of potential journalistic research and strategic advocacy work unrelated to research for the November 16 and 17, 2023 articles or to advertising or content moderation on Twitter.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408728-MMFA_408729 | Redacted | Email | {Redacted} | <RSturtevant@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408730-MMFA_408731 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408732-MMFA_408734 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | External Affairs <externalaffairs@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org> | | | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408735-MMFA_408737 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408738-MMFA_408739 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408744-MMFA_408746 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408748-MMFA_408750 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/16/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408853 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408876 | Redacted | Email | Alex Kaplan <akaplan@mediamatters.org> | Guestbooking <guestbooking@dw.com>;Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408877-MMFA_408878 | Redacted | Email | Alex Kaplan <akaplan@mediamatters.org> | press <Press@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408879-MMFA_408882 | Redacted | Email | Andrea Alford <aalford@mediamatters.org> | External Affairs <externalaffairs@mediamatters.org>;Julie Millican <jmillican@mediamatters.org>;Sergio Muñoz <smunoz@mediamatters.org> | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partners' identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408883 | Redacted | Word | Julie Millican | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408884 | Redacted | Word | Laura Keiter | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408885 | Redacted | Word | Rebecca Sturtevant | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408886 | Redacted | Word | Rebecca Sturtevant | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408887-MMFA_408888 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Alex Kaplan <akaplan@mediamatters.org> | press <Press@mediamatters.org> | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408889-MMFA_408890 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | <akaplan@mediamatters.org> | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408891-MMFA_408892 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408895-MMFA_408896 | Redacted | Word | Rebecca Sturtevant | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408897-MMFA_408898 | Redacted | Word | Rebecca Sturtevant | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408900-MMFA_408902 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0799

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408905-MMFA_408907 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408911 | Redacted | Appointment | Julie Millican | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408912 | Redacted | Email | <rsturtevant@mediamatters.org> | <lkeiter@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408913 | Redacted | Appointment | Laura Keiter | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408914-MMFA_408917 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408918-MMFA_408921 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408922-MMFA_408923 | Redacted | Word | Ben Dimiero | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408924-MMFA_408925 | Redacted | Word | Julie Millican | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408926-MMFA_408927 | Redacted | Word | Laura Keiter | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408928-MMFA_408929 | Redacted | Word | Kayla Gogarty | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408930-MMFA_408931 | Redacted | Word | Andrea Alford | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408932-MMFA_408933 | Redacted | Word | Beth Cope | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408934-MMFA_408935 | Redacted | Word | Beth Cope | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408936-MMFA_408937 | Redacted | Word | Michael Eberhart | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408938-MMFA_408939 | Redacted | Word | Michael Eberhart | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0800

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_408940-MMFA_408944 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and advocacy rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_408963-MMFA_408968 | Redacted | Word | John Whitehouse | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408969-MMFA_408974 | Redacted | Word | Laura Keiter | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408975-MMFA_408980 | Redacted | Word | Kayla Gogarty | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408981-MMFA_408986 | Redacted | Word | Kayla Gogarty | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408987-MMFA_408992 | Redacted | Word | Andrea Alford | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408993-MMFA_408998 | Redacted | Word | Rebecca Sturtevant | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_408999-MMFA_409004 | Redacted | Word | Rebecca Sturtevant | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409005-MMFA_409008 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409009-MMFA_409010 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409011-MMFA_409012 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409013-MMFA_409014 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409015-MMFA_409020 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0801

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409021-MMFA_409025 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | ...ying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409026-MMFA_409027 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409028-MMFA_409029 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409030 | Redacted | Appointment | Julie Millican | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409031-MMFA_409032 | Redacted | Email | <rsturtevant@mediamatters.org> | <lkeiter@mediamatters.org>;<jmillican@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409033 | Redacted | Appointment | Laura Keiter | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409034-MMFA_409040 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409041-MMFA_409043 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409044-MMFA_409048 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409049-MMFA_409051 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409052-MMFA_409058 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0802

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409059-MMFA_409061 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409062-MMFA_409067 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409068-MMFA_409075 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Guestbooking <guestbooking@dw.com> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409076-MMFA_409077 | Redacted | Email | <rsturtevant@mediamatters.org> | <lkeiter@mediamatters.org>;<jmillican@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409078 | Redacted | Appointment | Laura Keiter | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409079-MMFA_409080 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409081 | Redacted | Appointment | Julie Millican | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409082-MMFA_409087 | Redacted | Email | Media Matters for America <action@mediamatters.org> | Victoria Deck <vdeck@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of an individual newsletter subscriber.<br><br>First Amendment Privilege: Disclosing the redacted identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409088-MMFA_409091 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409092 | Redacted | Email | {Redacted} | <press@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409096-MMFA_409097 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | press <press@mediamatters.org> | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409098-MMFA_409099 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | <jmillican@mediamatters.org> | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0803

