**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br><br>    **Defendants.** | **Civil Action No. 4:23-cv-01175-O** |

**NOTICE OF FILING REDACTED DOCUMENTS**

The Court's March 4, 2026 Order (ECF No. 266) directed Defendants to file redacted copies of the following publicly: (1) Defendants' Opposition to X Corp.'s Motion to Compel Production of Documents Withheld on Privilege Grounds, and accompanying Appendix, filed January 20, 2026 (ECF No. 256). Defendants file redacted copies here in accordance with the Court's Order.

1

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

*/s/ Shawn P. Naunton*
Dwight P. Bostwick
Shawn P. Naunton
Zuckerman Spaeder LLP
485 Madison Ave., 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

Justin Nelson
State Bar No. 24034766
Matthew Behncke
State Bar No. 24069355
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com

Katherina M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 505-3811
kpeaslee@susmangodfrey.com

Gregg Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6649
Facsimile: (346) 718-6979
GCosta@gibsondunn.com

*Attorneys for Defendants Media Matters for*
*America, Eric Hananoki, and Angelo Carusone*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 11, 2026, a true and correct copy of the foregoing was served on counsel of record via CM/ECF in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing.

*/s/ Shawn P. Naunton*
Shawn P. Naunton
