**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **X CORP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-01175-O** |
| | § | |
| **MEDIA MATTERS FOR AMERICA,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>REVISED SCHEDULING ORDER</u>**

Before the Court is the Parties' Joint Motion to Amend Scheduling Order (the "Motion"). ECF No. 285. After considering the Motion, and because of the good cause shown therein, the Court finds that the Motion should be **GRANTED**. Accordingly, the Court **ORDERS** that the following Schedule shall govern the above captioned matter:

| | |
|---|---|
| Mediation | ~~May 8, 2026~~ **September 25, 2026** |
| Completion of Fact Discovery | ~~June 12, 2026~~ **November 6, 2026** |
| Dispositive Motions | ~~June 29, 2026~~ **November 20, 2026** |
| Initial Expert Designation & Report | ~~July 13, 2026~~ **December 7, 2026** |
| Responsive Expert Designation & Report | ~~July 27, 2026~~ **January 6, 2027** |
| Rebuttal Expert Designation | **30 days after disclosure made by other party** |
| Pretrial Disclosures and Objections | ~~August 27, 2026~~ **February 1, 2027**<br><br>Objections due 14 days thereafter |
| Jury Charge[1] | ~~August 31, 2026~~ **February 8, 2027** |
| Expert Objections | ~~August 31, 2026~~ **February 8, 2027** |

---

[1] All deadlines surrounding the jury charge (as described in the January 22, 2024 Scheduling Order) are adjusted accordingly based on the revised deadline for filing the Agreed Charge with Court on **<u>February 8, 2027</u>**.

1

| Pretrial Materials (pretrial order, witness lists, and exhibit lists) | ~~September 25, 2026~~ **March 1, 2027** |
| Motions in Limine[2] | ~~September 11, 2026~~ **February 15, 2027** |
| Exchange of Exhibits | ~~October 9, 2026~~ **March 12, 2027** |
| Settlement Conference[3] | ~~October 12, 2026~~ **March 15, 2027** |
| Pretrial Conference | To be set if necessary. |
| Trial Date | ~~October 26, 2026~~ **March 29, 2027** |

**SO ORDERED** on this **23rd** day of **April, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] Responses to motions in limine (as limited by the January 22, 2024 Scheduling Order) are due within fourteen days of the filing of such a motion.

[3] The Joint Settlement Report (as described in the January 22, 2024 Scheduling Order) **SHALL** be jointly filed no later than **two** days after the settlement conference.

2