**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **X CORP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-01175-O** |
| | § | |
| **MEDIA MATTERS FOR AMERICA, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Defendants' Motions to Seal (ECF Nos. 287, 295, 300); Plaintiff's Response to Defendants' Motion to Seal (ECF No. 306); and Plaintiff's Motions to Seal (ECF Nos. 302, 305, 307, 309). Having considered the Parties' briefing, and noting that all of the Motions are unopposed, the Court finds that the Motions should be and are **GRANTED**.

It is **ORDERED** that Plaintiff and Defendants are directed to publicly file redacted copies of the sealed documents. The publicly filed documents are deemed filed as of the date of the corresponding original Motion.

**SO ORDERED** on this **5th** day of **June, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1