**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, a Nevada corporation, | |
| **Plaintiff,** | **Civil Action No. 4:23-cv-01175-O** |
| **v.** | |
| **MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**, | |
| **Defendants.** | |

**NOTICE OF DEFENDANTS' MOTION
TO ENFORCE THE COURT'S ORDER ON INTERROGATORY NO. 8**

Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone file this Notice of Defendants' Motion to Enforce the Court's Order on Interrogatory No. 8.

Defendants are filing contemporaneously with this Notice a Motion to Seal Defendants' Motion to Enforce the Court's Order on Interrogatory No. 8.

Dated: July 6, 2026.

Respectfully submitted,

/s/      *Alexandra Foulkes Grafton*
Richard B. Roper, III
VARTABEDIAN HESTER & HAYNES LLP
301 Commerce St., Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 309-9092
richard.roper@vhh.law

Justin A. Nelson
State Bar No. 24034766
Matthew Behncke
State Bar No. 24069355
Alexandra Foulkes Grafton *(admitted PHV)*
SUSMAN GODFREY L.L.P.

1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone:  (206) 516-3880
Facsimile:  (206) 505-3811
kpeaslee@susmangodfrey.com

Dwight P. Bostwick
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

*Attorneys for Defendants*
*Media Matters for America,*
*Angelo Carusone, and*
*Eric Hananoki*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 6, 2026, a true and correct copy of this pleading was properly served on counsel of record via electronic filing in accordance with the USDC, Northern District of Texas Procedures for Electronic Filing.

/s/ *Alexandra Foulkes Grafton*
Alexandra Foulkes Grafton