**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, | |
| *Plaintiff*, | |
| **v.** | **FILED UNDER SEAL** |
| **MEDIA MATTERS FOR AMERICA,** *et al.*, | **Civil Action No. 4:23-cv-01175-O** |
| *Defendants*. | |

**NOTICE OF FILING OF REDACTED DOCUMENTS**

Notice of filing redacted documents the Cout's order, ECF 313, directed defendants publicly to file redacted copies of the documents sealed pursuant to Defendants' Motion to Seal, ECF 300.

In accordance with that Order, Defendants file, as attachments to this Notice, redacted, publicly available versions of what is now on the docket, sealed, as 300-1 Defendants' Opposition to X's SCA Supplement, Defendants' Appendix (300-2, 300-3, 300-4, 300-5, 300-6, 300-7) and Supporting Declaration (300-8).

Dated: August 4, 2026.                                     Respectfully submitted,

                                                 /s/       *Alexandra Foulkes Grafton*
                                                 Richard B. Roper, III
                                                 VARTABEDIAN HESTER & HAYNES LLP
                                                 301 Commerce St., Suite 2200
                                                 Fort Worth, Texas 76102
                                                 Telephone: (817) 309-9092
                                                 richard.roper@vhh.law

                                                 Justin A. Nelson

1

State Bar No. 24034766
Matthew Behncke
State Bar No. 24069355
Alexandra Foulkes Grafton *(admitted PHV)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone:  (206) 516-3880
Facsimile:  (206) 505-3811
kpeaslee@susmangodfrey.com

Dwight P. Bostwick
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

*Attorneys for Defendants*
*Media Matters for America,*
*Angelo Carusone, and*
*Eric Hananoki*

2

## CERTIFICATE OF SERVICE

I certify that on August 4, 2026  a true and correct copy of the foregoing has been served

on the following counsel of record in accordance with the applicable rules.


/s/ *Alexandra Foulkes Grafton*
Alexandra Foulkes Grafton

3