# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 25-10630 In re: Media Matters for America
USDC No. 4:23-CV-1175

Dear Ms. Mitchell,

Enclosed is an opinion entered in this case. The case has been placed in abeyance pending disposition of the remand proceedings stated within the opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

Enclosure(s)

cc: Mr. Michael Abrams
Mr. Matthew Behncke
Mr. Dwight P. Bostwick
Mrs. Elizabeth Joan Brown Fore
Mr. Cody C. Coll
Mr. Ari Cuenin
Mr. Alexander Dvorscak
Mrs. Alexandra Foulkes Grafton
Mr. Christopher D. Hilton
Mr. Shawn P. Naunton
Mr. Justin A. Nelson
Ms. Katherine M. Peaslee
Mr. Judd E. Stone II
Ms. Alithea Z. Sullivan
Mr. John Clay Sullivan