**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **X Corp.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-01175-O** |
| | § | |
| **MEDIA MATTERS FOR AMERICA, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendants' Motion for Status Conference (the "Motion") (ECF No. 186), filed on April 24, 2025. Defendants' Motion seeks a conference regarding the progress of discovery, the issues outlined in Defendants' motion for leave to increase depositions and to amend the schedule (ECF No. 185), and the close of fact discovery deadline. In light of Defendants' motion for leave being denied as moot (ECF No. 218) and the discovery deadline since being extended (ECF No. 292), the Court finds Defendants' Motion **MOOT**.

**SO ORDERED** this **18th day of September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE