**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **X CORP.**, a Nevada corporation,<br>Plaintiff,<br><br>vs.<br><br>**MEDIA MATTERS FOR AMERICA**, a Washington, D.C. non-profit corporation, **ERIC HANANOKI**, and **ANGELO CARUSONE**,<br>Defendants. | Case No. 4:23-CV-01175-O |

**NOTICE OF FILING DEFENDANTS' OPPOSITION TO X'S MOTION FOR PROTECTION**

Defendants Media Matters for America, Eric Hananoki, and Angelo Carusone file this Opposition to X's Motion for Protection, in accordance with the Court's directives in Order, ECF 288. Defendants are filing, contemporaneously with this Notice, a Motion to Seal Defendants' Opposition and related Appendix.

For the reasons stated in Defendants' opposition, Defendants respectfully request that the Court deny X's Motion for Protection.

Dated: October 9, 2026

Respectfully submitted,
/s/ *Alexandra Foulkes Grafton*

Richard B. Roper, III
VARTABEDIAN HESTER & HAYNES LLP
301 Commerce St., Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 309-9092
richard.roper@vhh.law

Justin A. Nelson
State Bar No. 24034766
Matthew Behncke
State Bar No. 24069355
Alexandra Foulkes Grafton *(admitted PHV)*
SUSMAN GODFREY L.L.P.

1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jnelson@susmangodfrey.com
mbehncke@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 505-3811
kpeaslee@susmangodfrey.com

Dwight P. Bostwick
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (202) 822-8106
dbostwick@zuckerman.com
snaunton@zuckerman.com

Attorneys for Defendants
Media Matters for America,
Angelo Carusone, and
Eric Hananoki

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served on all counsel of record for Defendants via the Court's CM/ECF system on October 9, 2026.

*/s/ Alexandra Foulkes Grafton*
Alexandra Foulkes Grafton