# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 19, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 26-10858 In re: Media Matters for America
USDC No. 4:23-CV-1175

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc w/encl:
Mr. Michael Abrams
Mr. Matthew Behncke
Mr. Dwight P. Bostwick
Mrs. Elizabeth Joan Brown Fore
Mr. Alexander Dvorscak
Mrs. Alexandra Foulkes Grafton
Mr. Christopher D. Hilton
Mr. Justin A. Nelson
Ms. Katherine Marie Peaslee
Mr. Judd E. Stone II
Mr. John Clay Sullivan