# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 19, 2026

Thomas B. Plunkett, III
Clerk

No. 26-10858

IN RE MEDIA MATTERS FOR AMERICA; ERIC HANANOKI; ANGELO CARUSONE,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-1175

UNPUBLISHED ORDER

Before ELROD, *Chief Judge*, RICHMAN and DUNCAN, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

IT IS FURTHER ORDERED that Petitioners' motion to place the petition and exhibits in support of the petition under seal is GRANTED.