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409100-MMFA_409101 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409102-MMFA_409103 | Redacted | Email | Lexi Ginsberg <lginsberg@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409106-MMFA_409107 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409111-MMFA_409112 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | press <press@mediamatters.org> | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409113-MMFA_409118 | Redacted | Email | Victoria Deck <vdeck@mediamatters.org> | Media Matters for America <action@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of an individual newsletter subscriber. First Amendment Privilege: Disclosing the redacted identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409119-MMFA_409120 | Redacted | Email | {Redacted} | <lkeiter@mediamatters.org>;<hpangelinan@mediamatters.org>;{Redacted};<chargrave@mediamatters.org>;{Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409121 | Redacted | Appointment | Laura Keiter | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409122-MMFA_409124 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;{Redacted}; Casey Hargrave <chargrave@mediamatters.org>;{Redacted} | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409125-MMFA_409126 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | press <press@mediamatters.org> | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409127-MMFA_409130 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409131 | Redacted | Appointment | Julie Millican | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0804

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409132- MMFA_409133 | Redacted | Email | <rsturtevant@mediamatters.org> | <lkeiter@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409134 | Redacted | Appointment | Laura Keiter | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409135- MMFA_409136 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | Julie Millican <jmillican@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409137 | Redacted | Appointment | Julie Millican | | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409138- MMFA_409141 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409142- MMFA_409146 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409147- MMFA_409149 | Redacted | Email | Brennan Suen <bsuen@mediamatters.org> | {Redacted};Andrea Alford <aalford@mediamatters.org> | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409150- MMFA_409151 | Redacted | Word | Eric Hananoki | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409152- MMFA_409153 | Redacted | Word | Ben Dimiero | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409154- MMFA_409155 | Redacted | Email | {Redacted: PII} | cnovell@mediamatters.org | Laura Keiter <lkeiter@mediamatters.org>;{Redacted: PII} | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409157 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409158- MMFA_409159 | Redacted | Email | Priya Singh <psingh@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0805

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409160-MMFA_409162 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>;Howard Pangelinan <hpangelinan@mediamatters.org>;{Redacted}; Casey Hargrave <chargrave@mediamatters.org>;{Redacted} | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409167-MMFA_409172 | Redacted | Word | Eric Hananoki | | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the vendor's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409173-MMFA_409174 | Redacted | Email | Google Calendar <calendar-notification@google.com> | Julie Millican <jmillican@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409175-MMFA_409176 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409177-MMFA_409179 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409180-MMFA_409182 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409183-MMFA_409185 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409186-MMFA_409189 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409190 | Redacted | Email | {Redacted} | <Press@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409191 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | <Press@mediamatters.org> | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409192-MMFA_409195 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0806

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409196-MMFA_409198 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | {Redacted} | Laura Keiter <lkeiter@mediamatters.org>;{Redacted} | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409199-MMFA_409200 | Redacted | Email | {Redacted} | Sharon Kann <skann@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of MMFA's research vendor that assists MMFA on journalistic and advocacy projects. First Amendment Privilege: Disclosing the redacted identities would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409201-MMFA_409211 | Redacted | Email | Media Matters for America <action@mediamatters.org> | Victoria Deck <vdeck@mediamatters.org> | | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409212-MMFA_409214 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409215-MMFA_409218 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409219-MMFA_409221 | Redacted | Email | {Redacted} | <RSturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409222-MMFA_409224 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist to whom MMFA pitches content, expertise, or narratives from its journalistic research and advocacy projects. First Amendment Privilege: Disclosing the journalist's identity would chill their and the MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409228-MMFA_409230 | Redacted | Email | {Redacted} | Carly Novell <cnovell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;{Redacted} | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409231-MMFA_409232 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | <stop-toxic-twitter@googlegroups.com> | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409233-MMFA_409234 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | <stop-toxic-twitter@googlegroups.com> | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409235-MMFA_409237 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | Stop-Toxic-Twitter@googlegroups.com | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409238-MMFA_409240 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | Stop-Toxic-Twitter@googlegroups.com | | 11/17/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects. First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0807

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409241-MMFA_409243 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | 11/17/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409244 | Redacted | Email | {Redacted} | press@mediamatters.org | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409245-MMFA_409254 | Redacted | Word | John Whitehouse | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409255-MMFA_409264 | Redacted | Word | Laura Keiter | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409265-MMFA_409274 | Redacted | Word | Kayla Gogarty | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409275-MMFA_409284 | Redacted | Word | Andrea Alford | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409285-MMFA_409294 | Redacted | Word | Rebecca Sturtevant | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409295-MMFA_409304 | Redacted | Word | Rebecca Sturtevant | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409305-MMFA_409314 | Redacted | Word | Eric Hananoki | | | | 11/15/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. Also redacted identifying information of MMFA's public relations vendor that assists MMFA on journalistic and advocacy projects.<br><br>First Amendment Privilege: The disclosure of the individuals' identity would chill MMFA and the individuals' First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0808

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409315-MMFA_409316 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409317-MMFA_409319 | Redacted | Email | {Redacted} | Carly Novell <cnovell@mediamatters.org> | Laura Keiter <lkeiter@mediamatters.org>;{Redacted} | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409320-MMFA_409323 | Redacted | Email | Carly Novell <cnovell@mediamatters.org> | {Redacted} | {Redacted};Laura Keiter <lkeiter@mediamatters.org> | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409324 | Withheld | Word | Ben Dimiero | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409325 | Withheld | Word | Cynthia Padera | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409326 | Withheld | Word | Sharon Kann | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409327 | Withheld | Word | Laura Keiter | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409328 | Withheld | Word | Laura Keiter | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409329 | Withheld | Word | Kayla Gogarty | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409330 | Withheld | Word | Kayla Gogarty | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409331 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <bdimiero@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |

Appx. 0809

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409332 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <kgogarty@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation. Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel. Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409333 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <bdimiero@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation. Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel. Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409334 | Withheld | Email | Google Docs <comments-noreply@docs.google.com> | <bdimiero@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation. Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel. Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409335 | Withheld | Email | Laura Keiter (Google Docs) <comments-noreply@docs.google.com> | <cpadera@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation. Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel. Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409336 | Withheld | Email | Laura Keiter (Google Docs) <comments-noreply@docs.google.com> | <kgogarty@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation. Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel. Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409337 | Withheld | Email | Angelo Carusone (Google Docs) <comments-noreply@docs.google.com> | <bdimiero@mediamatters.org> | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Communications reflecting edits to draft document prepared in consultation with counsel relating to current litigation. Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel. Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409338-MMFA_409340 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409341-MMFA_409342 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409343-MMFA_409344 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | press@mediamatters.org | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409345-MMFA_409346 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted: PII} | {Redacted} | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409347-MMFA_409348 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | press <press@mediamatters.org> | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0810

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409349-MMFA_409350 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | press <press@mediamatters.org> | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409351 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | Press@MediaMatters.org | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409352-MMFA_409353 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | press@mediamatters.org | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409354-MMFA_409355 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409356-MMFA_409357 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | press <press@mediamatters.org> | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409358-MMFA_409359 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409360-MMFA_409361 | Redacted | Email | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409362-MMFA_409363 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409364-MMFA_409366 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | Stop-Toxic-Twitter@googlegroups.com | | 11/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409367-MMFA_409370 | Redacted | Email | Julie Millican <jmillican@mediamatters.org> | {Redacted} | | Stop-Toxic-Twitter@googlegroups.com | | 11/18/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409371 | Withheld | Word | Eric Hananoki | | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |

Appx. 0811

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Type | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409372 | Withheld | Word | Cynthia Padera | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409373 | Withheld | Word | Ben Dimiero | | | | 11/18/2023 | Attorney Client Privilege;Work-Product | Draft document prepared in consultation with counsel relating to current litigation.<br><br>Attorney-Client Privilege: The document reflects and pertains to legal guidance given by counsel.<br><br>Attorney Work Product: The document was created at the direction of counsel for use in relation to the present litigation and reflects attorney mental impressions, legal theories, and strategy. | Confidential Information Subject to Protective Order |
| MMFA_409374- MMFA_409377 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted};<Stop-Toxic-Twitter@googlegroups.com> | | 11/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409378- MMFA_409381 | Redacted | Email | {Redacted} | Julie Millican <jmillican@mediamatters.org> | {Redacted};<Stop-Toxic-Twitter@googlegroups.com> | | 11/18/2023 | First Amendment | Redacted identifying information of MMFA partners that collaborate with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identities would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |
| MMFA_409382 | Redacted | Email | Angelo S. Carusone <acarusone@mediamatters.org> | {Redacted} | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409383 | Redacted | Email | {Redacted} | press@mediamatters.org | | {Redacted} | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409384- MMFA_409385 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | press@mediamatters.org;{Redacted} | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409386- MMFA_409387 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | press@mediamatters.org;{Redacted} | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409388 | Redacted | Email | {Redacted} | Angelo S. Carusone <acarusone@mediamatters.org> | Rebecca Sturtevant <RSturtevant@mediamatters.org> | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409389 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409390 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0812

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Privilege Description | Date | Privilege | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409391 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409392 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409393 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409394 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409395 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409396 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409397 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409398 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409399 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409400 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409401-MMFA_409402 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story. First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights. Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0813

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409403 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409404 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409405 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/18/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409406 | Withheld | Word | Cynthia Padera | | | | 11/18/2023 | Attorney Client Privilege | Attorney-Client Privilege: Communications reflect and pertain to legal guidance given by counsel related to the present litigation. | Confidential Information Subject to Protective Order |
| MMFA_409411-MMFA_409416 | Redacted | Email | Guestbooking <guestbooking@dw.com> | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409417-MMFA_409418 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409419 | Redacted | Email | {Redacted} | press@mediamatters.org | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409420 | Redacted | Email | {Redacted} | press@mediamatters.org | {Redacted} | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalists seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identities would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409421 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | press <press@mediamatters.org> | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409422-MMFA_409423 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | press@mediamatters.org;{Redacted};{Redacted} | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409424-MMFA_409425 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |

Appx. 0814

| Bates Number | Privilege Type | Document Type | Sender/Author | Recipient | CC | BCC | Date | Privilege Asserted | Privilege Description | Confidentiality |
|---|---|---|---|---|---|---|---|---|---|---|
| MMFA_409426-MMFA_409427 | Redacted | Email | {Redacted} | Rebecca Sturtevant <rsturtevant@mediamatters.org> | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409428-MMFA_409429 | Redacted | Email | Rebecca Sturtevant <rsturtevant@mediamatters.org> | {Redacted} | | | 11/19/2023 | First Amendment;TX Shield Law | Redacted identifying information of non-MMFA journalist seeking information from MMFA for a potential news story.<br><br>First Amendment Privilege: Disclosing the journalist's identity would chill their and MMFA's First Amendment speech and association rights.<br><br>Texas Press Shield Law: This document reflects information obtained or prepared while acting as a journalist. Tex. Civ. Prac. and Rem. Code § 22.023 (a)(1). | Confidential Information Subject to Protective Order |
| MMFA_409430-MMFA_409432 | Redacted | Email | {Redacted} | ehananoki@mediamatters.org | | | 11/19/2023 | First Amendment | Redacted identifying information of MMFA partner that collaborates with MMFA on research and advocacy projects.<br><br>First Amendment Privilege: Disclosing the MMFA partner's identity would chill their and the MMFA's First Amendment speech and association rights. | Confidential Information Subject to Protective Order |

Appx. 0815

TAB 15

Appx. 0817 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_298401

Appx. 0818 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0818** OVERLAY

MMFA_298402



Confidential Information Subject to
Protective Order

**Appx. 0819** OVERLAY

MMFA_298403



Appx. 0820 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_298404



Confidential Information Subject to
Protective Order

**Appx. 0821** OVERLAY

MMFA_298405



Confidential Information Subject to
Protective Order

**Appx. 0822** OVERLAY

MMFA_298406

Appx. 0823 OVERLAY



Confidential Information Subject to
Protective Order

Appx. 0823 OVERLAY

MMFA_298407



Confidential Information Subject to
Protective Order

**Appx. 0824** OVERLAY

MMFA_298408



Confidential Information Subject to
Protective Order

**Appx. 0825** OVERLAY

MMFA_298409

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_298410

**Appx. 0827** OVERLAY

MMFA_298411

Confidential Information Subject to
Protective Order

**Appx. 0827** OVERLAY

MMFA_298411



Appx. 0828 OVERLAY

**Confidential Information Subject to Protective Order**

**Appx. 0828** OVERLAY

MMFA_298412



Appx. 0829 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0829** OVERLAY

MMFA_298413



Appx. 0830 OVERLAY

Confidential Information Subject to
Protective Order

Appx. 0830 OVERLAY

MMFA_298414



Confidential Information Subject to
Protective Order

**Appx. 0831** OVERLAY

MMFA_298415



Confidential Information Subject to
Protective Order

**Appx. 0832** OVERLAY

MMFA_298416



**Appx. 0833** OVERLAY

MMFA_298417

Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

**Appx. 0834** OVERLAY

MMFA_298418



Appx. 0835 OVERLAY

MMFA_298419

Confidential Information Subject to
Protective Order

**Appx. 0835** OVERLAY

MMFA_298419

Confidential Information Subject to
Protective Order

**Appx. 0836** OVERLAY

MMFA_298420



Appx. 0837 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_298421



**Confidential Information Subject to
Protective Order**

**Appx. 0838** OVERLAY

MMFA_298422



Appx. 0839 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_298423



**Confidential Information Subject to**
**Protective Order**

**Appx. 0840** OVERLAY

MMFA_298424

Confidential Information Subject to
Protective Order

MMFA_298425



Appx. 0842 OVERLAY

Confidential Information Subject to
Protective Order

Appx. 0842 OVERLAY

MMFA_298426



Confidential Information Subject to
Protective Order

**Appx. 0843** OVERLAY

MMFA_298427

Confidential Information Subject to
Protective Order

**Appx. 0844** OVERLAY

MMFA_298428

**Appx. 0845** OVERLAY

**Confidential Information Subject to**
**Protective Order**

**Appx. 0845** OVERLAY

MMFA_298429

**Confidential Information Subject to**
**Protective Order**

**Appx. 0846** OVERLAY

MMFA_298430

Confidential Information Subject to
Protective Order

**Appx. 0847** OVERLAY

MMFA_298431

Confidential Information Subject to
Protective Order

TAB 16

Appx. 0850 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0850** OVERLAY

MMFA_299351



Appx. 0851 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0851** OVERLAY

MMFA_299352

TAB 17



Appx. 0853 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_300455

Appx. 0854 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0854** OVERLAY

MMFA_300456

Appx. 0855 OVERLAY

Confidential Information Subject to
Protective Order

Appx. 0855 OVERLAY

MMFA_300457



Confidential Information Subject to
Protective Order

**Appx. 0856** OVERLAY

MMFA_300458

Confidential Information Subject to
Protective Order

MMFA_300459

TAB 18



Appx. 0859 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_301122



Appx. 0860 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_301123

Appx. 0861

Confidential Information Subject to
Protective Order

**Appx. 0861** OVERLAY

MMFA_301124

Appx. 0862 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0862** OVERLAY

MMFA_301125

TAB 19

Appx. 0863

Appx. 0864

Confidential Information Subject to
Protective Order

**Appx. 0864** OVERLAY

MMFA_302118

Appx. 0865 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302119



**Appx. 0866** OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302120

TAB 20



Appx. 0868 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302236



Appx. 0869 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302237



Confidential Information Subject to
Protective Order

Appx. 0870 OVERLAY

MMFA_302238

TAB 21



Appx. 0872 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302256



Confidential Information Subject to
Protective Order

**Appx. 0873** OVERLAY

MMFA_302257

Appx. 0874

Confidential Information Subject to
Protective Order

**Appx. 0874** OVERLAY

MMFA_302258



Confidential Information Subject to
Protective Order

**Appx. 0875** OVERLAY

MMFA_302259



Confidential Information Subject to
Protective Order

**Appx. 0876** OVERLAY

MMFA_302260



Appx. 0877 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302261



Appx. 0878 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0878** OVERLAY

MMFA_302262

TAB 22



Confidential Information Subject to
Protective Order

**Appx. 0880** OVERLAY

MMFA_302295



Appx. 0881 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302296



**Confidential Information Subject to
Protective Order**

**Appx. 0882** OVERLAY

MMFA_302297



**Appx. 0883** OVERLAY

**Confidential Information Subject to Protective Order**

MMFA_302298



Appx. 0884 OVERLAY

**Confidential Information Subject to
Protective Order**

**Appx. 0884** OVERLAY

MMFA_302299



Appx. 0885 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302300



Appx. 0886 OVERLAY

Confidential Information Subject to
Protective Order



Appx. 0887 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0887** OVERLAY

MMFA_302302



Appx. 0888 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0888** OVERLAY

MMFA_302303



Appx. 0889 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0889** OVERLAY

MMFA_302304



Confidential Information Subject to
Protective Order

**Appx. 0890** OVERLAY

MMFA_302305



Appx. 0891 OVERLAY

**Confidential Information Subject to**
**Protective Order**

**Appx. 0891** OVERLAY

MMFA_302306

Confidential Information Subject to
Protective Order

**Appx. 0892** OVERLAY

MMFA_302307



Confidential Information Subject to
Protective Order

**Appx. 0893** OVERLAY

MMFA_302308



Appx. 0894 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302309



**Confidential Information Subject to**
**Protective Order**

**Appx. 0895** OVERLAY

MMFA_302310



Appx. 0896 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302311



Appx. 0897 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302312



**Appx. 0898** OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0898** OVERLAY

MMFA_302313



Confidential Information Subject to
Protective Order

**Appx. 0899** OVERLAY

MMFA_302314



Appx. 0900 OVERLAY

**Confidential Information Subject to
Protective Order**

**Appx. 0900** OVERLAY

MMFA_302315



**Confidential Information Subject to
Protective Order**

**Appx. 0901** OVERLAY

MMFA_302316



**Appx. 0902** OVERLAY

**Confidential Information Subject to
Protective Order**

MMFA_302317



**Appx. 0903** OVERLAY

**Confidential Information Subject to Protective Order**



Appx. 0904 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302319



Confidential Information Subject to
Protective Order

**Appx. 0905** OVERLAY

MMFA_302320



Appx. 0906 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0906** OVERLAY

MMFA_302321



**Appx. 0907** OVERLAY

**Confidential Information Subject to
Protective Order**

MMFA_302322

Appx. 0908 OVERLAY



Confidential Information Subject to
Protective Order

MMFA_302323



Confidential Information Subject to
Protective Order

**Appx. 0909** OVERLAY

MMFA_302324



Confidential Information Subject to
Protective Order

**Appx. 0910** OVERLAY

MMFA_302325

Appx. 0911 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302326



**Appx. 0912** OVERLAY

**Confidential Information Subject to Protective Order**

**Appx. 0912** OVERLAY

MMFA_302327



Confidential Information Subject to
Protective Order

**Appx. 0913** OVERLAY

MMFA_302328



Appx. 0914 OVERLAY

Confidential Information Subject to
Protective Order

MMFA_302329



Confidential Information Subject to
Protective Order

**Appx. 0915** OVERLAY

MMFA_302330



**Appx. 0916** OVERLAY

**Confidential Information Subject to Protective Order**

MMFA_302331

Appx. 0917 OVERLAY



Confidential Information Subject to
Protective Order

**Appx. 0917** OVERLAY

MMFA_302332



Appx. 0918 OVERLAY

**Confidential Information Subject to
Protective Order**

**Appx. 0918** OVERLAY

MMFA_302333

Confidential Information Subject to
Protective Order

**Appx. 0919** OVERLAY

MMFA_302334



Appx. 0920 OVERLAY

Confidential Information Subject to
Protective Order

**Appx. 0920** OVERLAY

MMFA_302335

Confidential Information Subject to
Protective Order

Appx. 0921 OVERLAY

MMFA_302336

Confidential Information Subject to
Protective Order

**Appx. 0922** OVERLAY

MMFA_302337

TAB 23

Appx1 0924
OVERLAY
MMFA_303061

Confidential Information Subject to
Protective Order

**Appx. OVERLAY**

MMFA_303062

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303063

Confidential Information Subject to
Protective Order

OVERLAY
MMFA_303064

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303065

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303066

**Confidential Information Subject to Protective Order**

MMFA_303067

Appx… OVERLAY

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303068

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303069

Appx1030

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303070

Confidential Information Subject to
Protective Order

Appx1938

OVERLAY

MMFA_303071

Confidential Information Subject to
Protective Order

MMFA_303072

**AppxP63063**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_303073

Appx.9567
OVERLAY

MMFA_303074

Confidential Information Subject to
Protective Order

Case 4:23-cv-01175-O     Document 274-3     Filed 03/10/26     Page 938 of 1087     PageID 19784

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303075

Confidential Information Subject to
Protective Order

MMFA_303076

AppxPage_39
OVERLAY
MMFA_303077

Confidential Information Subject to
Protective Order

Appx1091

OVERLAY

MMFA_303078

Confidential Information Subject to
Protective Order

Appx. 0942

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_303079

Appx. 0943

OVERLAY

MMFA_303080

Confidential Information Subject to
Protective Order

Appx. 0944

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_303081

TAB 24

Confidential Information Subject to
Protective Order

**Appx. 0946**

OVERLAY

MMFA_394543

Appx. 0947
OVERLAY

Confidential Information Subject to
Protective Order

Appx. 0947

MMFA_394544

Appx. 0948

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_394545

Appx. 0949

Confidential Information Subject to
Protective Order

Appx. 0949

OVERLAY

MMFA_394546

Appx. 0950

Confidential Information Subject to
Protective Order

Appx. 0950

OVERLAY

MMFA_394547

TAB 25

Appx. 0952

Confidential Information Subject to
Protective Order

Appx. 0953

Confidential Information Subject to
Protective Order

Appx. 0953

OVERLAY

MMFA_394748

Appx. 0954

Confidential Information Subject to
Protective Order

Appx. 0954
OVERLAY

MMFA_394749

Appx. 0955

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394750

Appx. 0956

Confidential Information Subject to
Protective Order

**Appx. 0956**

OVERLAY

MMFA_394751

Appx. 0957

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394752

Appx. 0958

OVERLAY
MMFA_394753

Confidential Information Subject to
Protective Order

Appx. 0958

Appx. 0959

Confidential Information Subject to
Protective Order

Appx. 0959
OVERLAY
MMFA_394754

Appx. 0960

MMFA_394755

Confidential Information Subject to
Protective Order

OVERLAY

Appx. 0961

Confidential Information Subject to
Protective Order

Appx. 0961

OVERLAY

MMFA_394756

Appx. 0962

Confidential Information Subject to
Protective Order

Appx. 0962

OVERLAY

MMFA_394757

Appx. 0963

Appx. 0963

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394758

Appx. 0964

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394759

Appx. 0965

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_394760

Appx. 0966

Confidential Information Subject to
Protective Order

Appx. 0966
OVERLAY
MMFA_394761

Appx. 0967

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394762

**Appx. 0968**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394763

Appx. 0969

OVERLAY

MMFA_394764

Confidential Information Subject to
Protective Order

Appx. 0970

Confidential Information Subject to
Protective Order

Appx. 0971

OVERLAY

MMFA_394766

Confidential Information Subject to
Protective Order

Appx. 0972

Confidential Information Subject to
Protective Order

Appx. 0972

OVERLAY

MMFA_394767

Appx. 0973

Appx. 0973
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394768

Appx. 0974

Confidential Information Subject to
Protective Order

Appx. 0974

OVERLAY

MMFA_394769

Appx. 0975

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394770

Appx. 0976

Confidential Information Subject to
Protective Order

OVERLAY
MMFA_394771

Appx. 0977

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394772

Appx. 0978

Confidential Information Subject to
Protective Order

Appx. 0978 OVERLAY

MMFA_394773

Appx. 0979

Confidential Information Subject to
Protective Order

Appx. 0979
OVERLAY
MMFA_394774

Appx. 0980

Confidential Information Subject to
Protective Order

Appx. 0980 OVERLAY

MMFA_394775

Appx. 0981

Confidential Information Subject to
Protective Order

Appx. 0981

OVERLAY

MMFA_394776

TAB 26



Appx. 0983 OVERLAY

**Confidential Information Subject to**
**Protective Order**

**Appx. 0983** OVERLAY

MMFA_408432

TAB 27



Appx. 0985

Confidential Information Subject to
Protective Order

MMFA_304021



**Appx. 0986**

Confidential Information Subject to
Protective Order

MMFA_304022



Appx. 0987

Confidential Information Subject to
Protective Order

MMFA_304023



Appx. 0988

Confidential Information Subject to
Protective Order

MMFA_304024



Appx. 0989

Confidential Information Subject to
Protective Order

MMFA_304025



**Appx. 0990**

Confidential Information Subject to
Protective Order

MMFA_304026



Appx. 0991

Confidential Information Subject to
Protective Order

MMFA_304027



Appx. 0992

Confidential Information Subject to
Protective Order

MMFA_304028



**Appx. 0993**

Confidential Information Subject to
Protective Order

MMFA_304029



Appx. 0994

Confidential Information Subject to
Protective Order

MMFA_304030



**Appx. 0995**

Confidential Information Subject to
Protective Order

MMFA_304031



**Appx. 0996**

Confidential Information Subject to
Protective Order

MMFA_304032

Appx. 0997

Confidential Information Subject to
Protective Order

MMFA_304033



Appx. 0998

Confidential Information Subject to
Protective Order

MMFA_304034



**Appx. 0999**

Confidential Information Subject to
Protective Order

MMFA_304035



**Appx. 1000**

Confidential Information Subject to
Protective Order

MMFA_304036

Appx. 1001

Confidential Information Subject to
Protective Order

MMFA_304037

TAB 28

Appx. 1003
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304021

**Appx. 1004**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304022

**Appx. 1005**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304023

Appx. 1006
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304024

Appx. **1007** OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304025

Appx. 1008

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304026

**Appx. 1009**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304027

**Appx. 1010**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304028

Appx. 1011

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304029



Confidential Information Subject to
Protective Order

Appx. 1012
OVERLAY

MMFA_304030

**Appx. 1013**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304031

**Appx. 1014**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304032

Appx. 1015
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304033

Appx. 1016

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304034

**Appx. 1017**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_304035



Confidential Information Subject to
Protective Order

**Appx. 1018**
OVERLAY

MMFA_304036



Confidential Information Subject to
Protective Order

**Appx. 1019** OVERLAY

MMFA_304037

TAB 29

**Appx. 1021**

Confidential Information Subject to
Protective Order

MMFA_394558



**Appx. 1022**

Confidential Information Subject to
Protective Order

MMFA_394559



**Appx. 1023**

Confidential Information Subject to
Protective Order

MMFA_394560

TAB 30

Confidential Information Subject to
Protective Order

**Appx. 1025**
OVERLAY

MMFA_394558



Appx. **1026**

Confidential Information Subject to
Protective Order

MMFA_394559

Appx. **1027**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394560

TAB 31



Appx. 1029

Confidential Information Subject to
Protective Order

MMFA_394743



**Appx. 1030**

Confidential Information Subject to
Protective Order

MMFA_394744

**Appx. 1031**

Confidential Information Subject to
Protective Order

MMFA_394745



Appx. 1032

Confidential Information Subject to
Protective Order

MMFA_394746

TAB 32

Confidential Information Subject to
Protective Order

**Appx. 1034**
OVERLAY

MMFA_394743

**Appx. 1035**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394744

Appx. 1036
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394745

Appx. 1037
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394746

TAB 33

Confidential Information Subject to
Protective Order

Appx. 1039

MMFA_394808



**Appx. 1040**

Confidential Information Subject to
Protective Order

MMFA_394809



Appx. 1041

Confidential Information Subject to
Protective Order

MMFA_394810



Appx. 1042

Confidential Information Subject to
Protective Order

MMFA_394811

Appx. 1043

Confidential Information Subject to
Protective Order

MMFA_394812

Appx. 1044

Confidential Information Subject to
Protective Order

MMFA_394813

Appx. 1045

MMFA_394814

Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

**Appx. 1046**

MMFA_394815



**Appx. 1047**

Confidential Information Subject to
Protective Order

MMFA_394816



Appx. 1048

Confidential Information Subject to
Protective Order

MMFA_394817

**Appx. 1049**

Confidential Information Subject to
Protective Order

MMFA_394818

**Appx. 1050**

Confidential Information Subject to
Protective Order

MMFA_394819

Appx. 1051

MMFA_394820

Confidential Information Subject to
Protective Order

TAB 34

Appx. 1053

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_394808

Appx. 1054

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394809

**Appx. 1055**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394810

**Appx. 1056** OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394811

**Appx. 1057**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394812

Appx. **1058**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394813

Confidential Information Subject to
Protective Order

**Appx. 1059**
OVERLAY

MMFA_394814

**Appx. 1060**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394815

Appx. 1061
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394816

Appx. 1062

OVERLAY

MMFA_394817

Confidential Information Subject to
Protective Order

Appx. **1063**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394818

**Appx. 1064**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_394819

Confidential Information Subject to
Protective Order

**Appx. 1065**

OVERLAY

MMFA_394820

TAB 35



Appx. 1067

Confidential Information Subject to
Protective Order

MMFA_396369



**Appx. 1068**

Confidential Information Subject to
Protective Order

MMFA_396370

**Appx. 1069**

Confidential Information Subject to
Protective Order

MMFA_396371



Appx. 1070

Confidential Information Subject to
Protective Order

MMFA_396372

**Appx. 1071**

Confidential Information Subject to
Protective Order

MMFA_396373

**Appx. 1072**

Confidential Information Subject to
Protective Order

MMFA_396374



**Appx. 1073**

Confidential Information Subject to
Protective Order

MMFA_396375



Appx. 1074

Confidential Information Subject to
Protective Order

MMFA_396376

Appx. 1075

MMFA_396377

Confidential Information Subject to
Protective Order



Confidential Information Subject to
Protective Order

MMFA_396378

TAB 36

Appx. 1078

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396369

Appx. 1079

Confidential Information Subject to
Protective Order

OVERLAY

MMFA_396370

Appx. **1080** OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396371

Appx. **1081**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396372

Appx. **1082**
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396373

Appx. 1083

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396374

Appx. 1084
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396375

**Appx. 1085**

OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396376

Appx. 1086
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396377

Appx. 1087
OVERLAY

Confidential Information Subject to
Protective Order

MMFA_396378